# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 15CR4693-GPC
) 
vs )  ABSTRACT OF ORDER
) 
Peter Pacas )  Booking No. 80774-298
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 11/5/2018
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

✓ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Robert A. McQuaid
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____  JOHN MORRILL     Clerk
DUSM                    by _____
                          Deputy Clerk

Crim-9 (Rev. 8-11)                                 ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY