Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETR PACAS,<br><br>Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST; DECLARATION OF NAEUN RIM**<br><br>Hon. Peter C. Lewis |

Defendant Petr Pacas, by and through counsel of record Gary S. Lincenberg and Naeun Rim, moves this Court for an order approving his unopposed request to travel to the Czech Republic and Austria from December 20, 2018, to January 3, 2019. The basis for this motion is as follows:

1.  On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of and violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt 1.)

2.  On November 5, 2018, Mr. Pacas was arraigned and released on a $50,000 appearance bond secured by his signature. As a condition of release, his travel was restricted to San Diego county, the Central District of California, and the

state of Utah at the discretion of his Pretrial Services Officer. (Dkt. 24.)

3. Prior to being charged, Mr. Pacas had made pre-paid travel plans with his wife to visit family and friends in the Czech Republic and Austria for Christmas. Mr. Pacas has provided a copy of his non-refundable flight, purchased on August 17, 2018, to Pretrial Services. Mr. Pacas asks that the Court permit him to travel to the Czech Republic and Austria from December 20, 2018, to January 3, 2019, including all countries through which travel is required for flight layovers.

4. On November 29, 2018, Pretrial Services Officer Irene Pflaum confirmed by email that she does not oppose the requested travel. Her email approving the request is attached to the accompanying declaration of counsel. (*See* Decl. Rim. ¶ 4, Exh. A.)

5. Assistant United States Attorney Melanie Pierson has advised that the government does not oppose this travel request.

DATED: November 30, 2018          Respectfully submitted,

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  *s/ Naeun Rim*
     Naeun Rim
     Attorneys for Defendant Petr Pacas