UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-4683-GPC-4 |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR ORDER APPROVING TRAVEL REQUEST** |
| vs. | |
| PETR PACAS, | **[ECF No. 42]** |
| Defendant. | |

FINDING GOOD CAUSE THEREFORE, the Court GRANTS Defendant Petr Pacas's Unopposed Motion for Order Approving Travel Request. Mr. Pacas is permitted to travel to the Czech Republic and Austria from December 20, 2018, to January 3, 2019, including all countries through which travel is required for flight layovers.

IT IS SO ORDERED.

Dated: December 4, 2018

Hon. Gonzalo P. Curiel
United States District Judge