Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETR PACAS,<br><br>    Defendant. | CASE NO. 3:18-cr-04683-GPC<br><br>**DEFENDANT PETR PACAS'S WAIVER OF APPEARANCE FOR HEARING ON FEBRUARY 14, 2019**<br><br>Date: February 14, 2019<br>Time: 1:00 p.m.<br>Crtrm.: 2D<br><br>Assigned to Hon. Gonzalo P. Curiel |

    I, Petr Pacas, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the upcoming February 14, 2019, 1:00 p.m. hearing on the government's motion for a protective order.

    I hereby acknowledge that I am to next appear in the United States District Court for the Southern District of California on April 19, 2019, at 1:00 p.m. for a motion hearing before Judge Gonzalo P. Curiel in Courtroom 2D.

Dated: February __5__, 2019

                                                              _____
                                                              Petr Pacas

| | | |
|---|---|---|
| 1 | DATED: February 4, 2019 | Gary S. Lincenberg |
| 2 | | Naeun Rim |
| | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 3 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____/s/ *Naeun Rim*_____
          Naeun Rim
     Attorneys for Defendant Petr Pacas