**BIENERT, MILLER & KATZMAN, PLC**
Thomas H. Bienert, Jr., SBN 135311
James Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Email: jriddet@bmkattorneys.com
        tbienert@bmkattorneys.com
        wbernstein@bmkattorneys.com

*Attorneys for Defendant*
*Mohammed Abdul Qayyum*

Additional counsel on next page

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>  Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES**<br><br>Hearing Date:  April 19, 2019<br>Hearing Time:  1:00 p.m.<br>Department:  Courtroom 2D |

```
 1  LAW OFFICE OF DAVID W. WIECHERT
    David W. Wiechert, SBN 94607
 2  Jessica C. Munk, SBN 238832
 3  William J. Migler, SBN 318518
    27136 Paseo Espada, Suite B1123
 4  San Juan Capistrano, CA 92675
 5  Telephone: (949) 361-2822
    Email: jessica@davidwiechertlaw.com
 6         dwiechert@aol.com
 7         william@davidwiechertlaw.com
 8
    Attorneys for Defendant Jacob Bychak
 9
10
    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
11  AND POPEO, P.C.
    Randy K. Jones, SBN 141711
12  3580 Carmel Mountain Road, Suite 300
13  San Diego, CA 92130
    Telephone: (858) 314-1510
14  Email: rkjones@mintz.com
15
16  Attorney for Defendant Mark Manoogian
17
18  BIRD MARELLA BOXER WOLPERT NESSIM
    DROOKS LINCENBERG RHOW P.C.
19  Gary Lincenberg, SBN 123058
20  Naeun Rim, SBN 263558
    1875 Century Park East, Floor 23
21  Los Angeles, CA 90067
22  Telephone: (310) 201-2100
    Email: nrim@birdmarella.com
23         gsl@birdmarella.com
24
    Attorneys for Defendant Petr Pacas
25
26
27
28
```

Case No. 18-cr-04683-GPC
DEFENDANTS' MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES

1  Defendants Mohammed Abdul Qayyum, Jacob Bychak, Mark Manoogian, and
2 Petr Pacas, by and through their attorneys of record, move this Court for an order
3 granting leave to file motions over twenty-five pages due to the legal issues presented
4 by the indictment, the novel nature of this case, and the indictment's theory of
5 criminal liability.

Respectfully submitted:

Dated: March 15, 2019    **BIENERT, MILLER & KATZMAN, PLC**

By    */s/ Whitney Z. Bernstein*
      Thomas H. Bienert, Jr.
      James Riddet
      Whitney Z. Bernstein
      Attorneys for Defendant
      Mohammed Abdul Qayuum

Dated: March 15, 2019    **LAW OFFICE OF DAVID W. WIECHERT**

By    */s/ Jessica C. Munk*
      David W. Wiechert
      Jessica C. Munk
      William J. Migler
      Attorneys for Defendant Jacob Bychak

Dated: March 15, 2019           **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

                                By   */s/ Randy K. Jones*
                                     Randy K. Jones
                                     Attorney for Defendant Mark Manoogian

Dated: March 15, 2019           **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**

                                By   */s/ Naeun Rim*
                                     Gary Lincenberg
                                     Naeun Rim
                                     Attorneys for Defendant Petr Pacas

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Jessica C. Munk, Randy K. Jones, and Naeun Rim to affix their electronic signatures to this document.

                                        Respectfully submitted,

                                        *s/ Whitney Z. Bernstein*
                                        **BIENERT, MILLER & KATZMAN, PLC**
                                        Whitney Z. Bernstein
                                        Email: wbernstein@bmkattorneys.com

# CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorneys for Petr Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated:  March 15, 2019

*s/ Whitney Z. Bernstein*
**BIENERT, MILLER & KATZMAN, PLC**
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum
Email:  wbernstein@bmkattorneys.com