1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.:   18-CR-4683-GPC

12                 Plaintiff,          **ORDER GRANTING**
                                       **DEFENDANTS' MOTION FOR**
13        v.                           **LEAVE TO FILE MOTIONS IN**
                                       **EXCESS OF 25 PAGES**
14  JACOB BYCHAK, MARK
    MANOOGIAN, MOHAMMED
15  ABDUL QAYYUM, and PETR
    PACAS,
16
                   Defendants.
17

18      **IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File

19  Motions in Excess of 25 Pages is granted.

20

21      **IT IS SO ORDERED.**

22

23

24  Dated: _____    By:_____

25                            HONORABLE GONZALO P. CURIEL
                              United States District Court Judge
26

27

28
                                    1            Case No. 18-cr-04683-GPC