1  **BIENERT, MILLER & KATZMAN, PLC**
   Thomas H. Bienert, Jr., SBN 135311
2  James Riddet, SBN 39826
   Whitney Z. Bernstein, SBN 304917
3  903 Calle Amanecer, Suite 350
   San Clemente, CA 92673
4  Telephone: (949) 369-3700
5  Email: tbienert@bmkattorneys.com
           jriddet@bmkattorneys.com
6          wbernstein@bmkattorneys.com
7
   *Attorneys for Defendant Mohammed Abdul Qayyum*
8
9  Additional counsel on next page

10                    UNITED STATES DISTRICT COURT
11                   SOUTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,           | Case No. 18-cr-04683-GPC
13 |                                      | Hon. Gonzalo P. Curiel
14 |           Plaintiff,                 |
   |                                      | **NOTICE OF MOTION AND**
15 |     v.                               | **MOTION:**
16 | JACOB BYCHAK, MARK                   | **(1) TO DISMISS THE CAN-SPAM**
17 | MANOOGIAN, MOHAMMED                  | **ACT COUNTS (6 THROUGH 10)**
18 | ABDUL QAYYUM, and PETR               | **OF THE INDICTMENT AS VOID**
   | PACAS,                               | **FOR VAGUENESS;**
19 |                                      | **(2) IN THE ALTERNATIVE, TO**
20 |           Defendants.                | **DISMISS COUNTS 6 THROUGH 10**
   |                                      | **FOR FAILURE TO STATE AN**
21 |                                      | **OFFENSE;**
22 |                                      | **(3) TO DISMISS THE**
   |                                      | **CONSPIRACY COUNT**
23
24                                         Hearing Date: April 19, 2019
                                           Hearing Time: 1:00 p.m.
25                                         Department: Courtroom 2D
26
27
28 `

                                          Case No. 18-cr-04683-GPC
   NOTICE OF MOTION AND MOTION TO DISMISS AS VOID FOR VAGUENESS

1  **LAW OFFICE OF DAVID W. WIECHERT**
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
   William J. Migler, SBN 318518
3  27136 Paseo Espada, Suite B, 1123
   San Juan Capistrano, CA 92675
4  Telephone: (949) 361-2822
   Email: dwiechert@aol.com
5           jessica@davidwiechertlaw.com
            william@davidwiechertlaw.com
6
   *Attorneys for Defendant Jacob Bychak*
7

8  **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
9  Randy K. Jones, SBN 141711
   3580 Carmel Mountain Road, Suite 300
10 San Diego, CA 92130
   Telephone: (858) 314-1510
11 Email: rkjones@mintz.com

12 *Attorney for Defendant Mark Manoogian*

13
   **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
14 
   Gary Lincenberg, SBN 123058
15 Naeun Rim, SBN 263558
   1875 Century Park East, Floor 23
16 Los Angeles, CA 90067
   Telephone: (310) 201-2100
17 Email: gsl@birdmarella.com
           nrim@birdmarella.com
18
   *Attorneys for Defendant Petr Pacas*
19

20

21

22

23

24

25

26

27

28

Case No. 18-cr-04683-GPC
NOTICE OF MOTION AND MOTION TO DISMISS AS VOID FOR VAGUENESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 19, 2019 at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") will, and hereby do, move the Court as follows:

1. To dismiss Counts 6 through 10 of the Indictment charging violation of the CAN-SPAM Act (18 U.S.C. §1037(a)(5)) on the ground that subsection (a)(5) of the Act is void for vagueness—facially and as applied to Defendants' conduct.

2. In the alternative, to dismiss Counts 6 through 10 of the Indictment charging violation of the CAN-SPAM Act (18 U.S.C. §1037(a)(5)) for failure to state an offense.

3. To dismiss the conspiracy charge (Count 1) because it alleges a conspiracy to violate subsection (a)(5) of the CAN-SPAM Act, such that the conspiracy charge falls with the counts under the Act.

This Motion is made pursuant to Federal Rules of Criminal Procedure 12(b).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Indictment, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Dated: March 15, 2019        Respectfully submitted:

2                                BIENERT, MILLER & KATZMAN, PLC

3

4
                                 By        */s/ Whitney Z. Bernstein*
5                                           Thomas H. Bienert, Jr.
6                                           James Riddet
                                            Whitney Z. Bernstein
7                                           Attorneys for Defendant
8                                           Mohammed Abdul Qayuum

9

10 Dated: March 15, 2019

11
                                 LAW OFFICE OF DAVID W. WIECHERT
12

13
                                 By        */s/ Jessica C. Munk*
14                                          David W. Wiechert
15                                          Jessica C. Munk
                                            William J. Migler
16                                          Attorneys for Defendant
17                                          Jacob Bychak

18
   Dated: March 15, 2019
19

20                               MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                 AND POPEO, P.C.
21

22
                                 By        */s/ Randy K. Jones*
23                                          Randy K. Jones
24                                          Attorney for Defendant
                                            Mark Manoogian
25

26

27

28

                                              2                Case No. 18-cr-04683-GPC
         NOTICE OF MOTION AND MOTION TO DISMISS AS VOID FOR VAGUENESS

1 | Dated: March 15, 2019

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**

By    */s/ Naeun Rim*
Gary Lincenberg
Naeun Rim
Attorneys for Defendant
Petr Pacas

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Jessica C. Munk, Randy K. Jones, and Naeun Rim to affix their electronic signatures to this document.

Respectfully submitted,

*s/ Whitney Z. Bernstein*
**BIENERT, MILLER & KATZMAN, PLC**
Whitney Z. Bernstein
Email:  wbernstein@bmkattorneys.com

**CERTIFICATE OF SERVICE**

Counsel for Defendant Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorneys for Petr Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated: March 15, 2019

*s/ Whitney Z. Bernstein*
**BIENERT, MILLER & KATZMAN, PLC**
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum
Email: wbernstein@bmkattorneys.com

Case No. 18-cr-04683-GPC
NOTICE OF MOTION AND MOTION TO DISMISS AS VOID FOR VAGUENESS