1 | Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
2 | Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
3 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
4 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-04683-GPC |
|---|---|
| Plaintiff, | **MOTION TO DISMISS NO. 1** |
| v. | **NOTICE OF MOTION AND MOTION:** |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS, | **(1) TO DISMISS THE INDICTMENT BASED ON THE GOVERNMENT MISADVISING THE GRAND JURY ON THE LAW; (2) IN THE ALTERNATIVE, FOR DISCLOSURE OF GRAND JURY MATTERS** |
| Defendants. | Hearing Date: April 19, 2019<br>Hearing Time: 1:00 p.m.<br>Department: 2D |
| | Hon. Gonzalo P. Curiel |

1  David W. Wiechert - State Bar No. 94607
       dwiechert@aol.com
2  Jessica C. Munk - State Bar No. 238832
       jessica@davidwiechertlaw.com
3  William J. Migler - State Bar No. 318518
       william@davidwiechertlaw.com
4  LAW OFFICE OF DAVID W. WIECHERT
   27136 Paseo Espada, Suite B1123
5  San Juan Capistrano, California 92675
   Telephone: (949) 361-2822
6
   *Attorneys for Defendant Jacob Bychak*
7

8  Randy K. Jones - State Bar No. 141711
       rkjones@mintz.com
9  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   AND POPEO, P.C.
10 3580 Carmel Mountain Road, Suite 300
   San Diego, California 92130
11 Telephone: (858) 314-1510

12 *Attorney for Defendant Mark Manoogian*

13
   Whitney Z. Bernstein - State Bar No. 304917
14     wbernstein@bmkattorneys.com
   Thomas H. Bienert, Jr. - State Bar No. 135311
15     tbienert@bmkattorneys.com
   James Riddet - State Bar No.39826
16     jriddet@bmkattorneys.com
   BIENERT, MILLER & KATZMAN, PLC
17 903 Calle Amanecer, Suite 350
   San Clemente, California 92673
18 Telephone: (949) 369-3700

19 *Attorneys for Defendant Mohammed Abdul Qayyum*

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 19, 2019 at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") will, and hereby do, move the Court to dismiss the Indictment in its entirety on the ground that it is based on an erroneous charging decision or, in the alternative, for disclosure of grand jury matters.

This Motion is made pursuant to Federal Rules of Criminal Procedure 12(b) and 6(e)(3)(E)(ii).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Declaration of Jeffrey Posluns filed in support thereof, the Indictment, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

Respectfully submitted,

DATED: March 15, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Defendant Petr Pacas

| | | |
|---|---|---|
| 1 | DATED: March 15, 2019 | David W. Wiechert<br>Jessica C. Munk<br>William J. Migler<br>Law Office of David W. Wiechert |

By: _____*s/ David W. Wiechert*_____
　　　　David W. Wiechert
Attorneys for Defendant Jacob Bychak

DATED: March 15, 2019　　Randy K. Jones
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

By: _____*s/ Randy K. Jones*_____
　　　　Randy K. Jones
Attorney for Defendant Mark Manoogian

DATED: March 15, 2019　　Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James Riddet
Bienert, Miller & Katzman, PLC

By: _____*s/ Whitney Z. Bernstein*_____
　　　　Whitney Z. Bernstein
Attorneys for Defendant Mohammed Abdul Qayyum

**CERTIFICATE OF AUTHORIZATION
TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from David W. Wiechert, Randy K. Jones, and Whitney Z. Bernstein to affix their electronic signatures to this document.

Respectfully submitted,

DATED:  March 15, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:  *s/ Naeun Rim*
      Naeun Rim
Attorneys for Defendant Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: March 15, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  *s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas