1  Gary S. Lincenberg - State Bar No. 123058
       glincenberg@birdmarella.com
2  Naeun Rim - State Bar No. 263558
       nrim@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendant Petr Pacas
7
   *Additional counsel on next page*
8
9              **UNITED STATES DISTRICT COURT**
10            **SOUTHERN DISTRICT OF CALIFORNIA**
11
12  UNITED STATES OF AMERICA,               CASE NO. 3:18-cr-04683-GPC
13              Plaintiff,                   **MOTION FOR INFORMANT
                                             DISCOVERY**
14         vs.
                                             **DEFENDANTS' JOINT NOTICE OF
15  JACOB BYCHAK, MARK                       MOTION AND MOTION TO:**
    MANOOGIAN,  MOHAMMED
16  ABDUL QAYYUM, AND PETR                   **(1) COMPEL DISCLOSURE OF
    PACAS                                    DISCOVERY RELATING TO
17              Defendants.                  CONFIDENTIAL INFORMANT**
18                                           Date:  April 19, 2019
                                             Time: 1:00 p.m.
19                                           Dept.: 2D
20                                           Assigned to Hon. Gonzalo P. Curiel
21
22
23
24
25
26
27
28

1   David W. Wiechert - State Bar No. 94607
         dwiechert@aol.com
2   Jessica C. Munk - State Bar No. 238832
         jessica@davidwiechertlaw.com
3   William J. Migler - State Bar No. 318518
         william@davidwiechertlaw.com
4   LAW OFFICE OF DAVID W. WIECHERT
    27136 Paseo Espada, Suite B1123
5   San Juan Capistrano, California 92675
    Telephone: (949) 361-2822
6
    *Attorneys for Defendant Jacob Bychak*
7

8   Randy K. Jones - State Bar No. 141711
         rkjones@mintz.com
9   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
    AND POPEO, P.C.
10  3580 Carmel Mountain Road, Suite 300
    San Diego, California 92130
11  Telephone: (858) 314-1510

12  *Attorney for Defendant Mark Manoogian*

13
    Whitney Z. Bernstein - State Bar No. 304917
14       wbernstein@bmkattorneys.com
    Thomas H. Bienert, Jr. - State Bar No. 135311
15       tbienert@bmkattorneys.com
    James Riddet - State Bar No.39826
16       jriddet@bmkattorneys.com
    BIENERT, MILLER & KATZMAN, PLC
17  903 Calle Amanecer, Suite 350
    San Clemente, California 92673
18  Telephone: (949) 369-3700

19  *Attorneys for Defendant Mohammed Abdul Qayyum*

20

21

22

23

24

25

26

27

28

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       PLEASE TAKE NOTICE that on April 19, 2019 at 1:00 p.m., or as soon

3  thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P.

4  Curiel, United States District Court Judge, located at 221 West Broadway,

5  San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak,

6  Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants") will,

7  and hereby do, jointly move the Court to order the Government to produce evidence

8  in accordance with Federal Rule of Criminal Procedure 16(a), *Brady v. Maryland*,

9  373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).  Specifically,

10  Defendants ask that the Court compel the Government to produce all evidence

11  material to the preparation of the defense and all exculpatory or impeachment

12  evidence relating to the Government's confidential informant known as Confidential

13  Human Source S-0009118 ("CHS"), including without limitation the following:

14       (1)    the CHS's identity and contact information;

15       (2)    copies of all documents, materials, or summaries relating to any

16              benefits, promises, or compensation the CHS has received to-date in

17              connection with his cooperation in this case;

18       (3)    copies of all communications between the Government (including both

19              law enforcement and prosecutors) and the CHS recorded in any form,

20              including written summaries, handwritten notes, emails, audio or video

21              recordings, and specifically including the emails sent to the FBI on

22              July 15, 2013, July 31, 2013, October 17, 2013, and October 18, 2013;

23       (4)    copies of all documents, materials, memoranda, reports, or any other

24              items, whether tangible or intangible, provided to the Government

25              (including both law enforcement and prosecutors) by the CHS,

26              including the "numerous documents" provided and shown to the FBI

27              during its interview of the CHS on June 2, 2014;

28  / / /

3557837.1                                1                    Case No. 3:18-cr-04683-GPC

1        (5)    information relating to the CHS's criminal history, including any arrest

2               reports, court records, or records of conviction; and

3        (6)    any and all other evidence material to the preparation of the defense or

4               otherwise exculpatory or impeaching of any Government witness.

5        This Motion is based on this notice, the attached memorandum of points and

6 authorities, any concurrently-filed declarations or exhibits, the files and records in

7 this case, and any evidence and arguments that may be presented at a hearing on this

8 matter.

9

10  DATED:  March 15, 2019        Gary S. Lincenberg

11                               Naeun Rim

                                 Bird, Marella, Boxer, Wolpert, Nessim,

12                               Drooks, Lincenberg & Rhow, P.C.

13

14

                               By:       *s/ Naeun Rim*

15                                       Naeun Rim

16                           Attorneys for Defendant Petr Pacas

17

18  DATED:  March 15, 2019        David W. Wiechert

                               Jessica C. Munk

19                               William J. Migler

                               Law Office of David W. Wiechert

20

21

22                             By:       *s/ David W. Wiechert*

23                                   David W. Wiechert

                         Attorneys for Defendant Jacob Bychak

24

25

26

27

28

1

DATED:  March 15, 2019

Randy K. Jones
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,
P.C.

2

3

4

5

By: _____ *s/ Randy K. Jones* _____

Randy K. Jones
Attorney for Defendant Mark Manoogian

6

7

8

DATED:  March 15, 2019

Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James Riddet
Bienert, Miller & Katzman, PLC

9

10

11

12

By: _____ *s/ Whitney Z. Bernstein* _____

Whitney Z. Bernstein
Attorneys for Defendant Mohammed Abdul
Qayyum

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

**CERTIFICATE OF AUTHORIZATION
TO SIGN ELECTRONIC SIGNATURE**

3       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

4  Policies and Procedures of the United States District Court for the Southern District

5  of California, I certify that the content of this document is acceptable to counsel for

6  the Defendants and that I have obtained authorization from David W. Wiechert,

7  Randy K. Jones, and Whitney Z. Bernstein to affix their electronic signatures to this

8  document.

9

10

11  DATED:  March 15, 2019

Respectfully submitted,

Gary S. Lincenberg
Naeun Rim

12

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

13

14

15

16

By:  _____*s/ Naeun Rim*_____
        Naeun Rim
        Attorneys for Defendant Petr Pacas

17

18

19

20

21

22

23

24

25

26

27

28

1    **CERTIFICATE OF SERVICE**

2        Counsel for Defendants certify that the foregoing pleading has been

3    electronically served on the following parties by virtue of their registration with the

4    CM/ECF system:

5                          Sabrina L. Feve

6                       Assistant U.S. Attorney

7                      sabrina.feve@usdoj.gov

8

9                         Melanie K. Pierson

10                      Assistance U.S. Attorney

11                    melanie.pierson@usdoj.gov

12

13                         Robert Ciaffa

14                      Assistant U.S. Attorney

15                     robert.ciaffa@usdoj.gov

16

17
                                  Respectfully submitted,
18

19   DATED:  March 15, 2019        Gary S. Lincenberg
                                   Naeun Rim
20                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                   Drooks, Lincenberg & Rhow, P.C.
21

22

23
                                  By:    _____*s/ Naeun Rim*_____
24                                           Naeun Rim
25                                Attorneys for Defendant Petr Pacas

26

27

28