Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>          Defendants. | Case No. 18-cr-04683-GPC<br><br>**NOTICE OF DEFENDANTS' MOTION TO MODIFY PROTECTIVE ORDER**<br><br>Hearing Date:  April 19, 2019<br>Hearing Time:  1:00 p.m.<br>Department:  2D<br><br>Hon. Gonzalo P. Curiel |

1  David W. Wiechert - State Bar No. 94607
       dwiechert@aol.com
2  Jessica C. Munk - State Bar No. 238832
       jessica@davidwiechertlaw.com
3  William J. Migler - State Bar No. 318518
       william@davidwiechertlaw.com
4  LAW OFFICE OF DAVID W. WIECHERT
   27136 Paseo Espada, Suite B1123
5  San Juan Capistrano, California 92675
   Telephone: (949) 361-2822
6
   *Attorneys for Defendant Jacob Bychak*
7

8  Randy K. Jones - State Bar No. 141711
       rkjones@mintz.com
9  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   AND POPEO, P.C.
10 3580 Carmel Mountain Road, Suite 300
   San Diego, California 92130
11 Telephone: (858) 314-1510

12 *Attorney for Defendant Mark Manoogian*

13
   Whitney Z. Bernstein - State Bar No. 304917
14     wbernstein@bmkattorneys.com
   Thomas H. Bienert, Jr. - State Bar No. 135311
15     tbienert@bmkattorneys.com
   James Riddet - State Bar No.39826
16     jriddet@bmkattorneys.com
   BIENERT, MILLER & KATZMAN, PLC
17 903 Calle Amanecer, Suite 350
   San Clemente, California 92673
18 Telephone: (949) 369-3700

19 *Attorneys for Defendant Mohammed Abdul Qayyum*

20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that on April 19, 2019 at 1:00 p.m., or as soon

3    thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P.

4    Curiel, United States District Court Judge, located at 221 West Broadway,

5    San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak,

6    Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively

7    "Defendants") will, and hereby do, move the Court to modify the protective order

8    issued on March 6, 2019, to permit Defendants to provide the discovery subject to

9    that protective order ("Discovery Materials") to Sheppard Mullin, outside counsel

10   for Company A, and any current and former employees of Company A who were

11   involved in or are otherwise aware of the circumstances surrounding the receipt or

12   sending of the Discovery Materials.  Defendants also move the Court to order the

13   Government to produce the requests it sent to Earth Class Mail and Yahoo! to obtain

14   the Discovery Material, including any emails, letters, or subpoenas.

15       This Motion is made pursuant to Federal Rule of Criminal Procedure 16(d),

16   the Fifth and Sixth Amendments to the United States Constitution, and the Court's

17   oral order on February 14, 2019, permitting Defendants to seek leave to modify the

18   protective order after receiving the Discovery Material.

19       This Motion is based on this Notice of Motion, the Memorandum of Points

20   and Authorities, the Declaration of Naeun Rim, Exhibits filed in support thereof,

21   and such other and further argument and evidence as may be presented to the Court

22   at the hearing on this matter.

23

24

25

26

27

28

1   DATED:  March 29, 2019          Respectfully submitted,

2                                    Gary S. Lincenberg
3                                    Naeun Rim
                                     Bird, Marella, Boxer, Wolpert, Nessim,
4                                    Drooks, Lincenberg & Rhow, P.C.

5

6

7                                    By:  _____ s/ Naeun Rim _____
8                                              Naeun Rim
                                     Attorneys for Defendant Petr Pacas
9

10  DATED:  March 29, 2019          David W. Wiechert
                                     Jessica C. Munk
11                                   William J. Migler
                                     Law Office of David W. Wiechert
12

13

14                                   By:  _____ s/ Jessica C. Munk _____
15                                            Jessica C. Munk
                                     Attorneys for Defendant Jacob Bychak
16

17  DATED:  March 29, 2019          Randy K. Jones
18                                   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,
                                     P.C.
19

20

21                                   By:  _____ s/ Randy K. Jones _____
22                                            Randy K. Jones
                                     Attorney for Defendant Mark Manoogian
23

24

25

26

27

28

1  DATED:  March 29, 2019          Whitney Z. Bernstein
                                   Thomas H. Bienert, Jr.
2                                  James Riddet
                                   Bienert, Miller & Katzman, PLC
3

4

5                                  By:  _____s/ Whitney Z. Bernstein_____

6                                        Whitney Z. Bernstein
                                   Attorneys for Defendant Mohammed Abdul
7                                  Qayyum

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF AUTHORIZATION
## TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from to affix their electronic signatures to this document.

DATED:  March 29, 2019

Respectfully submitted,

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:      *s/ Naeun Rim*
_____
Naeun Rim
Attorneys for Defendant Petr Pacas

## **CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


DATED:  March 29, 2019          Respectfully submitted,

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:   _____*s/ Naeun Rim*_____
                 Naeun Rim
        Attorneys for Defendant Petr Pacas