1  Gary S. Lincenberg - State Bar No. 123058
      glincenberg@birdmarella.com
2  Naeun Rim - State Bar No. 263558
      nrim@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendant Petr Pacas
7
   *Additional counsel on next page*
8

9              **UNITED STATES DISTRICT COURT**

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

| 12 | UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
|---|---|---|
| 13 | Plaintiff, | **DECLARATION OF NAEUN RIM IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY PROTECTIVE ORDER** |
| 14 | vs. | |
| 15 | JACOB BYCHAK, MARK MANOOGIAN,  MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| 16 | | Hearing Date:  April 19, 2019 |
| 17 | Defendants. | Hearing Time:  1:00 p.m. Department:  Courtroom 2D |
| 18 | | Hon. Gonzalo P. Curiel |

19

20

21

22

23

24

25

26

27

28

1  David W. Wiechert - State Bar No. 94607
       dwiechert@aol.com
2  Jessica C. Munk - State Bar No. 238832
       jessica@davidwiechertlaw.com
3  William J. Migler - State Bar No. 318518
       william@davidwiechertlaw.com
4  LAW OFFICE OF DAVID W. WIECHERT
   27136 Paseo Espada, Suite B1123
5  San Juan Capistrano, California 92675
   Telephone: (949) 361-2822
6
   *Attorneys for Defendant Jacob Bychak*
7

8  Randy K. Jones - State Bar No. 141711
       rkjones@mintz.com
9  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   AND POPEO, P.C.
10  3580 Carmel Mountain Road, Suite 300
   San Diego, California 92130
11  Telephone: (858) 314-1510

12  *Attorney for Defendant Mark Manoogian*

13
   Whitney Z. Bernstein - State Bar No. 304917
14      wbernstein@bmkattorneys.com
   Thomas H. Bienert, Jr. - State Bar No. 135311
15      tbienert@bmkattorneys.com
   James Riddet - State Bar No.39826
16      jriddet@bmkattorneys.com
   BIENERT, MILLER & KATZMAN, PLC
17  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
18  Telephone: (949) 369-3700

19  *Attorneys for Defendant Mohammed Abdul Qayyum*

20

21

22

23

24

25

26

27

28

3567640.1

Case No. 3:18-cr-04683-GPC

DECLARATION OF NAEUN RIM IN SUPPORT OF MOTION TO MODIFY PROTECTIVE ORDER

**DECLARATION OF NAEUN RIM**

I, Naeun Rim, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Petr Pacas in this action.  I make this declaration in support of Defendants' Motion to Modify Protective Order.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      Attached as Exhibit A is a true and correct copy of the transcript of the proceedings before this Court on February 14, 2019, with relevant portions highlighted.

3.      Attached as Exhibit B is a true and correct copy of an email I received from Assistant United States Attorney Sabrina Feve on March 1, 2019, 11:06 a.m.

4.      Attached as Exhibit C is a true and correct copy of an email exchange between myself and Assistant United States Attorney Melanie Pierson, ending on March 26, 2019, at 9:09 a.m.

5.      Attached as Exhibit D is a true and correct copy of an email exchange between myself and Ms. Feve and Ms. Pierson, ending on March 26, 2019, at 6:59 p.m.

6.      On March 1, 2019, I was informed by Jessica Munk, defense counsel for Defendant Jacob Bychak, that she had called Ms. Feve to meet and confer with the Government about stipulating to include the law firm of Sheppard Mullin in the protective order as a party authorized to access the discovery that was to be subject to the protective order ("Discovery Material").  Ms. Munk informed me that the Government did not wish to meet and confer until the defense had received the Discovery Material.  Shortly after, I received the email attached as Exhibit B to this declaration from Ms. Feve, in which she stated to all counsel for Defendants, "Once

1   you have the discovery, we can meet and confer regarding any concerns you have

2   about not being able to share it with members outside the defense team."

3         7.     After the Government produced the Discovery Material, I reviewed the

4   evidence and learned that it consisted of the following:

5         1) Copies of letters that were sent to Company A's Compliance Department,

6             as produced by Earth Class Mail, a digital mailbox service used by

7             Company A that received mail on the company's behalf and sent copies of

8             the mail to them electronically; and

9         2) Emails produced by Yahoo! marked as "spam" that appear to have been

10            received from IP addresses alleged to be associated with Company A.

11        8.     Upon reviewing the contents of the Discovery Materials, I determined

12  that, although these documents had been produced by third party companies (Earth

13  Class Mail and Yahoo!), the personal identification information contained in them

14  appeared to be limited to information that would already be in Company A's

15  possession.  The Earth Class Mail production appears to contain letters that were

16  sent to Company A by third parties, and the Yahoo! production appears to contain

17  email header information (i.e. recipient email addresses, sender email addresses,

18  subject lines) from IP addresses that the Government alleges were controlled by

19  Company A.  The file name for the Yahoo! production contains the words

20  "[Company A] – DISC 05_Yahoo_user_marked_spam_records_marked_spam_

21  data_all." Based on this information, I learned for the first time that the Discovery

22  Material was likely limited to items that were already known to Company A.

23        9.     On March 25-26, 2019, I exchanged emails with counsel for the

24  Government to meet and confer about this issue and to ask if they would stipulate to

25  modification of the protective order.  All of the emails have been attached as

26  Exhibits B to D to this declaration.

27        10.    On March 26, 2019, at Ms. Feve's request, I conferred with all counsel

28  for Defendants and proposed to the Government a time during which we would all

be available to meet and confer with the Government by phone about modifying the protective order, but Ms. Feve and Ms. Pierson stated they were unavailable.  (Exh. D at 1-3.)  I asked the Government to provide an alternative time.  (*Id*. at 1.)

11.    As of the time that this Declaration was finalized, the Government had not yet proposed an alternative time to further meet and confer.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on March 29, 2019, at Los Angeles, California.


                                                        *s/ Naeun Rim*
                                                        Naeun Rim

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


Respectfully submitted,

DATED:  March 29, 2019          Gary S. Lincenberg
                                Naeun Rim
                                Bird, Marella, Boxer, Wolpert, Nessim,
                                Drooks, Lincenberg & Rhow, P.C.


By:   _____*s/ Naeun Rim*_____
          Naeun Rim
     Attorneys for Defendant Petr Pacas