# EXHIBIT B

| | |
|---|---|
| **From:** | Feve, Sabrina (USACAS) <Sabrina.Feve@usdoj.gov> |
| **Sent:** | Friday, March 1, 2019 11:06 AM |
| **To:** | Naeun Rim; Pierson, Melanie (USACAS) |
| **Cc:** | Jessica Munk; Ciaffa, Robert (USACAS); Jones, Randy; dwiechert@aol.com; Tom Bienert; Whitney Bernstein; James Riddet; Gary S. Lincenberg |
| **Subject:** | RE: Bychak et al. |

Counsel-

To memorialize my telephone call with Ms. Munk from a few minutes ago: We are happy to meet and confer regarding your wish to share discovery with Sheppard Mullin in their capacity as counsel for ▆▆▆▆▆▆ once we have completed the task at hand.  Memorializing Judge Curiel's ruling from the Friday February 14, 2019 hearing in a written order is our first order of business so that we can move forward with the discovery that will be subject to this protective order.  Once you have the discovery, we can meet and confer regarding any concerns you have about not being able to share it with members outside the defense team.

Sabrina

---

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Wednesday, February 27, 2019 7:57 AM
**To:** Pierson, Melanie (USACAS) <MPierson@usa.doj.gov>
**Cc:** Jessica Munk <jessica@davidwiechertlaw.com>; Feve, Sabrina (USACAS) <sfeve@usa.doj.gov>; Ciaffa, Robert (USACAS) <RCiaffa@usa.doj.gov>; Jones, Randy <RKJones@mintz.com>; dwiechert@aol.com; Tom Bienert <tbienert@bmkattorneys.com>; Whitney Bernstein <wbernstein@bmkattorneys.com>; James Riddet <jriddet@bmkattorneys.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** Re: Bychak et al.

Melanie,

Thank you for sending over the proposed order. We won't be able to review until later this week. We will try to get back to you by Friday or Monday. In the meantime, please do not send to chambers. Thanks.

Naeun

On Feb 25, 2019, at 9:16 AM, Pierson, Melanie (USACAS) <Melanie.Pierson@usdoj.gov> wrote:

> Here is the proposed Protective Order we have drafted regarding the upcoming production of discovery.  If no objections are received by the COB on Wednesday, Feb 27th, we will forward this to chambers for signature.   Once the order is signed, the next discovery production will be made available.   If you have objections to share, please hit "Reply all" as I will be out of the district beginning Tuesday evening.
>
> Respectfully,
> AUSA Melanie Pierson
> 619-546-7976
>
> <▆▆▆▆▆.Draft Protective Order.To counsel.docx>