1  **BIENERT, MILLER & KATZMAN, PLC**
   Thomas H. Bienert, Jr., SBN 135311
2  James D. Riddet, SBN 39826
   Whitney Z. Bernstein, SBN 304971
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile:  (949) 369-3701
5  Email:      tbienert@bmkattorneys.com
               jriddet@bmkattorneys.com
6              wbernstein@bmkattorneys.com
   *Attorneys for Defendant Mohammed Abdul Qayyum*
7
   **LAW OFFICE OF DAVID W. WIECHERT**
8  David W. Wiechert, SBN 94607
   Jessica C. Munk, SBN 238832
9  William J. Migler, SBN 318518
   27136 Paseo Espada, Suite B1123
10 San Juan Capistrano, CA 92675
   Telephone: (949) 361-2822
11 Email:      dwiechert@aol.com
               jessica@davidwiechertlaw.com
12             william@davidwiechertlaw.com
   *Attorneys for Defendant Jacob Bychak*
13
   Additional counsel on next page
14

15                UNITED STATES DISTRICT COURT
16                SOUTHERN DISTRICT OF CALIFORNIA
17

18 | UNITED STATES OF AMERICA, | CASE NO.:  18-CR-4683-GPC |
19 | Plaintiff, | Hon. Gonzalo P. Curiel |
20 | v. | Date: April 19, 2019<br>Time: 1:00 PM |
21 | JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS, | **STIPULATION REGARDING SPEEDY TRIAL ACT** |
24 | Defendant. | |

26 \ \ \
27 \ \ \
28 \ \ \

1 **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2 Randy K. Jones, SBN 141711
3 3580 Carmel Mountain Road, Suite 300
4 San Diego, California 92130
Telephone: (858) 314-1510
5 Email:  rkjones@mintz.com
6 *Attorneys for Mark Manoogian*

7 **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
8 Gary Lincenberg, SBN 123058
9 Naeun Rim, SBN 263558
10 1875 Century Park East, Floor 23
Los Angeles, California 90067
11 Telephone: (310) 201-2100
12 Email:  gsl@birdmarella.com
        nrim@birdmarella.com
13 *Attorneys for Defendant Petr Pacas*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULTED by and between the parties hereto through respective counsel of record that the Court should find that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial, and justify setting the date for trial in this case beyond the current maximum date available, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), because of the following factors:

1. Defendants Bychak, Manoogian, Qayyum and Pacas are charged in a 10-count indictment with conspiracy, wire fraud and electronic mail fraud pursuant to 18 U.S.C. § 1037(a)(5).

2. Between November 1, 2018 and January 25, 2019, the Government produced four rounds of discovery that encompassed 100,490 files, totaling over 56 gigabytes and more than one million pages. Since January 25, 2019, the Government has produced an additional 21 gigabytes of discovery. The total number of pages produced thus far is approximately 1.5 million.

3. The Government has sought a protective order as to some of the discovery produced and has stated that it will seek additional protective orders for future disclosures of discovery. Following briefing and a hearing, the Court ruled on the government's motion for a protective order. Defendants recently filed a motion to modify the resulting Protective Order, and that motion will be heard on April 19, 2019. The defendants anticipate litigating the language in any future protective order sought by the Government.

4. To date, the Court has heard motions for discovery and for a Bill of Particulars, and is scheduled to hear four additional motions on April 19, 2019. The defendants' briefs and exhibits in support of their four motions comprised 198 pages, and the Government's opposition comprises 43 pages. One of the motions alleges that the Controlling the Assault of Non-Solicited Pornography and Marketing Act ("CAN-SPAM Act") is constitutionally void due to vagueness. Reply briefs are due on April 12.

5. The statute charged in this case, 18 U.S.C. § 1037, known as the CAN-

SPAM Act, is itself complex. The statute was enacted December 16, 2003, but there is very little case authority interpreting the language of the Act, thus, there will be novel questions of law.

6. This case will present novel questions of fact, because in this case the Government alleges that the case involves hijacked blocks of IP addresses, false and fraudulent Letters of Authorization, and use of the hijacked IP addresses to send unsolicited commercial email.

7. All parties agree that for all the foregoing reasons, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act (18 U.S.C. §3161).

Respectfully submitted,

Dated: April 5, 2019         */s/ James D. Riddet*
**BIENERT, MILLER & KATZMAN, PLC**
Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum

Dated: April 5, 2019         */s/ Jessica C. Munk*
**LAW OFFICE OF DAVID W. WIECHERT**
Jessica C. Munk
David W. Wiechert
William J. Migler
Attorneys for Jacob Bychak

Dated: April 5, 2019         */s/ Randy K. Jones*
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPE, P.C.**
Randy K. Jones
Attorneys for Mark Manoogian

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  April 5, 2019 | */s/ Naeun Rim* |
| | | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.** |
| 3 | | Naeun Rim |
| 4 | | Gary Lincenberg |
| | | Attorneys for Petr Pacas |
| 5 | | |
| 6 | Dated:  April 5, 2019 | */s/ Melanie K. Pierson* |
| | | **UNITED STATES ATTORNEY'S OFFICE** |
| 7 | | Melanie K. Pierson |
| 8 | | Sabrina L. Feve |
| | | Robert Ciaffa |
| | | Assistant U.S. Attorneys |

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel and that I have obtained authorization from Jessica C. Munk, Randy K. Jones, Naeun Rim, and Melanie K. Pierson to affix their electronic signatures to this document.

Respectfully submitted,

Dated: April 5, 2019

*/s/ James D. Riddet*
**BIENERT, MILLER & KATZMAN, PLC**
James D. Riddet
Email: jriddet@bienertkatzman.com

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

> Melanie K. Pierson
> Sabrina L. Feve
> Robert Ciaffa
> Assistant U.S. Attorneys

Respectfully submitted,

Dated: April 5, 2019

*/s/ James D. Riddet*
**BIENERT, MILLER & KATZMAN, PLC**
James D. Riddet
Attorneys for Mohammed Abdul Qayyum
Email: jriddet@bienertkatzman.com