1  **BIENERT, MILLER & KATZMAN, PLC**
   Thomas H. Bienert, Jr., State Bar No. 135311
2  James Riddet, State Bar No. 39826
   Whitney Z. Bernstein, State Bar No. 304917
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Email: tbienert@bmkattorneys.com
5         jriddet@bmkattorneys.com
          wbernstein@bmkattorneys.com
6
   *Attorneys for Defendant Mohammed Abdul Qayyum*
7
   *Additional counsel on next page*
8

9               **UNITED STATES DISTRICT COURT**

10              **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br>              Defendants. | CASE NO. 18-CR-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DECLARATION OF WHITNEY Z. BERNSTEIN IN SUPPORT OF REPLY TO DEFENDANTS' MOTION:**<br><br>**(1) TO DISMISS THE CAN-SPAM ACT COUNTS (6 THROUGH 10) OF THE INDICTMENT AS VOID FOR VAGUENESS;**<br>**(2) IN THE ALTERNATIVE, TO DISMISS COUNTS 6 THROUGH 10 FOR FAILURE TO STATE AN OFFENSE;**<br>**(3) TO DISMISS THE CONSPIRACY COUNT (1)**<br><br>Hearing Date:  April 19, 2019<br>Hearing Time:  1:00 p.m.<br>Department:  Courtroom 2D |

Case No. 18-CR-04683-GPC
DECLARATION OF WHITNEY Z. BERNSTEIN ISO REPLY TO MOTION TO DISMISS

1 **LAW OFFICE OF DAVID W. WIECHERT**
David W. Wiechert, State Bar No. 94607
2 Jessica C. Munk, State Bar No. 238832
William J. Migler, State Bar No. 318518
3 27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
4 Telephone: (949) 361-2822
Email: dwiechert@aol.com
5           jessica@davidwiechertlaw.com
           william@davidwiechertlaw.com
6
*Attorneys for Defendant Jacob Bychak*
7

8 **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
9 Randy K. Jones, State Bar No. 141711
3580 Carmel Mountain Road, Suite 300
10 San Diego, California 92130
Telephone: (858) 314-1510
11 rkjones@mintz.com

12 *Attorney for Defendant Mark Manoogian*

13
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
14 DROOKS, LINCENBERG & RHOW, P.C.**
Gary S. Lincenberg, State Bar No. 123058
15 Naeun Rim, State Bar No. 263558
1875 Century Park East, 23rd Floor
16 Los Angeles, California 90067-2561
Telephone: (310) 201-2100
17 Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
18          nrim@birdmarella.com

19
*Attorneys for Defendant Petr Pacas*
20

21

22

23

24

25

26

27

28

Case No. 3:18-CR-04683-GPC
DECLARATION OF WHITNEY Z. BERNSTEIN ISO REPLY TO MOTION TO DISMISS

## DECLARATION OF WHITNEY Z. BERNSTEIN

I, Whitney Z. Bernstein, declare as follows:

1. I am an active member of the Bar of the State of California and an associate at Bienert, Miller & Katzman, PLC., attorneys of record for Defendant Mohammed Abdul Qayyum in this action. I make this declaration in support of Defendants' Reply Memorandum of Points and Authorities In Support of Defendants' Motion: (1) To Dismiss the CAN-SPAM Act Counts (6-10) of the Indictment as Void for Vagueness; (2) In the Alternative, to Dismiss Counts 6-10 for Failure to State an Offense; and (3) To Dismiss the Conspiracy Count (1) (the "Reply Mem."). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached as Exhibit 2 is a true and correct copy of a Letter from the Office of the General Counsel of the National Science Foundation dated August 30, 2012, located at https://via.hypothes.is/https://www.internetgovernance.org/wp-content/uploads/NSF_GC_Letter_RE_ARIN.pdf.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on April 12, 2019, at San Clemente, California.

*s/ Whitney Z. Bernstein*
Whitney Z. Bernstein

## CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorney for Peter Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated: April 12, 2019      **BIENERT, MILLER & KATZMAN, PLC**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Attorneys for Defendant
Mohammed Abdul Qayyum