**BIENERT, MILLER & KATZMAN, PLC**
Thomas H. Bienert, Jr., SBN 135311
James Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Email: jriddet@bmkattorneys.com
       tbienert@bmkattorneys.com
       wbernstein@bmkattorneys.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

Additional counsel on next page

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | Case No. 18-CR-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION:**<br><br>**(1) TO DISMISS THE CAN-SPAM ACT COUNTS (6 THROUGH 10) OF THE INDICTMENT AS VOID FOR VAGUENESS;**<br>**(2) IN THE ALTERNATIVE, TO DISMISS COUNTS 6 THROUGH 10 FOR FAILURE TO STATE AN OFFENSE;**<br>**(3) TO DISMISS THE CONSPIRACY COUNT (1)**<br><br>Hearing Date:  April 19, 2019<br>Hearing Time:  1:00 p.m.<br>Department:  Courtroom 2D |

1  **LAW OFFICE OF DAVID W. WIECHERT**
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
   William J. Migler, SBN 318518
3  27136 Paseo Espada, Suite B1123
   San Juan Capistrano, CA 92675
4  Telephone: (949) 361-2822
   Email: dwiechert@aol.com
5           jessica@davidwiechertlaw.com
            william@davidwiechertlaw.com
6
   *Attorneys for Defendant Jacob Bychak*
7

8  **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
9  Randy K. Jones, SBN 141711
   3580 Carmel Mountain Road, Suite 300
10 San Diego, CA 92130
   Telephone: (858) 314-1510
11 Email: rkjones@mintz.com

12 *Attorney for Defendant Mark Manoogian*

13
   **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
14 
   Gary Lincenberg, SBN 123058
15 Naeun Rim, SBN 263558
   1875 Century Park East, Floor 23
16 Los Angeles, CA 90067
   Telephone: (310) 201-2100
17 Email: gsl@birdmarella.com
           nrim@birdmarella.com
18
   *Attorneys for Defendant Petr Pacas*
19

20

21

22

23

24

25

26

27

28

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence ("FRE") 201, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") request that the Court take judicial notice of the document attached as Exhibit RJN-A.

## DOCUMENT FOR WHICH JUDICIAL NOTICE IS REQUESTED

1. Attached as Exhibit RJN-A is Senate Bill 877, the version of the CAN-SPAM Act passed by the Senate on October 23, 2003. Section 104, at p. 13178, sets forth the criminal prohibitions, including subsection (a)(5).

## LEGAL ARGUMENT

Under FRE 201(c)(2), a court must take judicial notice if a party requests it and the court is supplied with the necessary information. Pursuant to FRE 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned."

"Federal courts routinely take judicial notice of the legislative history of both federal and California statutes." *Gonzales v. Marriott Int'l, Inc.*, 142 F. Supp. 3d 961, 968 (C.D. Cal. 2015); *see also Frieri v. Sysco Corporation*, No. 16-CV-1423 JLS (NLS), 2016 WL 7188282, at *4 (S.D. Cal. Dec. 12, 2016 ("Courts may take judicial notice of legislative facts including 'facts of which courts take particular notice when interpreting a statute.'"). "Moreover, if the legislature's intent is not clear from its language, a court may take judicial notice of legislative history." *Pyara v. Sysco Corp.*, No. 215CV01208JAMKJN, 2016 WL 3916339, at *2 (E.D. Cal. July 20, 2016) (citing *Ass'n des Eleveurs de Canards et d'Oies due Quebec v. Harris*, 729 F.3d 937, 945 n.2 (9th Cir. 2013).

///

///

1     The Court may therefore properly take judicial notice of the legislative history attached as Exhibit RJN-A.

Dated: April 12, 2019     Respectfully submitted:

**BIENERT, MILLER & KATZMAN, PLC**

By     *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James Riddet
Attorneys for Defendant
Mohammed Abdul Qayuum

Dated: April 12, 2019

**LAW OFFICE OF DAVID W. WIECHERT**

By     *s/ Jessica C. Munk*
David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Defendant
Jacob Bychak

Dated: April 12, 2019

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By     *s/ Randy K. Jones*
Randy K. Jones
Attorney for Defendant
Mark Manoogian

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  April 12, 2019

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**

By  *s/ Naeun Rim*
Gary Lincenberg
Naeun Rim
Attorneys for Defendant
Petr Pacas

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Jessica C. Munk, Randy K. Jones, and Naeun Rim to affix their electronic signatures to this document.

Respectfully Submitted,

*/s/ Whitney Z. Bernstein*
**BIENERT, MILLER & KATZMAN, PLC**
Whitney Z. Bernstein
Email: wbernstein@bmkattorneys.com

**CERTIFICATE OF SERVICE**

Counsel for Defendant Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorney for Peter Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully Submitted,

*/s/ Whitney Z. Bernstein*
**BIENERT, MILLER & KATZMAN, PLC**
Whitney Z. Bernstein
Email: wbernstein@bmkattorneys.com