Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br>    Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT PETR PACAS, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, August 1, 2019 at 9:30 a.m. in the above-captioned matter.

DATED:  May 7, 2019          Gary S. Lincenberg
                                      Naeun Rim
                                      Bird, Marella, Boxer, Wolpert, Nessim,
                                      Drooks, Lincenberg & Rhow, P.C.

                              By:      *s/ Naeun Rim*
                                        Naeun Rim
                                    Attorneys for Defendant Petr Pacas

1 | Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
2 | Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
3 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
4 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
6
    Attorneys for Defendant Petr Pacas
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
|---|---|
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

I, Petr Pacas, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, August 1, 2019 at 9:30 a.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: 5/7/2019

_____
PETR PACAS

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


Respectfully submitted,

DATED: May 7, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:     *s/ Naeun Rim*
            Naeun Rim
    Attorneys for Defendant Petr Pacas