Gary S. Lincenberg - SBN 123058
  glincenberg@birdmarella.com
Naeun Rim - SBN 263558
  nrim@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

David W. Wiechert - SBN 94607
  dwiechert@aol.com
Jessica C. Munk - SBN 238832
  jessica@davidwiechertlaw.com
William J. Migler - SBN 318518
  william@davidwiechertlaw.com
LAW OFFICE OF DAVID W. WIECHERT
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822

Attorneys for Defendant Jacob Bychak

Randy K. Jones - SBN 141711
  rkjones@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1510

*Attorney for Defendant Mark Manoogian*

Whitney Z. Bernstein - SBN 304917
  wbernstein@bmkattorneys.com
Thomas H. Bienert, Jr. - SBN 135311
  tbienert@bmkattorneys.com
James Riddet – SBN 39826
  jriddet@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700

*Attorneys for Defendant Mohammed Abdul Qayyum*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>　　　　Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S CLARIFICATION ON MOTION TO MODIFY PROTECTIVE ORDER**<br><br>Assigned to Hon. Gonzalo P. Curiel |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas hereby provide notice to the Court that the parties have met and conferred on the Motion to Modify Protective Order and reached an agreement. Defendants will submit a Proposed Order to chambers reflecting the agreed upon modifications.

DATED: May 15, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: *s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas

DATED: May 15, 2019

David W. Wiechert
Jessica C. Munk
William J. Migler
Law Office of David W. Wiechert

By: *s/ David W. Wiechert*
David W. Wiechert
Attorneys for Defendant Jacob Bychak

DATED: May 15, 2019

Randy K. Jones
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

By: *s/ Randy K. Jones*
Randy K. Jones
Attorney for Defendant Mark Manoogian

| | | |
|---|---|---|
| 1 | DATED: May 15, 2019 | Whitney Z. Bernstein |
| 2 | | Thomas H. Bienert, Jr. |
| | | James Riddet |
| 3 | | Bienert, Miller & Katzman, PLC |

By: _____*s/ Whitney Z. Bernstein*_____
Whitney Z. Bernstein
Attorneys for Defendant Mohammed Abdul Qayyum

**CERTIFICATE OF AUTHORIZATION
TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from David W. Wiechert, Randy K. Jones, and Whitney Z. Bernstein to affix their electronic signatures to this document.

DATED: May 15, 2019

Respectfully submitted,

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _*s/ Naeun Rim*_
Naeun Rim
Attorneys for Defendant Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: May 15, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Defendant Petr Pacas