ROBERT S. BREWER, Jr.
United States Attorney
ROBERT CIAFFA
Assistant United States Attorney
California Bar No. 179432
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7748
Email: Robert.ciaffa@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JACOB BYCHAK, ET AL.,<br><br>Defendants. | Case No.   18CR4683-GPC<br><br>NOTICE OF FILING OF DECLARATION OF JOHN CURRAN<br><br>DATE: August 1, 2019<br>TIME:  9:30 a.m. |

COMES NOW the United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Sabrina L. Fève, Melanie Pierson, and Robert Ciaffa, Assistant U.S. Attorneys, and hereby files the attached declaration of John Curran, Chief Executive Officer of the American Registry for Internet Numbers (ARIN) located in Chantilly, Virginia.

Mr. Curran's declaration is filed in support of the Government's Response (Dkt. #75) in Opposition to the Defendants' Motion to Dismiss the Indictment as Void for Vagueness (Dkt. # 69). The declaration is directly relevant to several factual allegations made by the defendants in their motion concerning ARIN and the allocation and registration of Internet Protocol (IP) addresses.

1 | Mr. Curran will be available by telephone at the time of hearing on August 1,
2 | 2019, in the event the Court or opposing counsel have any questions for him.

DATED:  July 10, 2019           Respectfully submitted,

ROBERT S. BREWER, Jr.
United States Attorney

/s/ *Robert Ciaffa*
ROBERT CIAFFA
Assistant U.S. Attorney