# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

United States

V.

Jacob Bychak, et al.

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 18CR4683-GPC

Subpoena for  ☐ Person  ☑ Document(s) or Object(s)

TO: American Registry for Internet Numbers (ARIN)
Attention: Custodian of Records

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Schwartz Federal Courthouse<br>221 West Broadway<br>San Diego, California 92101 | Courtroom 2D, 2nd Floor<br>Judge Gonzalo P. Curiel |
| | DATE AND TIME<br>August 1, 2019<br>9:00am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please see attachment A

☐ *See additional information on reverse*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| JOHN MORRILL, CLERK OF COURT | 6/12/2019 |
| (By) Deputy Clerk<br>/s/ J. Ponzio | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Robert Ciaffa, Assistant U.S. Attorney, United States Attorney's Office, 880 Front Street Suite #6293, San Diego, California 92101  Tel: 619-546-7748

This subpoena is issued upon application of the United States of America

AO 89  (CASD Rev. 02/11) Subpoena in a Criminal Case (Page 2)

Case Number: 18CR4683-GPC

## PROOF OF SERVICE [1]

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information:

**(1)** As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(b), Federal Rules of Civil Procedure.
**(2)** "Fees and mileage need not be tendered when the subpoena issues on behalf of the United States or any of its officers or agencies. (Rule 45(b). Federal Rules of Civil Procedure: Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"

# ATTACHMENT A

For the period of January 1, 2010, to December 31, 2014, records related to the following IP address blocks, including registration information, changes to registration information during that period, ticket/email correspondence received and responded to by ARIN from outside parties related to the IP address blocks, financial information related to the IP address blocks including invoices and forms of payments, and any tickets related to the IP address blocks:

63.79.40.0/21
142.147.0.0/16
151.192.0.0/16
163.253.0.0/16
165.192.0.0/16
167.87.0.0/16
168.129.0.0/16
198.68.64.0/18
199.2.16.0/24
199.2.17.0/24
199.2.19.0/24
199.2.20.0/24
199.2.22.0/24
199.2.24.0/24
199.2.25.0/24
199.2.30.0/24
199.2.64.0/24
205.158.176.0/20
206.159.192.0/18
208.10.20.20.0/24
207.152.0.0/18
207.234.0.0/17
208.199.68.0/23
149.118.0.0/16

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _____, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by _____ and that my official title
(Name of Business)

or position is _____. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _____.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

_____          _____
(Date of Execution)                                (Print Name)


_____          _____
(Place of Execution)                                (Signature)