1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email:  dwiechert@aol.com
            jessica@davidwiechertlaw.com
            william@davidwiechertlaw.com

*Attorneys for Defendant Jacob Bychak*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Email:  rkjones@mintz.com

*Attorney for Defendant Mark Manoogian*

Additional counsel on next page

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>                    Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br>Date: August 1, 2019<br><br>**JOINT MOTION TO CONTINUE RESPONSE TO GOVERNMENT'S DECLARATION [DKT. NO. 107] AND TO CONTINUE HEARING FOR MOTION TO DISMISS THE CAN-SPAM ACT COUNTS (COUNTS 6 THROUGH 10) OF THE INDICTMENT AS VOID FOR VAGUENESS** |

Case No. 18-cr-04683-GPC

JOINT MOTION TO CONTINUE DEADLINE FOR RESPONSE TO GOVERNMENT'S FILING AND
TO CONTINUE HEARING ON MOTION TO DISMISS FOR VOID FOR VAGUENESS

BIENERT | KATZMAN PC
James Riddet, SBN 39826
Thomas H. Bienert, Jr., SBN 135311
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Email:  jriddet@bienertkatzman.com
        tbienert@bienertkatzman.com
        wbernstein@bienertkatzman.com

*Attorneys for Defendant*
*Mohammed Abdul Qayyum*


BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG RHOW P.C.
Gary Lincenberg, SBN 123058
Naeun Rim, SBN 263558
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email:  gsl@birdmarella.com
        nrim@birdmarella.com

*Attorneys for Defendant Petr Pacas*

JOINT MOTION TO CONTINUE DEADLINE FOR RESPONSE TO GOVERNMENT'S FILING AND
TO CONTINUE HEARING ON MOTION TO DISMISS FOR VOID FOR VAGUENESS

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants") hereby jointly and respectfully request that this Court continue the deadline for Defendants to file a response to the government's filing of the Declaration of John Curran (Dkt. No. 107), and accordingly continue the hearing date for the Motion: (1) To Dismiss the CAN-SPAM Act Counts (6 through 10) of the Indictment as Void for Vagueness; (2) In the Alternative to Dismiss Counts 6 through 10 for Failure to Sate and Offense; and (3) To Dismiss the Conspiracy Count (Dkt. No. 69) (hereinafter referred to as "Motion to Dismiss for Void for Vagueness"). The Defendants are not requesting to continue the hearing for the Motion to Dismiss the Indictment Based on the Government Misadvising the Grand Jury on the Law (Dkt. No. 70) (hereinafter referred to as "Motion to Dismiss for Misadvising the Grand Jury").

Good cause exists for this continuance as set forth below:

1.  On March 15, 2019, Defendants filed their joint Motion to Dismiss for Void for Vagueness.

2.  On March 29, 2019, the government filed its Response in Opposition to that Motion.

3.  Pursuant to Defendants' request for leave to file a reply and the Court's Order granting that request (Dkt. No. 66), on April 12, 2019, Defendants' filed their Reply to that Motion.

4.  The hearing for the Motion to Dismiss for Void for Vagueness as well as the hearing on Defendants' other motions was initially set for April 19, 2019.

5.  On the Court's own motion, it reset the hearing date to April 25, 2019 (Dkt. No. 87). Given a scheduling conflict by counsel, the hearing was reset to April 30, 2019 at 1:00 p.m. (Dkt. No. 88).

6.  At the April 30, 2019 hearing date, the Court indicated that it wanted to continue the hearing date for both the Motion to Dismiss for Void for Vagueness and the Motion to Dismiss for Misadvising the Grand Jury. In order to accommodate all of the parties' schedules, the hearing was continued to August 1, 2019 at 9:30 a.m.

JOINT MOTION TO CONTINUE DEADLINE FOR RESPONSE TO GOVERNMENT'S FILING AND
TO CONTINUE HEARING ON MOTION TO DISMISS FOR VOID FOR VAGUENESS

7.   Nearly two and a half months after the initial hearing date and the close of the Motion briefing, on July 10, 2019, the government filed a Declaration of John Curran, the CEO of the American Registry for Internet Numbers, Ltd. ("ARIN"). The government did not meet and confer with defense counsel prior to this filing or seek leave of the Court to file supplemental briefing.

8.  The government's recently filed Declaration addresses several key points in Defendants' Motion to Dismiss for Void for Vagueness that the Defendants need adequate time to respond to. Specifically, given the abrupt filing of this Declaration so close to the hearing date, Defendants need additional time to obtain their own expert to respond to the technical issues raised in Curran's Declaration which were not previously a part of any briefing in this case or for this Motion.

9.  Given the complexity of this case and the highly technical issues involved, as well as the fact that Defendants' Motion is a matter of first impression, a four-week extension to respond to the government's Declaration is warranted.

10.  Defendants respectfully request that the Court continue their response deadline from July 23, 2019 to August 20, 2019. The hearing for the Motion to Dismiss for Misadvising the Grand Jury would remain set for August 1, 2019 at 9:30 a.m. During that hearing, Defendants propose that the parties discuss a hearing date and address whether an evidentiary hearing should be scheduled on the Motion to Dismiss for Void for Vagueness.

## JOINT MOTION

NOW, THEREFORE, the Defendants hereby request as follows:

1.     The deadline to file a response to the government's Declaration of John Curran is continued from July 23, 2019 to August 20, 2019;

2.     Defendants' Motion to Dismiss for Misadvising the Grand Jury will remain on calendar for argument on August 1, 2019, at 9:30 a.m. The hearing date for the Motion to Dismiss for Void for Vagueness is continued to a date that will be determined by the Court at the August 1 hearing.

3.      Time is excludable under 18 U.S.C. § 3161(h)(D).

                                    Respectfully submitted,

Dated: July 17, 2019              LAW OFFICE OF DAVID W.
                                  WIECHERT

                                  _s/ Jessica C. Munk_____
                                  Jessica C. Munk
                                  David W. Wiechert
                                  Attorneys for Jacob Bychak

Dated: July 17, 2019              MINTZ, LEVIN, COHN, FERRIS,
                                  GLOVSKY AND POPEO, P.C.

                                  _s/ Randy K. Jones_____
                                  Randy K. Jones
                                  Attorney for Mark Manoogian

Dated: July 17, 2019              BIENERT | KATZMAN PC

                                  _s/ Whitney Z. Bernstein_____
                                  Whitney Z. Bernstein
                                  Thomas H. Bienert, Jr.
                                  James Riddet
                                  Attorneys for Mohammed Abdul
                                  Qayuum

Dated: July 17, 2019              BIRD MARELLA BOXER WOLPERT
                                  NESSIM DROOKS LINCENBERG
                                  RHOW P.C.
                                  _s/ Naeun Rim_____
                                  Naeun Rim
                                  Gary Lincenberg
                                  Attorneys for Petr Pacas

JOINT MOTION TO CONTINUE DEADLINE FOR RESPONSE TO GOVERNMENT'S FILING AND
TO CONTINUE HEARING ON MOTION TO DISMISS FOR VOID FOR VAGUENESS

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Naeun Rim to affix their electronic signatures to this document.

Respectfully submitted,

Dated: July 17, 2019

LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
Attorneys for Jacob Bychak

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated: July 17, 2019

LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
Attorneys for Jacob Bychak

JOINT MOTION TO CONTINUE DEADLINE FOR RESPONSE TO GOVERNMENT'S FILING AND
TO CONTINUE HEARING ON MOTION TO DISMISS FOR VOID FOR VAGUENESS