Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

DEFENDANT PETR PACAS, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, October 24, 2019 at 1:00 p.m. in the above-captioned matter.

DATED: August 9, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____/s/ Naeun Rim_____
Naeun Rim
Attorneys for Defendant Petr Pacas

3596356.1

Case No. 3:18-cr-04683-GPC

1 | Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
2 | Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
3 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
4 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
5 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
|---|---|
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

I, Petr Pacas, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, October 24, 2019 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: 8/9/2019

_____
PETR PACAS

3596356.1                                                                Case No. 3:18-cr-04683-GPC

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


Respectfully submitted,

DATED: August 9, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By: _____/s/ *Naeun Rim*_____
Naeun Rim
Attorneys for Defendant Petr Pacas

3596356.1

Case No. 3:18-cr-04683-GPC