1 | LAW OFFICE OF DAVID W. WIECHERT
2 | David W. Wiechert, SBN 94607
  | Jessica C. Munk, SBN 238832
3 | 27136 Paseo Espada, Suite B1123
  | San Juan Capistrano, CA 92675
4 | Telephone: (949) 361-2822
  | Email: dwiechert@aol.com
5 |       jessica@davidwiechertlaw.com
  |       william@davidwiechertlaw.com

6 | *Attorneys for Defendant Jacob Bychak*

7 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  | AND POPEO, P.C.
8 | Randy K. Jones, SBN 141711
  | 3580 Carmel Mountain Road, Suite 300
9 | San Diego, CA 92130
  | Telephone: (858) 314-1500
10 | Email: rkjones@mintz.com

11 | *Attorney for Defendant Mark Manoogian*

12 | Additional counsel on next page

14 | UNITED STATES DISTRICT COURT

15 | SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-04683-GPC |
|---|---|
| Plaintiff, | Hon. Gonzalo P. Curiel |
| v. | **DEFENDANTS' NOTICE OF DECLARATION OF MARC A. LINDSEY IN RESPONSE TO GOVERNMENT'S DECLARATION OF JOHN CURRAN; REQUEST FOR ORAL ARGUMENT** |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS, | |
| Defendants. | |

BIENERT | KATZMAN PC
James Riddet, SBN 39826
Thomas H. Bienert, Jr., SBN 135311
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Email:  jriddet@bienertkatzman.com
        tbienert@bienertkatzman.com
        wbernstein@bienertkatzman.com

*Attorneys for Defendant*
*Mohammed Abdul Qayyum*

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG RHOW P.C.
Gary Lincenberg, SBN 123058
Naeun Rim, SBN 263558
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email:  gsl@birdmarella.com
        nrim@birdmarella.com

*Attorneys for Defendant Petr Pacas*

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants") hereby jointly submit the attached Declaration of Marc A. Lindsey, the President and co-founder of Avenue4 LLC in response to the Government's Declaration of John Curran ("Curran Dec.") (Dkt. No. 107-1) and in support of Defendants' Motion to Dismiss the CAN-SPAM Act Counts (6 through 10) of the Indictment as Void for Vagueness; (2) In the Alternative to Dismiss Counts 6 through 10 for Failure to Sate and Offense; and (3) To Dismiss the Conspiracy Count (Dkt. No. 69) (hereinafter referred to as the "Vagueness Motion") and Reply (Dkt. Nos. 84 and 84-1 through 84-4).

Further, unless the Court intends to grant Defendants' Vagueness Motion on the papers, the Defendants respectfully request that the Court provide oral argument at the hearing scheduled for October 24, 2019 at 1:00 p.m. as Defendants' motion challenges the terms "registrant" and "successor in interest to the registrant" in subsection (a)(5) of 18 U.S.C. § 1037, the CAN-SPAM Act, and this issue is a matter of first impression.

Respectfully submitted,

Dated: August 20, 2019         LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
Attorneys for Jacob Bychak

Dated: August 20, 2019         MINTZ, LEVIN, COHN, FERRIS,
                               GLOVSKY AND POPEO, P.C

*s/Randy K. Jones*
Randy K. Jones
Attorney for Mark Manoogian

| | | |
|---|---|---|
| 1 | Dated: August 20, 2019 | BIENERT | KATZMAN PC |
| 2 | | |
| 3 | | *s/Whitney Z. Bernstein* |
| 4 | | Whitney Z. Bernstein |
| 5 | | Thomas H. Bienert, Jr. |
|   | | James Riddet |
| 6 | | Attorneys for Mohammed Abdul Qayuum |
| 7 | Dated: August 20, 2019 | BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C. |

*s/ Naeun Rim*
Naeun Rim
Gary Lincenberg
Attorneys for Petr Pacas

# **CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Naeun Rim to affix their electronic signatures to this document.

Respectfully submitted,

Dated: August 20, 2019

LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
Attorney for Jacob Bychak

# **CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated: August 20, 2019    LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
Attorney for Jacob Bychak