Gary S. Lincenberg - State Bar No. 123058
　　glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
　　nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PETR PACAS, <br><br> Defendant. | CASE NO. 18-CR-4683-GPC-4 <br><br> **JOINT MOTION FOR ORDER APPROVING TRAVEL REQUEST; DECLARATION OF NAEUN RIM** <br><br> Hon. Gonzalo P. Curiel |

　　　Defendant Petr Pacas, by and through counsel of record, and Plaintiff United States of America, by and through counsel of record, hereby submit this Joint Motion for an order from the Court approving Mr. Pacas's request to travel to Hawaii from September 24, 2019, to October 2, 2019. The basis for this joint motion is as follows:

　　　1.　　On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt 1.)

　　　2.　　On November 5, 2018, Mr. Pacas was arraigned and released on a $50,000 appearance bond secured by his signature. As a condition of release, his

1 | travel was restricted to San Diego County, the Central District of California, and the
2 | state of Utah at the discretion of his Pretrial Services Officer.  (Dkt. 24.)
3 |     3.    This Court previously approved Mr. Pacas's request to travel to the
4 | Czech Republic and Austria on December 20, 2018, to January 3, 2019.  Mr. Pacas
5 | departed and returned on the approved dates as instructed without incident.
6 |     4.    The Court has designated this case complex.  Due to pending pretrial
7 | motions, a trial date has not yet been set in this matter.
8 |     5.    On August 27, 2019, Pretrial Services Officer Irene Pflaum confirmed
9 | to defense counsel by email that she does not oppose the requested travel, so long as
10 | Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary
11 | and calls Pretrial Services both prior to departure and immediately upon his return.
12 | Her email approving the request is attached to the accompanying declaration of
13 | counsel.  (*See* Decl. Rim. ¶ 4, Exh. A.)

26 | / / /
27 | / / /
28 | / / /

1  6. Assistant United States Attorney Robert Ciaffa has advised that the
2  government does not oppose this travel request.

4  DATED: August 28, 2019        Respectfully submitted,

6                                Gary S. Lincenberg
                                  Naeun Rim
7                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                  Drooks, Lincenberg & Rhow, P.C.

9                                 By:   *s/ Naeun Rim*
                                         Naeun Rim
10                                Attorneys for Defendant Petr Pacas

12  DATED: August 28, 2019        Robert S. Brewer, Jr.
                                   United States Attorney

14                                By:   *s/ Melanie K. Pierson*
                                         Melanie K. Pierson
15                                       Robert Ciaffa
                                         Sabrina L. Feve
16                                Assistant U.S. Attorney

# CERTIFICATE OF AUTHORIZATION
# TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization to affix her electronic signature to this document.

Respectfully submitted,

DATED: August 28, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _*s/ Naeun Rim*_
Naeun Rim
Attorneys for Defendant Petr Pacas

3600983.1

4

Case No. 18-CR-4683-GPC-4

JOINT MOTION FOR ORDER APPROVING TRAVEL REQUEST

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED:  August 28, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   *s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas