Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
  nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-4683-GPC-4 |
|---|---|
| Plaintiff, | **DECLARATION OF NAEUN RIM IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING TRAVEL REQUEST** |
| vs. | |
| PETR PACAS, | |
| Defendant. | |

I, Naeun Rim, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Petr Pacas in this action. I make this declaration in support of the parties' Joint Motion for Order Approving Travel Request. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Mr. Pacas is seeking Court permission to travel for vacation to Hawaii from September 24, 2019, to October 2, 2019.

3. On August 27, 2019, Assistant United States Attorney Robert Ciaffa advised my office by email that the government is willing to stipulate to Mr. Pacas's

1 | travel request.

2 |     4.    On August 27, 2018, I emailed Pretrial Services Officer Irene Pflaum to
3 | ask if she would approve Mr. Pacas's request for travel. Officer Pflaum advised me
4 | by email that she has no objection Mr. Pacas's proposed travel so long as he
5 | provides his itinerary in advance and calls her prior to departure and immediately
6 | upon return. A true and correct copy of Officer Pflaum's email is attached as
7 | Exhibit A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 28, 2019                            *s/ Naeun Rim*
                                                        Naeun Rim

2                                            Case No. 18-CR-4683-GPC-4
DECLARATION OF NAEUN RIM

# EXHIBIT A

| | |
|---|---|
| **From:** | Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov> |
| **Sent:** | Tuesday, August 27, 2019 10:05 AM |
| **To:** | Naeun Rim |
| **Cc:** | Gary S. Lincenberg |
| **Subject:** | RE: Request for |

I do not object to the travel and yes if you can have him provide his itinerary.

He will need to call Prior to leaving and upon his return.

Thank you.

---

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Tuesday, August 27, 2019 8:55 AM
**To:** Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov>
**Cc:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Subject:** FW: Request for

Irene, hope you are well. We are writing on behalf of our client Petr Pacas, who wishes to travel to Hawaii for a family vacation on September 24 to October, 2019, 2.  The Government indicates they do not oppose and are willing to stipulate.  Please let us know pretrial's position so we may note it for the Court.  Mr. Pacas will of course provide you with his travel and hotel information before departure.  If you have any questions, please email or call me.

**Naeun Rim** | *Principal*
**O**: 310.201.2100 | **F**: 310.201.2110 | **E**: nrim@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

---

**From:** Ciaffa, Robert (USACAS) <Robert.Ciaffa@usdoj.gov>
**Sent:** Tuesday, August 27, 2019 8:31 AM
**To:** Naeun Rim <nrim@birdmarella.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>
**Cc:** Pierson, Melanie (USACAS) <Melanie.Pierson@usdoj.gov>; Feve, Sabrina (USACAS) <Sabrina.Feve@usdoj.gov>
**Subject:** RE: Request for

We are willing to stipulate.

---

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Tuesday, August 27, 2019 7:36 AM
**To:** Gary S. Lincenberg <glincenberg@birdmarella.com>
**Cc:** Pierson, Melanie (USACAS) <MPierson@usa.doj.gov>; Feve, Sabrina (USACAS) <sfeve@usa.doj.gov>; Ciaffa, Robert (USACAS) <RCiaffa@usa.doj.gov>
**Subject:** Re: Request for

All,

Following up on this request. We intend to file our request for Court approval this week. Please let us know if you are willing to stipulate or if you plan to oppose. Thanks very much.

Naeun

On Aug 24, 2019, at 1:52 PM, Gary S. Lincenberg <glincenberg@birdmarella.com> wrote:

> Dear Counsel,
>
> I write to ask you to agree to a stipulation permitting Petr Pacas to travel to Hawaii in September. A year ago you agreed to permit his travel outside of the country, to the Czech Republic, and as you know he responsibly returned and has made all court appearances.
>
> If you agree to permit this travel, I will draft a stipulation setting forth his proposed itinerary.
>
> Thank you for your consideration of our request.
>
> Sincerely,
>
> **Gary S. Lincenberg**
> O: 310.201.2100
> E: glincenberg@birdmarella.com