1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-4683-GPC-4 |
| Plaintiff, | **[PROPOSED] ORDER APPROVING TRAVEL REQUEST** |
| vs. | Hon. Gonzalo P. Curiel |
| PETR PACAS, | |
| Defendant. | |

FINDING GOOD CAUSE THEREFORE, the Court hereby ORDERS that Petr Pacas is permitted to travel to Hawaii from September 24, 2019, to October 2, 2019, including all states through which travel is required for flight layovers. Mr. Pacas is required to provide his Pretrial Services Officer with a copy of his travel itinerary and to call Pretrial Services both prior to departure and immediately upon his return.

IT IS SO ORDERED.

DATED: _____


_____
Hon. Gonzalo P. Curiel