1  LAW OFFICE OF DAVID W. WIECHERT
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
   27136 Paseo Espada, Suite B1123
3  San Juan Capistrano, CA 92675
   Telephone: (949) 361-2822
4  Email: dwiechert@aol.com
          jessica@davidwiechertlaw.com
5         william@davidwiechertlaw.com

6  *Attorneys for Jacob Bychak*

7  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   AND POPEO, P.C.
8  Randy K. Jones, SBN 141711
   3580 Carmel Mountain Road, Suite 300
9  San Diego, CA 92130
   Telephone: (858) 314-1500
10 Email: rkjones@mintz.com

11 *Attorney for Mark Manoogian*

12
   Additional counsel on next page
13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16

| 17 UNITED STATES OF AMERICA, | Case No. 18-CR-04683-GPC |
|---|---|
| 18 Plaintiff, | Hon. Gonzalo P. Curiel |
| 19 v. | **DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANTS' COUNTER DECLARATION AND REQUEST FOR ORAL ARGUMENT [DKT. NO. 122]; EXHIBIT A** |
| 20 JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS, | |
| 22 Defendants. | |

BIENERT | KATZMAN PC
James Riddet, SBN 39826
Thomas H. Bienert, Jr., SBN 135311
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Email:  jriddet@bienertkatzman.com
        tbienert@bienertkatzman.com
        wbernstein@bienertkatzman.com

*Attorneys for Mohammed Abdul Qayyum*

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG RHOW P.C.
Gary Lincenberg, SBN 123058
Naeun Rim, SBN 263558
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email:  gsl@birdmarella.com
        nrim@birdmarella.com

*Attorneys for Petr Pacas*

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants") hereby jointly submit the following motion requesting leave to file a reply to the Government's Response to Defendants' Counter Declaration and Request for Oral Argument [Dkt. No. 122] (hereinafter "Government's Response").

1.  On March 15, 2019, Defendants filed a joint Motion: (1) To Dismiss the CAN-SPAM Act Counts (6 through 10) of the Indictment as Void for Vagueness; (2) In the Alternative to Dismiss Counts 6 through 10 for Failure to State an Offense; and (3) To Dismiss the Conspiracy Count (Dkt. No. 69) (hereinafter referred to as "Vagueness Motion"). Defendants also filed a joint Motion to Dismiss the Indictment Based on Misadvising the Grand Jury on the Law; and In the Alternative, For Disclosure of Grand Jury Matters (Dkt. No. 70) (hereinafter referred to as "Grand Jury Motion"). The hearing on both motions was continued to August 1, 2019.

2.  A few weeks before the August 1 hearing, after briefing on the motions had closed, the government filed the Declaration of John Curran as expert testimony in support of their opposition to the Vagueness Motion. Mr. Curran's declaration only included information that was previously available to the government at the time their opposition papers were due. The Court granted Defendants until August 20, 2019 to submit a declaration from a rebuttal expert and continued the hearing for the Vagueness Motion to a date to be determined at the August 1 hearing.

3.  At the August 1, 2019 hearing for the Grand Jury Motion, the government stated its position that an evidentiary hearing for the Vagueness Motion was unnecessary. To the extent that Defendants would be seeking an evidentiary hearing, the Court ordered the Defendants to file a request for an evidentiary hearing and state the grounds for why the Court should hold an evidentiary hearing in conjunction with Defendants' August 20, 2019 response to the Government's

Declaration of John Curran. *Trans. of Aug. 1, 2019 Hearing* at 63 (Dkt. No. 117). The Court ordered the government to file their response to Defendants' request for an evidentiary hearing by August 27, 2019. *Id.* The hearing for the Vagueness Motion was continued to October 24, 2019 at 1:00 p.m.

4. On August 20, 2019, Defendants filed the Declaration of Marc Lindsey in response to the government's Declaration of John Curran. Anticipating that an evidentiary hearing would only result in a battle of the experts, Defendants declined to request an evidentiary hearing and instead reiterated their request for oral argument on the Vagueness Motion. While the government in their August 27, 2019 response agreed that "an evidentiary hearing is not necessary or required," the government nonetheless took the liberty to substantively argue its position and attempt to discredit Defendants' Vagueness Motion. *See* Government's Response at ¶¶ 4-7. This argument was beyond the scope of what the Court ordered on August 1, 2019.

5. Accordingly, Defendants request leave to file the attached Exhibit A for the Court's consideration of Defendants' Vagueness Motion and October 24, 2019 hearing in response to the government's arguments at Dkt. No. 122.

                                             Respectfully submitted,

Dated: September 3, 2019          LAW OFFICE OF DAVID W. WIECHERT

                                             *s/ Jessica C. Munk*
                                             Jessica C. Munk
                                             David W. Wiechert
                                             Attorneys for Jacob Bychak

Dated: September 3, 2019          MINTZ, LEVIN, COHN, FERRIS,
                                             GLOVSKY AND POPEO, P.C

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | *s/Randy K. Jones* |
| 3 | | Randy K. Jones<br>Attorney for Mark Manoogian |
| 4 | | |
| 5 | Dated: September 3, 2019 | BIENERT | KATZMAN PC |
| 6 | | |
| 7 | | *s/Whitney Z. Bernstein*<br>Whitney Z. Bernstein |
| 8 | | Thomas H. Bienert, Jr.<br>James Riddet |
| 9 | | Attorneys for Mohammed Abdul Qayuum |
| 10 | | |
| 11 | Dated: September 3, 2019 | BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C. |
| 12 | | |
| 13 | | |
| 14 | | *s/ Naeun Rim*<br>Naeun Rim |
| 15 | | Gary Lincenberg |
| 16 | | Attorneys for Petr Pacas |

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Naeun Rim to affix their electronic signatures to this document.

Respectfully submitted,

Dated: September 3, 2019

LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
Attorney for Jacob Bychak

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

Dated: September 3, 2019         LAW OFFICE OF DAVID W. WIECHERT

*s/ Jessica C. Munk*
Jessica C. Munk
Attorney for Jacob Bychak