Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>    Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**DEFENDANT PETR PACAS'S WAIVER OF APPEARANCE FOR HEARING ON NOVEMBER 20, 2019**<br><br>Date: November 20, 2019<br>Time: 12:00 p.m.<br>Crtrm.: 2D<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Petr Pacas, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the Wednesday, November 20, 2019 at 12:00 p.m. status conference before Judge Gonzalo P. Curiel.

DATED: October **30**, 2019

                                                           PETR PACAS

DATED: October 30, 2019        Gary S. Lincenberg
                                              Naeun Rim
                                              Bird, Marella, Boxer, Wolpert, Nessim,
                                              Drooks, Lincenberg & Rhow, P.C.

                                By:    */s/ Naeun Rim*
                                              Naeun Rim
                                       Attorneys for Defendant Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: October 30, 2019

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:  */s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas