1  Gary S. Lincenberg - State Bar No. 123058
      glincenberg@birdmarella.com
2  Naeun Rim - State Bar No. 263558
      nrim@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendant Petr Pacas
7
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**DEFENDANT PETR PACAS'S WAIVER OF APPEARANCE FOR HEARING ON MARCH 18, 2020**<br><br>Date: March 18, 2020<br>Time: 1:00 p.m.<br>Crtrm.: 2D<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Petr Pacas, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the Wednesday, March 18, 2020 telephonic status hearing at 1:00 p.m. before Judge Gonzalo P. Curiel.

DATED: February  27 , 2020                      _____
                                                                              PETR PACAS

DATED: February 27, 2020    Gary S. Lincenberg
                             Naeun Rim
                             Bird, Marella, Boxer, Wolpert, Nessim,
                             Drooks, Lincenberg & Rhow, P.C.

                             By:    /s/ Naeun Rim
                                 _____
                                        Naeun Rim
                             Attorneys for Defendant Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendant certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


Respectfully submitted,

DATED: February 27, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: _____/s/ *Naeun Rim*_____
Naeun Rim
Attorneys for Defendant Petr Pacas