Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC-4 |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST** |
| vs. | |
| PETR PACAS, | Filed Concurrently with Declaration of Naeun Rim; and [Proposed] Order |
| Defendant. | Assigned to Hon. Gonzalo P. Curiel |

Defendant Petr Pacas, by and through counsel of record, hereby submits this Unopposed Motion for an order from the Court to modify Mr. Pacas's bond conditions (1) to permit him to travel within the Unites States of America during the pendency of this action, and (2) to permit him to travel to the Czech Republic in June of 2020, so long as Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary to the Czech Republic and calls Pretrial Services both prior to departure and immediately upon his return.  The basis for this unopposed motion is as follows:

1. On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, and Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt. 1.)

2. On November 5, 2018, Mr. Pacas was arraigned and released on a

1  $50,000 appearance bond secured by his signature.  As a condition of release, his
2  travel was restricted to San Diego County, the Central District of California, and the
3  state of Utah at the discretion of his Pretrial Services Officer.  (Dkt. 24.)

4        3.     This Court previously approved Mr. Pacas's request to travel to the
5  Czech Republic and Austria on December 20, 2018, to January 3, 2019.  Mr. Pacas
6  departed and returned on the approved dates as instructed without incident.

7        4.     This Court previously approved Mr. Pacas's request to travel to Hawaii
8  on September 24, 2019, to October 2, 2019.  Mr. Pacas departed and returned on the
9  approved dates as instructed without incident.

10       5.     The Court has designated this case complex.  Due to pending pretrial
11 motions, a trial date has not yet been set in this matter.

12       6.     On February 11, 2020, Pretrial Services Officer Irene Pflaum confirmed
13 to defense counsel by email that she does not oppose the request to allow Mr. Pacas
14 to travel within the United States during the pendency of this action.  She also has no
15 objection to Mr. Pacas traveling to the Czech Republic in June of 2020, so long as
16 Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary
17 and calls Pretrial Services both prior to departure and immediately upon his return.
18 Her email approving the request is attached to the accompanying declaration of
19 counsel.  (*See* Decl. Rim. ¶ 4, Exh. A.)

20       7.     On February 11, 2020, the Government confirmed to defense counsel
21 by email that it does not oppose this motion. (*See id*.)

22 DATED:  February 28, 2020     Gary S. Lincenberg
23     Naeun Rim
    Bird, Marella, Boxer, Wolpert, Nessim,
24     Drooks, Lincenberg & Rhow, P.C.

25     By:    *s/ Naeun Rim*
26     Naeun Rim
27     Attorneys for Defendant Petr Pacas
28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: February 28, 2020
Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Defendant Petr Pacas