Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
  nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>PETR PACAS,<br><br>       Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**DECLARATION OF NAEUN RIM IN SUPPORT OF UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST**<br><br>Filed Concurrently with Unopposed Motion for Order Approving Travel Request; and [Proposed] Order |

I, Naeun Rim, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Petr Pacas in this action. I make this declaration in support of the Unopposed Motion for Order Approving Travel Request. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On February 11, 2020, I emailed Pretrial Services Officer Irene Pflaum to ask if she would approve a bond modification allowing Mr. Pacas to travel within the United States for the duration of this case. Officer Pflaum advised me by email that she did not object. I also asked Officer Pflaum whether she would approve

1 Mr. Pacas's request to travel to the Czech Republic in June of 2020. She informed
2 me that she did not object, so long as he provided to Pretrial Services his itinerary in
3 advance and called his Pretrial Services Officer prior to departure and immediately
4 upon return.

5     3.    On February 11, 2020, Assistant United States Attorney Sabrina Feve
6 advised my office by email that the government has no objection to Mr. Pacas's
7 travel request.

8     4.    A true and correct copy of the February 11, 2020 email, reflecting the
9 correspondences described in paragraphs 2 and 3 above, is attached as Exhibit A to
10 this declaration.

11     I declare under penalty of perjury that the foregoing is true and correct.

13 Date: February 28, 2020        *s/ Naeun Rim*
                                Naeun Rim

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: February 28, 2020     Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: ____*s/ Naeun Rim*____
Naeun Rim
Attorneys for Defendant Petr Pacas

# EXHIBIT A

| | |
|---|---|
| **From:** | Feve, Sabrina (USACAS) <Sabrina.Feve@usdoj.gov> |
| **Sent:** | Tuesday, February 11, 2020 3:15 PM |
| **To:** | Naeun Rim; Pierson, Melanie (USACAS) |
| **Subject:** | RE: Petr Pacas |

No objection.  We don't usually stipulate, but you can note that it's unopposed.

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Tuesday, February 11, 2020 2:33 PM
**To:** Feve, Sabrina (USACAS) <sfeve@usa.doj.gov>; Pierson, Melanie (USACAS) <MPierson@usa.doj.gov>; Ciaffa, Robert (USACAS) <Robert.Ciaffa@usdoj.gov>
**Subject:** FW: Petr Pacas

Hello all—given the duration of this proceeding, we plan to ask the Court to modify Mr. Pacas's bond conditions as follows:

- To permit travel within the United States
- To allow him to travel in June to the Czech Republic, provided that he give his travel information to pretrial services and calls before leaving and after returning.

His pretrial services officer has no objection.  Are you willing to stipulate? Thanks very much.

**Naeun Rim**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nrim@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

**From:** Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov>
**Sent:** Tuesday, February 11, 2020 1:39 PM
**To:** Naeun Rim <nrim@birdmarella.com>
**Subject:** RE: Petr Pacas

He did not mention that to me, but as long as he provides all the information ahead of time and call prior to and upon returning.

Thank you.

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Tuesday, February 11, 2020 1:35 PM
**To:** Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov>
**Subject:** RE: Petr Pacas

Thank you. Also, I forgot to mention that he has asked to travel to the Czech Republic to visit his family in June. He would, of course, provide his flight and accommodation information to pretrial services in advance. Do you have any objection to that?

**Naeun Rim**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nrim@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**

**From:** Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov>
**Sent:** Tuesday, February 11, 2020 1:29 PM
**To:** Naeun Rim <nrim@birdmarella.com>
**Subject:** RE: Petr Pacas

Hello, he did talk to me about it and I do not object to the request. Thank you.

**From:** Naeun Rim <nrim@birdmarella.com>
**Sent:** Tuesday, February 11, 2020 12:53 PM
**To:** Irene Pflaum <Irene_Pflaum@caspt.uscourts.gov>
**Subject:** Petr Pacas

Officer Pflaum,

I am writing to let you know we will be seeking a Court order to allow Mr. Pacas to travel within the United States while he is on bond. Do you have any objections to this request? Thanks very much.

**Naeun Rim**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nrim@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**