# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PETR PACAS,<br><br>　　　　Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**[PROPOSED] ORDER APPROVING TRAVEL REQUEST**<br><br>Hon. Gonzalo P. Curiel |

FINDING GOOD CAUSE THEREFORE, the Court hereby ORDERS that Petr Pacas's conditions of bond are modified as follows:

Mr. Pacas is permitted to travel anywhere within the Unites States. All travel outside of the United States, including Mexico, remains restricted unless approved by the Court.

Mr. Pacas is permitted to travel to the Czech Republic in June of 2020, including all countries through which travel is required for flight layovers, so long as he provides his Pretrial Services Officer with a copy of his travel itinerary in advance and calls Pretrial Services both prior to departure and immediately upon his return.

/ / /

/ / /

/ / /

1   IT IS SO ORDERED.
2  DATED: _____
3
4  _____
5   Hon. Gonzalo P. Curiel
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED:  February 28, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  *s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas