# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-4683-GPC-4 |
|---|---|
| Plaintiff, | **ORDER APPROVING TRAVEL REQUEST** |
| vs. | Hon. Gonzalo P. Curiel |
| PETR PACAS, | |
| Defendant. | |

FINDING GOOD CAUSE THEREFORE, the Court hereby ORDERS that Petr Pacas's conditions of bond are modified as follows. First, Mr. Pacas is permitted to travel anywhere within the Unites States. All travel outside of the United States, including Mexico, remains restricted unless approved by the Court. Second, Mr. Pacas is permitted to travel to the Czech Republic in June of 2020, including all countries through which travel is required for flight layovers, so long as he provides his Pretrial Services Officer with a copy of his travel itinerary in advance and calls Pretrial Services both prior to departure and immediately upon his return.

**IT IS SO ORDERED.**

Dated: March 2, 2020

Hon. Gonzalo P. Curiel
United States District Judge

Case No. 18-CR-4683-GPC-4