Gary S. Lincenberg - SBN 123058
   glincenberg@birdmarella.com
Naeun Rim - SBN 263558
   nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Petr Pacas*

David W. Wiechert - SBN 94607
   dwiechert@aol.com
Jessica C. Munk - SBN 238832
   jessica@wmgattorneys.com
William J. Migler - SBN 318518
   william@wmgattorneys.com
WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822

*Attorneys for Jacob Bychak*

Randy K. Jones - SBN 141711
   rkjones@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1510

*Attorney for Mark Manoogian*

Whitney Z. Bernstein - SBN 304917
   wbernstein@bmkattorneys.com
Thomas H. Bienert, Jr. - SBN 135311
   tbienert@bmkattorneys.com
James Riddet – SBN 39826
   jriddet@bmkattorneys.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700

*Attorneys for Mohammed Abdul Qayyum*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>    Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**UNOPPOSED MOTION TO SHORTEN TIME TO FILE MOTION TO DISMISS WIRE FRAUD COUNTS FOR VIOLATING THE FIFTH AMENDMENT DUE PROCESS AND SIXTH AMENDMENT FAIR NOTICE PROTECTIONS**<br><br>Assigned to Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas, by and through counsel for Mr. Pacas, Naeun Rim, move this Court for an order shortening time in which Defendants may file their motion to dismiss the wire fraud counts in the Indictment for violating the Fifth Amendment due process and Sixth Amendment fair notice protections afforded by the United States Constitution. Ms. Rim has good cause for shortening time by one business day due to the unusually complex issues in this matter and conflicting deadlines in other cases. On May 18, 2020, counsel for the Government informed Ms. Rim through Assistant United States Attorney Sabrina Feve that it did not oppose this motion.

Accordingly, Defendants ask the Court to shorten time for the filing of this motion and amend the briefing schedule as follows:

The Government's opposition brief will now be due June 8, 2020;

Defendants' reply will be due June 15, 2020; and

The hearing will take place on June 26, 2020, at 2:30 p.m.

DATED:  May 18, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
        Naeun Rim
Attorneys for Petr Pacas

DATED:  May 18, 2020

Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James Riddet
BIENERT | KATZMAN PC

By: _____*s/ Whitney Z. Bernstein*_____
        Whitney Z. Bernstein
Attorneys for Mohammed Abdul Qayyum

| | | |
|---|---|---|
| 1 | DATED:  May 18, 2020 | David W. Wiechert |
| 2 | | Jessica C. Munk |
| | | William J. Migler |
| 3 | | Wiechert, Munk & Goldstein, PC |
| 4 | | By: _____*s/ David W. Wiechert*_____ |
| 5 | | David W. Wiechert |
| | | Attorneys for Jacob Bychak |
| 6 | | |
| 7 | DATED:  May 18, 2020 | Randy K. Jones |
| | | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| 8 | | |
| 9 | | By: _____*s/ Randy K. Jones*_____ |
| 10 | | Randy K. Jones |
| | | Attorney for Mark Manoogian |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, David W. Wiechert, and Whitney Z. Bernstein to affix their electronic signatures to this document.

Respectfully submitted,

DATED: May 18, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
        Naeun Rim
Attorneys for Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Respectfully submitted,

DATED:  May 18, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By: ___*s/ Naeun Rim*___
Naeun Rim
Attorneys for Petr Pacas