# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
| Plaintiff, | **[PROPOSED] ORDER TO SHORTEN TIME** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Defendant's motion for an order shortening time in which Defendants may file their motion dismiss the wire fraud counts in the Indictment for violating the Fifth Amendment due process and Sixth Amendment fair notice protections afforded by the United States Constitution is granted.

The briefing schedule for Defendants' motion is amended as follows:

Defendants' motion will be accepted as filed on May 16, 2020;

The Government's opposition brief will be due June 8, 2020;

Defendants' reply will be due June 15, 2020; and

The hearing will take place on June 26, 2020, at 2:30 p.m.

**SO ORDERED.**

DATED: _____

                              **HONORABLE GONZALO P. CURIEL**
                              United States District Judge

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Respectfully submitted,

DATED: May 18, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
        Naeun Rim
   Attorneys for Petr Pacas