| | |
|---|---|
| Gary S. Lincenberg - SBN 123058<br>glincenberg@birdmarella.com<br>Naeun Rim - SBN 263558<br>nrim@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS, LINCENBERG &<br>RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>*Attorneys for Petr Pacas*<br><br>David W. Wiechert - SBN 94607<br>dwiechert@aol.com<br>Jessica C. Munk - SBN 238832<br>jessica@wmgattorneys.com<br>William J. Migler - SBN 318518<br>william@wmgattorneys.com<br>WIECHERT, MUNK & GOLDSTEIN, PC<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, California 92675<br>Telephone: (949) 361-2822<br><br>*Attorneys for Jacob Bychak* | Randy K. Jones - SBN 141711<br>rkjones@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 314-1510<br><br>*Attorney for Mark Manoogian*<br><br>Whitney Z. Bernstein - SBN 304917<br>wbernstein@bmkattorneys.com<br>Thomas H. Bienert, Jr. - SBN 135311<br>tbienert@bmkattorneys.com<br>James Riddet – SBN 39826<br>jriddet@bmkattorneys.com<br>BIENERT | KATZMAN PC<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br><br>*Attorneys for Mohammed Abdul Qayyum* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>　　　　Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**DEFENDANTS' NOTICE OF ERRATA RE: DOC. 164-1**<br><br>Date: June 26, 2020<br>Time: 2:30 p.m.<br>Crtrm.:　　　2D<br><br>Assigned to Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants"), through their counsel of record, hereby provide this notice of errata regarding certain clerical errors in the Memorandum of Points and Authorities filed in support of Defendants' Motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections, filed on May 18, 2020, as Doc. 164-1.

The following lines should be corrected as follows (corrected parts reflected in underline):

- Page 13, line 13 ("Dowling (re copyrights)" should state, "*Dowling v. United States*, 473 U.S. 207, 229 (1985) (re copyrights)").
- Page 15, line 19 ("through contract Network Solutions, Inc." should state, "through contractor Network Solutions, Inc.").
- Page 16, line 3 ("amended the Communications Act" should state, "which amended the Communications Act").
- Page 17, line 7 ("counsel for ARIN took the position the" should state, "counsel for ARIN took the position that").
- Page 20, line 4 ("the government wrote a letter supporting ARIN's position" should state, "the Canadian government wrote a letter supporting ARIN's position").
- Page 23, line 1 ("On California case held" should state, "One California case held").
- Page 25, line 27 ("factual questions it issue" should state, "factual questions at issue").

Defendants have concurrently filed a "Corrected Memorandum of Points and Authorities In Support of Motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections," which contains the above corrections and no additional changes.

| | | |
|---|---|---|
| 1 | DATED: May 27, 2020 | Gary S. Lincenberg |
| 2 | | Naeun Rim |
| | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 3 | | Drooks, Lincenberg & Rhow, P.C. |
| 4 | | |
| 5 | | By: _____*s/ Naeun Rim*_____ |
| 6 | | Naeun Rim |
| | | Attorneys for Petr Pacas |
| 7 | | |
| 8 | DATED: May 27, 2020 | David W. Wiechert |
| | | Jessica C. Munk |
| 9 | | William J. Migler |
| | | Law Office of David W. Wiechert |
| 10 | | |
| 11 | | By: _____*s/ David W. Wiechert*_____ |
| 12 | | David W. Wiechert |
| | | Attorneys for Jacob Bychak |
| 13 | | |
| 14 | DATED: May 27, 2020 | Randy K. Jones |
| | | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| 15 | | |
| 16 | | |
| 17 | | By: _____*s/ Randy K. Jones*_____ |
| | | Randy K. Jones |
| 18 | | Attorney for Mark Manoogian |
| 19 | | |
| 20 | DATED: May 27, 2020 | Whitney Z. Bernstein |
| | | Thomas H. Bienert, Jr. |
| 21 | | James Riddet |
| | | Bienert, Miller & Katzman, PLC |
| 22 | | |
| 23 | | By: _____*s/ Whitney Z. Bernstein*_____ |
| | | Whitney Z. Bernstein |
| 24 | | Attorneys for Mohammed Abdul Qayyum |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF AUTHORIZATION
# TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, David W. Wiechert, and Whitney Z. Bernstein to affix their electronic signatures to this document.

Respectfully submitted,

DATED: May 27, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Respectfully submitted,

DATED: May 27, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
   Naeun Rim
Attorneys for Petr Pacas