# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF DOC. 164 AND RE-FILING TO CORRECT ERRORS IN DOC. 164-1**<br><br>Hon. Gonzalo P. Curiel |

The Court is in receipt of Defendants' Notice of Withdrawal of Doc. 164 and Re-Filing to Correct Errors in Doc. 164-1. The Court hereby ORDERS that Defendants' Motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections and accompanying supporting papers, filed on May 18, 2020 as Doc. 164, are hereby withdrawn and substituted with Defendants' Corrected Motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections, filed on May 28, 2020.

/ / /

/ / /

3651899.1                                                                                                 Case No. 3:18-cr-04683-GPC
ORDER

1     IT IS SO ORDERED.

3 DATED: _____

                                                Hon. Gonzalo P. Curiel

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

DATED: May 28, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Petr Pacas