| | |
|---|---|
| Gary S. Lincenberg - SBN 123058<br>glincenberg@birdmarella.com<br>Naeun Rim - SBN 263558<br>nrim@birdmarella.com<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS, LINCENBERG &<br>RHOW, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>*Attorneys for Petr Pacas*<br><br>David W. Wiechert - SBN 94607<br>dwiechert@aol.com<br>Jessica C. Munk - SBN 238832<br>jessica@wmgattorneys.com<br>William J. Migler - SBN 318518<br>william@wmgattorneys.com<br>WIECHERT, MUNK & GOLDSTEIN, PC<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, California 92675<br>Telephone: (949) 361-2822<br><br>*Attorneys for Jacob Bychak* | Randy K. Jones - SBN 141711<br>rkjones@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 314-1510<br><br>*Attorney for Mark Manoogian*<br><br>Whitney Z. Bernstein - SBN 304917<br>wbernstein@bmkattorneys.com<br>Thomas H. Bienert, Jr. - SBN 135311<br>tbienert@bmkattorneys.com<br>James Riddet – SBN 39826<br>jriddet@bmkattorneys.com<br>BIENERT | KATZMAN PC<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br><br>*Attorneys for Mohammed Abdul Qayyum* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>　　　　　Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**CORRECTED NOTICE OF MOTION TO DISMISS WIRE FRAUD COUNTS FOR VIOLATING THE FIFTH AMENDMENT DUE PROCESS AND SIXTH AMENDMENT FAIR NOTICE PROTECTIONS**<br><br>Date: June 26, 2020<br>Time: 2:30 p.m.<br>Crtrm.:　　2D<br><br>Assigned to Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2020, at 2:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants") will, and hereby do, move the Court to dismiss the wire fraud counts in the Indictment for violating the Fifth Amendment due process and Sixth Amendment fair notice protections afforded by the United States Constitution.

In addition to these constitutional violations, this motion to dismiss is made pursuant to Federal Rules of Evidence 104 and 201, and Federal Rules of Criminal Procedure 7 and 12.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, Declaration of Naeun Rim, the Indictment, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

Respectfully submitted,

DATED:  May 28, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  */s/ Naeun Rim*
　　　　Naeun Rim
Attorneys for Petr Pacas

| | | |
|---|---|---|
| 1 | DATED: May 28, 2020 | David W. Wiechert |
| 2 | | Jessica C. Munk |
| | | William J. Migler |
| 3 | | Wiechert, Munk & Goldstein, PC |
| 4 | | By: _____*s/ David W. Wiechert*_____ |
| 5 | | David W. Wiechert |
| | | Attorneys for Jacob Bychak |
| 6 | | |
| 7 | DATED: May 28, 2020 | Whitney Z. Bernstein |
| | | Thomas H. Bienert, Jr. |
| 8 | | James Riddet |
| | | BIENERT | KATZMAN PC |
| 9 | | |
| | | By: _____*s/ Whitney Z. Bernstein*_____ |
| 10 | | Whitney Z. Bernstein |
| 11 | | Attorneys for Mohammed Abdul Qayyum |
| 12 | DATED: May 28, 2020 | Randy K. Jones |
| 13 | | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| 14 | | By: _____*s/ Randy K. Jones*_____ |
| 15 | | Randy K. Jones |
| | | Attorney for Mark Manoogian |

**CERTIFICATE OF AUTHORIZATION
TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, David W. Wiechert, and Whitney Z. Bernstein to affix their electronic signatures to this document.

Respectfully submitted,

DATED:  May 28, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:      *s/ Naeun Rim*
         Naeun Rim
         Attorneys for Petr Pacas

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Respectfully submitted,

DATED: May 28, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: *s/ Naeun Rim*
      Naeun Rim
Attorneys for Petr Pacas