ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
RANDY S. GROSSMAN
Assistant United States Attorney
California Bar Nos. 112520/226590/177890
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6786
Sabrina.Feve@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),<br>PETR PACAS (4),<br><br>  Defendants. | Case No. 18cr04683-GPC<br><br>**GOVERNMENT MOTION TO PERMIT FILING OF AN OVERSIZED BRIEF**<br><br>**Honorable Gonzalo P. Curiel**<br><br>Date:  June 26, 2020<br>Time:  2:30 p.m. |

Plaintiff United States of America, by and through its counsel, United States Attorney Robert S. Brewer, Jr. and Assistant U.S. Attorneys Melanie K. Pierson, Sabrina L. Fève, and Randy S. Grossman, hereby files its Motion to Permit Filing of An Oversized Brief. In particular, the government seeks leave to file its 45-page Response in Opposition to Defendants' Motion to Dismiss Wire Fraud Counts for Violating the Fifth Amendment Due Process and Sixth Amendment Fair Notice Protections (ECF No. 169).

In support of its Motion for leave to file briefing in excess of the 25 pages permitted by Local Criminal Rule 47.1(e), the United States notes that Defendants' brief is 32-pages long and their attached Request for Judicial Notice, which includes a separate Memorandum of Points and Authorities ("MPA") from the MPA presented in support of their Motion to Dismiss, is 39 pages. ECF Nos. 169-1, 169-3. Defendants also submitted a 12-page Statement of Undisputed Facts. ECF No. 169-2. The government's response addresses both sets of legal arguments submitted by Defendants, the parties' factual disputes, and the questions the Court directed both parties to address during the April 8, 2020 telephonic status conference. The government requires additional pages in excess of the 25-page limit to provide the Court with a comprehensive legal and factual response to the novel arguments raised by Defendants in this complex case.

DATED: June 8, 2020                                  Respectfully Submitted,

                                                     ROBERT S. BREWER, JR.
                                                     United States Attorney

                                                     *Sabrina L. Feve*
                                                     SABRINA L. FEVE
                                                     Assistant United States Attorney

*Gov. Mot. To Permit Filing of An Oversized Br.*    -2-