Gary S. Lincenberg - SBN 123058
glincenberg@birdmarella.com
Naeun Rim - SBN 263558
nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Petr Pacas*

David W. Wiechert - SBN 94607
dwiechert@aol.com
Jessica C. Munk - SBN 238832
jessica@wmgattorneys.com
William J. Migler - SBN 318518
william@wmgattorneys.com
WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822

*Attorneys for Jacob Bychak*

Randy K. Jones - SBN 141711
rkjones@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1510

*Attorney for Mark Manoogian*

Whitney Z. Bernstein - SBN 304917
wbernstein@bmkattorneys.com
Thomas H. Bienert, Jr. - SBN 135311
tbienert@bmkattorneys.com
James Riddet – SBN 39826
jriddet@bmkattorneys.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700

*Attorneys for Mohammed Abdul Qayyum*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>    Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO FILE OVERSIZED REPLY**<br><br>Assigned to Hon. Gonzalo P. Curiel |

In light of the Government's oversized brief of 45 pages, and in light of various filing deadlines and hearings in other matters, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants"), by and

through counsel of record, move this Court for an order (1) extending the deadline to file their Reply to the Government's Response in Opposition to Defendants' Motion to Dismiss Wire Fraud Counts for Fifth Amendment Due Process and Sixth Amendment Fair Notice Violations (Dkt. 176) from June 15, 2020 to June 22, 2020, and (2) increasing the page limit for Defendants' Reply to 30 pages.

On June 11, 2020, counsel for the Government informed defense counsel by email that the Government did not oppose this motion. Counsel do not seek a continuance of the hearing unless the Court so deems appropriate.

Respectfully submitted,

DATED: June 11, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:    */s/ Naeun Rim*
        Naeun Rim
        Attorneys for Petr Pacas

DATED: June 11, 2020

David W. Wiechert
Jessica C. Munk
William J. Migler
Wiechert, Munk & Goldstein, PC

By:    *s/ David W. Wiechert*
        David W. Wiechert
        Attorneys for Jacob Bychak

DATED: June 11, 2020

Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James Riddet
BIENERT | KATZMAN PC

By:    *s/ Whitney Z. Bernstein*
        Whitney Z. Bernstein
        Attorneys for Mohammed Abdul Qayyum

1  DATED: June 11, 2020         Randy K. Jones
                                Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,
2                               P.C.

3                               By:    *s/ Randy K. Jones*
                                       Randy K. Jones
4                                      Attorney for Mark Manoogian

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, David W. Wiechert, and Whitney Z. Bernstein to affix their electronic signatures to this document.

Respectfully submitted,

DATED: June 11, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
Naeun Rim
Attorneys for Petr Pacas

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistant U.S. Attorney

melanie.pierson@usdoj.gov

Randy S. Grossman

Assistant U.S. Attorney

randy.grossman@usdoj.gov

Respectfully submitted,

DATED:  June 11, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:    *s/ Naeun Rim*
        Naeun Rim
   Attorneys for Petr Pacas