# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME AND TO FILE OVERSIZED BRIEF**<br><br>Hon. Gonzalo P. Curiel |

Having reviewed the Motion for Extension of Time and to File Oversized Brief filed by Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants"), the Court GRANTS the Motion.

Defendants' deadline to file their Reply to the Government's Response in Opposition to Defendants' Motion to Dismiss Wire Fraud Counts for Fifth Amendment Due Process and Sixth Amendment Fair Notice Violations (Dkt. 176) is extended from June 15, 2020 to June 22, 2020.

The page limit for Defendants' Reply is increased to 30 pages.

IT IS SO ORDERED.

Dated: June 16, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge