Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>          Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT PETR PACAS, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, July 16, 2020 at 2:00 p.m. in the above-captioned matter.

DATED:  June 23, 2020         Gary S. Lincenberg
                              Naeun Rim
                              Bird, Marella, Boxer, Wolpert, Nessim,
                              Drooks, Lincenberg & Rhow, P.C.


                              By:    */s/ Naeun Rim*
                                     Naeun Rim
                                  Attorneys for Defendant Petr Pacas

1  Gary S. Lincenberg - State Bar No. 123058
       glincenberg@birdmarella.com
2  Naeun Rim - State Bar No. 263558
       nrim@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
|---|---|
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

I, Petr Pacas, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, July 16, 2020 at 2:00 p.m.  I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: 6/16                              _____
                                        PETR PACAS

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Randy S. Grossman

Assistant U.S. Attorney

randy.grossman@usdoj.gov

DATED:  June 23, 2020      Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:      */s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Petr Pacas