```
 1  ROBERT S. BREWER, JR.
    United States Attorney
 2  MELANIE K. PIERSON
    SABRINA L. FEVE
 3  ASHLEY E. GOFF
    RANDY S. GROSSMAN
 4  Assistant United States Attorney
    California Bar Nos. 112520/226590/299737/177890
 5  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 6  Tel: (619) 546-6786
    Sabrina.Feve@usdoj.gov
 7  Attorneys for the United States
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),<br>PETR PACAS (4),<br><br>            Defendants. | Case No. 18cr04683-GPC<br><br>**UNOPPOSED MOTION FOR AUTHORIZATION TO DISCLOSE DISCOVERY MATERIALS AND PROPOSED PROTECTIVE ORDER** |

Plaintiff United States of America, by and through its counsel, United States Attorney Robert S. Brewer, Jr. and Assistant U.S. Attorneys Melanie K. Pierson, Sabrina L. Fève, Ashley E. Goff, and Randy S. Grossman hereby file an unopposed motion for: (1) authorization to disclose discovery materials to the defense team in the above-captioned case, and (2) a protective order to safeguard such discovery materials from disclosure to persons outside of the defense team. This motion is based upon the files and records of this case and the following representations:

1. Amobee, Inc. ("Amobee") has disclosed to the government documents and other information in connection with the above-captioned case that may contain confidential, trade secret, or proprietary information (the "Material").

2. The parties have stipulated to a protective order under which the government will provide the Material to the Defendants. (*See* Attached Stipulation.) This protective order will enable the government to comply with its discovery obligations, ensure the Defendants have access to Material, and protect Amobee from exposure of its sensitive or proprietary business information.

3. To balance the needs and rights of the Defendants with the government's discovery obligations and Amobee's concerns about the disclosure of confidential, trade secret, or proprietary information, the parties request that the Court enter the concurrently submitted protective order

DATED: June 30, 2020                          Respectfully Submitted,

                                                                      ROBERT S. BREWER, JR.
                                                                      United States Attorney

                                                                      _____
                                                                      SABRINA L. FEVE
                                                                      Assistant United States Attorney