UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>                               Defendants. | Case No.: 18-cr-4683-GPC<br><br>**ORDER CONTINUING BRIEFING SCHEDULE** |

  Having reviewed the Motion to Continue Briefing Schedule filed by Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas ("Defendants"), the Court GRANTS the Motion.

  Defendants are to file their supplemental brief on or before **November 2, 2020**. The Government is to file its opposition brief on or before **November 16, 2020**. Defendants are to file their reply on or before **November 23, 2020**. The hearing is continued from November 19, 2020 to **December 3, 2020** at 1:00 p.m.

\ \ \
\ \ \
\ \ \
\ \ \

1

**IT IS SO ORDERED.**

Dated: October 15, 2020

*/s/ Gonzalo P. Curiel*
Hon. Gonzalo P. Curiel
United States District Judge