ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
ASHLEY GOFF
Assistant United States Attorney
California Bar Nos. 112520/226590/299737
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel:  (619) 546-6786
Sabrina.Feve@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),<br>PETR PACAS (4),<br><br>Defendants. | Case No. 18cr04683-GPC<br><br>**GOVERNMENT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>**Honorable Gonzalo P. Curiel** |

Plaintiff United States of America, by and through its counsel, United States Attorney Robert S. Brewer, Jr. and Assistant U.S. Attorneys Melanie K. Pierson, Sabrina L. Fève, and Ashley E. Goff, hereby files its Motion to Modify the Briefing Schedule set forth at ECF No. 218.  Due to scheduling conflicts for government counsel, the government moves for its' opposition brief to be due by November 23, 2020 and for Defendants' reply brief to be due on December 7, 2020.  The government defers to the

Court's schedule as to when to schedule the motion hearing and only suggests that it be set for an off-calendar day to accommodate the complexity of the issues in dispute.

The government's response is based on the following:

1. On October 1, 2020, defense counsel contacted the government to request additional time for preparing their opening supplemental brief; at the time, defendants proposed that their motion be due on October 22, 2020, that the government's opposition be due on November 5, and that defendants' reply be due on November 12, 2020. The government responded the same day and advised defense counsel that it was open to a modified schedule, but explained that, because a member of the prosecution team was in trial on November 2, 2020, that the government would need additional time. Defendants rejected the government's proposed schedule.

2. On October 15, 2020, defense counsel filed a Motion to Continue Briefing Schedule (ECF No. 216) that incorrectly noted the motion was a joint motion in ECF. Defendants' motion, however, did not contain this error and was correctly signed only by defense counsel. Defendants' Motion proposed that its opening brief be due on November 2, 2020, the government's response be due by November 16, 2020, and the reply be due by November 23, 2020. Defense counsel submitted a proposed Order with these dates.

3. That same day, October 15, 2020, government counsel contacted the Court's staff to advise that the government did not oppose defense counsel's request for additional time, but did oppose the proposed government response date and would file a response no later than today.

4. Earlier today, the Court signed defendants' proposed Order.

5. Although the prosecution team has three attorneys, all three have conflicts. One is scheduled for trial on November 2, 2020. Another is scheduled for trial on November 9, 2020. The third is one of the office's two election security specialists and on duty for election-related issues the week of November 2, 2020. In light of

*Gov. Resp.to Def.'s Mot. to Continue Briefing*
18cr4686-GPC.

-2-

government counsel's conflicts with the current schedule and defense counsel having received additional time themselves, the government requests that the Court modify the briefing schedule to permit the government to file its response by November 23, 2020. To accommodate the Thanksgiving holiday, the government suggests that defendants' reply brief be due by December 7, 2020. The government defers to the Court's schedule with regard to the best motion hearing date.

DATED: October 16, 2020               Respectfully Submitted,


                                      ROBERT S. BREWER, JR.
                                      United States Attorney


                                      _____
                                      SABRINA L. FEVE
                                      Assistant United States Attorney

*Gov. Resp.to Def.'s Mot. to Continue Briefing*
18cr4686-GPC.

-3-