Gary S. Lincenberg - SBN 123058
    glincenberg@birdmarella.com
Naeun Rim - SBN 263558
    nrim@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Petr Pacas

David W. Wiechert - SBN 94607
    dwiechert@aol.com
Jessica C. Munk - SBN 238832
    jessica@wmgattorneys.com
William J. Migler - SBN 318518
    william@wmgattorneys.com
WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822

*Attorneys for Jacob Bychak*

Randy K. Jones - SBN 141711
    rkjones@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1510

*Attorney for Mark Manoogian*

Whitney Z. Bernstein - SBN 304917
    wbernstein@bienertkatzman.com
Thomas H. Bienert, Jr. - SBN 135311
    tbienert@bienertkatzman.com
James Riddet – SBN 39826
    jriddet@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700

*Attorneys for Mohammed Abdul Qayyum*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>    Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**DECLARATION OF NAEUN RIM IN SUPPORT OF DEFENDANTS' JOINT SUPPLEMENTAL BRIEF**<br><br>Hrg. Date: December 3, 2020<br>Hrg. Time: 1:00 p.m.<br><br>Assigned to Hon. Gonzalo P. Curiel, Courtroom 2D |

3679524.1

Case No. 3:18-cr-04683-GPC

Declaration of Naeun Rim ISO Defendants' Joint Supplemental Brief

# DECLARATION OF NAEUN RIM

I, Naeun Rim, declare as follows:

1.  I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Petr Pacas in this action.  I make this declaration in support of Defendants' Joint Supplemental Brief In Support Of Motion To Dismiss; Declaration Of Naeun Rim In Support.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.  Attached as **Exhibit A** is a true and correct copy of the April 26, 2011, Order entered in *In re Nortel Networks Inc.*, Case No. 09-10138-CCS, Dkt. 5315 (Bankr. D. Del. April 26, 2011), as downloaded from PACER.

3.  Attached as **Exhibit B** is a true and correct copy of the December 20, 2011 Order entered in *In re Borders Group, Inc.*, Case No. 11-10614, Dkt. 2367 (Bankr. S.D.N.Y. Dec. 20, 2011 ), as downloaded from PACER.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on November 2, 2020, at Los Angeles, California.

*/s/ Naeun Rim*
Naeun Rim

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Ashley E. Goff

Assistant U.S. Attorney

Ashley.Goff@usdoj.gov

Respectfully submitted,

DATED: November 2, 2020

Gary S. Lincenberg
Naeun Rim
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*s/ Naeun Rim*_____
       Naeun Rim
Attorneys for Petr Pacas

3679524.1