# Exhibit A

**US v. Bychak, et al**, 18cr4983-GPC
**Sample Transcript References to ARIN**

| Speaker | Quote | Cite |
|---|---|---|
| Court | "[I]n the face of clear instruction to look at the four corners of the indictment, I cannot imagine that further briefing would affect my ultimate final decision on this, given the nuances, given the disputes that exist, as to what the precise conditions of these pre-ARIN registrants was." | Transcript of Oral Arg. at 5:17-5:21, ECF 166 (Apr. 8, 2020) |
| Wiechert | "[T]he Court finds that at this time it lacks the factual record necessary to determine whether IP addresses assigned prior to the creation of the ARIN on December 22, 1997, are property for purposes of wire fraud statutes. And if there was supplemental briefing to expand that factual record, that might at least preclude the need for a trial." | Transcript of Oral Arg. at 6:5-6:12, ECF 166 (Apr. 8, 2020) |
| Rim | "So, the first, I want to say, three exhibits, Exhibits A, B, and C, are excerpts from the Registration Services Agreements from ARIN. And specifically, we chose these because they came around or just before the time frame alleged in the indictment. What we are asking the Court to take judicial notice of is these statements were made." | Transcript of Oral Arg. at 15:19-15:25, ECF 203 (July 16, 2020) |
| Rim | "[T]he take-away is that ARIN, the authoritative entity, was taking the position the IP addresses were not property at the time frame alleged in the indictment." | Transcript of Oral Arg. at 17:4-17:6, ECF 203 (July 16, 2020) |
| Court | "Then it's asking me to take note of more than just [that ARIN is] an authoritative entity but as to what their respective position was at a particular time." | Transcript of Oral Arg. at 17:6-17:9, ECF 203 (July 16, 2020) |
| Rim | "I know that we are going back to the ARIN statement, and that's because that's the pertinent inquiry." | Transcript of Oral Arg. at 28:10-28:11, ECF 203 (July 16, 2020) |
| Rim | "We are offering to the Court -- we are offering that the Court accept that, in 2011, ARIN said in their RSA IP addresses are not property. We are asking the Court to accept that, in 2004, ARIN said in their RSA IP addresses are not property. They said the same thing in 2007." | Transcript of Oral Arg. at 32:3-32:7, ECF 203 (July 16, 2020) |
| Bernstein | "I think it's important to not lose sight of the fact that what precipitated this initial motion from the defendants was the government's own [ARIN] declaration offered at document 107-1." | Transcript of Oral Arg. at 62:10-62:12, ECF 203 (July 16, 2020) |

| Court | "And to have this information available from ARIN that, at one point or another or repeatedly, they have taken the position that IP address netblocks are not property, it seems to me that . . . it's salient that ARIN, who -- they may not be a government agency, but they are darned important in terms of this concept of netblocks -- that they have articulated a view . . . ." | Transcript of Oral Arg. at 64:15-64:22, ECF 203 (July 16, 2020) |
|---|---|---|
| Court | "[I]t strikes me that [ARIN's position] is salient and this is something that makes this particular motion so difficult to address | Transcript of Oral Arg. at 65:1-65:3, ECF 203 (July 16, 2020) |
| Bernstein | "We are actually saying there was a heavy debate whether IP addresses were property, and that [ARIN] the official organization that was to police IP addresses said that they were not. We are acknowledging there was a debate." | Transcript of Oral Arg. at 68:20-68:24, ECF 203 (July 16, 2020) |
| Court | "ARIN has gone on record as stating that these IP netblocks are not property" | Transcript of Oral Arg. at 69-14-69:15, ECF 203 (July 16, 2020) |
| Rim | "This is the position ARIN has taken, in Exhibit E. I am not saying the Court has to adopt ARIN's position, but what I am saying is that the Court needs to consider the implications of whether or not Congress intended for federal courts and federal prosecutors and juries to be the ones to decide policy on IP addresses. That is not what Congress has signaled. It has signaled that IP address policy should be determined by ARIN experts, nongovernment experts, in how the internet should work." | Transcript of Oral Arg. at 75:6-75:14, ECF 203 (July 16, 2020) |
| Court | "Because it is intangible, because it has this background with ARIN and their observations, it does lead me to want to address this earlier rather than later." | Transcript of Oral Arg. at 79:7-79:9, ECF 203 (July 16, 2020) |
| Court | "[E]specially given the history of how these netblocks came to exist, given ARIN's position as to whether or not these things are property or not, given the decisions that have come to conclude -- and I think, as of this moment, in my mind, there's no question that these netblocks have been recognized as property interest, but the fact is that those cases have been slow in coming." | Transcript of Oral Arg. at 14:20-15:1, ECF 215 (Oct. 1, 2020) |