UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br> v.<br><br>JACOB BYCHAK, ET AL.,<br>     Defendant. | Case No. 18-CR-4683-GPC |

### DECLARATION OF JOHN CURRAN

1. I, John Curran, am currently the Chief Executive Officer of the American Registry for Internet Numbers, Ltd. ("ARIN"). I have personal knowledge of the following facts.

2. I have served as ARIN's CEO since 2009. Prior to that, I was the founding Chairman of ARIN and elected chair of ARIN's Board of Trustees. I am still an ARIN Trustee today.

3. I submit this declaration to supplement my Declaration dated July 10, 2019 (ECF 107-1) and correct the Defendants' statements regarding ARIN's position on the rights possessed by lawful registrants of Internet Protocol ("IP") addresses. In their Motion to Dismiss the Wire Fraud Counts (ECF 169), the Defendants allege the following: "ARIN's position in this regard is the same across the board for all IP addresses: to ARIN, no IP address is property, regardless of whether the IP address is subject to a Registration Services Agreement ("RSA"), a Legacy Registration Services Agreement ("LRSA"), or is a legacy IP address with neither an RSA nor an LRSA."

4. When a registrant is assigned an IP address block from ARIN or its predecessor registry, the registrant obtains a bundle of rights, including, for example, the right to be the only party associated with the IP address block, the right to update their entry in the registry with newer

contact information, and the ability to transfer those rights to another party in accordance with ARIN policy.  These rights are valuable. ARIN's corollary assertion that ARIN registrants do not have "ownership" of the underlying IP number resources is not in any way inconsistent with the registrants' exclusive rights to utilize the resources and transfer their rights in the registry to another qualifying party for monetary compensation.  The value of the ARIN number resource registration to each registrant is diminished when unauthorized parties utilize the number resources without the proper authorization of the registrant.  Hijacking number resources for spam or other activities by unauthorized third parties reduces the value of the rights of the registrant.

    I declare under penalty of perjury that the foregoing is true and correct.

        Executed on  23 November 2020 , at Reston, Virginia.

                                                                                      _____
                                                                                      JOHN CURRAN