Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL (NAEUN RIM)** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the withdrawal of Naeun Rim as counsel for Defendant Petr Pacas ("Defendant") in this action. Gary S. Lincenberg of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., who has previously appeared in this action, remains as lead counsel for Defendant.

Please update the service list as follows:

Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

DATED: June 4, 2021            Gary S. Lincenberg
                               Bird, Marella, Boxer, Wolpert, Nessim,
                               Drooks, Lincenberg & Rhow, P.C.


                               By:  /s/ Gary S. Lincenberg
                                    Gary S. Lincenberg
                                    Attorneys for Defendant Petr Pacas