Gary S. Lincenberg - State Bar No. 123058
 glincenberg@birdmarella.com
Nicole R. Van Dyk – State Bar No. 261646
 nvandyk@birdmarella.com
Darren L. Patrick - State Bar No. 310727
 dpatrick@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC-4 |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST** |
| vs. | |
| PETR PACAS, | Filed Concurrently with Declaration of Darren L. Patrick and [Proposed] Order |
| Defendant. | Assigned to Hon. Gonzalo P. Curiel |

Defendant Petr Pacas, by and through his counsel of record, hereby submits this Unopposed Motion for an order modifying Mr. Pacas's bond conditions to permit him to travel to the Czech Republic to visit his family in June 2021 with a return date on or before July 15, 2021, so long as Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary to the Czech Republic and calls Pretrial Services both prior to departure and immediately upon his return. The basis for this unopposed motion is as follows:

1.  On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, and Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt. 1.)

2.  On November 5, 2018, Mr. Pacas was arraigned and released on a

1 | $50,000 appearance bond secured by his signature.  As a condition of release, his
2 | travel was restricted to San Diego County, the Central District of California, and the
3 | state of Utah at the discretion of his Pretrial Services Officer.  (Dkt. 24.)

4 |     3.      This Court previously approved Mr. Pacas's request to travel to the
5 | Czech Republic and Austria from December 20, 2018, through January 3, 2019.
6 | (Dkt. 43.)  Mr. Pacas departed and returned on the approved dates as instructed
7 | without incident.

8 |     4.      This Court previously approved Mr. Pacas's request to travel to Hawaii
9 | from September 24, 2019, through October 2, 2019.  (Dkt. 124.)  Mr. Pacas departed
10 | and returned on the approved dates as instructed without incident.

11 |     5.      This Court previously approved Mr. Pacas's request to travel to the
12 | Czech Republic in June of 2020.  (Dkt. 156.)  Mr. Pacas departed and returned on
13 | the approved dates as instructed without incident.

14 |     6.      Trial is currently set in this matter for November 30, 2021.

15 |     7.      On June 7, 2021, Mr. Pacas's counsel contacted Pretrial Services
16 | Officer Russell Parris by email to confirm that he had no objection to the request to
17 | allow Mr. Pacas to travel to the Czech Republic in June of 2020 with a return date
18 | on or before July 15, 2021, so long as Mr. Pacas provides Pretrial Services with a
19 | copy of his travel itinerary and calls Pretrial Services both prior to departure and
20 | immediately upon his return.  Mr. Russell expressed no objection.  (*See* Patrick
21 | Decl. ¶ 4, Ex. A.)

22 |     7.      On June 8, 2021, the government confirmed to defense counsel by
23 | email that it does not oppose this motion. (*See id.*)

| | | |
|---|---|---|
| 1 | DATED: June 9, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | Gary S. Lincenberg<br>Nicole R. Van Dyk |
| 4 | | Darren L. Patrick |
| 5 | | Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks, Lincenberg & Rhow, P.C. |
| 6 | | |
| 7 | | By:      *s/ Darren L. Patrick*<br>            Darren L. Patrick |
| 8 | | Attorneys for Defendant Petr Pacas |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**Ashley E. Goff**

Assistant U.S. Attorney

Email: ashley.goff@usdoj.gov

**Sabrina L. Feve**

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

**Melanie K. Pierson**

Assistant U.S. Attorney

melanie.pierson@usdoj.gov

**Candina S. Heath**

U.S. Department of Justice

Email: candina.heath2@usdoj.gov

DATED: June 9, 2021

Respectfully submitted,

Gary S. Lincenberg
Nicole R. Van Dyk
Darren L. Patrick
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   *s/ Darren L. Patrick*
      Darren L. Patrick
  Attorneys for Defendant Petr Pacas