Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Darren L. Patrick - State Bar No. 310727
  dpatrick@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>PETR PACAS,<br><br>   Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**DECLARATION OF DARREN L. PATRICK IN SUPPORT OF UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST**<br><br>Filed Concurrently with Unopposed Motion for Order Approving Travel Request; and [Proposed] Order |

I, Darren L. Patrick, declare as follows:

1. I am an active member of the Bar of the State of California and an associate at Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Petr Pacas in this action. I make this declaration in support of Mr. Pacas's Unopposed Motion for Order Approving Travel Request. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On June 7, 2021, my colleague Nicole Van Dyk, a principal of my firm whose application to appear in this Court is now pending, emailed Pretrial Services

1  Officer Russell Parris to ask if he would approve a bond modification allowing Mr.
2  Pacas to travel to the Czech Republic to visit his family in June of 2021, with a
3  return date on or before July 15, 2021.  Mr. Russell expressed no objection, so long
4  as Mr. Pacas provides to Pretrial Services his itinerary in advance and calls his
5  Pretrial Services Officer prior to departure and immediately upon return.

6      3.     On June 8, 2021, Assistant United States Attorney Sabrina Feve
7  advised defense counsel by email that the government has no objection to Mr.
8  Pacas's travel request.

9      4.     A true and correct copy of defense counsel's correspondence with
10  Russell Parris and Sabrina Feve is attached as Exhibit A to this declaration.

11  I declare under penalty of perjury that the foregoing is true and correct.

13  Date: June 9, 2021                *s/ Darren L. Patrick*
                                      Darren L. Patrick

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**Ashley E. Goff**

Assistant U.S. Attorney

Email: ashley.goff@usdoj.gov

**Sabrina L. Feve**

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

**Melanie K. Pierson**

Assistant U.S. Attorney

melanie.pierson@usdoj.gov

**Candina S. Heath**

U.S. Department of Justice

Email: candina.heath2@usdoj.gov

| | | |
|---|---|---|
| 1 | DATED: June 9, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | Gary S. Lincenberg<br>Nicole R. Van Dyk<br>Darren L. Patrick |
| 4 | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 5 | | Drooks, Lincenberg & Rhow, P.C. |
| 6 | | |
| 7 | | |
| 8 | | By:      *s/ Darren L. Patrick*<br>         Darren L. Patrick |
| 9 | | Attorneys for Defendant Petr Pacas |