UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>PETR PACAS,<br><br>                              Defendant (4). | Case No.: 18-CR-4683-GPC-4<br><br>**ORDER APPROVING TRAVEL REQUEST** |

Finding good cause therefore, the Court hereby **ORDERS** that Petr Pacas's conditions of bond are modified as follows.  Mr. Pacas is permitted to travel to the Czech Republic in June of 2021, with a return date on or before July 15, 2021, including all countries through which travel is required for flight layovers, so long as he provides his Pretrial Services Officer with a copy of his travel itinerary in advance and calls Pretrial Services both prior to departure and immediately upon his return.

**IT IS SO ORDERED.**

Dated:  June 9, 2021

Hon. Gonzalo P. Curiel
United States District Judge