**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
         jriddet@bklwlaw.com
         wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
         nvandyk@birdmarella.com
         dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
         jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, PETR PACAS<br><br>Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DECLARATION OF WHITNEY Z. BERNSTEIN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO CONTINUE TRIAL**<br><br>*[Filed concurrently with the Motion to Continue; [Proposed] Order]* |

3:20-cr-00713-JLS-1

## DECLARATION OF WHITNEY Z. BERNSTEIN

I, Whitney Z. Bernstein, declare as follows:

1. I am an active member of the Bar of the State of California and a partner with Bienert Katzman Littrell Williams LLP ("Bienert Katzman"), attorneys of record for Mohammed Abdul Qayyum. I make this declaration in support of the parties' Joint Motion to Continue Trial. I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Along with Thomas H. Bienert and Gary S. Lincenberg, I am one of the defense attorneys in *United States v. Lacey, et al.*, (D. Ariz.), Case No. 18-CR-00422-PHX-SMB (the "Arizona Case"). I am familiar with the facts, issues, and operative dates relating to that case.

3. On March 28, 2018, the government filed an indictment in the Arizona Case against Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught, and James Larkin, the latter of whom is represented by Bienert Katzman.

4. The trial in the Arizona Case has been continued on six different occasions. Trial was first set for January 15, 2020, then continued *sua sponte* to May 5, 2020, for a third time to August 17, 2020, for a fourth time to January 12, 2021, for a fifth time to April 12, 2021, and most recently to August 23, 2021.

5. On January 19, 2021, the Arizona Case defendants requested a sixth trial continuance due to the ongoing COVID-19 crisis. The court in the Arizona Case granted the defendants' trial continuance motion, continuing the trial from April 12 to August 23, 2021. Based on the pre-trial status conferences, the Arizona Case is virtually certain to proceed on that date.

6. Moreover, the trial proceedings in the Arizona Case involve six defendants, a dozen of defense counsel, six prosecutors, three government case agents, and 90 proposed witnesses for the government's case in chief. Document discovery alone exceeds well over 10 million pages of records and documents. The anticipated duration for the Arizona Case will be at least 16 weeks.

7. In addition to the Arizona Case, I also have a criminal trial starting on January 18, 2022, which I anticipate will last for at least a few weeks. My colleague, Mr. Bienert, is slated to start a four-week trial on February 15, 2022. To prepare for this Motion, I asked counsel for Mr. Pacas, Mr. Manoogian, and Mr. Bychak to share their upcoming trial calendars. Based on the information I received from co-counsel, I am informed that Gary S. Lincenberg, who represents Mr. Pacas, will also start a four-week trial on February 15, 2022, and that Jessica C. Munk and David M. Wiechert, who represent Mr. Bychak, will start a four-week trial in a healthcare fraud case in February of 2022.

8. Between June 10 and 11, 2021, I communicated with trial counsel for the Defendants regarding their currently scheduled jury trials, and prepared a table providing details of those trials and their estimated duration, which is attached to this declaration as **Attachment 1.**

9. To further prepare for the Motion, I ordered a transcript of the January 21, 2021 status conference in which the Court set trial for this case for November 30, 2021. A true and correct copy of that transcript is attached to this declaration as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2021, at Oceanside, California.

By: /s/*Whitney Z. Bernstein*
Whitney Z. Bernstein

# ATTACHMENT 1

| | | |
|---|---|---|
| **Petr Pacas** | | |
| Nicole Rodriguez Van Dyk | *United States v. C'Est Toi Jeans, et al.*, CR 20-0222(A)-ODW-ALL, (C.D. Cal.) Hon. Wright | Apr 19, 2021 Est. 3-4 weeks |
| Gary S. Lincenberg | *United States v. Cabactulan, et al.*, CR 20-00079-THJ, (C.D. Cal.) Hon. Hatter | Feb 15, 2022 Est. 3-4 weeks |
| **Jacob Bychak** | | |
| David M. Wiechert | *SEC v. Ronk,* 19-CV-00607, (C.D. Cal.) Hon. Holcomb | Apr 4, 2022 Est. 2 weeks |
| David M. Wiechert | *United States v. Ritze,* 20-CR-00002, (C.D. Cal.) Hon. Carter | Jan 17, 2022 Est. 2 weeks |
| David M. Wiechert & Jessica Munk | *United States v. Johnny Tourino, et al.* 18-CR-00046, (C.D. Cal.) Hon. Staton | May 24, 2022 Est. 3 weeks |
| David M. Wiechert & Jessica Munk | *US v. Weaver et al.,* 19-CR-00527, (C.D. Cal.) Hon. Wright II. | Feb 15, 2022 Est. 4-5 weeks |
| **Mohammed Abdul Qayyum** | | |
| Thomas Bienert, Jr. | *United States v. Cabactulan, et al.*, CR-20-00079-THJ, (C.D. Cal.) Hon. Hatter | Feb 15, 2022 Est. 3-4 weeks |
| Whitney Bernstein | *United States v. Bell, et al,* CR-20-00018, (C.D. Cal.) Hon. Selna | Jan 15, 2022 Est. 3-4 weeks |

| Mark Manoogian |
|---|
| Randy K. Jones      No Trials Currently Set |

Mark Manoogian