**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
   jriddet@bklwlaw.com
   wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**BIRD MARELLA BOXER WOLPERT
NESSIM DROOKS LINCENBERG
RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
   nvandyk@birdmarella.com
   dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**WIECHERT, MUNK &
GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
   jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION [DKT. NO. 241]** |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (jointly, the "Defendants") hereby jointly submit the following motion requesting leave to file a reply to the government's opposition to the Defendants' *Joint Motion to Continue Trial* [Dkt. No. 241] (the "Opposition").

1. On June 11, 2021, Defendants filed their *Joint Motion to Continue Trial* [Dkt. No. 240] (the "Motion").

2. On June 17, 2021, the government filed its Opposition [Dkt. 241]. As further explained in the Defendants' proposed reply brief, the Opposition makes numerous assertions, which range from careless misstatements and omissions of fact to false and/or gross misrepresentations. Most egregious among these accusations is the government's false claim that Gary S. Lincenberg, counsel for Mr. Pacas, failed to advise the Arizona court of the pending court trial in this criminal case. That claim is patently false. And that is only one of many examples of the government's uninformed and incomplete recitation of facts.

3. Based upon the foregoing, and to ensure that the Court's holding is based on a complete set of facts, Defendants request leave to file **Exhibit A** for the Court's consideration of the Motion.

Respectfully submitted,

Dated: June 23, 2021

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: *Whitney Z. Bernstein*
   Thomas H. Bienert, Jr.
   James D. Riddet
   Whitney Z. Bernstein
   *Attorneys for Mohammed Abdul Qayyum*

Dated:  June 23, 2021              **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *Gary S. Lincenberg*
   Gary S. Lincenberg
   Nicole Rodriguez Van Dyk
   Darren L. Patrick
   *Attorneys for Petr Pacas*

Dated:  June 23, 2021              **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *Randy K. Jones*
   Randy K. Jones
   *Attorneys for Mark Manoogian*

Dated:  June 23, 2021              **WIECHERT, MUNK & GOLDSTEIN, PC**

By: *Jessica C. Munk*
   David W. Wiechert
   Jessica C. Munk
   *Attorneys for Jacob Bychak*

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Jessica C. Munk, and Gary S. Lincenberg to affix their electronic signatures to this document.

Dated: June 23, 2021            By: *Whitney Z. Bernstein*
                                    Whitney Z. Bernstein

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Ashley E. Goff
Assistant U.S. Attorney
Email: ashley.goff@usdoj.gov

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Candina S. Heath
U.S. Department of Justice
Email: candina.heath2@usdoj.gov

Dated:  June 23, 2021

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**


By: *Whitney Z. Bernstein*
    Whitney Z. Bernstein

DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY