# EXHIBIT A

**Proposed Reply Brief**

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
       jriddet@bklwlaw.com
       wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKYAND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
       nvandyk@birdmarella.com
       dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
       jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-04683-GPC |
| Plaintiff, | Hon. Gonzalo P. Curiel |
| v. | **DEFENDANTS' REPLY TO GOVERNMENT'S OPPOSITION TO JOINT MOTION TO CONTINUE TRIAL** |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, | *[Filed concurrently with the Declaration of Gary S. Lincenberg and Defendants' Joint Motion For Leave to File Reply]* |
| Defendants. | |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (jointly, the "Defendants") hereby reply to the opposition to the *Joint Motion to Continue Trial* (Dkt. 241) (the "Opposition") filed by the government on June 17, 2021.

## I.    INTRODUCTION

On June 11, 2021, at the Court's request, Defendants filed the first joint motion to continue the trial date from November 30, 2021 to a date in September of 2022 (the "Motion") (Dkt. 240).  A continuance is necessary because Mr. Qayyum's and Mr. Pacas' lead trial attorneys are unavailable on the current trial date due to a conflicting federal trial in Arizona commencing on August 23, 2021 that is expected to last no less than 16 weeks.

The government's Opposition provides a misleading and incomplete recitation of relevant facts, includes gratuitous and groundless *ad hominem* attacks, and mischaracterizes the statements of the Court and defense counsel.  For instance, the Opposition avers that defense counsel did nothing to apprise the court in the Arizona Case[1] of the instant trial date.  This is simply untrue.  Soon after the January 21, 2021 status conference before this Court when the November trial date was set over defense counsels' objections, defense counsel in fact informed the Arizona court of the upcoming trial at a conference hearing on February 12, 2021.  Declaration of Gary S. Lincenberg ("Lincenberg Decl."), ¶ 12.  Counsel again advised the Arizona court of this case's trial date on June 7, 2021.  Lincenberg Decl., ¶ 15.

Further, the Opposition suggests that several prosecution witnesses have health problems and may not be able to attend trial in 2022 (but apparently would have had no issues with a trial date of November 30, 2021).  This purported logistical concern is news to the defense.  Just this morning, the government filed a motion for Rule 15 depositions (Dkt. 242), which the defense will respond to in turn.  But notably, the very first time the government ever raised this issue was in the government's Opposition though it appears that these health issues have been known to the government for some time.  *Id*.  Most

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed in the Motion.

critically for the Court's consideration of Defendants' Motion to continue trial, and in contrast to the government's representations in its Opposition, the government's witnesses' health issues purportedly prevent their trial availability regardless of when this trial commences. *Id.*

The interests of justice are best served by continuance of the instant trial date. The current trial date of November 30, 2021 is not feasible. Half of the lead trial defense team will be unavailable, and even if the Court could shoehorn in this case immediately after the close of the Arizona Case, the burden of providing effective representation in back-to-back complex criminal trials is insurmountable even for experienced counsel. Unfortunately, due to the trial backlog occasioned by the pandemic, counsel have now had to book trials in other cases in May of 2022, a period which they had originally requested to reserve for trial in this case. Consequently, Defendants seek an order continuing the trial to a date in September of 2022, with all related deadlines to track the new trial date.

## II. ARGUMENT

### A. Defense counsel advised the Arizona court of the instant trial date.

In its Opposition, the government baselessly and incorrectly asserts that defense counsel failed to apprise the Arizona court of this case's trial date. *See* Opposition at 4 (the heading for section II.C. reads "Defense Counsel Did Not Disclose *Bychak's* Trial Date to the Arizona Court"). The Opposition's attempts to mislead this Court and mischaracterize facts are especially egregious given its sly concession (albeit tucked away in a footnote) that it really has no grounds on which to base its allegation. *See id.* at 5, n. 3 ("Government counsel in Arizona *could not recall* whether defense counsel verbally advised the court at [the continuance] hearing of the current conflict.") (emphasis added). The fact is that defense counsel *did* advise the Arizona court of the pending trial conflict—twice. *See* Lincenberg Decl., ¶¶ 12, 15. First, on February 12, 2021, during the hearing on the motion to continue the trial in the Arizona Case, Mr. Lincenberg, counsel for Mr. Pacas, informed the Arizona court that this Court had set a November 30, 2021 trial date that would pose a conflict with an August or September trial in the Arizona Case. *See id.* at ¶ 12. On June 7,

**DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL**

2021, Mr. Lincenberg again reminded the Arizona court that this Court had set a conflicting trial date in November of 2021.   *See id.* at ¶ 15.   However, despite Mr. Lincenberg's repeated advisal, the Arizona court ordered its August trial date.

## B.   Defense counsel orally moved to continue trial in the Arizona Case, weeks prior to the January 21, 2021 status conference.

The Opposition also baselessly and falsely alleges that defense counsel requested a trial continuance in the Arizona Case only two days before the January 21, 2021 status conference.  *See* Opposition at 4 ("The docket in Arizona indicates that the Arizona motion for continuance was filed just two days before the instant status hearing.").   The government's characteristically misleading and self-serving allegation ignores the facts and background of the Arizona Case.   At the January 21 status conference, defense counsel informed the Court that the Arizona defendants had moved for a trial continuance "within the last several weeks."   *See* Declaration of Whitney Z. Bernstein (the "Bernstein Decl.") [Dkt. 240], Ex. A at 14:20-23.   This is a true statement: on or about January 4, 2021, the Arizona defendants informed the Arizona court that the trial needed to be moved due to the COVID-19 pandemic and the defendants' pending Petition for a Writ of Mandamus to the Ninth Circuit.  *See* Lincenberg Decl., ¶ 7.   The Arizona court instructed the defendants procedurally to make that request in writing, which the Arizona Case defendants formally filed on January 19, 2021.  *See id.* at ¶ 8.

## C.   The requested trial continuance will not prejudice the government nor its witnesses.

Prejudice "cannot be merely speculative; it must be demonstrated by clear and convincing evidence."  *United States v. Chase*, 499 F.3d 1061, 1068 (9th Cir. 2007).   But here, the Opposition tries to fabricate prejudice and create an unwarranted—and never previously mentioned—sense of urgency.

*First*, the government argues that the Motion should be denied because it purportedly consumed vast resources in serving 25 trial subpoenas.   Trial continuances regularly occur after witnesses have been subpoenaed, and the problem of notifying the witnesses of a new

DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL

date and confirming their attendance is usually solved through a letter, phone call, or electronic communication.  This claimed hardship constitutes a minor annoyance that can be delegated to administrative staff.  Moreover, in the wake of the unprecedented disruptions of the COVID-19 pandemic, the government cannot plausibly feign surprise that it may need to accommodate trial continuances and the attendant logistics of notifying potential witnesses.  *See* Ex. A at 15:17-19 (for one, the Court reminded counsel that "[w]e are all going to have to be somewhat flexible, even this Court, because of the number of attorneys that are involved in this litigation."); *see also* Chief Judge Larry Burns' Order No. 52C, Extending Renewed Suspension of Jury Trials and Other In-Person Proceedings During Covid-19 Public Emergency (Jan. 13, 2020).  In any case, the government failed to mention any such administrative issues at the January 21 status hearing.

*Second*, the government claims that some of its witnesses will be unavailable for trial due to illness or death.  Opposition at 7-8.  But the government has never previously said anything of the sort, and certainly not at the January 21 hearing, instead claiming that the "witnesses' memories are dimming."  *See* Ex. A at 10: 20-21.  Nonetheless, it is not clear why a trial continuance will prejudice any witness who is *already* unavailable for the November 30 trial because of illness or other complications.  On the contrary, a trial continuance will afford the government additional time to preserve the testimony of these witnesses or work out alternative travel arrangements with them.  In the Opposition, the government represents that it will file a motion to conduct Rule 15 depositions.  *See* Opposition at 7.  The government filed a motion for Rule 15 depositions this morning, which the Defendants will respond to in turn.  *See* Dkt. 242.  The instant requested continuance does nothing to impair the government's ability to seek to preserve such testimony.

*Third*, the government argues that the current trial date was "strategically" set for the benefit of all trial participants to allow the trial to conclude ahead of the holiday season.  But based on the scope and complexity of this case and the number of witnesses that are expected to testify at trial, it is unrealistic that the trial will conclude "in advance of the

DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL

December holiday season."  Moreover, Defendants estimate their defense presentation will push trial proceedings well into the Christian-based winter holidays, while the Opposition conveniently ignores that certain non-Christian winter holidays begin earlier in December, *e.g.*, the Hannukah festival.

*Finally*, the government makes much of the fact that Defendants took four months to file the Motion, but critically, does not assert *any* prejudice from the June 11 filing date of the Motion, presumably because there is none to report.  The Motion is by no means tardy, nor made on the eve of trial.  Indeed, the motion was filed over 5 months before the November 30 trial date, and around the same time that the government produced its 31st tranche of discovery.  Defendants brought this motion when it was clear that the Arizona trial date was firm, after the Ninth Circuit's denial of the Petition for a Writ of Mandamus and when the rapidly changing COVID-19 pandemic began to abate.  *See* Lincenberg Decl., ¶¶ 7, 13.

In short, any purported prejudice the government claims it will suffer amounts to a trivial inconvenience, can be abated through Rule 15, and is outweighed by the Defendants' Sixth Amendment rights to effective assistance of counsel.

### D.    The Opposition is replete with misstatements and mischaracterizations.

Moreover, as already demonstrated, the government has shown little regard for the accuracy and veracity of its assertions in the Opposition.    But the government's misrepresentations are not limited to its incorrect assertion that Defendants "concealed" the November 30 trial date in this matter from Judge Brnovich in the Arizona Case.

For example, the government claims that Mr. Lincenberg vowed that: "when other judges say 'I have to kick your case,' we can tell the judge, 'No. . . We have a trial before Judge Curiel.'"  *See* Opposition at 3, 9.  This is a gross misrepresentation taken out of context.  Mr. Lincenberg's *verbatim* statements are as follows:

> So our thinking was let's at least set a date, and *if we have a date in the calendar in May of 202*2, at least then, when other judges say, "I have to kick your case," we can tell the judge, "No, May of 2022 doesn't work. We have a

trial before Judge Curiel." And at least we will have that date in the books and can make other things have to work around that.

Ex. A at 7:3-8 (emphasis added).

Mr. Lincenberg's comments were made in support of a trial date in May of 2022, not as the government misrepresents. And, as set forth above, he *did* advise the Arizona court of the instant trial date on two separate occasions. *See* Lincenberg Decl., ¶¶ 12, 15.

Elsewhere, the government erroneously indicates that Ms. Bernstein is counsel for Mr. Bychak and omits that *both* she and Mr. Bienert will be unavailable for trial, leaving Mr. Qayyum without either of his trial attorneys. *See* Opposition at 10 ("Whitney Bernstein and David Wiechert represent defendant Bychak, and also represent defendant Larkin in the Arizona case.") (Mr. Wiechert neither represents Mr. Larkin in the Arizona Case nor is his firm even participating in that criminal matter).

The government plays fast and loose with the relevant procedural facts in the Opposition, lobbing one baseless allegation after another at defense counsel, as it irresponsibly attempts to preserve the current trial date, thereby irremediably prejudicing Mr. Pacas and Mr. Qayyum. The Defendants ask that the Court overlook the government's misrepresentations and grant the requested trial continuance as set forth in the Motion.

## E.  Trial continuances based on the ends of justice are excluded from the Speedy Trial clock and trump the public's interest in a speedy trial.

Finally, as discussed in the initial Motion, each of the factors that a court must consider under 18 U.S.C. § 3161(h)(7) in determining whether the ends of justice are served by a continuance militates for an "ends of justice" continuance. *See* 18 U.S.C. § 3161(h)(7). Denial of the instant continuance request will irreparably prejudice Mr. Qayyum and Mr. Pacas as they will be deprived of their trial counsel of choice, and any substitute counsel will lack the years' experience and familiarity with this complex case that Mr. Bienert, Ms. Bernstein, and Mr. Lincenberg already have. And in any case, Mr. Pacas' and Mr. Qayyum's right to have able and prepared counsel at trial supersedes the public's right to a speedy trial. *See Morris v. Slappy*, 461 U.S. 1, 11-12 (1983) ("broad discretion must be

granted [to] trial courts on matters of continuances; only an unreasoning and arbitrary insistence upon expeditiousness in the face of a justifiable request for delay violates the right to the assistance of counsel.") (internal cites and quotations omitted); s*ee also Luis v. United States*, 136 S. Ct. 1083, 1085 (2016) (the constitution ensures and protects a criminal defendant's right to retain the counsel of his own choosing); *United States v. Beals*, 755 F. Supp. 2d 757, 762 (S.D. Miss. 2010) (noting the court's prior holding that "the defendant's right to counsel outweighed his and the public's interest in a speedy trial.").

## III.    CONCLUSION

Based upon the foregoing, Defendants respectfully request that the Court continue the November 30, 2021 trial date to a date in September of 2022, as set forth in the Motion.

Respectfully submitted,

Dated:  June 23, 2021

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: *Whitney Z. Bernstein*
     Thomas H. Bienert, Jr.
     James D. Riddet
     Whitney Z. Bernstein
     *Attorneys for Abdul Mohammed*

Dated:  June 23, 2021

**BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.**

By: *Gary S. Lincenberg*
     Gary S. Lincenberg
     Nicole Rodriguez Van Dyk
     Darren L. Patrick
     *Attorneys for Petr Pacas*

Dated:  June 23, 2021

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: _Randy K. Jones_
    Randy K. Jones
    *Attorneys for Mark Manoogian*

Dated:  June 23, 2021

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: _Jessica C. Munk_
    David W. Wiechert
    Jessica C. Munk
    *Attorneys for Jacob Bychak*

DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Jessica C. Munk, and Gary S. Lincenberg to affix their electronic signatures to this document.

Dated: June 23, 2021          By: *Whitney Z. Bernstein*
                                    Whitney Z. Bernstein

DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Ashley E. Goff
Assistant U.S. Attorney
Email: ashley.goff@usdoj.gov

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

Candina S. Heath
U.S. Department of Justice
Email: candina.heath2@usdoj.gov

Dated:  June_23, 2021             **BIENERT KATZMAN
                                  LITTRELL WILLIAMS LLP**


                                  By: _Whitney Z. Bernstein_
                                      Whitney Z. Bernstein

DEFENDANTS' REPLY IN SUPPORT OF FIRST JOINT MOTION TO CONTINUE TRIAL

**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
        jriddet@bklwlaw.com
        wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKYAND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**BIRD MARELLA BOXER WOLPERT**
**NESSIM DROOKS LINCENBERG**
**RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
        nvandyk@birdmarella.com
        dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

**WIECHERT, MUNK &**
**GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
        jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**DECLARATION OF GARY S. LINCENBERG IN SUPPORT OF REPLY BRIEF RE DEFENDANTS' JOINT MOTION TO CONTINUE TRIAL**<br><br>*[Filed concurrently with Defendants' Joint Motion For Leave to File Reply and Reply In Support of Defendants' Joint Motion to Continue Trial]* |

I, Gary S. Lincenberg, declare as follows:

1.      I am an active member of the Bar of the State of California and principal at Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation.  I am lead counsel of record for Defendant Petr Pacas in this action.

2.      I am also lead counsel for John Brunst, a defendant in *United States v. Lacey, et al.*, a criminal proceeding pending before the Honorable Susan M. Brnovich in the United States District Court for the District of Arizona, Case No. CR-18-0422-PHX-SMB (the "Arizona Case").  My colleagues Thomas H. Bienert, Jr. and Whitney Z. Bernstein of Bienert Katzman Littrell Williams LLP, counsel for Mohammed Abdul Qayyum, also represent a defendant in the Arizona Case.

3.      I make this declaration in support of Defendants' Reply Brief Re Defendants' Joint Motion to Continue Trial and Joint Motion for Leave to File Reply filed concurrently herewith.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

4.      In its opposition to Defendants' June 11, 2021 motion to continue the trial date in this case (the "Opposition"), the government suggests that certain of my statements about the Arizona Case that I made to this Court at the January 21, 2021 status conference were misleading.  The government is incorrect.

5.      The Arizona Case involves six defendants and over twenty counsel of record.  The case was indicted on March 28, 2018, approximately seven months before the indictment in this action.  *See* Arizona Dkt. 3 (Indictment).  For the Court's reference, a true and correct copy of the docket from the Arizona Case as of June 21, 2021 is attached to this Declaration as **Exhibit 1-A**.

6.      Trial in the Arizona Case was originally set for January 15, 2020.  Largely due to the COVID-19 pandemic, the trial date in the Arizona Case has been continued several times.  Prior to January 2021, the trial had already been continued

1    at least five times.  *See* Exhibit 1-A, Arizona Dkt. 64 (Continuance Motion); Dkt. 127
2    (4/20/18 Amended Minute Order); Dkt. 628 (Continuance Motion); 637 (Joinder);
3    664 (7/1/19 Order); Dkt. 862 (Continuance Motion); Dkt. 893 (2/21/20 Order); Dkt.
4    990 (Continuance Motion); Dkt. 1031 (6/29/20 Order); Dkt. 1058 (Continuance
5    Motion); Dkt. 1068 (10/5/20 Order).

6          7.     On January 4, 2021, counsel in the Arizona Case advised Judge Brnovich
7    that, as a result of a then-pending petition for writ of mandamus in the Ninth Circuit
8    and the ongoing coronavirus pandemic, trial would need to be continued again.  *See*
9    *id.*, Arizona Dkt. 1108 (Minute Entry).  At that hearing, Judge Brnovich asked the
10   defendants to make their request in writing by filing a formal continuance motion.

11         8.     On January 19, 2021, the Arizona defendants filed a motion seeking to
12   continue the trial in the Arizona Case to September 2021.  *See id.*, Arizona Dkt. 1113
13   (Motion).

14         9.     On January 21, 2021, this Court held a status conference to discuss
15   setting a trial date (the "Status Conference").  *See* Bernstein Decl. ISO Joint Mot., Ex.
16   A (1/21/21 Hr'g Tr.) at 4:1-4.  At the Status Conference, I informed the Court that the
17   Arizona Case (which was then set for trial in April 2021) would be continued again
18   and that the parties had stipulated to set the Arizona Case for trial in September 2021.
19   Bernstein Decl. ISO Joint Mot., Ex. A (1/21/21 Hr'g Tr.) at 5:14-22.  By that
20   statement, I was referring to the fact that, on January 19, 2021, the Arizona defendants
21   had moved to continue the trial to September 20, 2021, and that the government did
22   not oppose a continuance.  *See* Arizona Dkt. 1113 (Motion).  Moreover, while there
23   had been some discussion as to whether the Arizona Case should be continued to
24   August or September, part of the concern was that if the trial in Arizona started in
25   August, it might have to break for two weeks.  This would be effectively the same as
26   starting in September.  At the conclusion of the Status Conference, this Court set a
27   trial date of November 30, 2021, with the understanding that it may need to be
28   revisited if the Arizona Case went forward in August or September.

10. On January 25, 2021, the Arizona defendants filed a "Supplement" to their January 19, 2021 continuance motion. *See* Arizona Dkt. 1116. The Supplement was a one-paragraph filing made for the sole purpose of alerting Judge Brnovich that the January 19 "Motion did not state the government's position with respect to the continuance," and that the government had indicated "that it would not oppose a continuance on the basis of the coronavirus pandemic, but was in the process of researching its position on the length of the continuance needed, and would convey that position in its forthcoming submission." *Id*. at 1.

11. On February 2, 2021, the government filed a response in the Arizona Case stating that it "does not oppose Defendants' request for a continuance," but that it "recommends an August 16, 2021 trial date." *See* Arizona Dkt. 1119 (Response) at 1.

12. On February 12, 2021, Judge Brnovich conducted a hearing regarding the Arizona defendants' motion for continuance. At that hearing, I notified Judge Brnovich that this Court had set a November 30, 2021 trial date. Judge Brnovich nonetheless set the trial in the Arizona Case for August 23, 2021. *See* Arizona Dkt. 1122 (Order).

13. On April 5, 2021, the Ninth Circuit denied the Arizona defendants' petition for writ of mandamus in the Arizona Case. With the denial of the petition, the August 23, 2021 trial date in the Arizona Case became more likely.

14. Over the next two months, the conditions surrounding the COVID-19 pandemic improved, and it became clear that the August 23, 2021 trial date in the Arizona Case would not be continued a seventh time.

15. Accordingly, on June 7, 2021, defense counsel notified the court in this matter that the trial date in the Arizona Case posed a direct conflict with the November 30, 2021 trial date in this matter, and requested that the trial date be reset. Despite being informed at the January 2021 Status Conference that the trial date in the earlier-filed Arizona Case would be set for a three-month trial beginning in or around

September 2021, the government objected to the continuance request.  The Court ordered briefing from the parties, which has necessitated this reply.

16.     Each of the continuances of the Arizona trial described above were made in the context of the COVID-19 pandemic with no reliable sense of whether any of the continued trial dates would stick.  The logistical difficulties in the Arizona Case are enormous.  The government has disclosed more than ninety witnesses and more than 2000 trial exhibits; the trial is estimated to run into December.  Counsel have had to book lodging for the entire time period.  And counsel will then need to recover and prepare for this complex trial.  There is no realistic possibility of counsel beginning this trial in 2021 and being able to provide effective assistance of counsel.

17.     In its Opposition, the government states that defense counsel "knowingly and intentionally" concealed this Court's November 30, 2021 trial date, which was set during the Status Conference, from Judge Brnovich.  *See* Opp. at 9.  This is incorrect.  In fact, as set forth above, I notified Judge Brnovich that this Court had set a November 30, 2021 trial date at the hearing on the Arizona defendants' motion to continue the Arizona Case that took place on February 12, 2021.  On June 7, 2021, during a status conference in the Arizona Case, I again informed Judge Brnovich that this Court had set a trial in this action in November 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 23, 2021                              *s/ Gary S. Lincenberg*
                                                 Gary S. Lincenberg

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**Ashley E. Goff**
Assistant U.S. Attorney
Email: ashley.goff@usdoj.gov

**Sabrina L. Feve**
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

**Melanie K. Pierson**
Assistant U.S. Attorney
melanie.pierson@usdoj.gov

**Candina S. Heath**
U.S. Department of Justice
Email: candina.heath2@usdoj.gov

DATED:  June 23, 2021         Respectfully submitted,

Gary S. Lincenberg
Nicole R. Van Dyk
Darren L. Patrick
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:     *s/ Gary S. Lincenberg*
_____
Gary S. Lincenberg
Attorneys for Defendant Petr Pacas

# EXHIBIT 1-A

*Arizona Court Docket*

**U.S. District Court**
**DISTRICT OF ARIZONA (Phoenix Division)**
**CRIMINAL DOCKET FOR CASE #: 2:18-cr-00422-SMB All Defendants**

Case title: USA v. Lacey et al                     Date Filed: 03/28/2018
Other court case numbers:  20-10388; Mandate 12/8/20 Ninth
                                             Circuit
                                             20-73408 Ninth Circuit

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388;
Mandate 12/8/20 Ninth Circuit

**Defendant (1)**

**Michael Lacey**                          represented by   **Erin E McCampbell**
91637-408                                                          Liptsitz Green Scime Cambria LLP
                                                                          42 Delaware Ave., Ste. 120
                                                                          Buffalo, NY 14202
                                                                          716-849-1333
                                                                          Fax: 716-855-1580
                                                                          Email: emccampbell@lglaw.com
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Designation: Retained*

                                                                          **James C Grant**
                                                                          Davis Wright Tremaine LLP - Seattle, WA
                                                                          920 5th Ave., Ste. 3300
                                                                          Seattle, WA 98104-1610
                                                                          206-757-8096
                                                                          Fax: 206-757-7096
                                                                          Email: jimgrant@dwt.com
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Designation: Retained*

                                                                          **Larry L Debus**
                                                                          Debus & Kazan Limited
                                                                          1221 E Osborn Rd., Ste. A200
                                                                          Phoenix, AZ 85014
                                                                          602-257-8900
                                                                          Fax: 602-257-0723
                                                                          Email: lld@debusandkazan.com
                                                                          *TERMINATED: 05/29/2018*
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Lawrence I Kazan**
Debus & Kazan Limited
1221 E Osborn Rd., Ste. A200
Phoenix, AZ 85014
602-257-8900
Fax: 602-257-0723
Email: lik@debusandkazan.com
*TERMINATED: 05/29/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul John Cambria , Jr.**
Liptsitz Green Scime Cambria LLP
42 Delaware Ave., Ste. 120
Buffalo, NY 14202
716-849-1333
Fax: 716-855-1580
Email: pcambria@lglaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Corn-Revere**
Davis Wright Tremaine LLP - Washington,
DC
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
202-973-4225
Fax: 202-973-4499
Email: bobcornrevere@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronald Gary London**
Davis Wright Tremaine LLP - Washington,
DC
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
202-973-4235
Fax: 202-973-4499
Email: ronnielondon@dwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Janey Henze Cook**
Henze Cook Murphy PLLC

722 E Osborn Rd., Ste. 120
Phoenix, AZ 85014
602-956-1730
Fax: 602-956-1220
Email: janey@henzecookmurphy.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

18:371 Conspiracy
(1)

18:371 - Conspiracy
(1s)

18:1952(a)(3)(A) and (b)(1)(i) Travel Act
Facilitate Prostitution
(2-51)

18:1952(a)(3)(A) - Travel Act - Facilitate
Prostitution
(2s-51s)

18:1956(h) Conspiracy to Commit Money
Laundering
(52)

18:1956(h) - Conspiracy to Commit Money
Laundering
(52s)

18:1956(a)(1)(B)(i) Concealment Money
Laundering
(53-62)

18:1956(a)(1)(B)(i) - Concealment Money
Laundering
(53s-62s)

18:1956(a)(2)(A) International Promotional
Money Laundering
(63-68)

18:1956(a)(2)(A) - International
Promotional Money Laundering
(63s-68s)

18:1957(a) Transactional Money
Laundering
(69-70)

18:1957(a) - Transactional Money
Laundering
(69s-70s)

18:1957(a) Transactional Money
Laundering
(81)

18:1957(a) - Transactional Money
Laundering

(81s)

18:1957(a) Transactional Money
Laundering
(83-84)

18:1957(a) - Transactional Money
Laundering
(83s-84s)

18:1957(a) Transactional Money
Laundering
(86)

18:1957(a) - Transactional Money
Laundering
(86s)

18:1957(a) Transactional Money
Laundering
(88-92)

18:1957(a) - Transactional Money
Laundering
(88s-92s)

18:1957(a) - Transactional Money
Laundering
(94s-99s)

18:1956(a)(2)(B)(i) - International
Concealment Money Laundering
(100s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388;
Mandate 12/8/20 Ninth Circuit

**Defendant (2)**

| James Larkin | represented by | **Anthony Ray Bisconti** |
|---|---|---|
| | | Bienert Miller & Katzman PLC |
| | | 903 Calle Amanecer, Ste. 350 |

San Clemente, CA 92673
949-369-3700
Fax: 949-369-3701
Email: tbisconti@bmkattorneys.com
*TERMINATED: 05/12/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Cristina C Arguedas**
Arguedas Cassman & Headley LLP
803 Hearst Ave.
Berkeley, CA 94710
510-845-3000
Email: arguedas@achlaw.com
*TERMINATED: 04/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James C Grant**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Lewis Littrell**
Bienert Miller & Katzman PLC
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
949-369-3700
Fax: 949-369-3701
Email: jlittrell@bmkattorneys.com
*TERMINATED: 05/12/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Julie A Salamon**
Arguedas Cassman & Headley LLP
803 Hearst Ave.
Berkeley, CA 94710
510-845-3000
Fax: 510-845-3003
Email: salamon@achlaw.com
*TERMINATED: 04/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kenneth Morley Miller**

Bienert Miller & Katzman PLC
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
949-369-3700
Fax: 949-369-3701
Email: kmiller@bmkattorneys.com
*TERMINATED: 05/12/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Corn-Revere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seetha Ramachandran**
Schulte Roth & Zabel LLP
919 3rd Ave., Ste. 2013
New York, NY 10022
212-756-2000
Fax: 212-593-5955
Email: sramachandran@proskauer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ted W Cassman**
Arguedas Cassman & Headley LLP
803 Hearst Ave.
Berkeley, CA 94710
510-845-3000
Email: cassman@achlaw.com
*TERMINATED: 04/24/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas Henry Bienert , Jr.**
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
949-369-3700
Fax: 949-369-3701
Email: tbienert@bklwlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Whitney Z Bernstein**
Bienert Katzman Littrell Williams LLP

903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
949-369-3700
Fax: 949-369-3701
Email: wbernstein@bklwlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

18:371 Conspiracy
(1)

18:371 - Conspiracy
(1s)

18:1952(a)(3)(A) and (b)(1)(i) Travel Act
Facilitate Prostitution
(2-51)

18:1952(a)(3)(A) - Travel Act - Facilitate
Prostitution
(2s-51s)

18:1956(h) Conspiracy to Commit Money
Laundering
(52)

18:1956(h) - Conspiracy to Commit Money
Laundering
(52s)

18:1956(a)(1)(B)(i) Concealment Money
Laundering
(53-62)

18:1956(a)(1)(B)(i) - Concealment Money
Laundering
(53s-62s)

18:1956(a)(2)(A) International Promotional
Money Laundering
(63-68)

18:1956(a)(2)(A) - International
Promotional Money Laundering
(63s-68s)

18:1957(a) Transactional Money
Laundering
(80)

18:1957(a) - Transactional Money
Laundering
(80s)

18:1957(a) Transactional Money
Laundering
(87)

18:1957(a) - Transactional Money
Laundering
(87s)

### Highest Offense Level (Opening)

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |

None

### Highest Offense Level (Terminated)

None

| | |
|---|---|
| **Complaints** | **Disposition** |

None

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388;
Mandate 12/8/20 Ninth Circuit

### Defendant (3)

**Scott Spear**                                        represented by   **Bruce S Feder**
                                                                        Feder Law Office PA
                                                                        2930 E Camelback Rd., Ste. 160
                                                                        Phoenix, AZ 85016
                                                                        602-257-0135
                                                                        Fax: 602-954-8737
                                                                        Email: bf@federlawpa.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Designation: Retained*

                                                                        **James C Grant**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Designation: Retained*

                                                                        **Robert Corn-Revere**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

| | |
|---|---|
| **Pending Counts** | **Disposition** |

18:371 Conspiracy
(1)

18:371 - Conspiracy
(1s)

18:1952(a)(3)(A) and (b)(1)(i) Travel Act
Facilitate Prostitution
(2-51)

18:1952(a)(3)(A) - Travel Act - Facilitate
Prostitution
(2s-51s)

18:1956(h) Conspiracy to Commit Money
Laundering
(52)

18:1956(h) - Conspiracy to Commit Money
Laundering
(52s)

18:1956(a)(1)(B)(i) Concealment Money
Laundering
(53-62)

18:1956(a)(1)(B)(i) - Concealment Money
Laundering
(53s-62s)

18:1956(a)(2)(A) International Promotional
Money Laundering
(63-68)

18:1956(a)(2)(A) - International
Promotional Money Laundering
(63s-68s)

18:1957(a) Transactional Money
Laundering
(71-78)

18:1957(a) - Transactional Money
Laundering
(71s-78s)

18:1957(a) Transactional Money
Laundering
(85)

18:1957(a) - Transactional Money
Laundering
(85s)

18:1957(a) Transactional Money
Laundering
(93)

18:1957(a) - Transactional Money
Laundering
(93s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

## Highest Offense Level (Terminated)

None

## Complaints

None

**Disposition**

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388; Mandate 12/8/20 Ninth Circuit

## Defendant (4)

**John Brunst**
*also known as*
Jed

represented by **Ariel A Neuman**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow PC
1875 Century Park E, Ste. 2300
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: aneuman@birdmarella.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gary S Lincenberg**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow PC
1875 Century Park E, Ste. 2300
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: glincenberg@birdmarella.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gopi K Panchapakesan**
Bird Marella Boxer Wolpert Nessim Drooks
Lincenberg & Rhow PC
1875 Century Park E, Ste. 2300
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: gpanchapakesan@birdmarella.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James C Grant**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael D Kimerer**
Kimerer & Derrick PC
1313 E Osborn Rd., Ste. 100
Phoenix, AZ 85014
602-279-5900
Fax: 602-264-5566
Email: MDK@kimerer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rhonda Elaine Neff**
Kimerer & Derrick PC
1313 E Osborn Rd., Ste. 100
Phoenix, AZ 85014
602-279-5900
Email: rneff@kimerer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

18:371 - Conspiracy
(1s)

18:1952(a)(3)(A) - Travel Act - Facilitate
Prostitution
(2s-51s)

18:1956(h) Conspiracy to Commit Money
Laundering
(52)

18:1956(h) - Conspiracy to Commit Money
Laundering
(52s)

18:1956(a)(1)(B)(i) Concealment Money
Laundering
(53-62)

18:1956(a)(1)(B)(i) - Concealment Money
Laundering
(53s-62s)

18:1956(a)(2)(A) International Promotional
Money Laundering
(63-68)

18:1956(a)(2)(A) - International
Promotional Money Laundering
(63s-68s)

18:1957(a) Transactional Money
Laundering
(69-70)

18:1957(a) - Transactional Money
Laundering
(69s-70s)

18:1957(a) Transactional Money
Laundering
(78-84)

18:1957(a) - Transactional Money
Laundering
(78s-84s)

18:1957(a) Transactional Money
Laundering
(86-93)

18:1957(a) - Transactional Money
Laundering
(86s-93s)

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Susan M Brnovich

**Defendant (5)**

| **Dan Hyer** | represented by | **David Seiyei Wakukawa** |
| --- | --- | --- |
| | | Maxwell Law PC |
| | | 23 Geary St., Ste. 600 |
| | | San Francisco, CA 94108 |
| | | 415-494-8887 |
| | | Fax: 415-329-1985 |
| | | Email: dsw@kcmaxlaw1.com |
| | | *TERMINATED: 06/08/2018* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

*Designation: Retained*

**K C Maxwell**
Maxwell Law PC
23 Geary St., Ste. 600
San Francisco, CA 94108
415-494-8887
Fax: 415-329-1985
Email: kcm@kcmaxlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 Conspiracy (1) | |
| 18:371 - Conspiracy (1s) | |
| 18:1952(a)(3)(A) and (b)(1)(i) Travel Act Facilitate Prostitution (2-51) | |
| 18:1952(a)(3)(A) - Travel Act - Facilitate Prostitution (2s-51s) | |
| 18:1956(h) Conspiracy to Commit Money Laundering (52) | |
| 18:1956(h) - Conspiracy to Commit Money Laundering (52s) | |
| 18:1956(a)(1)(B)(i) Concealment Money Laundering (53-62) | |
| 18:1956(a)(1)(B)(i) - Concealment Money Laundering (53s-62s) | |
| 18:1956(a)(2)(A) International Promotional Money Laundering (63-68) | |
| 18:1956(a)(2)(A) - International Promotional Money Laundering (63s-68s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388;
Mandate 12/8/20 Ninth Circuit

**Defendant (6)**

**Andrew Padilla**  represented by  **David S Eisenberg**
David Eisenberg PLC
3550 N Central Ave., Ste. 1155
Phoenix, AZ 85012
602-237-5076
Fax: 602-314-6273
Email: david@deisenbergplc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael L Piccarreta**
Piccarreta Davis Keenan Fidel PC
2 E Congress St., Ste. 1000
Tucson, AZ 85701
520-622-6900
Fax: 520-622-0521
Email: mlp@pd-law.com
*TERMINATED: 05/02/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 Conspiracy<br>(1) | |
| 18:371 - Conspiracy<br>(1s) | |
| 18:1952(a)(3)(A) and (b)(1)(i) Travel Act<br>Facilitate Prostitution<br>(2-51) | |
| 18:1952(a)(3)(A) - Travel Act - Facilitate<br>Prostitution<br>(2s-51s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Susan M Brnovich

Appeals court case number: 20-10388;
Mandate 12/8/20 Ninth Circuit

**Defendant (7)**

**Joye Vaught**                    represented by   **Anne Michelle Chapman**
Mitchell Stein Carey Chapman PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1450
Phoenix, AZ 85004
602-388-1282
Fax: 602-358-0291
Email: anne@mscclaw.com
*TERMINATED: 10/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joy Malby Bertrand**
Joy Bertrand Esq LLC
P.O. Box 2734
Scottsdale, AZ 85252-2734
602-374-5321
Fax: 480-361-4694
Email: joyous@mailbag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Lee David Stein**
Mitchell Stein Carey Chapman PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1450
Phoenix, AZ 85004
602-358-0292
Fax: 602-358-0291
Email: lee@mscclaw.com

*TERMINATED: 10/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephen M Weiss**
Karp & Weiss PC
3060 N Swan Rd.
Tucson, AZ 85712
520-325-4200
Fax: 520-325-4224
Email: sweiss@karpweiss.com
*TERMINATED: 05/02/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371 Conspiracy (1) | |
| 18:371 - Conspiracy (1s) | |
| 18:1952(a)(3)(A) and (b)(1)(i) Travel Act Facilitate Prostitution (2-51) | |
| 18:1952(a)(3)(A) - Travel Act - Facilitate Prostitution (2s-51s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Movant**

**Royce Corley**
*TERMINATED: 09/27/2018*

represented by   **Royce Corley**
#68011-054
DANBURY-CT-DANBURY-FCI
FEDERAL CORRECTIONAL
INSTITUTION

RTE. 37
DANBURY, CT 06811
PRO SE

---

**Movant**

**Nathan Kopeckey**                      represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Cody Gautier**                         represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Levi Yockey**                          represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Jessica Shelton**                      represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Devyn Braga**                          represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Movant**

**Maria Rhoad**                          represented by **Anne Michelle Chapman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**<u>Movant</u>**

**Ray Ronan**                                    represented by **Anne Michelle Chapman**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

---

**<u>Movant</u>**

**Melissa Schneider**                            represented by **Anne Michelle Chapman**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

---

**<u>Movant</u>**

**Equality Now**                                 represented by **Erik McKissen Herron**
                                                  Davis Polk & Wardwell LLP - Washington,
                                                  DC
                                                  901 15th St. NW
                                                  Washington, DC 20005
                                                  202-962-7146
                                                  Fax: 202-962-7071
                                                  Email: erik.herron@davispolk.com
                                                  *TERMINATED: 09/13/2019*
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

                                                  **Paul J Nathanson**
                                                  Davis Polk & Wardwell LLP - Washington,
                                                  DC
                                                  901 15th St. NW
                                                  Washington, DC 20005
                                                  202-962-7000
                                                  Fax: 202-962-7071
                                                  Email: paul.nathanson@davispolk.com
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

---

**<u>Movant</u>**

**Legal Momentum**                               represented by **David Boies , II**
                                                  Boies Schiller & Flexner LLP - Armonk,
                                                  NY
                                                  333 Main St.
                                                  Armonk, NY 10504
                                                  914-749-8201

Fax: 914-749-8300
Email: dboies@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**Sanctuary for Families**                      represented by  **David Boies , II**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**United Abolitionists Incorporated**           represented by  **David Boies , II**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**National Coalition Against Domestic
Violence**                                      represented by  **David Boies , II**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Movant**

**Carl Ferrer**                                 represented by  **Jonathan Baum**
Clarence Dyer & Cohen LLP
899 Ellis St.
San Francisco, CA 94109
415-749-1800
Fax: 415-749-1694
Email: jbaum@clarencedyer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nanci Clarence**
Clarence Dyer & Cohen LLP

899 Ellis St.
San Francisco, CA 94109
415-749-1800
Fax: 415-749-1694
Email: nclarence@clarencedyer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Shaneeda Jaffer**
Clarence Dyer & Cohen LLP
899 Ellis St.
San Francisco, CA 94109
415-749-1800
Fax: 415-749-1694
Email: sjaffer@clarencedyer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Amicus**

**DKT Liberty Project**                    represented by   **Jessica Ring Amunson**
Jenner & Block LLP - Washington, DC
1099 New York Ave. NW, Ste. 900
Washington, DC 20001
202-639-6023
Fax: 202-661-4993
Email: JAmunson@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tassity Johnson**
Jenner & Block LLP - Washington, DC
1099 New York Ave. NW, Ste. 900
Washington, DC 20001
*TERMINATED: 08/26/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Amicus**

**Cato Institute**                         represented by   **Jessica Ring Amunson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Tassity Johnson**
(See above for address)
*TERMINATED: 08/26/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Amicus**

**Reason Foundation**                    represented by  **Jessica Ring Amunson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tassity Johnson**
(See above for address)
*TERMINATED: 08/26/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Amicus**

**ACLU of Arizona**                      represented by  **Daniel Clayton Barr**
Perkins Coie LLP - Phoenix, AZ
2901 N Central Ave., Ste. 2000
Phoenix, AZ 85012
602-351-8085
Fax: 602-648-7085
Email: DBarr@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Howard Gray**
Perkins Coie LLP
2901 N Central Ave
P O Box 400
Phoenix, AZ 85001-0400
602-351-8092
Fax: 602-648-7054
Email: jhgray@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kathleen E Brody**
ACLU - Phoenix, AZ

P.O. Box 17148
Phoenix, AZ 85011
602-650-1854
Fax: 602-650-1376
Email: kbrody@acluaz.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul F Eckstein**
Perkins Coie LLP
PO Box 400
Phoenix, AZ 85001-0400
602-351-8000
Fax: 602-648-7122
Email: PEckstein@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**                          represented by  **Dominic William Lanza - Inactive**
US Attorneys Office
40 N Central Ave, Ste 1200
Phoenix, AZ 85004
602-514-7500
Fax: 602-514-7450
Email:
USAAZ.DepartedAUSAs@usdoj.gov
*TERMINATED: 05/15/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John Jacob Kucera**
US Attorneys Office - Los Angeles, CA
312 N Spring St., Ste. 1200
Los Angeles, CA 90012
213-894-3391
Email: stoy@bsfllp.com
*TERMINATED: 10/29/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kevin M Rapp**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7537

Email: Kevin.Rapp@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Margaret Wu Perlmeter**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7402
Email: margaret.perlmeter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Reginald E Jones**
US Dept of Justice - Child Exploitation &
Obscenity Section
1400 New York Ave. NW, Ste. 600
Washington, DC 20530
202-616-2807
Email: reginald.jones4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Andrew C Stone**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Email: andrew.stone@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Daniel G Boyle**
United States Attorney's Office
312 N Spring St.
Los Angeles, CA 90012
213-894-2426
Email: daniel.boyle2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Peter Shawn Kozinets**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7259
Fax: 602-514-7760
Email: Peter.Kozinets@usdoj.gov

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Ryan Jeffrey Ellersick**
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7341
Fax: 520-620-7320
Email: ryan.ellersick3@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2018 | 3 | INDICTMENT (Redacted for Public Disclosure) as to Michael Lacey (1) count(s) 1, 2-51, 52, 53-62, 63-68, 69-70, 81, 83-84, 86, 88-92, James Larkin (2) count(s) 1, 2-51, 52, 53-62, 63-68, 80, 87, Scott Spear (3) count(s) 1, 2-51, 52, 53-62, 63-68, 71-78, 85, 93, John Brunst (4) count(s) 52, 53-62, 63-68, 69-70, 78-84, 86-93, Dan Hyer (5) count(s) 1, 2-51, 52, 53-62, 63-68, Andrew Padilla (6) count(s) 1, 2-51, Joye Vaught (7) count(s) 1, 2-51 with Forfeiture Allegations. (ATD) (Entered: 03/29/2018) |
| 03/28/2018 | 4 | SEALED UNREDACTED INDICTMENT as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Case Summaries) (ATD) (Entered: 03/29/2018) |
| 04/06/2018 | 13 | MOTION for Detention Pending the Imposition of Release Conditions by USA as to Michael Lacey. (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | | Arrest of Michael Lacey, Joye Vaught on 4/6/2018. (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 14 | NOTICE OF ATTORNEY APPEARANCE: Larry L Debus, Lawrence I Kazan appearing for Michael Lacey. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 15 | MOTION to Allow New York Counsel to Appear Telephonically by Michael Lacey. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 16 | NOTICE OF ATTORNEY APPEARANCE: Stephen M Weiss appearing for Joye Vaught. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 17 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S Willett: Initial Appearance and Arraignment as to Michael Lacey held on 4/6/2018. Defendant is present and in custody (restraint level 0). ORDERED denying 15 Request to Allow New York Counsel to Appear Telephonically. Defendant enters plea of NOT guilty to all pending counts. Pretrial Motions deadline: 21 days. Jury Trial set for 6/5/2018 at 09:00 AM before Judge Steven P Logan. The Government is seeking detention until the parties are able to confer to determine if there is a set of release conditions that satisfies the Government's concerns. Upon request of the Government, the Court sets a Detention Hearing for April 11, 2018 at 4:00 PM before Magistrate Judge Bridget S. Bade inCourtroom 304. Defense attorney Larry Debus opposes the Government's position to delay the Detention Hearing and requests an immediate ruling. IT IS ORDERED DENYINGdefense counsel's request for an immediate Detention Hearing. The Court AFFIRMS the Detention Hearing set for April 11, 2018. FURTHER Counsel for the Government orally moves to unseal the entire case. IT IS ORDERED DENYING the Government's oral motion without prejudice, with leave to file as a written motion. |

| | | |
|---|---|---|
| | | (Recorded by COURTSMART.) Hearing held 4:18 PM - 4:32 PM to 5:05 PM - 5:07 PM. (cc: AUSA/Dft's Cnsl/PTS/USMS/SPL) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 18 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S Willett: Initial Appearance and Arraignment as to Joye Vaught held on 4/6/2018. Defendant is present and in custody (restraint level 0). Defendant enters plea of NOT guilty to all pending counts. Pretrial Motions deadline: 21 days. Jury Trial set for 6/5/2018 at 09:00 AM before Judge Steven P Logan. Detention Hearing held. Defendant ordered/continued released on own recognizance with conditions. (Recorded by COURTSMART.) Hearing held 4:35 PM to 4:52 PM. (cc: AUSA/Dft's Cnsl/PTS/USMS/SPL) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | 19 | ORDER Setting Conditions of Release as to Joye Vaught. Signed by Magistrate Judge Eileen S Willett on 4/6/18. (cc: None - Copies provided to all parties on 4/6/18 by mrh) (MAP) (Entered: 04/09/2018) |
| 04/06/2018 | | Arrest of James Larkin on 4/6/2018. (ESL) (Entered: 04/09/2018) |
| 04/06/2018 | | Arrest of Scott Spear (3) and John Brunst (4) on 4/6/2018. (ESL) (Entered: 04/09/2018) |
| 04/06/2018 | | Arrest of Andrew Padilla in Eastern District of Texas. (MAP) (Entered: 04/10/2018) |
| 04/06/2018 | 48 | ARREST Warrant Returned Executed on 4/6/2018 as to Scott Spear. (MAP) (Entered: 04/11/2018) |
| 04/06/2018 | 49 | ARREST Warrant Returned Executed on 4/6/2018 as to John Brunst. (MAP) (Entered: 04/11/2018) |
| 04/06/2018 | 50 | ARREST Warrant Returned Executed on 4/6/2018 as to James Larkin. (MAP) (Entered: 04/11/2018) |
| 04/06/2018 | 52 | ARREST Warrant Returned Executed on 4/6/2018 as to Michael Lacey. (MAP) (Entered: 04/11/2018) |
| 04/06/2018 | 296 | Arrest Warrant Returned Executed on 4/6/2018 as to Joye Vaught. (ATD) (Entered: 09/05/2018) |
| 04/09/2018 | 20 | MOTION to Unseal Case by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (MAP) (Entered: 04/09/2018) |
| 04/09/2018 | 21 | ORDER granting 20 Motion to Unseal Case as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). ORDERED unsealing the indictment and this case. Signed by Magistrate Judge Eileen S Willett on 4/9/18.(MAP) (Entered: 04/09/2018) |
| 04/09/2018 | | ***Remark as to Michael Lacey re: Pro hac vice motions granted for Robert Corn-Revere and Ronald London. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/09/2018) |
| 04/09/2018 | 22 | MOTION for Detention Pending the Imposition of Release Conditions by USA as to James Larkin. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Rapp, Kevin) (Entered: 04/09/2018) |
| 04/09/2018 | 23 | *STRIKING Exhibits A-K Pursuant to Doc. 103 *RESPONSE in Opposition by Michael Lacey re: 13 MOTION for Detention Pending the Imposition of Release Conditions. (Attachments: #(1) Exhibit A-D; # 2 Exhibit E - F); # 3 Exhibit G - K) (Eckstein, Paul) (MAP). *Modified on 4/19/2018 to Seal Exhibits E-F Pursuant to Doc. 103 (MAP)*. (Entered: 04/09/2018) |

| | | |
|---|---|---|
| 04/09/2018 | 24 | NOTICE OF ATTORNEY APPEARANCE: Cristina C Arguedas and Ted W Cassman appearing for James Larkin. (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 25 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Initial Appearance and Arraignment as to James Larkin held on 4/9/2018. NO FINANCIAL AFFIDAVIT TAKEN. Defendant is present with retained counsel. Defendant enters a plea of NOT guilty as to all pending counts. Defendant ordered temporarily detained in the custody of the United States Marshal.<br><br>**Appearances**: AUSA Kevin Rapp, Dominic Lanza, and Margaret Perlmeter for the Government, retained attorney Christina Arguedas and Ted Cassman for defendant. Defendant is present and in custody (restraint level 0). Detention Hearing set for 4/12/2018 at 09:00 AM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. Motions due by 4/26/2018. Jury Trial set for 6/5/2018 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan. (Recorded by COURTSMART.) Hearing held 3:49 PM to 4:06 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 26 | RESPONSE in Opposition by James Larkin re: 22 MOTION for Detention Pending the Imposition of Release Conditions . (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 27 | NOTICE OF ATTORNEY APPEARANCE: Bruce S Feder appearing for Scott Spear. (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 28 | NOTICE OF ATTORNEY APPEARANCE: Michael D Kimerer appearing for John Brunst. (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 30 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Initial Appearance and Arraignment as to Scott Spear (3) and John Brunst (4) held on 4/9/2018. Defendants enter pleas of NOT guilty as to all pending counts. The Government is not seeking detention as to either defendant. Detention Hearing submitted as to both defendants. Defendants are ordered released on own recognizances with conditions.<br><br>**Appearances**: AUSA Kevin Rapp, Dominic Lanza, and Margaret Perlmeter for the Government, retained attorney Bruce Feder for defendant Scott Spear; retained attorney Michael Kimerer for defendant John Brunst. Defendants are present and in custody (restraint level 0 as to both). Motions due by 4/26/2018. Jury Trial set for 6/5/2018 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan. (Recorded by COURTSMART.) Hearing held 3:49 PM to 4:06 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 31 | ***MODIFIED by Doc. 236 (alcohol provision modified and mental health condition removed)*** ORDER Setting Conditions of Release as to Scott Spear. Signed by Magistrate Judge Bridget S. Bade on 04/09/2018.(ESL) Modified on 7/26/2018 (MRH). (Entered: 04/09/2018) |
| 04/09/2018 | 32 | ORDER Setting Conditions of Release as to John Brunst. Signed by Magistrate Judge Bridget S. Bade on 04/09/2018.(ESL) (Entered: 04/09/2018) |
| 04/09/2018 | 33 | Rule 5(c)(3) Documents Received from the Eastern District of Texas as to Andrew Padilla. (MAP) (Entered: 04/10/2018) |
| 04/09/2018 | 34 | * ORDER Setting Conditions of Release as to Andrew Padilla. Signed by Magistrate Christine A Nowak on 4/9/18. (Originally filed in the Eastern District of Texas on |

| | | |
|---|---|---|
| | | 4/9/18). (MAP) * Modified to UNSEAL per 109 Minute Entry on 4/20/2018 (LAD). (Entered: 04/10/2018) |
| 04/09/2018 | | Arrest of Dan Hyer in Northern District of Texas. (MAP) (Entered: 04/10/2018) |
| 04/09/2018 | 43 | Rule 5(c)(3) Documents Received from the Northern District of Texas as to Dan Hyer. (MAP) (Entered: 04/10/2018) |
| 04/09/2018 | 44 | * ORDER Setting Conditions of Release as to Dan Hyer. Signed by Magistrate David L. Horan on 4/9/18. (Originally filed in the Northern District of Texas on 4/9/18)(MAP) * Modified to UNSEAL per 109 Minute Entry on 4/20/2018 (LAD). (Entered: 04/10/2018) |
| 04/09/2018 | 51 | ARREST Warrant Returned Executed on 4/9/2018 as to Dan Hyer. (MAP) (Entered: 04/11/2018) |
| 04/09/2018 | 53 | ARREST Warrant Returned Executed on 4/9/2018 as to Andrew Padilla. (MAP) (Entered: 04/11/2018) |
| 04/10/2018 | 38 | NOTICE OF ATTORNEY APPEARANCE: Michael L Piccarreta appearing for Andrew Padilla . (Piccarreta, Michael) (Entered: 04/10/2018) |
| 04/10/2018 | 39 | IT IS ORDERED the Detention Hearing, as to James Larkin, presently set for 4/12/2018 at 9:00 AM is RESET AS TO TIME ONLY. Detention Hearing set for 4/12/2018 at 01:00 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. Ordered by Magistrate Judge Bridget S. Bade.(BSB, ew)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 04/10/2018) |
| 04/10/2018 | 40 | NOTICE re: PASSPORT as to Scott Spear. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/10/2018) |
| 04/10/2018 | 41 | NOTICE re SURRENDER of Passport as to Scott Spear. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/10/2018) |
| 04/10/2018 | 42 | *REPLY re: 23 Response in Opposition *United States' Reply In Support of Motion for Detention Pending the Imposition of Release Conditions* by USA as to Michael Lacey. (Attachments: # 1 Exhibit A)(Rapp, Kevin) *Modified to correct event and add link; attorney noticed on 4/11/2018 (SLQ). (Entered: 04/10/2018) |
| 04/10/2018 | | ***Remark as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: Pro hac vice motion granted for James C Grant on behalf of all defendants. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/10/2018) |
| 04/11/2018 | | *** Amended Remark as to Michael Lacey, James Larkin re: Pro hac vice admission granted for James Grant on behalf of defendants Lacey and Larkin. Incorrectly added to other defendants and has been corrected. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/11/2018) |
| 04/11/2018 | 54 | NOTICE re: PASSPORT as to John Brunst. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/11/2018) |
| 04/11/2018 | 55 | NOTICE re SURRENDER of Passport as to John Brunst. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/11/2018) |

| 04/11/2018 | 58 | MOTION for Admission Pro Hac Vice of Ted W. Cassman by James Larkin. (Cassman, Ted) (Entered: 04/11/2018) |
|---|---|---|
| 04/11/2018 | | ***Remark as to James Larkin re: Pro hac vice motion for admission granted for Cristina C Arguedas. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/11/2018) |
| 04/11/2018 | | ***Remark as to James Larkin re: Pro hac vice motions granted for Ted W Cassman and Cristina C Arguedas. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/11/2018) |
| 04/11/2018 | 60 | ORDER pursuant to General Order 09-08 terminating 58 Motion for Admission Pro Hac Vice as to James Larkin (2). Motion for pro hac vice admission correctly filed in master case and filing fee paid. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/11/2018) |
| 04/11/2018 | 61 | *AMENDED by Doc. 62 MINUTE ENTRY for proceedings held on 04/11/2018 before Magistrate Judge Bridget S. Bade: This is the time set for a Detention Hearing as to Michael Lacey. The parties have reached an agreement regarding appropriate conditions of release. The Court directs Pretrial Services to conduct an assessment of the defendant's residence to determine suitability for location monitoring. The Court continues this matter to allow counsel time to correct paperwork regarding proposed property bond and to allow time for Pretrial's assessment. Defendant shall remain in the temporary custody of the United States Marshal. <br><br> **Appearances**: AUSA Kevin Rapp and AUSA Dominic Lanza for the Government, retained attorney Paul Cambria and Janey Cook for the defendant. Defendant is present and in custody (restraint level 0). Detention Hearing continued for 4/13/2018 at 09:00 AM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. (Recorded by COURTSMART.) Hearing held 4:31 PM to 4:35 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) Modified on 4/12/2018 (ESL). (Entered: 04/11/2018) |
| 04/11/2018 | 62 | AMENDED MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Amending Doc. 61 MINUTE ENTRY for proceedings held on 04/11/2018 before Magistrate Judge Bridget S. Bade: This is the time set for a Detention Hearing as to Michael Lacey. The parties have reached an agreement regarding appropriate conditions of release. The Court directs Pretrial Services to conduct an assessment of the defendant's residence to determine suitability for location monitoring. The Court continues this matter to allow counsel time to correct paperwork regarding proposed property bond and to allow time for Pretrial's assessment. The Court directs the US Marshal Service to transport the defendant BAG AND BAGGAGE for possible release. Defendant shall remain in the temporary custody of the United States Marshal. <br><br> **Appearances**: AUSA Kevin Rapp and AUSA Dominic Lanza for the Government, retained attorney Paul Cambria and Janey Cook for the defendant. Defendant is present and in custody (restraint level 0). Detention Hearing continued for 4/13/2018 at 09:00 AM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. (Recorded by COURTSMART.) Hearing held 4:31 PM to 4:35 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) <br><br> Reason for Amendment: to add the directive to the United States Marshal to transport the defendant BAG AND BAGGAGE for possible release. (Entered: 04/11/2018) |
| 04/12/2018 | 63 | MINUTE ENTRY for proceedings held on 4/12/2018 before Magistrate Judge Bridget |

| | | |
|---|---|---|
| | | S. Bade: This is the time set for a Detention Hearing as to James Larkin (2). The parties have reached an agreement regarding appropriate conditions of release. The Court directs Pretrial Services to conduct an assessment of the defendant's residence to determine suitability for location monitoring and resets the detention hearing to allow time to do so. The Court directs the US Marshal Service to transport the defendant BAG AND BAGGAGE for possible release. Defendant shall remain in the temporary custody of the United States Marshal.<br><br>**Appearances**: AUSA Kevin Rapp and Dominic Lanza for the Government, retained attorney Ted Cassman for defendant. Defendant is present and in custody (restraint level 0). Detention Hearing reset for 4/16/2018 at 04:00 PM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. (Recorded by COURTSMART.) Hearing held 1:18 PM to 1:25 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 04/12/2018) |
| 04/13/2018 | 64 | *MOTION United States' Unopposed Motion to Designate Case Complex, MOTION to Continue the Trial Date, and MOTION to Set a Status Conference and Proposed Order by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) *Modified to add text on 4/16/2018 (SLQ). (Entered: 04/13/2018) |
| 04/13/2018 | 65 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Detention Hearing as to Michael Lacey held on 4/13/2018. The parties have reached an agreement to release the defendant upon posting of $1,000,000.00 surety bond in addition to two property bonds. The property bond paperwork is reviewed and approved by all parties. The conditions of release are reviewed with and signed by the defendant in open court. Defendant is ordered released on own recognizance with conditions which include location monitoring upon posting of all necessary bonds.<br><br>**Appearances**: AUSA Kevin Rapp and Dominic Lanza for the Government, retained attorney Tom Henze and Janey Cook for defendant. Defendant is present and in custody (restraint level 0). (Recorded by COURTSMART.) Hearing held 9:09 AM to 9:23 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 04/13/2018) |
| 04/13/2018 | 66 | Surety bond in the amount of $1,000,000 in addition to two property bonds posted as to Michael Lacey (SLQ) (Entered: 04/13/2018) |
| 04/13/2018 | 67 | ORDER Setting Conditions of Release as to Michael Lacey. Defendant ordered released on $1,000,000.00 surety bond, in addition to two property bonds. Location monitoring imposed. Signed by Magistrate Judge Bridget S. Bade on 4/13/2018. (MRH) (Entered: 04/13/2018) |
| 04/13/2018 | 71 | Appearance (Redacted) Bond Entered as to Michael Lacey in amount of $1,000,000.00 (Surety Bond, In Addition to Property Bond). (MAP) (Entered: 04/16/2018) |
| 04/16/2018 | 79 | MINUTE ORDER: Resetting Hearing as to James Larkin. At the request of defense counsel and no objection by the Government, the Detention Hearing set for 4/16/2018 at 04:00 PM has been reset in TIME ONLY to 02:00 PM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 04/16/2018) |
| 04/16/2018 | | ***Remark as to James Larkin re: Pro hac vice motion granted for Julie A Salamon on behalf of defendant: This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/16/2018) |

| 04/16/2018 | 84 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Detention Hearing as to James Larkin submitted on 4/16/2018. Defendant ordered released on surety and property bonds with conditions. **Appearances**: AUSA Kevin Rapp and Dominic Lanza for the Government, retained attorney Ted Cassmam for defendant. Defendant is present and in custody (restraint level 0). (Recorded by COURTSMART.) Hearing held 2:07 PM to 2:27 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 04/16/2018) |
|---|---|---|
| 04/16/2018 | 90 | NOTICE TO FILER OF DEFICIENCY re: 83 First MOTION to Amend/Correct *Motion to File Under Seal (Dkt. 56)* filed by Michael Lacey. Document not in compliance with LRCrim 12.1 - Party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 04/17/2018) |
| 04/16/2018 | 92 | REDACTED APPEARANCE BOND of James Larkin in the amount of $1,000,000.00. (MJF) (Entered: 04/17/2018) |
| 04/16/2018 | 93 | ** AMENDED BY 224 ** ORDER Setting Conditions of Release as to James Larkin. Signed by Magistrate Judge John Z Boyle on 4/16/18.(MJF) Modified on 7/23/2018 (LAD). (Entered: 04/17/2018) |
| 04/16/2018 | 108 | Summons Returned Executed on 4/16/2018 as to Dan Hyer. (Attachments: # 1 Information Sheet)(MAP) (Entered: 04/19/2018) |
| 04/17/2018 | 94 | NOTICE re: PASSPORT as to Michael Lacey. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/17/2018) |
| 04/17/2018 | 95 | NOTICE re SURRENDER of Passport as to Michael Lacey. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/17/2018) |
| 04/17/2018 | 96 | NOTICE re: PASSPORT as to James Larkin. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/17/2018) |
| 04/17/2018 | 97 | NOTICE re SURRENDER of Passport as to James Larkin. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 04/17/2018) |
| 04/17/2018 | 98 | NOTICE OF ATTORNEY APPEARANCE: K C Maxwell appearing for Dan Hyer . (Maxwell, K) (Entered: 04/17/2018) |
| 04/17/2018 | | ***Remark as to Dan Hyer re: Pro hac vice motion for admission granted for K C Maxwell on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/17/2018) |
| 04/17/2018 | | ***Remark as to Dan Hyer re: Pro hac vice motion for admission granted for David S Wakukawa: This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 04/17/2018) |
| 04/17/2018 | 99 | *Amended NOTICE of Attorney Appearance/Association - Defendant re: 28 Notice of Attorney Appearance/Association - Defendant filed by John Brunst *to include Rhonda Elaine Neff as Attorney for John Brunst* by John Brunst. (Kimerer, Michael) *Modified to correct event; attorney noticed on 4/18/2018 (SLQ). (Entered: 04/17/2018) |
| 04/17/2018 | 100 | NOTICE TO FILER OF DEFICIENCY re: 98 Notice of Attorney |

| | | |
|---|---|---|
| | | Appearance/Association - Defendant filed by Dan Hyer. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 04/18/2018) |
| 04/18/2018 | 109 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance and Arraignment Hearings as to Dan Hyer (5) and Andrew Padilla (6) held on 4/18/2018. Defendants enters pleas of NOT guilty to all pending counts. At the request of defense counsel for defendant Andrew Padilla (6) and no objection by the Government, the following release conditions are modified: (7)(b): from Defendant shall continue or actively seek employment; to Defendant shall continue or actively seek employment at the discretion of Pretrial Services. (7)(d): from Defendant must surrender any passport; to Defendant must surrender any passport or passport card, if he has one. Request by the Government to unseal the release conditions [Doc. 34 and 44] as to these defendants. No objection. Request GRANTED.

**Appearances**: AUSA Margaret Perlmeter for the Government, retained attorney KC Maxwell for defendant Dan Hyder (5) and Michael Piccarreta for defendant Andrew Padilla (6). Defendants are present and released. Motions currently due by 4/26/2018. Jury Trial currently set for 6/5/2018 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. (Recorded by COURTSMART.) Hearing held 3:57 PM to 4:04 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 04/20/2018) |
| 04/19/2018 | 103 | ORDER granting 56 Motion and 83 Amended Motion to Seal as to Michael Lacey (1). ORDERED The Clerk of Court is directed to file the Exhibits A-E attached to Defendants Notice of Errata (Doc. 57 ) as the exhibits to Defendant's Response in Opposition to the Government's Motion for Pretrial Detention. (Doc. 23 .) The Clerk is further directed that Exhibit D shall be filed under seal. The Clerk shall file Exhibits A, B, C, and E in the public record. FURTHER ORDERED The Clerk of Court is directed to strike Exhibits A-K filed with Defendant's Opposition to the Government's Motion for Pretrial Detention. Although stricken by this Order, Exhibits A-D, G, and H-K may be filed in the public record, but Exhibits E and F shall be filed under seal. Signed by Magistrate Judge Bridget S Bade on 4/18/18.(MAP) (Entered: 04/19/2018) |
| 04/19/2018 | 104 | Exhibits to 23 Response in Opposition to Government's Motion for Detention Pending the Imposition of Release Conditions by Michael Lacey. (Attachments: # 1 Exhibit D, # 2 Exhibit E)(MAP) (Entered: 04/19/2018) |
| 04/19/2018 | 107 | ORDER granting 64 Motion to Designate Case Complex as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7). A Status Conference is set for 4/30/2018 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. IT IS FURTHER ORDERED that the parties shall submit a Joint Proposed Case Management Order no later than April 26, 2018 at 12:00 p.m. Signed by Judge Steven P Logan on 4/19/18.(CLB) (Entered: 04/19/2018) |
| 04/24/2018 | 115 | MOTION to Withdraw as Attorney as to attorney Ted W. Cassman by James Larkin. (Attachments: # 1 Exhibit Declaration of James Larkin, # 2 Text of Proposed Order) (Cassman, Ted) (Entered: 04/24/2018) |
| 04/24/2018 | 116 | ORDER granting 115 Motion to Withdraw as Attorneys as to James Larkin (2). Julie A Salamon, Cristina C Arguedas and Ted W Cassman are withdrawn from the case. Ordered by Judge Steven P. Logan on 4/24/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 04/24/2018) |
| 04/24/2018 | 117 | NOTICE TO FILER OF DEFICIENCY re: 115 MOTION to Withdraw as Attorney as to |

| | | attorney Ted W. Cassman filed by James Larkin. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 04/24/2018) |
|---|---|---|
| 04/25/2018 | 118 | MOTION to Disqualify Counsel by USA as to Michael Lacey, James Larkin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit H, # 7 Exhibit I, # 8 Exhibit J, # 9 Exhibit K, # 10 Exhibit L, # 11 Exhibit M, # 12 Exhibit N, # 13 Exhibit O, # 14 Exhibit P, # 15 Exhibit Q, # 16 Exhibit R, # 17 Exhibit S, # 18 Exhibit T, # 19 Exhibit U)(Rapp, Kevin) (Entered: 04/25/2018) |
| 04/26/2018 | 121 | NOTICE *of Filing Parties' Proposed Scheduling Order* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Rapp, Kevin) (Entered: 04/26/2018) |
| 04/30/2018 | 124 | NOTICE OF ATTORNEY APPEARANCE: Lee David Stein appearing for Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught *Notice of Limited Appearance of behalf of Henze Cook Murphy, PLC*. (Stein, Lee) (Entered: 04/30/2018) |
| 04/30/2018 | 125 | TRANSCRIPT REQUEST by USA as to James Larkin for proceedings held on 04/16/2018, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) (Entered: 04/30/2018) |
| 04/30/2018 | 126 | AMENDED by Doc. 127 - MINUTE ENTRY for proceedings held before Judge Steven P Logan: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught held on 4/30/2018. The Court moves the trial date to 1/15/2020 at 9:00 AM and adopts the proposed scheduling order. Order to follow.

**Appearances**: AUSA Kevin Rapp, Dominic Lanza, Margaret Perlmeter, Reginald Jones for the Government. Retained Attorneys Paul Cambria and Janey Henze Cook for Defendant Lacey, Retained Attorney Thomas Bienhert for Defendant Larkin, Retained Attorney Bruce Feder for Defendant Spear, Retained Attorney Michael Kimerer for Defendant Brunst, Retained Attorney K.C. Maxwell for Defendant Hyer, Retained Attorney Michael Piccarreta for Defendant Padilla. Defendants are present and released. (Court Reporter Robin Bobbie.) Hearing held 9:05 AM to 9:18 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) Modified on 5/2/2018 (CLB). (Entered: 05/01/2018) |
| 04/30/2018 | 127 | AMENDED MINUTE ENTRY for proceedings held before Judge Steven P Logan: Amending Doc. 126 MINUTE ENTRY for proceedings held before Judge Steven P Logan: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught held on 4/30/2018. The Court moves the trial date to 1/15/2020 at 9:00 AM and adopts the proposed scheduling order. Order to follow.

Reason for Amendment: to reflect presence of Defendant Vaught and Defense Counsel Stephen Weiss.

**Appearances**: AUSA Kevin Rapp, Dominic Lanza, Margaret Perlmeter, Reginald Jones for the Government. Retained Attorneys Paul Cambria and Janey Henze Cook for Defendant Lacey, Retained Attorney Thomas Bienhert for Defendant Larkin, Retained Attorney Bruce Feder for Defendant Spear, Retained Attorney Michael Kimerer for Defendant Brunst, Retained Attorney K.C. Maxwell for Defendant Hyer, Retained Attorney Michael Piccarreta for Defendant Padilla, Retained Attorney Stephen Weiss |

| | | |
|---|---|---|
| | | for Defendant Vaught. Defendants are present and released. (Court Reporter Robin Bobbie.) Hearing held 9:05 AM to 9:18 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 05/02/2018) |
| 05/02/2018 | 128 | TRANSCRIPT REQUEST by Kenneth M. Miller, Esq. of Bienert, Miller & Katzman PLC as to James Larkin for proceedings held on 04/30/2018, Judge Steven P Logan hearing judge(s). (RAP) (Entered: 05/02/2018) |
| 05/02/2018 | 129 | ORDER as to Michael Lacey, James Larkin referring the Government's Motion to Disqualify Counsel 118 to referral judge Magistrate Judge Bridget S. Bade for ruling. Signed by Judge Steven P Logan on 5/2/18.(CLB) (Entered: 05/02/2018) |
| 05/02/2018 | 130 | First MOTION for Extension of Time to File Response/Reply *Unopposed Motion to Extend Time for Filing Responses to Government's Motion to Disqualify Counsel* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught as to Andrew Padilla. (Attachments: # 1 Text of Proposed Order) (Piccarreta, Michael) (Entered: 05/02/2018) |
| 05/02/2018 | 131 | SCHEDULING ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught - Jury Trial set for 1/15/2020 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Pretrial Conference set for 9/23/2019 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Status Conference set for 10/22/2018 at 01:30 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Status Conference set for 4/22/2019 at 01:30 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan.(See document for complete details). Signed by Judge Steven P Logan on 5/1/18.(SLQ) (Entered: 05/02/2018) |
| 05/02/2018 | 133 | NOTICE TO FILER OF DEFICIENCY re: 130 First MOTION for Extension of Time to File Response/Reply *Unopposed Motion to Extend Time for Filing Responses to Government's Motion to Disqualify Counsel* filed by Andrew Padilla. Document not in compliance with LRCrim 12.1 - which states that party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 05/03/2018) |
| 05/02/2018 | 137 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *STATUS CONFERENCE* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught held on 04/30/2018, before Judge Steven P. Logan. (Court Reporter: Robin G. Bobbie). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/23/2018. Redacted Transcript Deadline set for 6/4/2018. Release of Transcript Restriction set for 7/31/2018. (RAP) (Entered: 05/03/2018) |
| 05/03/2018 | 132 | TRANSCRIPT REQUEST by Kenneth M. Miller, Esq. of Bienert, Miller & Katzman PLC as to James Larkin for proceedings held on 04/16/2018, Magistrate Judge John Z Boyle hearing judge(s). (RAP) (Entered: 05/03/2018) |
| 05/03/2018 | 134 | ORDER granting 130 Motion for Extension of Time to File Response/Reply. The deadline as to all Defendants to respond to Governments Motion to Disqualify Counsel(Doc. 118) is extended to and including May 23, 2018. Signed by Magistrate Judge Bridget S Bade on 5/3/2018.(KGM) (Entered: 05/03/2018) |
| | | |

| 05/08/2018 | | ***Remark as to James Larkin re: Pro hac vice motion for admission granted for Kenneth Morley Miller on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/08/2018) |
| --- | --- | --- |
| 05/09/2018 | | ***Remark as to James Larkin re: Pro hac vice motions for admission granted for John L Littrell and Thomas H Bienert Jr. on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/09/2018) |
| 05/09/2018 | | ***Remark as to Michael Lacey re: Pro Hac Motion granted for Erin McCampbell on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MSA) (Entered: 05/09/2018) |
| 05/09/2018 | 138 | NOTICE OF ATTORNEY APPEARANCE: Thomas Henry Bienert, Jr appearing for James Larkin . (Bienert, Thomas) (Entered: 05/09/2018) |
| 05/09/2018 | 139 | NOTICE OF ATTORNEY APPEARANCE: John Lewis Littrell appearing for James Larkin . (Littrell, John) (Entered: 05/09/2018) |
| 05/09/2018 | 140 | NOTICE OF ATTORNEY APPEARANCE: Kenneth Morley Miller appearing for James Larkin . (Miller, Kenneth) (Entered: 05/09/2018) |
| 05/11/2018 | 141 | First MOTION for Disclosure *of Documents Related to Pretrial Seizure of Defendants' Assets* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught as to Andrew Padilla. (Attachments: # 1 Certificate of Record Certificate of Paul J. Cambria, Jr., in Support of Defendants' Motion for Disclosure of Documents Related to Pretrial Seizure of Defendants' Assets)(Piccarreta, Michael) (Entered: 05/11/2018) |
| 05/11/2018 | 142 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *Detention Hearing* proceedings as to James Larkin held on 04/16/2018, before Magistrate Judge John Z. Boyle. (Transcriber: Laurie A. Adams). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/1/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/9/2018. (RAP) (Entered: 05/11/2018) |
| 05/15/2018 | 143 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught: IT IS ORDERED the Government shall respond to the Motion for Disclosure 141 no later than 5/18/2018 at 5:00 PM. IT IS FURTHER ORDERED setting an Oral Argument for 5/23/2018 at 9:00 AM in Courtroom 501. Ordered by Judge Steven P. Logan on 5/15/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 05/15/2018) |
| 05/15/2018 | 144 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to Janey Henze Cook by Michael Lacey. (Cook, Janey) (Entered: 05/15/2018) |
| 05/15/2018 | 145 | NOTICE OF ATTORNEY APPEARANCE: Andrew C. Stone appearing for USA . (Stone, Andrew) (Entered: 05/15/2018) |
| 05/15/2018 | 146 | NOTICE OF ATTORNEY SUBSTITUTION: Peter Kozinets appearing for USA. Attorney Dominic William Lanza terminated . (Kozinets, Peter) (Entered: 05/15/2018) |
| 05/18/2018 | | NOTICE OF REQUEST FOR E-NOTICES by Ariel A. Neuman. (Vera, Hernan) (Entered: 05/18/2018) |
| 05/18/2018 | 147 | First MOTION for Extension of Time to File Response/Reply re: 118 MOTION to |

| | | |
|---|---|---|
| | | Disqualify Counsel by Henze Cook Murphy, PLC. (Attachments: # 1 Text of Proposed Order)(Stein, Lee) Modified on 6/5/2018 to correct docket text (NKS). (Entered: 05/18/2018) |
| 05/18/2018 | | NOTICE OF REQUEST FOR E-NOTICES by Hernan Vera. (Vera, Hernan) (Entered: 05/18/2018) |
| 05/18/2018 | 148 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 141 First MOTION for Disclosure of Documents Related to Pretrial Seizure of Defendants' Assets . (Attachments: # 1 Exhibit A and B)(Rapp, Kevin) (Entered: 05/18/2018) |
| 05/18/2018 | 149 | MOTION for Extension of Time to File Response/Reply re: 118 MOTION to Disqualify Counsel by James Larkin. (Miller, Kenneth) (Entered: 05/18/2018) |
| 05/18/2018 | 150 | MOTION to Expedite Hearing by James Larkin. (Miller, Kenneth) (Entered: 05/18/2018) |
| 05/18/2018 | 151 | NOTICE TO FILER OF DEFICIENCY re: 149 MOTION for Extension of Time to File Response/Reply re: 118 MOTION to Disqualify Counsel filed by James Larkin. Document not in compliance with LRCrim 12.1 which states that party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 05/21/2018) |
| 05/21/2018 | | NOTICE OF REQUEST FOR E-NOTICES by Monica Klapper. (Klapper, Monica) (Entered: 05/21/2018) |
| 05/21/2018 | 152 | NOTICE OF ERRATA re: 149 MOTION for Extension of Time to File Response/Reply re: 118 MOTION to Disqualify Counsel by James Larkin as to Michael Lacey, James Larkin.. (Attachments: # 1 Text of Proposed Order)(Miller, Kenneth) (Entered: 05/21/2018) |
| 05/21/2018 | 153 | NOTICE OF ERRATA re: 150 MOTION to Expedite Hearing by James Larkin as to Michael Lacey, James Larkin.. (Miller, Kenneth) (Entered: 05/21/2018) |
| 05/21/2018 | | NOTICE OF REQUEST FOR E-NOTICES by Woo, Raymond. (Woo, Raymond) (Entered: 05/21/2018) |
| 05/21/2018 | 154 | ORDER granting 147 Motion for Extension of Time to File Response/Reply as to Michael Lacey (1).T he deadline for Henze Cook Murphy, PLC to respond to the United States pending Motion to Disqualify Counsel (Doc. 118 ) is extended to and including June 6, 2018. Signed by Magistrate Judge Bridget S Bade on 5/21/2018.(KGM) (Entered: 05/21/2018) |
| 05/21/2018 | 155 | *WITHDRAWAL of Motion - Motion for Disclosure 141 by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 141 First MOTION for Disclosure of Documents Related to Pretrial Seizure of Defendants' Assets. (Cook, Janey) *Modified to correct event; attorney noticed on 5/22/2018 (SLQ). (Entered: 05/21/2018) |
| 05/21/2018 | 156 | ORDER as to Michael Lacey and James Larkin - that the government must file its response to Defendants' 149 motion for an extension of time by May 23, 2018 at 12:00 p.m. IT IS FURTHER ORDERED that Defendants must file their reply in support of their motion for an extension of time, if any, by May 24, 2018 at 9:00 a.m. IT IS FURTHER ORDERED that the deadline for Defendants' response to the motion to disqualify counsel is stayed pending resolution of their motion for an extension of time. IT IS FURTHER ORDERED that Defendants' 150 motion to accelerate hearing is |

| | | |
|---|---|---|
| | | DENIED as moot. Signed by Magistrate Judge Bridget S. Bade on 05/21/2018.(ESL) (Entered: 05/21/2018) |
| 05/22/2018 | 157 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught: The Motion Hearing set for 5/23/2018 is VACATED. Ordered by Judge Steven P. Logan on 5/22/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB) (Entered: 05/22/2018) |
| 05/22/2018 | 158 | NOTICE re: PASSPORT as to Joye Vaught. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 05/22/2018) |
| 05/22/2018 | 159 | NOTICE re SURRENDER of Passport and Passport Card as to Joye Vaught. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 05/22/2018) |
| 05/23/2018 | 160 | *JOINDER in Motion for Extension of Time (Doc. 147 ) by Andrew Padilla. (Piccarreta, Michael) *Modified to add document link on 5/23/2018 (SLQ). (Entered: 05/23/2018) |
| 05/23/2018 | 161 | * JOINDER to 118 Motion to Disqualify Counsel by Joye Vaught. (Weiss, Stephen) * Modified to add document linkage on 5/23/2018 (LAD). (Entered: 05/23/2018) |
| 05/23/2018 | 162 | RESPONSE re: 149 MOTION for Extension of Time to File Response/Reply re: 118 MOTION to Disqualify Counsel by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Rapp, Kevin) (Entered: 05/23/2018) |
| 05/23/2018 | 163 | *JOINDER in Motion for Extension of Time 147 by John Brunst. (Kimerer, Michael) *Modified to add document link on 5/23/2018 (SLQ). (Entered: 05/23/2018) |
| 05/23/2018 | 164 | MOTION to Transfer Cases by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 05/23/2018) |
| 05/29/2018 | 165 | *NOTICE of Attorney Withdrawal as to attorney Larry Debus and Larry Kazan by Michael Lacey. (Debus, Larry) *Modified to correct event; attorney noticed on 5/30/2018 (SLQ). (Entered: 05/29/2018) |
| 05/31/2018 | 166 | NOTICE re: PASSPORT as to Andrew Padilla. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 05/31/2018) |
| 05/31/2018 | 167 | NOTICE re: PASSPORT as to Dan Hyer. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 05/31/2018) |
| 05/31/2018 | 168 | NOTICE re SURRENDER of Passport as to Dan Hyer. Issued by USA. Defendant not permitted to apply for passport/passport card during the pendency of this action. (PTS-VE, ) (Entered: 05/31/2018) |
| 05/31/2018 | 169 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7) - IT IS HEREBY ORDERED granting the United States Motion to Transfer Cases (Doc. 164 ). IT IS FURTHER ORDERED that United States v. Carl Ferrer, No. CR-18- 00464-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Carl Ferrer, No. CR-18-00464-PHX-SPL-(BSB). IT IS FURTHER ORDERED that United States v. Backpage.com, LLC et al., No. CR 18-465-PHX-DJH-(JZB), will hereafter be assigned to this Court and captioned as United States v. Backpage.com, LLC et al., No. CR-18- |

| | | |
|---|---|---|
| | | 00465-PHX-SPL-(BSB). IT IS FURTHER ORDERED directing the Clerk's Office to file this order in all three above-mentioned cases. Signed by Judge Steven P Logan on 5/30/18.(SLQ) (Entered: 05/31/2018) |
| 06/01/2018 | 170 | *EX PARTE MOTION to Substitute Attorney by Dan Hyer. (Maxwell, K) *Modified text on 6/4/2018 (SLQ). (Entered: 06/01/2018) |
| 06/01/2018 | 172 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. IT IS ORDERED that Defendants' Motion for an Extension of Time to File Opposition to Government's Motion to Disqualify Counsel (Doc. 149 ), and the joinders to that motion (Docs. 160 , 163 ) are **GRANTED**, and the deadline for Defendants to file their responses in opposition to the motion to disqualify is extended to **June 6, 2018**. Signed by Magistrate Judge Bridget S. Bade on 6/1/2018. (MRH) (Entered: 06/01/2018) |
| 06/06/2018 | 174 | RESPONSE in Opposition by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 118 MOTION to Disqualify Counsel *Henze Cook Murphy PLLC*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cambria, Paul) (Entered: 06/06/2018) |
| 06/06/2018 | 175 | NOTICE OF ATTORNEY APPEARANCE: Anna Humphreys Finn appearing for Michael Lacey . (Finn, Anna) (Entered: 06/06/2018) |
| 06/06/2018 | 176 | RESPONSE in Opposition by Michael Lacey re: 118 MOTION to Disqualify Counsel *Henze Cook Murphy PLLC*. (Attachments: # 1 Exhibit 1-3)(Finn, Anna) (Entered: 06/06/2018) |
| 06/06/2018 | 177 | RESPONSE in Opposition by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 118 MOTION to Disqualify Counsel . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Piccarreta, Michael) (Entered: 06/06/2018) |
| 06/06/2018 | 178 | JOINDER to 177 Response in Opposition by Joye Vaught. (Weiss, Stephen) (Entered: 06/06/2018) |
| 06/06/2018 | 179 | First MOTION for Leave to File Excess Pages by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bienert, Thomas) (Entered: 06/06/2018) |
| 06/06/2018 | 180 | RESPONSE in Opposition by James Larkin re: 118 MOTION to Disqualify Counsel . (Bienert, Thomas) (Entered: 06/06/2018) |
| 06/06/2018 | 181 | NOTICE *of Joinder* by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 174 Response in Opposition, 176 Response in Opposition, 180 Response in Opposition, 177 Response in Opposition. (Kimerer, Michael) (Entered: 06/06/2018) |
| 06/07/2018 | 182 | ORDER granting 173 Motion to Remove Document 171 from Public Docket, File it Under Seal, and Submit Redacted Version as to James Larkin (2). IT IS FURTHER ORDERED that the Clerk of Court shall place docket 171 under seal. IT IS FURTHER ORDERED that the Clerk of Court shall file the redacted version of the amended motion to amend (lodged at Doc. 173 -1). Signed by Magistrate Judge Bridget S Bade on 6/6/18.(LAD) (Entered: 06/07/2018) |
| 06/07/2018 | 183 | MOTION to Amend Conditions of Pretrial Release - Redacted by James Larkin. (LAD) (Entered: 06/07/2018) |
| 06/07/2018 | 184 | JOINDER to 174 Response in Opposition, 176 Response in Opposition, 180 Response in Opposition by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John |

| | | |
|---|---|---|
| | | Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Piccarreta, Michael) (Entered: 06/07/2018) |
| 06/07/2018 | 185 | ORDER as to Michael Lacey (1) and James Larkin (2) - IT IS ORDERED that the motion 179 is GRANTED. Defendants Lacey and Larkin may file a response to the government's motion to disqualify counsel that exceeds the page limit by seven pages. IT IS FURTHER ORDERED that the Clerk of Court will treat Defendants' response (Doc. 180 ) as properly filed. The Court reminds counsel that they must lodge a proposed filing that exceeds page limits with a motion to exceed the page limits, and the Court will determine if the document may be filed. Signed by Magistrate Judge Bridget S Bade on 6/7/18.(SLQ) (Entered: 06/07/2018) |
| 06/07/2018 | 186 | *JOINDER re: 180 by Joye Vaught. (Weiss, Stephen) *Modified to add document link on 6/8/2018 (SLQ). (Entered: 06/07/2018) |
| 06/07/2018 | 187 | NOTICE TO FILER OF DEFICIENCY re: 186 Joinder filed by Joye Vaught. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 06/08/2018) |
| 06/08/2018 | 188 | JOINDER to 177 Response in Opposition by Michael Lacey. (Cambria, Paul) (Entered: 06/08/2018) |
| 06/08/2018 | 189 | ORDER granting 170 Motion to Substitute Attorney as to Dan Hyer (5). IT IS FURTHER ORDERED that Brown George Ross LLP, retained, is withdrawn as counsel of record, and that K.C. Maxell, retained, is substituted as counsel of record for Defendant. Signed by Judge Steven P Logan on 6/8/18.(CLB) (Entered: 06/08/2018) |
| 06/08/2018 | 190 | JOINDER to 177 Response in Opposition by James Larkin. (Miller, Kenneth) (Entered: 06/08/2018) |
| 06/08/2018 | 191 | JOINDER to 174 Response in Opposition, 176 Response in Opposition by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Feder, Bruce) (Entered: 06/08/2018) |
| 06/13/2018 | 192 | REPLY TO RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 118 MOTION to Disqualify Counsel *Reply to CRs 174 and 176*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Rapp, Kevin) (Entered: 06/13/2018) |
| 06/13/2018 | 193 | REPLY TO RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 118 MOTION to Disqualify Counsel *Reply to CR180*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Rapp, Kevin) (Entered: 06/13/2018) |
| 06/13/2018 | 194 | REPLY TO RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 118 MOTION to Disqualify Counsel *Reply to CR177*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rapp, Kevin) (Entered: 06/13/2018) |
| 06/14/2018 | 195 | MOTION to Resolve Attorney-Client Privilege Issues by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Rapp, Kevin) (Entered: 06/14/2018) |

| 06/14/2018 | 196 | NOTICE OF FILING OF OFFICIAL AMENDED TRANSCRIPT of *Detention Hearing* proceedings as to James Larkin held on 04/16/2018, before Magistrate Judge John Z. Boyle. (Transcriber: Laurie A. Adams). Amended to correct year on the certificate page only, which was changed to reflect 2018. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2018. Redacted Transcript Deadline set for 7/16/2018. Release of Transcript Restriction set for 9/12/2018. (RAP) (Entered: 06/14/2018) |
|---|---|---|
| 06/15/2018 | 197 | RESPONSE to Motion by USA as to James Larkin re: 183 MOTION to Modify Conditions of Release . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Rapp, Kevin) (Entered: 06/15/2018) |
| 06/22/2018 | 198 | MINUTE ORDER: as to James Larkin, re Motion to Amend Conditions of Pretrial Release (Doc. 183 IT IS ORDERED, Setting a Hearing for 7/20/2018 at 01:30 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BSB, ew) (Entered: 06/22/2018) |
| 06/22/2018 | 199 | *REPLY to Response by James Larkin re: 183 MOTION to Modify Conditions of Release . (Attachments: # 1 Exhibit 1)(Bienert, Thomas) *Modified to correct event; attorney noticed on 6/25/2018 (SLQ). (Entered: 06/22/2018) |
| 06/28/2018 | 200 | First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Record of Paul J. Cambria, Jr.)(McCampbell, Erin) (Entered: 06/28/2018) |
| 06/28/2018 | 201 | NOTICE TO FILER OF DEFICIENCY re: 200 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* filed by Michael Lacey. Document not in compliance with LRCrim 5.5(g) - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by attorney Paul Cambria, Jr. but submitted using the log-in and password belonging to attorney Erin McCampbell. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 06/28/2018) |
| 06/28/2018 | 202 | First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Record of Paul J. Cambria, Jr.)(Cambria, Paul) (Entered: 06/28/2018) |
| 06/28/2018 | 203 | MOTION for Extension of Time to File Response/Reply re: 195 MOTION to Resolve Attorney-Client Privilege Issues *Unopposed* by John Brunst. (Attachments: # 1 Text of Proposed Order)(Kimerer, Michael) (Entered: 06/28/2018) |
| 06/29/2018 | 204 | Additional Attachments to Main Document re: 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification Text of Proposed Order* by Michael Lacey. (Cambria, Paul) (Entered: 06/29/2018) |
| 06/29/2018 | | ***Remark as to John Brunst re: Pro hac motions granted for attorneys Gary Lincenberg, Ariel Neuman and Gopi Panchapakesan on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/29/2018) |

| 07/02/2018 | 205 | ORDER granting 203 Motion for Extension of Time to File Response/Reply as to John Brunst (4). IT IS ORDERED that the motion for an extension of time (Doc. 203) is GRANTED and the deadline for all Defendants to respond to the motion to resolve privilege issues is extended to and including July 13, 2018. Signed by Magistrate Judge Bridget S Bade on 7/2/2018.(KGM) (Entered: 07/02/2018) |
|---|---|---|
| 07/02/2018 | 206 | JOINDER to 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 07/02/2018) |
| 07/02/2018 | 207 | SUPPLEMENT by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught 193 Reply to Response filed by USA. (Attachments: # 1 Exhibit 1)(Rapp, Kevin) (Entered: 07/02/2018) |
| 07/02/2018 | 208 | JOINDER to 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Miller, Kenneth) (Entered: 07/02/2018) |
| 07/02/2018 | 209 | JOINDER to 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kimerer, Michael) (Entered: 07/02/2018) |
| 07/03/2018 | 210 | JOINDER to 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Piccarreta, Michael) (Entered: 07/03/2018) |
| 07/03/2018 | 211 | JOINDER to 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* by Joye Vaught as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Weiss, Stephen) (Entered: 07/03/2018) |
| 07/03/2018 | 212 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught referring the above matter to Magistrate Judge Bridget S. Bade for ruling on the Motion to Resolve Attorney-Client Privilege (Doc. 195) and the Motion for Discovery (Doc. 202). Signed by Judge Steven P Logan on 7/3/18.(CLB) (Entered: 07/03/2018) |
| 07/03/2018 | 213 | NOTICE TO FILER OF DEFICIENCY re: 211 Joinder filed by Joye Vaught. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 07/03/2018) |
| 07/10/2018 | | ***Remark as to James Larkin re: Pro hac vice motion for admission granted for Anthony R Bisconti on behalf of defendant. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/10/2018) |
| 07/11/2018 | 214 | Second MOTION for Extension of Time to File Response/Reply re: 195 MOTION to Resolve Attorney-Client Privilege Issues *Unopposed* by John Brunst. (Attachments: # 1 Text of Proposed Order)(Kimerer, Michael) (Entered: 07/11/2018) |
| 07/12/2018 | 215 | ORDER that the 214 Motion for Extension of Time to File Response/Reply as to John Brunst (4) is GRANTED and the deadline for all Defendants to respond to the motion to |

| | | resolve privilege issues is extended to and including July 20, 2018. Signed by Magistrate Judge Bridget S. Bade on 07/12/2018.(ESL) (Entered: 07/12/2018) |
|---|---|---|
| 07/12/2018 | 216 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* . (Attachments: # 1 Exhibit)(Kozinets, Peter) (Entered: 07/12/2018) |
| 07/13/2018 | 217 | NOTICE *of Government's Filing of Recorded Lis Pendens as to Real Property Located in Coconino County, Arizona* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A) (Kucera, John) (Entered: 07/13/2018) |
| 07/17/2018 | 218 | NOTICE *OF FILING OF LIS PENDENS AS TO REAL PROPERTY LOCATED IN PARADISE VALLEY, ARIZONA* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Kucera, John) (Entered: 07/17/2018) |
| 07/17/2018 | 219 | NOTICE *OF FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Kucera, John) (Entered: 07/17/2018) |
| 07/17/2018 | 220 | NOTICE *OF FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN PARADISE VALLEY, ARIZONA* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Kucera, John) (Entered: 07/17/2018) |
| 07/17/2018 | 221 | *First MOTION for Extension of Time to Submit Reply *on Defendant Lacey's Motion for Disclosure* 202 by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Text of Proposed Order)(McCampbell, Erin) *Modified to correct event; attorney noticed on 7/17/2018 (SLQ). (Entered: 07/17/2018) |
| 07/18/2018 | 222 | ORDER granting 221 Motion for Extension of Time to Submit Reply as to Michael Lacey. The deadline for Defendant to file a reply to the government's response 202 is extended to and including 8/9/2018. Signed by Magistrate Judge Bridget S Bade on 7/17/2018. (CIS) (Entered: 07/18/2018) |
| 07/20/2018 | 223 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S. Bade: Motion Hearing re: 183 Motion to Modify Conditions of Release as to James Larkin held on 7/20/2018. The parties present oral argument and the Court denied the motion, as stated on the record. A portion of the hearing is held under seal at the request of defense counsel.<br><br>**Appearances**: AUSA Kevin Rapp, Margaret Perlmeter and Peter Kozinets for the Government, retained attorney Thomas Bienert, Jr. for defendant. Defendant is present and released. (Recorded by COURTSMART.) Hearing held 1:29 PM to 2:25 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 07/20/2018) |
| 07/20/2018 | 224 | ORDER as to James Larkin. IT IS ORDERED that the Order setting Conditions of Release 93 is AMENDED to require active GPS location monitoring. IT IS FURTHER ORDERED that all other conditions of release previously imposed shall remain in full force and effect. Signed by Magistrate Judge Bridget S Bade on 7/20/2018. (CIS) Modified on 7/20/2018 to correct text. (CIS) (Entered: 07/20/2018) |
| 07/20/2018 | 225 | *MOTION for Leave to File *Over-Length Opposition to United States' Motion to* |

| | | |
|---|---|---|
| | | *Resolve Privilege Issues and Cross Motion to Obtain and Address Privilege Issues* by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bienert, Thomas). *Attorney inadvertently notified for wrong event. Modified on 7/26/2018 (SLQ). (Entered: 07/20/2018) |
| 07/20/2018 | 226 | **Filed at 235 LODGED Proposed Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues by James Larkin re: 225 MOTION for Leave to File *Over-Length Opposition to United States' Motion to Resolve Privilege Issues and Cross Motion to Obtain and Address Privilege Issues.* Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted.. (Bienert, Thomas) Modified on 7/26/2018 (SLQ). (Entered: 07/20/2018) |
| 07/20/2018 | 227 | **Filed at 235 LODGED Proposed Exhibits 1-4 In Support of Opposition to Government's Motion to Resolve Privilege Issues and Cross Motion to Obtain Discovery and Address Privilege Issues by James Larkin re: 225 MOTION for Leave to File *Over-Length Opposition to United States' Motion to Resolve Privilege Issues and Cross Motion to Obtain and Address Privilege Issues.* Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Bienert, Thomas) Modified on 7/26/2018 (SLQ). (Entered: 07/20/2018) |
| 07/23/2018 | 228 | TRANSCRIPT REQUEST *Motion Hearing re:(Doc 183) Motion to Modify Conditions of Release* by James Larkin for proceedings held on 07/20/2018, Magistrate Judge Bridget S Bade hearing judge(s). (Bienert, Thomas) (Entered: 07/23/2018) |
| 07/24/2018 | 229 | MOTION for Extension of Time to File Response/Reply re: 226 Lodged Proposed Document by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/24/2018) |
| 07/24/2018 | 237 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *MOTION HEARING* proceedings as to James Larkin held on 07/20/2018, before Magistrate Judge Bridget S. Bade. (Transcriber: Elaine Cropper). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/14/2018. Redacted Transcript Deadline set for 8/24/2018. Release of Transcript Restriction set for 10/22/2018. (RAP) (Entered: 07/26/2018) |
| 07/25/2018 | 230 | SUPERSEDING INDICTMENT (Redacted for Public Disclosure) as to Michael Lacey (1) count(s) 1s, 2s-51s, 52s, 53s-62s, 63s-68s, 69s-70s, 81s, 83s-84s, 86s, 88s-92s, 94s-99s, 100s, James Larkin (2) count(s) 1s, 2s-51s, 52s, 53s-62s, 63s-68s, 80s, 87s, Scott Spear (3) count(s) 1s, 2s-51s, 52s, 53s-62s, 63s-68s, 71s-78s, 85s, 93s, John Brunst (4) count(s) 1s, 2s-51s, 52s, 53s-62s, 63s-68s, 69s-70s, 78s-84s, 86s-93s, Dan Hyer (5) count(s) 1s, 2s-51s, 52s, 53s-62s, 63s-68s, Andrew Padilla (6) count(s) 1s, 2s-51s, Joye Vaught (7) count(s) 1s, 2s-51s. And forfeiture allegations. Arraignment set for 8/8/2018 at 10:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. (SLQ) (Entered: 07/25/2018) |
| 07/25/2018 | 231 | MOTION to Modify Conditions of Release *(UNOPPOSED)* by Scott Spear. (Attachments: # 1 Text of Proposed Order Order Modifying Release Conditions)(Feder, Bruce) (Entered: 07/25/2018) |
| 07/25/2018 | 232 | SEALED UNREDACTED SUPERSEDING INDICTMENT as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. |

| | | (Attachments: # 1 Case Summary)(MAP) (Entered: 07/25/2018) |
|---|---|---|
| 07/25/2018 | 233 | ORDER as to all defendants, that the Government's 229 Motion for Extension of Time to File a Reply to Defendants' opposition to motion to resolve privilege issues and cross-motion to obtain discovery and address privilege issues, Doc. 226 is GRANTED. The deadline to file a reply is extended to 08/10/2018. Signed by Magistrate Judge Bridget S. Bade on 07/25/2018.(ESL) (Entered: 07/25/2018) |
| 07/26/2018 | 234 | ORDER as to Defendants Lacey and Larkin - IT IS ORDERED the motion is GRANTED. The Clerk of Court shall fileDefendants Lacey's and Larkin's over-length response to government's motion to resolveprivilege issues and cross motion to obtain discovery and address privilege issues (lodgedat Doc. 226 ) and supporting exhibits (lodged at Doc. 227 ).(See document for complete details). Signed by Magistrate Judge Bridget S Bade on 7/25/18.(SLQ) (Entered: 07/26/2018) |
| 07/26/2018 | 235 | MOTION to Obtain Discovery and Address Privilege Issues and OPPOSITION to United States' MOTION to Resolve Attorney-Client Privilege Issues re: 195 by Michael Lacey, James Larkin. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(SLQ) (Entered: 07/26/2018) |
| 07/26/2018 | 236 | ORDER granting Defendant's 231 Unopposed Motion to Modify Conditions of Release as to Scott Spear (3). Defendant Spear's release conditions are modified as follows: 1) Defendant Spear may consume alcohol, not to excess; and 2) Defendant Spear is no longer required to participate in mental health counseling. IT IS FURTHER ORDERED that all other prior conditions of release remain in full force and effect. Signed by Magistrate Judge Bridget S. Bade on 7/25/2018. (MRH) (Entered: 07/26/2018) |
| 07/30/2018 | 238 | NOTICE OF INTENT TO FILE WAIVER of Defendant's Appearance At Arraignment by Andrew Padilla filed 7/30/2018. (Piccarreta, Michael) (Entered: 07/30/2018) |
| 07/30/2018 | 239 | MOTION WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA by Andrew Padilla. (Piccarreta, Michael) (Entered: 07/30/2018) |
| 07/30/2018 | 240 | MOTION WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA by Joye Vaught. (Weiss, Stephen) (Entered: 07/30/2018) |
| 07/31/2018 | 241 | MOTION Waiver of Personal Appearance at Arraignment and Entry of "Not Guilty" Plea by Dan Hyer. (Maxwell, K) (Entered: 07/31/2018) |
| 08/01/2018 | 242 | MOTION Waiver of Personal Appearance at Arraignment and Entry of "Not Guilty" Plea by John Brunst. (Panchapakesan, Gopi) (Entered: 08/01/2018) |
| 08/01/2018 | 244 | MOTION for Court Documents by Royce Corley. (SLQ) (3 pages, filed pro se, not a party to the case). (Entered: 08/02/2018) |
| 08/02/2018 | 243 | *MOTION Waiver of Personal Appearance at Arraignment and entry of Not Guilty Plea by James Larkin filed 8/2/2018. (Bienert, Thomas) *Modified to correct event on 8/3/2018 (SLQ). (Entered: 08/02/2018) |
| 08/02/2018 | 245 | *MOTION Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea by Scott Spear filed 8/2/2018. (Feder, Bruce) *Modified to correct event on 8/3/2018 (SLQ). (Entered: 08/02/2018) |
| 08/06/2018 | 248 | ORDER granting in part 243 Motion Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea as to James Larkin (2); 245 Motion Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea as to Scott Spear (3); 242 Motion Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea as |

| | | |
|---|---|---|
| | | to John Brunst (4); 239 Motion Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea as to Andrew Padilla (6) and 240 Motion Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea as to Joye Vaught (7). IT IS FURTHER ORDERED waiving Defendants' appearance at the Arraignment Hearing scheduled for 8/8/2018 at 10:00 AM before Magistrate Judge John Z Boyle in courtroom 302. Defendants' counsel must appear, however, at the Arraignment. (See document for full details). Signed by Magistrate Judge Michelle H Burns on 8/6/2018. (CIS) (Entered: 08/06/2018) |
| 08/07/2018 | 250 | *MOTION to Appear Telephonically at Arraignment by Dan Hyer. (Maxwell, K) *Modified to correct event; attorney noticed on 8/7/2018 (SLQ). (Entered: 08/07/2018) |
| 08/08/2018 | 251 | JOINDER to 226 Lodged Proposed Document by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Feder, Bruce) (Entered: 08/08/2018) |
| 08/08/2018 | 252 | JOINDER to 235 MOTION to Obtain Discovery and Address Privilege Issues re: 195 MOTION to Resolve Attorney-Client Privilege Issues by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Neff, Rhonda) (Entered: 08/08/2018) |
| 08/08/2018 | 253 | NOTICE TO FILER OF DEFICIENCY re: 252 Joinder filed by John Brunst. Document not in compliance with LRCrim 5.5(g) - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by attorney Michael Kimerer but submitted using the log-in and password belonging to attorney Rhonda Neff. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 08/08/2018) |
| 08/08/2018 | 262 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Arraignment on Superseding Indictment as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), and Joye Vaught (7) held on 8/8/2018. Defendants enters plea of NOT guilty to all pending counts. Notice of Acknowledgment of Trial Date shall be filed no later than 8/23/2018 for the defendants 2-7.<br><br>**Appearances**: AUSA Margaret Perlmeter for the Government. Retained attorneys: Paul Cameria for defendant (1), Kenneth Miller for defendant (2), Bruce Feder for defendant (3), Michael Kimerer for defendant (4), Bruce Feder for attorney K C Maxwell for defendant (5), Bruce Feder for attorney Michael Piccarreta for defendant (6), and Bruce Feder for attorney Stephen Weiss for defendant (7). Defendant 1 is present and released. Defendants 2-7 are not present and released, appearances waived. Jury Trial currently set for 1/15/2020 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. (Recorded by COURTSMART.) Hearing held 10:10 AM to 10:14 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 08/09/2018) |
| 08/09/2018 | 256 | JOINDER to 235 MOTION to Obtain Discovery and Address Privilege Issues re: 195 MOTION to Resolve Attorney-Client Privilege Issues by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Feder, Bruce) (Entered: 08/09/2018) |
| 08/09/2018 | 257 | NOTICE *and Acknowledgment of Trial Date (Per Order at 248)* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 248 Order on Motion for Miscellaneous Relief. (Feder, Bruce) (Entered: 08/09/2018) |

| 08/09/2018 | 258 | NOTICE *AND ACKNOWLEDGMENT OF TRIAL DATE* by Andrew Padilla. (Piccarreta, Michael) (Entered: 08/09/2018) |
|---|---|---|
| 08/09/2018 | 259 | NOTICE *AND ACKNOWLEDGMENT OF TRIAL DATE* by John Brunst. (Kimerer, Michael) (Entered: 08/09/2018) |
| 08/09/2018 | 260 | *Joint MOTION for Extension of Time to File Replies by Michael Lacey. (Attachments: # 1 Text of Proposed Order)(McCampbell, Erin) *Modified to correct event; attorney noticed on 8/9/2018 (SLQ). (Entered: 08/09/2018) |
| 08/09/2018 | 261 | ORDER - The Court has considered the parties' Joint Motion for Extension of Time to file Replies (Doc. 260 ), and good cause appearing, IT IS ORDERED the motion is GRANTED. The deadline for filing replies to the government's response to Defendant's Motion for Disclosure (Doc. 202 ) is extended from August 9, 2018 to August 16, 2018. IT IS FURTHER ORDERED the deadline for the government to file a reply in support of its Motion to Resolve Privilege Issues (Doc. 195 ) is extended from August 10, 2018 to August 17, 2018. Signed by Magistrate Judge Bridget S Bade on 8/9/18.(SLQ) (Entered: 08/09/2018) |
| 08/10/2018 | 263 | NOTICE *and Acknowledgment of Trial Date* by Joye Vaught. (Weiss, Stephen) (Entered: 08/10/2018) |
| 08/10/2018 | 264 | NOTICE *and Acknowledgement of Trial Date* by James Larkin. (Miller, Kenneth) (Entered: 08/10/2018) |
| 08/15/2018 | 265 | MINUTE ORDER as to Dan Hyer: A Change of Plea Hearing is set for 8/17/2018 at 10:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 08/15/2018) |
| 08/16/2018 | 266 | REPLY TO RESPONSE to Motion by Michael Lacey re: 202 First MOTION for Discovery *of Carl Ferrer's Waiver of Privilege as Material to Disqualification* . (McCampbell, Erin) (Entered: 08/16/2018) |
| 08/16/2018 | 267 | NOTICE TO FILER OF DEFICIENCY re: 266 Reply to Response filed by Michael Lacey. Document not in compliance with LRCrim 5.5(g) - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by attorney Paul Cambria, Jr. but submitted using the log-in and password belonging to attorney Erin McCampbell. **No further action is required**. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 08/16/2018) |
| 08/17/2018 | 269 | REPLY TO RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 195 MOTION to Resolve Attorney-Client Privilege Issues *and Response to Cross-Motion to Obtain Discovery and Address Privilege Issues*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Stone, Andrew) (Entered: 08/17/2018) |
| 08/17/2018 | 270 | MINUTE ENTRY for proceedings held before Judge Steven P Logan: Change of Plea Hearing as to Dan Hyer held on 8/17/2018. Defendant enters a plea of guilty as to Count 1 of the Superseding Indictment. THE COURT ORDERS the trial date/pending hearings VACATED as to this defendant. Pending motions are rendered moot as to this defendant. Prior release orders are AFFIRMED. The Court directs the US Probation Office to prepare a Presentence Report.<br><br>**Appearances**: AUSA Peter Kozinets, Kevin Rapp and Margaret Perlmeter for the |

| | | Government, retained attorney K C Maxwell for defendant. Defendant is present and released. Sentencing is set for 11/19/2018 at 11:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. (Court Reporter Elva Cruz-Lauer.) Hearing held 10:02 AM to 10:36 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 08/17/2018) |
|---|---|---|
| 08/17/2018 | 271 | LODGED PLEA AGREEMENT as to Dan Hyer re: 270 Change of Plea Hearing. (LMR) (Entered: 08/17/2018) |
| 08/17/2018 | 272 | ORDER setting Sentencing on November 19, 2018 at 11:00 a.m. as to Dan Hyer. See order for details. Signed by Judge Steven P Logan on 8/17/2018.(LMR) (Entered: 08/17/2018) |
| 08/20/2018 | 273 | *MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL by Andrew Padilla. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit LRCrim12.1 and LRCiv7.2(j) certification)(Piccarreta, Michael) *Modified text on 8/21/2018 (SLQ). (Entered: 08/20/2018) |
| 08/20/2018 | 274 | TRANSCRIPT REQUEST by Daniel J. Quigley of Daniel J. Quigley, PLC as to Dan Hyer for Change of Plea Hearing proceedings held on 08/17/2018, Judge Steven P Logan hearing judge(s). (RAP) (Entered: 08/20/2018) |
| 08/21/2018 | 275 | *JOINDER in 273 MOTION for Itemization of Brady/Giglio Material by Joye Vaught. (Weiss, Stephen) *Modified to add text on 8/21/2018 (SLQ). (Entered: 08/21/2018) |
| 08/21/2018 | 276 | JOINDER to 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Feder, Bruce) (Entered: 08/21/2018) |
| 08/22/2018 | 277 | JOINDER to 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Miller, Kenneth) (Entered: 08/22/2018) |
| 08/22/2018 | 278 | JOINDER to 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (McCampbell, Erin) (Entered: 08/22/2018) |
| 08/22/2018 | 279 | *JOINDER by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL . (Kimerer, Michael) *Modified to correct event; attorney noticed on 8/23/2018 (SLQ). (Entered: 08/22/2018) |
| 08/23/2018 | 280 | NOTICE OF ATTORNEY APPEARANCE: Whitney Z Bernstein appearing for James Larkin . (Bernstein, Whitney) (Entered: 08/23/2018) |
| 08/24/2018 | 281 | *NOTICE of Bill of Particulars re: Forfeiture of Property by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Perlmeter, Margaret) *Modified to correct event; attorney noticed on 8/24/2018 (SLQ). (Entered: 08/24/2018) |
| 08/27/2018 | 282 | MOTION for Forfeiture of Property *Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Kucera, John) (Entered: 08/27/2018) |
| 08/28/2018 | 283 | First MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text |

| | | of Proposed Order)(Rapp, Kevin) (Entered: 08/28/2018) |
|---|---|---|
| 08/28/2018 | 292 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *CHANGE OF PLEA HEARING* proceedings as to Dan Hyer held on 08/17/2018, before Judge Steven P. Logan. (Court Reporter: Elva Cruz-Lauer). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/18/2018. Redacted Transcript Deadline set for 9/28/2018. Release of Transcript Restriction set for 11/26/2018. (RAP) (Entered: 08/30/2018) |
| 08/29/2018 | 284 | ORDER granting 283 Motion to Continue Sentencing as to Dan Hyer (5). Sentencing set for 11/19/2018 is continued to 5/20/2019 at 03:30 PM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Ordered by Judge Steven P Logan on 8/28/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 08/29/2018) |
| 08/29/2018 | 285 | RESPONSE in Opposition by James Larkin re: 282 MOTION for Forfeiture of Property *Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody* . (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit A) (Bienert, Thomas) (Entered: 08/29/2018) |
| 08/29/2018 | 286 | Additional Attachments to Main Document re: 285 Response in Opposition by James Larkin. (Attachments: # 1 Exhibit B Part 1)(Bienert, Thomas) (Entered: 08/29/2018) |
| 08/29/2018 | 287 | Additional Attachments to Main Document re: 286 Additional Attachments to Main Document, 285 Response in Opposition by James Larkin. (Attachments: # 1 Exhibit B Part 2)(Bienert, Thomas) (Entered: 08/29/2018) |
| 08/29/2018 | 288 | Additional Attachments to Main Document re: 286 Additional Attachments to Main Document, 285 Response in Opposition, 287 Additional Attachments to Main Document by James Larkin. (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Bienert, Thomas) (Entered: 08/29/2018) |
| 08/30/2018 | 289 | JOINDER to 285 Response in Opposition by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Feder, Bruce) (Entered: 08/30/2018) |
| 08/30/2018 | 290 | NOTICE *of Joinder* by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 285 Response in Opposition. (Kimerer, Michael) (Entered: 08/30/2018) |
| 08/30/2018 | 291 | MINUTE ORDER: The Court will hear oral argument on the following motions: MOTION to Disqualify Counsel (Doc. 118), MOTION to Resolve Attorney-Client Privilege Issues (Doc. 195), First MOTION for Discovery of Carl Ferrer's Waiver of Privilege as Material to Disqualification (Doc. 202), and CROSS-MOTION to Obtain Discovery and Address Privilege Issues (Doc. 235). IT IS ORDERED that a Motion Hearing is set for 10/4/2018 at 01:30 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade. A total of 120 minutes of argument will be allowed (60 minutes per side). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BSB, ew) (Entered: 08/30/2018) |
| 08/31/2018 | 293 | JOINDER to 285 Response in Opposition by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 08/31/2018) |

| 09/04/2018 | 294 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL . (Attachments: # 1 Exhibit A) (Kozinets, Peter) (Entered: 09/04/2018) |
|---|---|---|
| 09/04/2018 | 295 | *Attachment 1 filed at 324 * First MOTION for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues by James Larkin. (Attachments: # 1 Exhibit Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues, # 2 Text of Proposed Order)(Bienert, Thomas) Modified on 9/27/2018 (SLQ). (Entered: 09/04/2018) |
| 09/06/2018 | 297 | First MOTION for Extension of Time to File Response/Reply re: 294 Response to Motion *FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL* by Andrew Padilla. (Attachments: # 1 Text of Proposed Order)(Piccarreta, Michael) (Entered: 09/06/2018) |
| 09/11/2018 | 298 | NOTICE *Government's Filing of Recorded Lis Pendens as to Real Property Located in San Francisco County, California* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) (Entered: 09/11/2018) |
| 09/11/2018 | 299 | NOTICE *of Government's Filing of Recorded Lis Pendens as to Real Property Located in Sonoma County, California* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) *Modified text on 9/11/2018 (SLQ). (Entered: 09/11/2018) |
| 09/11/2018 | 300 | NOTICE *of Government's Filing of Recorded Lis Pendens as to Real Property Located in San Francisco County, California* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) (Entered: 09/11/2018) |
| 09/11/2018 | 301 | NOTICE *of Government's Filing of Recorded Lis Pendens as to Real Property Located in San Francisco County, California* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) (Entered: 09/11/2018) |
| 09/11/2018 | 302 | NOTICE *of Government's Filing of Recorded Lis Pendens as to Real Property Located in Napa County, California* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) (Entered: 09/11/2018) |
| 09/12/2018 | 303 | *Attachment 1 filed at 326 * MOTION for Leave to Late File Reply re: Application for Order Regarding Criminal Forfeiture of Property in Government Custody by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Kucera, John) Modified on 9/27/2018 (SLQ). (Entered: 09/12/2018) |
| 09/14/2018 | 304 | RESPONSE in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 303 MOTION for Leave to Late File Reply re: Application for Order Regarding Criminal Forfeiture of Property in Government Custody . (Attachments: # 1 Exhibit A)(Bisconti, Anthony) (Entered: 09/14/2018) |
| 09/14/2018 | 305 | ORDER as to Andrew Padilla (6): 297 Motion for Extension of Time to File Reply to Response to Motion for Itemization of *Brady/Giglio* Material is granted. The deadline for Andrew Padilla to file a reply to the Government's Motion for Itemization of *Brady/Giglio* Material is extended to 9/18/2018. Signed by Judge Steven P Logan on 9/14/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 09/14/2018) |

| 09/14/2018 | 306 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The referral to Magistrate Judge Bridget S. Bade for ruling on the Government's Motion to Disqualify Counsel 118 , the Motion to Resolve Attorney-Client Privilege 195 , the Motion for Discovery 202 and the Cross-Motion to Obtain Discovery and Address Privilege Issues 235 is vacated. The hearing on pending motions set for 10/4/2018 is vacated and reset for 10/5/2018 at 9:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan. Signed by Judge Steven P Logan on 9/14/2018.(LMR) (Entered: 09/14/2018) |
|---|---|---|
| 09/14/2018 | 307 | JOINDER to 304 Response in Opposition by Scott Spear.. (Feder, Bruce) (Entered: 09/14/2018) |
| 09/17/2018 | 308 | *JOINDER *of Defendant Brunst 's Joinder in Defendant Larkin's Response to Government's Motion for Leave to File Untimely Response Re: Forfeiture* by John Brunst re: 304 Response in Opposition. (Kimerer, Michael) *Modified to correct event type on 9/17/2018 (EJA). (Entered: 09/17/2018) |
| 09/18/2018 | 309 | JOINDER to 304 Response in Opposition by Andrew Padilla. (Piccarreta, Michael) (Entered: 09/18/2018) |
| 09/18/2018 | 310 | REPLY TO RESPONSE to Motion by Andrew Padilla re: 273 MOTION MOTION FOR ITEMIZATION OF BRADY/GIGLIO MATERIAL . (Piccarreta, Michael) (Entered: 09/18/2018) |
| 09/18/2018 | 311 | *JOINDER to 304 Response in Opposition by Joye Vaught. (Weiss, Stephen) *Modified to add document link on 9/18/2018 (SLQ). (Entered: 09/18/2018) |
| 09/20/2018 | 318 | *JOINDER to 310 Defendant Padilla's Reply by Joye Vaught. (Weiss, Stephen) *Modified to add document link; attorney noticed on 9/21/2018 (SLQ). (Entered: 09/20/2018) |
| 09/21/2018 | 319 | NOTICE *OF WAIVER OF PERSONAL APPEARANCE AT HEARING* by Andrew Padilla. (Piccarreta, Michael) (Entered: 09/21/2018) |
| 09/21/2018 | 320 | NOTICE *of Waiver of Personal Appearance at Hearing* by Michael Lacey. (Cambria, Paul) (Entered: 09/21/2018) |
| 09/21/2018 | 321 | NOTICE *of Waiver of Personal Appearance at Hearing* by Joye Vaught. (Weiss, Stephen) (Entered: 09/21/2018) |
| 09/21/2018 | 322 | JOINDER to 304 Response in Opposition by Michael Lacey. (Cambria, Paul) (Entered: 09/21/2018) |
| 09/27/2018 | 323 | ORDER as to James Larkin (2) - Before the Court is Defendant James Larkin's Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues. (Doc. 295 ) Having reviewed Defendant's motion, IT IS ORDERED that the Defendants Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues (Doc. 295 ) is granted. The Clerk of Court shall file the lodged Reply (Doc. 295 -1). Signed by Judge Steven P Logan on 9/27/18.(SLQ) (Entered: 09/27/2018) |
| 09/27/2018 | 324 | REPLY TO RESPONSE to Motion by James Larkin re: 235 MOTION to Obtain Discovery and Address Privilege Issues re: 195 MOTION to Resolve Attorney-Client Privilege Issues . (SLQ) (Entered: 09/27/2018) |
| 09/27/2018 | 325 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7) - IT IS ORDERED that the Plaintiff's Motion for Leave to Late File Reply on Defendant James Larkin's Opposition in Response to United States' Application for Order Regarding Criminal Forfeiture of |

| | | |
|---|---|---|
| | | Property in Government Custody (Doc. 303 ) is granted. The Clerk of Court shall file the lodged Reply (Doc. 303 -1). Signed by Judge Steven P Logan on 9/27/18.(SLQ) (Entered: 09/27/2018) |
| 09/27/2018 | 326 | REPLY TO RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 282 MOTION for Forfeiture of Property *Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody*. (SLQ) (Entered: 09/27/2018) |
| 09/27/2018 | 327 | ORDER denying non-party Royce Corley's Motion for Court Documents 244 . See order for details. Signed by Judge Steven P Logan on 9/27/2018.(LMR) (Entered: 09/27/2018) |
| 09/27/2018 | 328 | MINUTE ORDER/NOTICE: The parties are advised that all pending motions will be addressed at the upcoming motions hearing set for 10/5/2018 at 9:00 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 09/27/2018) |
| 10/01/2018 | 329 | MOTION for Leave to Appear Telephonic as to attorney Kevin Rapp by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 10/01/2018) |
| 10/03/2018 | 330 | ORDER granting Government's Motion for Leave to Appear Telephonically 329 . Assistant U.S. Attorneys Kevin M. Rapp, John J. Kucera, and Reginald E. Jones may appear telephonically for the motions hearing set for 10/5/2018 at 9:00 a.m. Counsel shall conference together on one line and then call the Court no later than five minutes prior to the start of the hearing. See order for additional details. Signed by Judge Steven P Logan on 10/3/2018.(LMR) (Entered: 10/03/2018) |
| 10/04/2018 | 331 | *SUPPLEMENT by James Larkin 118 MOTION to Disqualify Counsel filed by USA. (Attachments: # 1 Affidavit, # 2 Supplement, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Affidavit)(Bienert, Thomas) *Modified on 10/5/2018 to seal Exhibit 2 pursuant to Doc. 336 (ATD). (Entered: 10/04/2018) |
| 10/04/2018 | 332 | MOTION for Admission Pro Hac Vice of Seetha Ramachandran by James Larkin. (Attachments: # 1 Certificate of Good Standing)(Ramachandran, Seetha) (Entered: 10/04/2018) |
| 10/04/2018 | 333 | ORDER pursuant to General Order 09-08 terminating 332 Motion for Admission Pro Hac Vice as to James Larkin (2). Attorney notified to refile pro hac motion into master case and pay filing fee. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e-mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 10/04/2018) |
| 10/04/2018 | | ***Remark as to James Larkin re: Pro hac vice motion granted for Seetha Ramachandran: This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 10/04/2018) |
| 10/05/2018 | 335 | TRANSCRIPT REQUEST by James Larkin for proceedings held on 10/5/18, Judge Steven P Logan hearing judge(s). (Bienert, Thomas) (Entered: 10/05/2018) |
| 10/05/2018 | 337 | MINUTE ENTRY for proceedings held before Judge Steven P Logan: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/5/2018. The following motions are argued to the Court: |

|  |  | Government's Motion to Disqualify Counsel (Doc. 118 ), Government's Motion to Resolve Attorney-Client Privilege Issues (Doc. 195 ), Defendant Lacey's Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification (Doc. 202 ), Defendant Larkin's Cross-Motion to Obtain Discovery and Address Privilege Issues (Doc. 235 ), Defendant Padilla's Motion for Itemization of Brady/Giglio Material (Doc. 273 ) Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody (Doc. 282 ). The motions are taken under advisement. (Court Reporter Elva Cruz-Lauer.) Hearing held 9:12 AM to 12:38 PM.(SLQ) (Entered: 10/05/2018) |
|---|---|---|
| 10/12/2018 | 338 | ORDER denying Government's Motion to Disqualify Counsel 118 . See order for details. Signed by Judge Steven P Logan on 10/12/2018.(LMR) (Entered: 10/12/2018) |
| 10/15/2018 | 339 | ORDER denying Defendant's Motion for Itemization of *Brady/Giglio* Material 273 as to Andrew Padilla (6). Signed by Judge Steven P Logan on 10/15/2018.(LMR) (Entered: 10/15/2018) |
| 10/16/2018 | 340 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7) - IT IS ORDERED that the Motion 282 is denied without prejudice until the related Motion for Release of Certain Untainted Funds (Doc. 6) filed by Defendant James Larkin in In the Matter of the Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500, Case No. 2:18- cv- 06742-RGK is resolved; IT IS FURTHER ORDERED that within fourteen (14) days of the issuance of a ruling on the pending Motion for Release of Certain Untainted Funds (Doc. 6) filed by Defendant James Larkin in In the Matter of the Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500, Case No. 2:18-cv-06742-RGK, the Government may renew its application for an order seeking criminal forfeiture of property as it sees fit. (See document for complete details). Signed by Judge Steven P Logan on 10/15/18.(SLQ) (Entered: 10/16/2018) |
| 10/17/2018 | 341 | ORDER: Status Hearing set for 10/22/2018 is vacated. Status Hearing set for 4/22/2019 at 1:30 PM is affirmed. Ordered by Judge Steven P Logan on 10/17/2018. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 10/17/2018) |
| 10/18/2018 | 345 | *ORDER: Government's Motion to Resolve Attorney-Client Privilege Issues 195 is denied. Defendants' Cross-Motion to Obtain Discovery and Address Privilege Issues 235 is granted in part to prohibit the relief sought in the Government's Motion and denied in part as to the requested discovery. See order for details. Signed by Judge Steven P Logan on 10/18/2018.(LMR) *Modified to WO on 10/19/2018 (SLQ). (Entered: 10/18/2018) |
| 10/19/2018 | 346 | ORDER denying as moot 202 Motion for Disclosure of Documents Related to Carl Ferrer's Waiver of Privilege as Material to Disqualification (1). See order for details. Signed by Judge Steven P Logan on 10/19/2018.(LMR) (Entered: 10/19/2018) |
| 10/19/2018 | 347 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *HEARING ON PENDING MOTIONS - VOLUME I (Pages 1 through 60, inclusive.)* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/05/2018, before Judge Steven P. Logan. (Court Reporter: Elva Cruz-Lauer). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/9/2018. Redacted Transcript Deadline set |

| | | |
|---|---|---|
| | | for 11/19/2018. Release of Transcript Restriction set for 1/17/2019. (RAP) (Entered: 10/19/2018) |
| 10/19/2018 | 348 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *HEARING ON PENDING MOTIONS - VOLUME II (Pages 61 through 136, inclusive.)* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/05/2018, before Judge Steven P. Logan. (Court Reporter: Linda Schroeder). The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/9/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/17/2019. (RAP) (Entered: 10/19/2018) |
| 10/19/2018 | 349 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 10/05/2018, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) (Entered: 10/19/2018) |
| 10/19/2018 | 350 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 10/05/2018, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) (Entered: 10/19/2018) |
| 10/26/2018 | 354 | MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order) (Kozinets, Peter) (Entered: 10/26/2018) |
| 10/29/2018 | 355 | *United States' MOTION for Clarification re: 345 Order to Resolve Attorney-Client Privilege Issues by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order) (Stone, Andrew) *Modified text on 11/5/2018 (ATD). (Entered: 10/29/2018) |
| 10/30/2018 | 356 | Joint MOTION for Extension of Time to File Response/Reply re: 354 MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review *and [343 (Sealed)] MOTION - (UNOPPOSED MOTION FOR EXTENSION)* by Scott Spear. (Attachments: # 1 Text of Proposed Order Granting Joint (Unopposed) Motion to Extend Time to Respond to [343 (SEALED)] and 354 )(Feder, Bruce) (Entered: 10/30/2018) |
| 11/01/2018 | 357 | ORDER: The Joint Motion (Unopposed) to Extend Time to Respond to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents 343 and Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review 356 is denied without prejudice. Signed by Judge Steven P Logan on 11/1/2018.(LMR) (Entered: 11/01/2018) |
| 11/02/2018 | 358 | *First MOTION for Extension of Time to File Response/Reply re: 355 United States' MOTION for Clarification re: 345 Order to Resolve Attorney-Client Privilege Issues , 354 MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review, *and [343 (SEALED)] MOTION.* by Scott Spear. (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Feder, Bruce) *Modified text on 11/5/2018 for clarification (ATD). (Entered: 11/02/2018) |
| 11/02/2018 | 359 | ORDER: The Joint Motion to Extend Time 358 is granted. Defendants shall have until 11/19/2018 to file responses to Government's Motion to Compel Destruction of Inadvertently Disclosed Documents 343 , Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review 354 , and Government's Motion for Clarification Re Order to Resolve Attorney-Client Privilege Issues 355 . See order for details. Signed by Judge Steven P Logan on 11/2/2018.(LMR) (Entered: 11/02/2018) |
| 11/08/2018 | 360 | *MOTION EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Attachments: # 1 Exhibit A through F)(Piccarreta, Michael) *Modified to Seal Exhibits Pursuant to Doc. 364 on 11/9/18 (MAP). (Entered: 11/08/2018) |
| 11/08/2018 | 361 | ORDER: The relief requested in Defendant Andrew Padilla's Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing 360 is temporarily granted pending a hearing on the motion which is scheduled for 11/16/2018 at 09:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Plaintiff shall have until 4:00 p.m. PST on 11/16/2018 to file its Response Brief, and Defendant Padilla shall have until 12:00 p.m. PST on November 15, 2018 to file his Reply Brief. Signed by Judge Steven P Logan on 11/8/2018.(LMR) (Entered: 11/08/2018) |
| 11/08/2018 | 363 | Additional Attachments to Main Document re: 360 MOTION EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Attachments: # 1 Exhibit)(Piccarreta, Michael) (Entered: 11/08/2018) |
| 11/09/2018 | 365 | *Emergency MOTION to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing and JOINDER in Defendant Padilla and Vaught's 360 Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing by Melissa Schneider, Ray Ronan, Maria Rhoad, Devyn Braga, Jessica Shelton, Levi Yockey, Cody Gautier, Nathan Kopeckey as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Chapman, Anne) *Modified to Seal Exhibits pursuant to doc 372 on 11/13/18 (SLQ). *Modified on 11/13/2018 to add document linkage and modify text (ATD). (Entered: 11/09/2018) |
| 11/09/2018 | 366 | ***STRICKEN in part pursuant to (Doc. 375 )--*JOINDER in Emergency Motion to Stay Seizure of Attorneys' Fees and REQUEST to Extend Temporary Relief by James Larkin as to James Larkin, Michael Lacey, John Brunst, Scott Spear. (Attachments: # 1 Text of Proposed Order)(Bienert, Thomas) *Modified on 11/13/2018 to clarify which defendants the filing pertains to (ATD). Modified on 11/13/2018 (ATD). (Entered: 11/09/2018) |
| 11/13/2018 | 369 | *ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. That the relief requested in Counsel's Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for ImmediateHearing (Doc. 365 ) is temporarily granted pending a hearing on the motion which is scheduled for November 16, 2018 at 9:00 a.m. before Judge Steven P. Logan. FURTHER ORDERED that the Plaintiff shall have until 4:00 p.m. PST on November 14, 2018 to file its Response Brief, and the unnamed defendants, parties or witnesses shall have until 12:00 p.m. PST on November 15, 2018 to file his Reply Brief. Signed by Judge Steven P Logan on 11/13/18. (MAP) *Modified to Unseal, Sealed in Error; NEF regenerated on 11/13/2018 (MAP)(CEI). (Entered: 11/13/2018) |

| 11/13/2018 | 370 | *Emergency NOTICE *of Material Development* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 360 MOTION EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING , 361 Order, 366 Joinder to Motion, 369 Order. (Bernstein, Whitney) *Modified text on 11/14/2018 (ATD). (Entered: 11/13/2018) |
|---|---|---|
| 11/13/2018 | 371 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 365 MOTION Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing , 360 MOTION EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING . (Kucera, John) (Entered: 11/13/2018) |
| 11/13/2018 | 375 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst: IT IS ORDERED that Defendants' 366 Joinder In Emergency Motion To Stay Seizure Of Attorneys' Fees And Request To Extend Temporary Relief is permitted solely to the extent of allowing the Defendants to join in the limited relief requested in Defendants Andrew Padilla and Joye Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Joinder in Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360). The remainder of Defendants' 366 Joinder is stricken. Signed by Judge Steven P Logan on 11/13/2018. (ATD) (Entered: 11/13/2018) |
| 11/14/2018 | 376 | *First Emergency MOTION to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing by James Larkin as to Michael Lacey, James Larkin, John Brunst and Scott Spear. (Attachments: # 1 Text of Proposed Order)(Bienert, Thomas) *Modified on 11/15/2018 text and to clarify which defendants the filing pertains to (ATD). (Entered: 11/14/2018) |
| 11/15/2018 | 377 | SUPPLEMENT by James Larkin 376 First MOTION Defendants Michael Lacey, James Larkin, John Brunst and Scott Spear's Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing filed by James Larkin. (Attachments: # 1 Exhibit A)(Bienert, Thomas) (Entered: 11/15/2018) |
| 11/15/2018 | 382 | REPLY TO RESPONSE to Motion by Andrew Padilla, Joye Vaught as to Andrew Padilla re: 360 MOTION EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST FOR IMMEDIATE HEARING . (Attachments: # 1 Exhibit A and B)(Piccarreta, Michael) (Entered: 11/15/2018) |
| 11/15/2018 | 383 | *MOTION for Leave to File Joint Reply to Response to Motion to Stay Seizure of Attorney's Fees re: Docs. 360 and 371 by Andrew Padilla, Joye Vaught as to Andrew Padilla, Joye Vaught. (Piccarreta, Michael) *Modified on 11/16/2018 to correct motion type, add document linkage and clarify defendants the filing pertains to (ATD). (Entered: 11/15/2018) |
| 11/15/2018 | 384 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst: The relief requested in Defendants' Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing 376 is temporarily granted pending a hearing on the motion which is scheduled for 11/16/2018 at 9:00 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan. The arguments set forth in Government's Response in Opposition to Motions to Stay Seizure of Attorneys' Fees 371 may serve as its Response to the Motion. The Defendants are directed not to file a reply, but instead the Defendants shall come prepared to assert any arguments in reply to the Government's Response at the motion hearing. See order for |

| | | additional details. Signed by Judge Steven P Logan on 11/15/2018.(LMR) (Entered: 11/15/2018) |
|---|---|---|
| 11/16/2018 | 385 | First MOTION for Release of Funds by Michael Lacey. (Attachments: # 1 Exhibit) (Cambria, Paul) (Entered: 11/16/2018) |
| 11/16/2018 | 386 | ORDER: The Motion for Leave to File Joint Reply to Response to Motion to Stay Seizure of Attorneys' Fees 383 is granted. Defendants are granted leave to file their replies jointly and exceed the page limit in their joint reply. Signed by Judge Steven P Logan on 11/16/2018.(LMR) (Entered: 11/16/2018) |
| 11/16/2018 | 393 | MINUTE ENTRY for proceedings held before Judge Steven P Logan: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla and Joye Vaught held on 11/16/2018. Pending motions are argued. Defendant Padilla and Vaught's Emergency Motion to Stay Seizure of Attorneys' Fees 360 is denied. Movants' Emergency Motion to Stay Seizure of Attorneys' Fees 365 is denied. Defendant Lacey and Larkin's Motion to Stay Seizure of Attorneys' Fees 376 is denied. Counsel for Defendant Padilla's oral motion to stay these orders for a period of seven days is denied. See attached minute entry for details. (Court Reporter Elva Cruz-Lauer.) Hearing held 9:05 AM to 10:53 AM.(LMR) (Entered: 11/16/2018) |
| 11/16/2018 | 394 | TRANSCRIPT REQUEST by James Larkin for proceedings held on November 16, 2018, Judge Steven P Logan hearing judge(s). (Bernstein, Whitney) (Entered: 11/16/2018) |
| 11/16/2018 | 395 | NOTICE OF ERRATA *to Movants' Under Seal Reply in Support of Motion to Stay Seizure of Attorneys' Fees (Dkt. 379)* by Melissa Schneider, Ray Ronan, Maria Rhoad, Devyn Braga, Jessica Shelton, Levi Yockey, Cody Gautier, Nathan Kopeckey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Chapman, Anne) (Entered: 11/16/2018) |
| 11/16/2018 | 401 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *MOTIONS HEARING* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught held on 11/16/2018, before Judge Steven P. Logan. [Court Reporter: Elva Cruz-Lauer, Telephone number (602) 322-7249]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/7/2018. Redacted Transcript Deadline set for 12/17/2018. Release of Transcript Restriction set for 2/14/2019. (RAP) (Entered: 11/28/2018) |
| 11/19/2018 | 397 | Second MOTION for Extension of Time to File Response/Reply re: 355 MOTION United States' Motion for Clarification Re Order to Resolve Attorney-Client Privilege Issues. re: 345 Order on Motion for Miscellaneous Relief , 354 MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review , *343 (SEALED) Motion to Compel Destruction of Inadvertently Disclosed Documents (SECOND JOINT UNOPPOSED MOTION)* by Scott Spear. (Attachments: # 1 Text of Proposed Order Order Granting Second Joint Unopposed Motion re Responses & Replies re 343 354 355 )(Feder, Bruce) (Entered: 11/19/2018) |
| 11/20/2018 | 398 | **VACATED by Order (Doc. 400 )** ORDER as to Scott Spear (3): The Motion for Extension of Time 397 is denied in part and granted in part. The motion is denied as it pertains to extending the time for responses and replies to the Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents. (Docs. 343 , 352 |

| | | |
|---|---|---|
| | | , 396 ) Defendants shall have until 12/10/2018 to file responses to the Government's Motion for Access to Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for in Camera Review and the Government's Motion For Clarification re: Order to Resolve Attorney-Client Privilege. (Docs. <u>354</u> , <u>355</u> ) The Government shall have until 1/4/2019 to file any replies in support of Docs. 354 and 355. No further extensions will be granted. See attached order. Signed by Judge Steven P Logan on 11/20/2018.(LMR) Modified on 11/28/2018 (DXD). (Entered: 11/20/2018) |
| 11/21/2018 | <u>399</u> | Joint MOTION for Reconsideration re: <u>398</u> Order on Motion for Extension of Time to File Response/Reply *and [396-1] (Sealed) Order Granting Government's (Sealed) Motion to Compel Destruction of Inadvertently Disclosed Documents 343* by Scott Spear. (Attachments: # <u>1</u> Text of Proposed Order Granting Joint Motion for Reconsideration of the Court's Order [396-1] and <u>398</u> )(Feder, Bruce) (Entered: 11/21/2018) |
| 11/28/2018 | <u>400</u> | ORDER as to Scott Spear (3) - The <u>399</u> Joint Motion for Reconsideration is granted in part. The Court's Order granting the Motion to Compel Destruction of Inadvertently Disclosed Documents and granting in part and denying in part Defendant Scott Spears Motion for Extension of Time (Doc. <u>398</u> ) are vacated. The Motion for Extension of Time (Doc. <u>397</u> ) is denied in part and granted in part. The Defendants shall have until **12/5/2018** to file Responses to the (Sealed) Motion to Compel Destruction of the Inadvertently Disclosed Documents. The Government shall have until **12/12/2018** to file any Reply in support of. Defendants shall have until **12/10/2018** to file Responses to the Government's Motions. (Docs. <u>354</u> , <u>355</u> ). The Government shall have until **1/4/2019** to file any Replies in support. No further extensions will be granted. Signed by Judge Steven P Logan on 11/28/18.(DXD) (Entered: 11/28/2018) |
| 11/28/2018 | <u>402</u> | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 11/16/2018, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) (Entered: 11/28/2018) |
| 12/03/2018 | <u>403</u> | NOTICE *of Government's Non-Opposition to Defendant Lacey's Motion for Release of Funds* by Michael Lacey re: <u>385</u> First MOTION for Release of Funds . (Cambria, Paul) (Entered: 12/03/2018) |
| 12/10/2018 | <u>408</u> | RESPONSE re: <u>354</u> MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review by Michael Lacey. (Cambria, Paul) (Entered: 12/10/2018) |
| 12/10/2018 | <u>409</u> | RESPONSE re: <u>355</u> MOTION United States' Motion for Clarification Re Order to Resolve Attorney-Client Privilege Issues. re: <u>345</u> Order on Motion for Miscellaneous Relief by Michael Lacey. (Cambria, Paul) (Entered: 12/10/2018) |
| 12/11/2018 | <u>412</u> | *RESPONSE in Opposition by USA as to Michael Lacey re: <u>385</u> First MOTION for Release of Funds . (Attachments: # <u>1</u> Exhibit)(Rapp, Kevin) *Modified to reflect that pleading should only pertain to Defendant Michael Lacey on 12/12/2018 (REK). (Entered: 12/11/2018) |
| 12/11/2018 | <u>413</u> | *JOINDER to <u>408</u> Response by Scott Spear as to Michael Lacey, James Larkin, Scott Spear. (Feder, Bruce) *Modified to correct parties that pleading applies to on 12/12/2018 (REK). (Entered: 12/11/2018) |
| 12/11/2018 | <u>414</u> | *JOINDER to <u>409</u> Response by Scott Spear as to Michael Lacey, James Larkin, Scott Spear. (Feder, Bruce) *Modified to correct entry to reflect parties that pleading pertains to on 12/12/2018 (REK). (Entered: 12/11/2018) |

| 12/12/2018 | 415 | MOTION to Strike *the Government's Untimely Opposition* 412 Response in Opposition by Michael Lacey. (Attachments: # 1 Exhibit A)(Cambria, Paul) (Entered: 12/12/2018) |
|---|---|---|
| 12/12/2018 | 416 | *JOINDER to 408 Response by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Neuman, Ariel) *Modified to correct event and text on 12/12/2018 (REK). (Entered: 12/12/2018) |
| 12/12/2018 | 417 | JOINDER to 409 Response by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Neuman, Ariel) (Entered: 12/12/2018) |
| 12/12/2018 | 418 | JOINDER to 408 Response by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Piccarreta, Michael) (Entered: 12/12/2018) |
| 12/13/2018 | 421 | *JOINDER in Opposition 408 to the Motion at 354 by Joye Vaught. (Weiss, Stephen) *Modified to add document link on 12/14/2018 (SLQ). (Entered: 12/13/2018) |
| 12/14/2018 | 422 | NOTICE *of Expert Witnesses* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Rapp, Kevin) (Entered: 12/14/2018) |
| 12/14/2018 | 423 | RESPONSE in Opposition by USA as to Michael Lacey re: 415 MOTION to Strike *the Government's Untimely Opposition* 412 Response in Opposition . (Kucera, John) (Entered: 12/14/2018) |
| 12/18/2018 | 424 | REPLY re: 385 First MOTION for Release of Funds by Michael Lacey. (Attachments: # 1 Exhibit A)(Cambria, Paul) (Entered: 12/18/2018) |
| 12/21/2018 | 425 | First MOTION for Hearing re: STATUS HEARING by Andrew Padilla. (Piccarreta, Michael) (Entered: 12/21/2018) |
| 12/21/2018 | 426 | REPLY re: 415 MOTION to Strike *the Government's Untimely Opposition* 412 Response in Opposition by Michael Lacey. (Cambria, Paul) (Entered: 12/21/2018) |
| 01/04/2019 | 427 | *REPLY to Response to 355 Motion for Clarification by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Stone, Andrew) *Modified to correct event; attorney noticed on 1/7/2019 (RMV). (Entered: 01/04/2019) |
| 01/04/2019 | 430 | REPLY re: 354 MOTION for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kozinets, Peter) (Entered: 01/04/2019) |
| 01/08/2019 | 437 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: Defendant Andrew Padilla's Request For Status Conference 425 is granted. Status Hearing is set for 1/25/2019 at 09:30 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. Signed by Judge Steven P Logan on 1/7/2019.(LMR) (Entered: 01/08/2019) |
| 01/17/2019 | 441 | ORDER: That Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted by Defendants Michael Lacey and James Larkin for In Camera Review 354 is granted in part as it applies to theEngagement Letter. Counsel for the Defendants shall provide a copy of the Engagement Letter to counsel for the Government within 21 days of this Order. That Government's Motion for Access to the Joint Representation and Joint Defense Agreements Previously Submitted |

| | | by Defendants Michael Lacey and James Larkin for In Camera Review 354 is denied in part as it applies to the JRA and JDA. Signed by Judge Steven P Logan on 1/17/19. (LMR) (Entered: 01/17/2019) |
|---|---|---|
| 01/18/2019 | 442 | * NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to James C Grant by Michael Lacey, James Larkin. (Grant, James) * Modified to correct filers on 1/18/2019 (LAD). (Entered: 01/18/2019) |
| 01/18/2019 | 443 | STATUS REPORT *JOINT* by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit Exhibit 1) (Piccarreta, Michael) (Entered: 01/18/2019) |
| 01/18/2019 | 444 | *MEMORANDUM by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A-J)(Jones, Reginald) *Modified to correct event and text on 1/22/2019 (REK). (Entered: 01/18/2019) |
| 01/22/2019 | 445 | ORDER: The Government's Motion for Clarification 355 is granted. See order for details. Signed by Judge Steven P Logan on 1/22/2019.(LMR) (Entered: 01/22/2019) |
| 01/23/2019 | 446 | RESPONSE re: 443 Status Report by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit Exhibit A-K)(Rapp, Kevin) (Entered: 01/23/2019) |
| 01/24/2019 | 447 | ORDER as to Michael Lacey (1): Defendant's Motion for Release of Funds Unrelated to Backpage and Request for Expedited Relief 385 is denied; and Defendant's Motion to Strike the Government's Untimely Opposition to His Motion for Release of Funds Unrelated to Backpage and Request for Expedited Relief 415 is denied. See order for details. Signed by Judge Steven P Logan on 1/24/2019.(LMR) (Entered: 01/24/2019) |
| 01/25/2019 | 448 | MINUTE ENTRY for proceedings held before Judge Steven P Logan: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 1/25/2019. The Court treats the Defendants' Joint Status Report 443 as a motion/request to stay the defendants' obligations. For the reasons stated on the record, the defendants'motion is denied. Counsel for the government and for the defense are directed to continue to meet the deadlines set forth in the Court's Scheduling Order 131 . (Court Reporter Elva Cruz-Lauer.) Hearing held 9:35 AM to 11:29 AM.(LMR) (Entered: 01/25/2019) |
| 01/29/2019 | 450 | TRANSCRIPT REQUEST by Daniel J. Quigley of Daniel J. Quigley, PLC as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught for proceedings held on 01/25/2019, Judge Steven P Logan hearing judge(s). (RAP) (Entered: 01/29/2019) |
| 02/05/2019 | 451 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 1/25/2019, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) (Entered: 02/05/2019) |
| 02/05/2019 | 452 | First MOTION For Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications re: 445 Order on Motion for Miscellaneous Relief by James Larkin. (Attachments: # 1 Text of Proposed Order) (Bienert, Thomas) (Entered: 02/05/2019) |
| 02/06/2019 | 453 | MOTION Designation of 39 Documents Subject to This Court's Destruction Order to be Preserved by Michael Lacey. (Cambria, Paul) (Entered: 02/06/2019) |
| 02/06/2019 | 454 | JOINDER to 452 First MOTION For Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications re: 445 Order on |

| | | |
|---|---|---|
| | | Motion for Miscellaneous Relief by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Neuman, Ariel) (Entered: 02/06/2019) |
| 02/06/2019 | 455 | JOINDER to 452 First MOTION For Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications re: 445 Order on Motion for Miscellaneous Relief by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 02/06/2019) |
| 02/06/2019 | 459 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *STATUS CONFERENCE* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 01/25/2019, before Judge STEVEN P. LOGAN. [Court Reporter: Elva Cruz-Lauer, RMR, CRR, Telephone number (602) 322-7249]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/27/2019. Redacted Transcript Deadline set for 3/11/2019. Release of Transcript Restriction set for 5/7/2019. (RAP) (Entered: 02/13/2019) |
| 02/11/2019 | 456 | * MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Piccarreta, Michael). * Added MOTION to Withdraw as Attorney on 2/12/2019 (LAD). (Entered: 02/11/2019) |
| 02/19/2019 | 462 | RESPONSE re: 452 First MOTION For Further Clarification Re Order Allowing the Government to Continue Review of Privileged Communications re: 445 Order on Motion for Miscellaneous Relief by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stone, Andrew) (Entered: 02/19/2019) |
| 02/19/2019 | 463 | JOINDER to 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bienert, Thomas) (Entered: 02/19/2019) |
| 02/20/2019 | 464 | JOINDER to 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 02/20/2019) |
| 02/20/2019 | 465 | JOINDER to 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 02/20/2019) |
| 02/20/2019 | 466 | RESPONSE re: 453 MOTION Designation of 39 Documents Subject to This Court's Destruction Order to be Preserved by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A-D)(Jones, Reginald) (Entered: 02/20/2019) |

| 02/20/2019 | 467 | JOINDER to 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Panchapakesan, Gopi) (Entered: 02/20/2019) |
|---|---|---|
| 02/20/2019 | 468 | *REPLY to Response to 453 DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE IN CAMERA RECORD IN THIS PROSECUTION by Andrew Padilla. (Piccarreta, Michael) *Modified to correct event and clarify text on 2/21/2019 (RMV). Modified to correct document linkage on 2/28/2019 (RMV). (Entered: 02/20/2019) |
| 02/21/2019 | 469 | *REPLY to Response to 453 DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE IN CAMERA RECORD IN THIS PROSECUTION by Michael Lacey. (Cambria, Paul) *Modified document linkage, filers, and text on 2/28/2019 (RMV). (Entered: 02/21/2019) |
| 02/22/2019 | 474 | *REPLY to Response to 453 Defendants' Joint Motion for Designation of 39 Documents Subject to This Court's Destruction Order to Be Preserved As Part of the In Camera Record in This Prosecution by Scott Spear. (Feder, Bruce) *Modified document linkage, filers, and text on 2/28/2019 (RMV). (Entered: 02/22/2019) |
| 02/23/2019 | 475 | *REPLY to Response to 453 DEFENDANTS' JOINT MOTION FOR DESIGNATION OF 39 DOCUMENTS SUBJECT TO THIS COURT'S DESTRUCTION ORDER TO BE PRESERVED AS PART OF THE IN CAMERA RECORD IN THIS PROSECUTION by James Larkin. (Bienert, Thomas) *Modified document linkage, filers, and text on 2/28/2019 (RMV). (Entered: 02/23/2019) |
| 02/25/2019 | 476 | RESPONSE re: 463 Joinder, 467 Joinder, 465 Joinder, 464 Joinder, 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW Motion to Withdraw as Attorney by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit 1-6)(Kucera, John) (Entered: 02/25/2019) |
| 02/27/2019 | 477 | * RESPONSE In Opposition To Government's 471 Motion To Defer Disclosure Of Carl Ferrer's Jencks Act Statements And Objections To In Camera Filing Of The Same, And Request For Disclosure Of The Same by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Neuman, Ariel) * Modified to add document linkage on 2/28/2019 (LAD). (Entered: 02/27/2019) |
| 02/27/2019 | 478 | MOTION for Leave to Late File Reply by Michael Lacey. (Attachments: # 1 Exhibit Reply, # 2 Text of Proposed Order)(Grant, James) (Entered: 02/27/2019) |
| 02/27/2019 | 479 | MOTION for Leave to Late File Reply by James Larkin. (Attachments: # 1 Exhibit Reply, # 2 Text of Proposed Order)(Grant, James) (Entered: 02/27/2019) |
| 02/28/2019 | 480 | *First MOTION for Extension of Time to File REPLY to 476 RESPONSE TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW by Andrew Padilla. (Attachments: # 1 Text of Proposed Order)(Piccarreta, Michael) *Modified to correct event, add document linkage, and clarify text on 3/1/2019 (RMV). (Entered: 02/28/2019) |
| 02/28/2019 | 481 | SUPPLEMENT by Andrew Padilla 480 First MOTION for Extension of Time to File *REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO* |

| | | |
|---|---|---|
| | | *GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456) (UNOPPOSED)* filed by Andrew Padilla. (Attachments: # 1 Exhibit)(Piccarreta, Michael) (Entered: 02/28/2019) |
| 02/28/2019 | 482 | *NOTICE OF ERRATA re 476 Response to Defendants' Motion to Dismiss due to Government Interference by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit 2)(Kucera, John) *Modified to add document linkage and clarify text on 3/1/2019 (RMV). (Entered: 02/28/2019) |
| 02/28/2019 | 483 | *JOINDER to 480 First MOTION for Extension of Time to File REPLY to 476 RESPONSE TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW by Joye Vaught. (Weiss, Stephen) *Modified to add document linkage and clarify text. Document is not in compliance with LRCrim 12.1(a). Attorney noticed on 3/1/2019 (RMV). (Entered: 02/28/2019) |
| 02/28/2019 | 484 | NOTICE TO FILER OF DEFICIENCY re: 483 Joinder filed by Joye Vaught. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 03/01/2019) |
| 03/01/2019 | 485 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. IT IS ORDERED that this case be reassigned, by lot, to another District Court Judge in the District of Arizona. Case reassigned by random lot to Judge Douglas L Rayes for all further proceedings. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-18-00422-PHX-DLR. Signed by Judge Steven P Logan on 3/1/19. (LAD) (Entered: 03/01/2019) |
| 03/01/2019 | 486 | JOINDER to 477 Response by Andrew Padilla. (Piccarreta, Michael) (Entered: 03/01/2019) |
| 03/01/2019 | 487 | JOINDER to 477 Response by Joye Vaught. (Weiss, Stephen) *Document not in compliance with LRCrim 12.1(a). Attorney noticed on 3/4/2019. Modified to add document linkage and clarify text on 3/4/2019 (RMV). (Entered: 03/01/2019) |
| 03/01/2019 | 488 | JOINDER to 477 Response by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 03/01/2019) |
| 03/01/2019 | 492 | NOTICE TO FILER OF DEFICIENCY re: 487 Joinder filed by Joye Vaught. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 03/04/2019) |
| 03/04/2019 | 489 | JOINDER to 488 Joinder, 477 Response by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 03/04/2019) |
| 03/04/2019 | 490 | JOINDER to 477 Response by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 03/04/2019) |
| 03/04/2019 | 491 | ORDER OF RECUSAL in case as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. Judge Douglas L Rayes recused. Case |

| | | |
|---|---|---|
| | | reassigned to Judge Susan M Brnovich for all further proceedings. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-18-00422-PHX-SMB. See document for further details. Signed by Judge Douglas L Rayes on 3/4/2019.(RMV) (Entered: 03/04/2019) |
| 03/06/2019 | 493 | MINUTE ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: Status Conference reset for 4/23/2019 at 02:30 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 03/06/2019) |
| 03/08/2019 | 494 | LODGED Proposed REPLY TO RESPONSE to 497 Motion by Andrew Padilla, Joye Vaught as to Andrew Padilla re: 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. (Piccarreta, Michael) * Modified to correct event; attorney noticed on 3/11/2019 (LAD). (Entered: 03/08/2019) |
| 03/08/2019 | 497 | *MOTION FOR LEAVE TO FILE JOINT REPLY AND EXCEED PAGE LIMITATION FOR REPLY TO RESPONSE (DOC. 476 ) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456 ) re: 494 Reply to Response by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Piccarreta, Michael) *Modified to correct event, add document linkage, and clarify text on 3/11/2019 (RMV). (Entered: 03/08/2019) |
| 03/12/2019 | 498 | First MOTION to Extend Time 4/1/19 - *FIRST JOINT Motion for Extension of Time to Disclose Anticipated Initial and Rebuttal Expert Testimony* by Scott Spear. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2A, # 3 Exhibit 2B, # 4 Exhibit 2C, # 5 Exhibit 2D, # 6 Exhibit 2E, # 7 Exhibit 2F, # 8 Exhibit 2G, # 9 Exhibit 2H, # 10 Exhibit 3A, # 11 Exhibit 3B, # 12 Exhibit 4A, # 13 Exhibit 4B, # 14 Text of Proposed Order Order) (Feder, Bruce) (Entered: 03/12/2019) |
| 03/14/2019 | 499 | RESPONSE in Opposition by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 498 First MOTION to Extend Time 4/1/19 - *FIRST JOINT Motion for Extension of Time to Disclose Anticipated Initial and Rebuttal Expert Testimony* . (Stone, Andrew) (Entered: 03/14/2019) |
| 03/14/2019 | 500 | NOTICE - *DEFENDANTS' JOINT EXPERT WITNESS DISCLOSURE* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Feder, Bruce) (Entered: 03/14/2019) |
| 03/15/2019 | 501 | *MOTION for Hearing re: 456 MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Piccarreta, Michael) *Modified to add document linkage on 3/18/2019 (RMV). (Entered: 03/15/2019) |
| 03/19/2019 | 502 | ORDER: Motion for Leave to File Joint Reply to Response to Motion to Dismiss Due to Government Interference With Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 497 ) is granted. Defendants are granted leave to file their replies jointly. The motion to exceed the page limit in their joint reply is denied as to Andrew Padilla (6)and Joye Vaught (7). Signed by Judge Susan M Brnovich on 3/19/2019.(TCA) Modified on 3/20/2019 (RMV). (Entered: 03/19/2019) |

| 03/19/2019 | 503 | First MOTION to Modify Conditions of Release by Michael Lacey. (Attachments: # 1 Text of Proposed Order)(Cambria, Paul) (Entered: 03/19/2019) |
|---|---|---|
| 03/20/2019 | 506 | NOTICE *OF REFILING JOINT REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456)* by Andrew Padilla, Joye Vaught as to Andrew Padilla re: 476 Response. (Piccarreta, Michael) (Entered: 03/20/2019) |
| 03/20/2019 | 507 | REPLY TO RESPONSE to Motion by Andrew Padilla, Joye Vaught as to Andrew Padilla re: 456 MOTION to Dismiss DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW MOTION to Withdraw as Attorney . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Piccarreta, Michael) (Entered: 03/20/2019) |
| 04/01/2019 | 511 | NOTICE *Re Service* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Stone, Andrew) (Entered: 04/01/2019) |
| 04/02/2019 | 516 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 503 First MOTION to Modify Conditions of Release . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Rapp, Kevin) (Entered: 04/02/2019) |
| 04/04/2019 | 517 | *First MOTION for Extension of Time to File Reply in Further Support of Defendant Lacey's 503 Motion to Amend by Michael Lacey. (Attachments: # 1 Text of Proposed Order)(Cambria, Paul) *Modified to correct event and document linkage on 4/5/2019 (RMV). (Entered: 04/04/2019) |
| 04/05/2019 | 518 | Second MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) Modified on 4/5/2019 (RMV). (Entered: 04/05/2019) |
| 04/08/2019 | 519 | ORDER granting 517 Motion for Extension of Time to File Reply to Motion to amend conditions of release to 4/16/2019 as to Michael Lacey (1). Signed by Judge Susan M Brnovich on 4/8/2019.(TCA) (Entered: 04/08/2019) |
| 04/11/2019 | 520 | ORDER granting 518 Motion to Continue Sentencing as to Dan Hyer (5). Sentencing set for 7/29/2019 at 04:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Signed by Judge Susan M Brnovich on 4/11/2019.(TCA) (Entered: 04/11/2019) |
| 04/12/2019 | 521 | NOTICE *of Waiver of Personal Appearance at Status Conference* by Andrew Padilla. (Piccarreta, Michael) (Entered: 04/12/2019) |
| 04/16/2019 | 522 | REPLY TO RESPONSE to Motion by Michael Lacey re: 503 First MOTION to Modify Conditions of Release . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cambria, Paul) (Entered: 04/16/2019) |
| 04/16/2019 | 523 | *First MOTION for Hearing re: 503 Motion to Amend Conditions by Michael Lacey. (Cambria, Paul) *Modified to add document linkage on 4/17/2019 (RMV). (Entered: 04/16/2019) |
| 04/16/2019 | 524 | STATUS REPORT *Memorandum* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A-L)(Jones, Reginald) (Entered: 04/16/2019) |
| 04/17/2019 | 525 | SUPPLEMENT by Michael Lacey 503 First MOTION to Modify Conditions of Release |

| | | |
|---|---|---|
| | | filed by Michael Lacey. (Attachments: # 1 Exhibit A)(McCampbell, Erin) (Entered: 04/17/2019) |
| 04/17/2019 | 526 | ORDER granting 523 Motion for Hearing re: Motion to Modify Conditions of Release as to Michael Lacey (1). The hearing will be held on 4/23/2019 at 2:30 p.m. before Judge Susan M. Brnovich in courtroom 506. Ordered by Judge Susan M Brnovich. (This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.)(TCA) (Entered: 04/17/2019) |
| 04/17/2019 | 527 | STATUS REPORT *FOR APRIL 23, 2019 STATUS HEARING* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst. (Attachments: # 1 Exhibit A through E)(Bienert, Thomas) (Entered: 04/17/2019) |
| 04/17/2019 | 528 | STATUS REPORT by Andrew Padilla, Joye Vaught as to Andrew Padilla. (Piccarreta, Michael) (Entered: 04/17/2019) |
| 04/17/2019 | 531 | MOTION for Discovery *: Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (Request for Expedited Oral Argument and Evidentiary Hearing)* by Scott Spear. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2A, # 4 Exhibit 2B, # 5 Exhibit 2C, # 6 Exhibit 3A, # 7 Exhibit 3B, # 8 Text of Proposed Order Proposed Order)(Feder, Bruce) (Entered: 04/17/2019) |
| 04/18/2019 | 532 | JOINDER to 527 Status Report by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Piccarreta, Michael) (Entered: 04/18/2019) |
| 04/19/2019 | 533 | *JOINDER to 527 Status Report by Joye Vaught. (Weiss, Stephen) *Modified to add document linkage on 4/22/2019. Document not in compliance with LRCrim 12.1(a). Attorney noticed on 4/22/2019 (RMV). (Entered: 04/19/2019) |
| 04/19/2019 | 534 | NOTICE TO FILER OF DEFICIENCY re: 533 Joinder filed by Joye Vaught. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 04/22/2019) |
| 04/22/2019 | 535 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7) - For good cause shown in the motion, IT IS ORDERED granting the United States' Ex Parte Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements (Doc. 471 ) and setting the deadline for disclosure at June 25, 2019. (See document for complete details). Signed by Judge Susan M Brnovich on 4/22/19.(SLQ) (Entered: 04/22/2019) |
| 04/22/2019 | 536 | ORDER granting 478 Motion for Leave to Late File Reply in support of Motion for further Clarification re Order Allowing the Government to Continue Review of Privileged Communications Signed by Judge Susan M Brnovich on 4/22/2019.(TCA) (Entered: 04/22/2019) |
| 04/22/2019 | 537 | ORDER granting 453 Motion as to defendants. Government file the 39 documents subject to the destruction order under seal to be preserved. Signed by Judge Susan M Brnovich on 4/22/2019.(TCA) (Entered: 04/22/2019) |
| 04/22/2019 | 538 | NOTICE - *Defendant Scott Spear's Supplemental Expert Witness Disclosure* by Scott Spear re: 500 Notice (Other). (Feder, Bruce) (Entered: 04/22/2019) |
| 04/22/2019 | 539 | **Filed at Doc 561 pursuant to 560 Order** LODGED Proposed MOTION to Dismiss 230 Superseding Indictment Re 540 motion for leave to exceed page limit *as to Michael Lacey, James Larkin, Scott Spear, and John Brunst* by Michael Lacey. (Grant, James) |

| | | |
|---|---|---|
| | | *Modified to change from filed to lodged on 4/23/2019 (MAP). Modified on 5/3/2019 (RMV). (Entered: 04/22/2019) |
| 04/22/2019 | 540 | MOTION for Leave to Jointly file Motion to Dismiss and Exceed Page Limitation *as to Michael Lacey, James Larkin, Scott Spear, and John Brunst* by Michael Lacey. (Grant, James) (Entered: 04/22/2019) |
| 04/22/2019 | 541 | **Filed at Doc 562 pursuant to 560 Order** LODGED Proposed Additional Attachments to Main Document re: 539 MOTION to Dismiss 230 Superseding Indictment Re 540 motion for leave to exceed page limit *as to Michael Lacey, James Larkin, Scott Spear, and John Brunst* by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Grant, James) *Modified to change from filed to lodged on 4/23/2019 (MAP). Modified on 5/3/2019 (RMV). (Entered: 04/22/2019) |
| 04/23/2019 | 544 | JOINDER to 531 MOTION for Discovery : *Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (Request for Expedited Oral Argument and Evidentiary Hearin by Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Piccarreta, Michael) (Entered: 04/23/2019)* |
| 04/23/2019 | 545 | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 4/23/2019. ORDERED denying 452 Motion as to James Larkin (2); denying 498 Motion to Extend Time as to Scott Spear (3). (Court Reporter Christine Coaly.) Hearing held 2:30 PM to 4:24 PM.(TCA) (Entered: 04/24/2019) |
| 04/24/2019 | 546 | ORDER granting in part and denying in part 503 Motion to Modify Conditions of Release as to Michael Lacey (1). Signed by Judge Susan M Brnovich on 4/23/2019. (TCA) (Entered: 04/24/2019) |
| 04/24/2019 | 547 | *JOINDER to 538 NOTICE - Defendant Scott Spear's Supplemental Expert Witness Disclosure by Joye Vaught. (Weiss, Stephen) *Modified to add document linkage on 4/25/2019 (RMV). (Entered: 04/24/2019) |
| 04/25/2019 | 548 | *MOTION for Extension of Time to File Response to 531 MOTION for Discovery by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) *Modified to remove unnecessary Motion part on 4/26/2019 (RMV). (Entered: 04/25/2019) |
| 04/26/2019 | 549 | JOINDER to 538 Notice (Other) by Andrew Padilla as to Scott Spear. (Piccarreta, Michael) (Entered: 04/26/2019) |
| 04/26/2019 | 550 | ORDER granting 548 Motion for Extension of Time to File Response to 531 by 5/8/2019 as to Michael Lacey (1), Scott Spear (3), John Brunst (4), Dan Hyer (5), Andrew Padilla (6), Joye Vaught (7). Signed by Judge Susan M Brnovich on 4/26/2019. (TCA) (Entered: 04/26/2019) |
| 04/30/2019 | 553 | TRANSCRIPT REQUEST (3rd Party) by Daniel J. Quigley of Daniel J. Quigley, PLC as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 04/23/2019, Judge Susan M Brnovich hearing judge(s). (RAP) (Entered: 04/30/2019) |
| 05/01/2019 | 554 | *First MOTION for Extension of Time to File Response to Docs. 539 and 540 by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) |

| | | |
|---|---|---|
| | | *Modified to correct event and add document linkage on 5/2/2019 (RMV). (Entered: 05/01/2019) |
| 05/02/2019 | 559 | ORDER - Defendants' Motion to Dismiss due to Government Interference (Doc. 476 ) is DENIED. IT IS FURTHER ORDERED: 1. Defendants' request for disclosure of communications relating to the Government's decision to seize attorney trust accounts is DENIED. 2. Defendants Padilla and Vaught's motion to withdraw counsel and applications and consent for withdrawal of counsel (Docs. 556 , 558 ) are GRANTED. The Clerk of Court shall appoint the Federal Public Defender or counsel from the Criminal Justice Act panel for the District Court to represent Defendants Padilla and Vaught; 3. Defendants Motion for Hearing on Motion to Dismiss due to Government Interference (Doc. 501 ) is DENIED. (See document for further details). Signed by Judge Susan M Brnovich on 5/1/19. (LAD) (Entered: 05/02/2019) |
| 05/03/2019 | 560 | ORDER granting 540 Motion for Leave to Exceed the Page Limit as to Michael Lacey (1). Clerk of Court shall file in the lodged joint motion to dismiss and attachments. FURTHER ORDERED that counsel for defendants shall provide the Court with a hard copy of their motion and attachments, along with all cases cited for the Court to consider. Signed by Judge Susan M Brnovich on 5/3/2019.(RMV) (Entered: 05/03/2019) |
| 05/03/2019 | 561 | MOTION to Dismiss Indictment by Michael Lacey, James Larkin, Scott Spear, John Brunst. (Grant, James) (RMV) (Entered: 05/03/2019) |
| 05/03/2019 | 562 | Additional Attachments to Main Document re: 561 MOTION to Dismiss Indictment by Michael Lacey, James Larkin, Scott Spear, John Brunst. (Grant, James) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(RMV) (Entered: 05/03/2019) |
| 05/03/2019 | 565 | *MINUTE ORDER: Appointing David Eisenberg(CJA) as to Andrew Padilla for all further proceedings. Attorney Lee David Stein terminated in case as to Andrew Padilla. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) *NEF regenerated on 5/3/2019 (CEI). (Entered: 05/03/2019) |
| 05/03/2019 | 566 | MINUTE ORDER: Appointing attorney Joy Malby Bertrand (CJA) for Joye Vaught for all further proceedings. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 05/03/2019) |
| 05/03/2019 | 567 | ORDER granting 554 Motion for Extension of Time to File Response to Defendant's Motion to Dismiss to 5/27/2019. Signed by Judge Susan M Brnovich on 5/3/2019. (TCA) (Entered: 05/03/2019) |
| 05/06/2019 | 568 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on April 23, 2019, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 05/06/2019) |
| 05/06/2019 | 569 | MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment by Michael Lacey, James Larkin, Scott Spear, John Brunst as to Michael Lacey. (Grant, James) (Entered: 05/06/2019) |
| 05/06/2019 | 577 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *STATUS CONFERENCE/MOTION TO MODIFY RELEASE CONDITIONS* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught held on 04/23/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | |
|---|---|---|
| | | through PACER. Redaction Request due 5/28/2019. Redacted Transcript Deadline set for 6/6/2019. Release of Transcript Restriction set for 8/5/2019. (RAP) (Entered: 05/10/2019) |
| 05/08/2019 | 570 | Second MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 05/08/2019) |
| 05/08/2019 | 571 | AMENDED MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment by Michael Lacey, James Larkin, Scott Spear, John Brunst as to Michael Lacey. (Attachments: # 1 Text of Proposed Order)(Grant, James) (Entered: 05/08/2019) |
| 05/08/2019 | 572 | ORDER granting 570 Motion and extending the deadline for the United States to respond to Defendants' 561 Motion to Dismiss Indictment to May 29, 2019. Signed by Judge Susan M Brnovich on 5/8/2019.(TCA) Modified on 5/9/2019 (RMV). (Entered: 05/08/2019) |
| 05/08/2019 | 573 | **AMENDED BY DOC. 575* ORDER: The deadline for Defendants reply on their Motion to Dismiss the Indictment (Doc. 561) will be July 19, 2019. Signed by Judge Susan M Brnovich on 5/8/2019.(TCA) Modified on 5/9/2019 (TCA). (Entered: 05/08/2019) |
| 05/08/2019 | 574 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 531 MOTION for Discovery : *Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (Request for Expedited Oral Argument and Evidentiary Hearin . (Attachments: # 1 Declaration of John J. Kucera)(Kucera, John) (Entered: 05/08/2019)* |
| 05/09/2019 | 575 | **AMENDED BY DOC 576** AMENDED ORDER: Motion (Doc. 571 ) is GRANTED. The deadline for Defendants reply on their Motion to Dismiss the Indictment (Doc. 561 ) will be June 19, 2019. Signed by Judge Susan M Brnovich on 5/9/2019.(TCA) *Modified to add document linkage on 5/10/2019 (RMV). Modified on 5/10/2019 (RMV). (Entered: 05/09/2019) |
| 05/10/2019 | 576 | Second AMENDED ORDER - Defendants' Amended Unopposed Motion to Extend Deadline for Reply on Motion to Dismiss Indictment (Doc. 571 ) is GRANTED as to Michael Lacey, James Larkin, Scott Spear, John Brunst. The deadline for Defendants' reply on their Motion to Dismiss the Indictment (Doc. 561 ) will be June 19, 2019. FURTHER ORDERED affirming Court's previous order allowing Defendants' to file a 20 page reply. Signed by Judge Susan M Brnovich on 5/9/2019.(RMV) (Entered: 05/10/2019) |
| 05/15/2019 | 605 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to Whitney Z Bernstein by James Larkin. (Bernstein, Whitney) (Entered: 05/15/2019) |
| 05/15/2019 | 606 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to Thomas Henry Bienert, Jr by James Larkin. (Bienert, Thomas) (Entered: 05/15/2019) |
| 05/16/2019 | 607 | *First MOTION (UNOPPOSED) for Extension of Time to File Reply to the Government's 574 Response to 531 Motion for Immediate Discovery Regarding the Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions by Scott Spear. (Attachments: # 1 Text of Proposed Order Proposed Order)(Feder, Bruce) *Modified to correct event on 5/17/2019 (RMV). (Entered: 05/16/2019) |

| 05/17/2019 | 608 | JOINDER to 538 Notice (Other) by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 05/17/2019) |
|---|---|---|
| 05/20/2019 | 609 | JOINDER to 538 Notice (Other) by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 05/20/2019) |
| 05/21/2019 | 610 | First MOTION for Extension of Time to File *Rule 26.2 Material (filed jointly on behalf of all Defendants)* by Michael Lacey. (Attachments: # 1 Text of Proposed Order) (Cambria, Paul) (Entered: 05/21/2019) |
| 05/23/2019 | 611 | ORDER granting 607 Motion for Extension of Time to File Reply to 5/27/2019 as to Scott Spear (3). Signed by Judge Susan M Brnovich on 5/23/2019.(TCA) (Entered: 05/23/2019) |
| 05/24/2019 | 612 | *Third MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) *Modified to correct parties that pleading pertains to on 5/28/2019 (REK). (Entered: 05/24/2019) |
| 05/24/2019 | 613 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 610 First MOTION for Extension of Time to File *Rule 26.2 Material (filed jointly on behalf of all Defendants)* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rapp, Kevin) (Entered: 05/24/2019) |
| 05/24/2019 | 614 | ORDER as to Michael Lacey, et al.: IT IS ORDERED that the otherwise applicable time for filing Defendants' Rule 26.2 Material Pertaining to Witnesses is adjourned to a time set by the Court upon consideration of Defendants' forthcoming June 1, 2019 Status Report. IT IS FURTHER ORDERED that the excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of the grant of this Order. (See attached Order). Signed by Judge Susan M Brnovich on 5/24/19.(JAMA) (Entered: 05/24/2019) |
| 05/27/2019 | 615 | *NOTICE *of Joinder re: 561 Motion to Dismiss Indictment by Andrew Padilla. (Eisenberg, David) *Modified to add document link on 5/28/2019 (REK). (Entered: 05/27/2019)* |
| 05/27/2019 | 616 | REPLY TO RESPONSE to Motion by Scott Spear re: 531 MOTION for Discovery *: Motion for Immediate Discovery Regarding Government's Abuse of Grand Jury and Trial Subpoenas to Obtain Defense Lawyer Bank Accounts and for Potential Sanctions (Request for Expedited Oral Argument and Evidentiary Hearin* 574 . (Feder, Bruce) (Entered: 05/27/2019) |
| 05/28/2019 | 617 | *NOTICE *of Joinder by Joye Vaught re: 561 Motion to Dismiss Indictment. (Bertrand, Joy) *Modified to add document link on 5/29/2019 (REK). (Entered: 05/28/2019) |
| 05/28/2019 | | ***Remark as to Pro hac vice motion for admission granbted for Jessica Ring Amunson on behalf of amici curiae DKT Liberty Project, Cato Institute and Reason Foundation. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 05/28/2019) |
| 05/28/2019 | 618 | ORDER granting 612 Motion and extending the deadline for the United States to respond to Defendants Motion to Dismiss Indictment (doc. 561 ) from May 29, 2019 to June 12, 2019. Signed by Judge Susan M Brnovich on 5/28/2019.(TCA) (Entered: 05/28/2019) |
| 05/28/2019 | 619 | *MOTION to File Amicus Brief *(Uncontested)* as to attorney Jessica Ring Amunson by Reason Foundation, Cato Institute, DKT Liberty Project as to Michael Lacey, James |

| | | |
|---|---|---|
| | | Larkin, Scott Spear, John Brunst. (Attachments: # 1 [Proposed] Brief of Amici Curiae the DKT Liberty Project, Cato Institute, and Reason Foundation in Support of Motion to Dismiss the Indictment)(Amunson, Jessica) *Modified to include additional defendants that pleading pertains to on 5/28/2019 (REK). (Entered: 05/28/2019) |
| 05/28/2019 | 620 | *MOTION to File Amicus Brief as to attorney Daniel C. Barr by ACLU of Arizona as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 ACLU's Amicus Curiae Brief, # 2 Text of Proposed Order) (Barr, Daniel) *Modified to add additional defendants that pleading pertains to on 5/29/2019 (REK). (Entered: 05/28/2019) |
| 05/29/2019 | 621 | MINUTE ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: A Status Conference is set to discuss discovery for 6/24/2019 at 11:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 05/29/2019) |
| 05/30/2019 | 622 | ORDER: The Motion 620 is GRANTED as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joyce Vaught. The ACLU of Arizona's Amicus Curiae Brief Regarding First Amendment Considerations, which was lodge with the Motion for Leave, shall be properly filed. Signed by Judge Susan M Brnovich on 5/29/2019.(REK) (Entered: 05/30/2019) |
| 05/30/2019 | 623 | ORDER : The Motion 619 is GRANTED as to Michael Lacey, James Larkin, Scott Spear, John Brunst. The Amicus Curiae Brief, which was lodged with the Motion for Leave, shall be properly filed. Signed by Judge Susan M Brnovich on 5/29/2019.(REK) (Entered: 05/30/2019) |
| 05/30/2019 | 624 | *NOTICE / Brief of Amici Curiae the DKT Liberty Project, CATO Institute, and Reason Foundation in Support of 561 Motion to Dismiss the Indictment by Reason Foundation, Cato Institute, DKT Liberty Project as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Amunson, Jessica) *Modified to include document link on 5/31/2019 (REK). (Entered: 05/30/2019) |
| 05/30/2019 | 625 | NOTICE / Amicus Curiae Brief Regarding First Amendment Considerations by ACLU of Arizona as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Barr, Daniel) (Entered: 05/30/2019) |
| 05/31/2019 | 626 | STATUS REPORT by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit a, # 2 Exhibit b, # 3 Exhibit c, # 4 Exhibit d, # 5 Text of Proposed Order)(Jones, Reginald) (Entered: 05/31/2019) |
| 06/01/2019 | 627 | STATUS REPORT by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Bernstein, Whitney) (Entered: 06/01/2019) |
| 06/03/2019 | 628 | First MOTION to Continue Trial and Extend Time to File Pretrial Motions by Andrew Padilla. (Attachments: # 1 Text of Proposed Order)(Eisenberg, David) (Entered: 06/03/2019) |
| 06/07/2019 | 630 | MOTION Waiver of Appearance by Andrew Padilla. (Attachments: # 1 Text of Proposed Order)(Eisenberg, David) (Entered: 06/07/2019) |
| 06/12/2019 | 633 | *First MOTION for Leave to File Excess Pages for Response to Defendants' Motion to Dismiss (Doc. 561 ) by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order) |

| | | (Kozinets, Peter) *Modified to reflect correct event and linkage; attorney noticed on 6/13/2019 (SST). (Entered: 06/12/2019) |
|---|---|---|
| 06/12/2019 | 634 | * (Filed at Doc. 649 ) LODGED Proposed Response to Defendants' Motion to Dismiss Indictment 561 by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Joye Vaught re: 633 MOTION for Leave to File Excess Pages. Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. (Kozinets, Peter) *Modified docket text to reflect correct linkage on 6/13/2019 (SST). Modified on 6/21/2019 (LAD). (Entered: 06/12/2019) |
| 06/14/2019 | | ***Remark re: Pro hac vice motion for admission granted for Erik McKissen Herron on behalf of movant Equality Now: This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/14/2019) |
| 06/17/2019 | 635 | RESPONSE to Motion by USA as to Andrew Padilla re: 628 First MOTION to Continue Trial and Extend Time to File Pretrial Motions . (Attachments: # 1 Exhibit A) (Rapp, Kevin) (Entered: 06/17/2019) |
| 06/17/2019 | 637 | JOINDER to Motion to Continue by Joye Vaught. (Bertrand, Joy) *Modified text on 6/18/2019 (DXD). (Entered: 06/17/2019) |
| 06/17/2019 | | ***Remark re: Pro hac vice motion for admission granted for Paul J Nathanson on behalf of movant Equality Now This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/17/2019) |
| 06/17/2019 | 638 | NOTICE of Rebuttal Expert Witnesses by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A-C)(Rapp, Kevin) (Entered: 06/17/2019) |
| 06/18/2019 | 639 | STATUS REPORT (Supplemental) by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Bernstein, Whitney) (Entered: 06/18/2019) |
| 06/18/2019 | 640 | Mail Returned as Undeliverable. Mail sent to Royce Corley. Reason for return: Inmate is Not Located at FCI-Danbury CT. Document number 622 . (LAD) (Entered: 06/19/2019) |
| 06/19/2019 | | ***Remark re: Pro hac vice motion granted for David Boies II on behalf of movant Legal Momentum. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/19/2019) |
| 06/19/2019 | 641 | MOTION To File Amicus Brief as to attorneys David Boies and Paul J. Nathanson by Legal Momentum, Equality Now, National Coalition Against Domestic Violence, Sanctuary for Families, United Abolitionist Incorporated as to Michael Lacey, James Larkin, Scott Spear, John Brunst. (Attachments: # 1 Equality Now and Legal Momentum's [Proposed] Amicus Curiae Brief, # 2 Text of Proposed Order)(Nathanson, Paul) *Modified to add filers/defendants on 6/20/2019 (DXD). (Entered: 06/19/2019) |
| 06/19/2019 | 642 | MOTION for Extension of Time to File Response/Reply TO RESPONSE TO DEFENDANTS MOTION TO DISMISS INDICTMENT by Michael Lacey, James Larkin, Scott Spear, John Brunst. (Attachments: # 1 Text of Proposed Order)(Grant, James) *Modified to add defendants on 6/20/2019 (DXD). (Entered: 06/19/2019) |
| 06/19/2019 | 643 | First MOTION to Compel Discovery on Behalf of All Defendants by James Larkin, Michael Lacey, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Bernstein, Whitney) *Modified defendants on 6/20/2019 (DXD). (Entered: 06/19/2019) |

| 06/20/2019 | 644 | NOTICE of *Waiver of Personal Appearance at Status Conference* by Michael Lacey. (Cambria, Paul) (Entered: 06/20/2019) |
|---|---|---|
| 06/21/2019 | 645 | MOTION for Extension of Time to File Response/Reply re: 643 First MOTION to Compel *Discovery on Behalf of All Defendants* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 06/21/2019) |
| 06/21/2019 | 646 | ORDER granting 630 Motion for waiver of presence of defendnat Padilla and excusing appearance of counsel as to Andrew Padilla (6). Signed by Judge Susan M Brnovich on 6/21/2019.(TCA) (Entered: 06/21/2019) |
| 06/21/2019 | 647 | ORDER:Motion for Leave to File Brief of Amici Curiae Equality Now, Legal Momentum, Sanctuary for Families, United Abolitionist, Inc., and National Coalition Against Domestic Violence is GRANTED. Signed by Judge Susan M Brnovich on 6/21/2019.(TCA) (Entered: 06/21/2019) |
| 06/21/2019 | 648 | *ORDER granting 633 Motion for Extension of Time to File Response as to Michael Lacey (1). IT IS FURTHER ORDERED that the United States' Response to Defendants' Motion to Dismiss Indictment, which was lodged with the Motion for Leave, shall be deemed properly filed. Signed by Judge Susan M Brnovich on 6/21/19.(LAD) *Modified to correct document linkage; NEF regenerated on 6/21/2019 (LAD)/ (SCH). (Entered: 06/21/2019) |
| 06/21/2019 | 649 | RESPONSE by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst to 561 MOTION to Dismiss Indictment. (LAD) (Entered: 06/21/2019) |
| 06/22/2019 | 650 | Third MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment , Second MOTION for Leave to File Excess Pages by Michael Lacey. (Attachments: # 1 Text of Proposed Order)(Grant, James) (Entered: 06/22/2019) |
| 06/22/2019 | 651 | **WITHDRAWN BY DOC. 656*Third MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment , Second MOTION for Leave to File Excess Pages by James Larkin. (Attachments: # 1 Text of Proposed Order) (Grant, James) Modified on 6/25/2019 (TCA). (Entered: 06/22/2019) |
| 06/22/2019 | 652 | **WITHDRAWN BY DOC. 656**Duplicate of Doc. 653 pursuant to Notice 654 - Third MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment , Second MOTION for Leave to File Excess Pages by Scott Spear. (Attachments: # 1 Text of Proposed Order)(Grant, James) Modified on 6/24/2019 (SST). Modified on 6/25/2019 (TCA). (Entered: 06/22/2019) |
| 06/22/2019 | 653 | **WITHDRAWN BY DOC. 656**Duplicate of Doc. 652 pursuant to Notice 654 - Third MOTION for Extension of Time to File Response/Reply re: 561 MOTION to Dismiss Indictment , Second MOTION for Leave to File Excess Pages by John Brunst. (Attachments: # 1 Text of Proposed Order)(Grant, James) Modified on 6/24/2019 (SST). Modified on 6/25/2019 (TCA). (Entered: 06/22/2019) |
| 06/24/2019 | 654 | NOTICE OF ERRATA *Re Defs' Motion to Extend Deadline and Page-Limit for Reply to Response to Defs' Motion to Dimiss Indictment* by Michael Lacey, James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Corn-Revere, Robert) (Entered: 06/24/2019) |
| 06/24/2019 | 655 | ORDER: IT IS HEREBY ORDERED granting the motion and extending the deadline for Defendants to reply to the Government's Response to Motion to Dismiss Indictment (Doc. 634 ) from June 19, 2019, to July 17, 2019. Defendants have requested an extension of time to July 3, 2019. The Court has just approved an order allowing |

|  |  | another Amicus Brief and for that reason has extended the reply time to July 17, 2019. Signed by Judge Susan M Brnovich on 6/21/2019. (SST) (Entered: 06/24/2019) |
|---|---|---|
| 06/24/2019 | 656 | *AMENDED by doc 660 MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 6/24/2019. Motion Hearing re: Motion to Dismiss is set for 8/19/2019 at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Motion Hearing re: Motion to Compel is set for 9/13/2019 at 11:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Charlotte Powers.) Hearing held 11:09 AM to 12:07 PM.(TCA) *Modified on 6/27/2019 (CEI). (Entered: 06/25/2019) |
| 06/24/2019 | 660 | AMENDED MINUTE ENTRY: Amending Doc. 656 MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 6/24/2019.Motions (Docs.651,652 and 653) are withdrawn. Motion (Doc. 650) is deemed moot. Government motion for extension of time to file response to defendants motion to compel ( Doc.645) is granted.Motion Hearing re: Motion to Dismiss is set for 8/19/2019 at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Motion Hearing re: Motion to Compel is set for 9/13/2019 at 11:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Charlotte Powers.) Hearing held 11:09 AM to 12:07 PM.(TCA)

Reason for Amendment: to correct a date typo. (TCA) (Entered: 06/26/2019) |
| 06/25/2019 | 659 | NOTICE *Request for Judicial Notice* by James Larkin. (Bernstein, Whitney) (Entered: 06/25/2019) |
| 06/27/2019 | 662 | MOTION to Compel *Government's Compliance with Court's April 22, 2019 Order to Produce Jencks Act Material For Witness Carl Ferrer* by John Brunst. (Attachments: # 1 Text of Proposed Order Granting Defendant John Brunst's Motion to Compel Government Compliance With Court's April 22, 2019 Order to Produce Jencks Act Material For Witness Carl Ferrer)(Neuman, Ariel) (Entered: 06/27/2019) |
| 06/28/2019 | 663 | JOINDER to 662 MOTION to Compel *Granting Defendant John Brunst's Motion to Compel Government Compliance With Court's April 22, 2019 Order to Produce Jencks Act Material For Witness Carl Ferrer* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 06/28/2019) |
| 07/01/2019 | 664 | ORDER granting 628 Motion to Continue Trial and Extend Time to File Pretrial Motions filed as to Andrew Padilla (6). Jury Trial reset for 5/5/2020 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Final Pretrial Conference reset for 3/6/2020 at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Motions due by 10/18/2019. Order to Continue Trial applies to the following defendants: Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. Signed by Judge Susan M Brnovich on 7/1/2019.(TCA) (Entered: 07/01/2019) |
| 07/01/2019 | 665 | First MOTION to Compel *Compliance and Order to Show Cause Regarding the Government's Violation of the Court's Scheduling Order on behalf of Mr. Larkin and Mr. Lacey* by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bernstein, Whitney) (Entered: 07/01/2019) |

| 07/03/2019 | 669 | Third MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/03/2019) |
|---|---|---|
| 07/08/2019 | 670 | ORDER granting 669 Motion to Continue Sentencing as to Dan Hyer (5). Sentencing set for 7/27/2020 at 04:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Signed by Judge Susan M Brnovich on 7/8/2019.(TCA) (Entered: 07/08/2019) |
| 07/09/2019 | 673 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to K C Maxwell by Dan Hyer. (Maxwell, K) (Entered: 07/09/2019) |
| 07/09/2019 | 674 | NOTICE TO FILER OF DEFICIENCY re: 673 Notice of Change of Address/Firm Name (Attorney) filed by Dan Hyer. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. ***No further action is required***. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 07/09/2019) |
| 07/09/2019 | 675 | MOTION for Extension of Time to File Response/Reply by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/09/2019) |
| 07/09/2019 | 676 | RESPONSE *In Opposition to Motion For Sanctions, Protective Order, And Notice Of Jencks Act Disclosures (Dkt. #679); Declaration Of Ariel A. Neuman* by John Brunst. (Neuman, Ariel) (Entered: 07/09/2019) |
| 07/09/2019 | 677 | RESPONSE in Opposition by John Brunst re: 675 MOTION for Extension of Time to File Response/Reply . (Panchapakesan, Gopi) (Entered: 07/09/2019) |
| 07/09/2019 | 680 | NOTICE TO FILER OF DEFICIENCY re: 677 Response in Opposition filed by John Brunst. Document not in compliance with LRCrim 5.5(g) - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by attorney Ariel Neuman but submitted using the log-in and password belonging to attorney Gopi Panchapakesan. ***No further action is required***. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 07/10/2019) |
| 07/10/2019 | 681 | JOINDER to 677 Response in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 07/10/2019) |
| 07/11/2019 | 682 | TRANSCRIPT REQUEST by USA as to *Michael Lacey for proceedings held on 4/13/2018, Judge Susan M Brnovich, Judge Steven P Logan hearing judge(s). (Rapp, Kevin) *Modified to correct applicable party on 7/11/2019 (RAP). (Entered: 07/11/2019) |
| 07/11/2019 | 684 | *ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught - Setting Motion Hearing Re: 679 Motion for Sanctions, Protective Order and Notice of Jencks Act Disclosures filed by USA on 8/19/2019 at 09:00AM before Judge Susan M Brnovich. Signed by Judge Susan M Brnovich on 7/11/19. (MAP) *Modified to correct as to defendants on 7/12/2019 (MAP). (Entered: 07/11/2019) |
| 07/11/2019 |  | ***Remark as to out of state attorney Tassity Johnson removed for noncompliance with admission procedures; party or parties represented by other admitted counsel. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/11/2019) |
| 07/12/2019 | 685 | JOINDER to 665 First MOTION to Compel *Compliance and Order to Show Cause Regarding the Government's Violation of the Court's Scheduling Order on behalf of Mr.* |

| | | |
|---|---|---|
| | | *Larkin and Mr. Lacey* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 07/12/2019) |
| 07/12/2019 | 686 | JOINDER to 677 Response in Opposition by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 07/12/2019) |
| 07/12/2019 | 691 | ORDER granting 675 Motion of United States and extendingthe deadline for it to Response to Defendants (docs. 662, 665, and 672) to July 19, 2019. Signed by Judge Susan M Brnovich on 7/12/2019.(TCA) (Entered: 07/12/2019) |
| 07/12/2019 | 711 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *DETENTION HEARING* proceedings as to Michael Lacey held on 04/13/2018, before Magistrate Judge BRIDGET S. BADE. [Transcriber: Linda Schroeder, RDR, CRR, Telephone number (602) 322-7249]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/2/2019. Redacted Transcript Deadline set for 8/12/2019. Release of Transcript Restriction set for 10/10/2019. (RAP) (Entered: 07/26/2019) |
| 07/15/2019 | 696 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 643 First MOTION to Compel *Discovery on Behalf of All Defendants* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Jones, Reginald) (Entered: 07/15/2019) |
| 07/17/2019 | 697 | REPLY TO RESPONSE to Motion by Michael Lacey, James Larkin, Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 561 MOTION to Dismiss Indictment . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Corn-Revere, Robert) (Entered: 07/17/2019) |
| 07/17/2019 | 700 | REPLY TO RESPONSE to Motion by John Brunst re: 561 MOTION to Dismiss Indictment . (Neuman, Ariel) (Entered: 07/17/2019) |
| 07/23/2019 | 708 | TRANSCRIPT REQUEST by John Brunst for proceedings held on June 24, 2019, Judge Susan M Brnovich hearing judge(s). (Neuman, Ariel) (Entered: 07/23/2019) |
| 07/24/2019 | 716 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *STATUS CONFERENCE: DISCOVERY* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 06/24/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Charlotte A. Powers, RMR, FCRR, CRR, CSR, CMRS, Telephone number (602) 322-7250]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/14/2019. Redacted Transcript Deadline set for 8/26/2019. Release of Transcript Restriction set for 10/22/2019. (RAP) (Entered: 08/02/2019) |
| 07/26/2019 | 709 | REPLY re: 662 MOTION to Compel *Granting Defendant John Brunst's Motion to Compel Government Compliance With Court's April 22, 2019 Order to Produce Jencks Act Material For Witness Carl Ferrer* by John Brunst. (Neuman, Ariel) (Entered: 07/26/2019) |
| 07/26/2019 | 710 | REPLY TO RESPONSE to Motion by James Larkin as to Michael Lacey, James Larkin re: 665 First MOTION to Compel *Compliance and Order to Show Cause Regarding the* |

| | | |
|---|---|---|
| | | *Government's Violation of the Court's Scheduling Order on behalf of Mr. Larkin and Mr. Lacey* . (Bernstein, Whitney) (Entered: 07/26/2019) |
| 07/29/2019 | 712 | TRANSCRIPT REQUEST by Michael Lacey for proceedings held on 4/13/2018, Magistrate Judge Bridget S Bade hearing judge(s). (McCampbell, Erin) (Entered: 07/29/2019) |
| 07/29/2019 | 713 | NOTICE TO FILER OF DEFICIENCY re: AO435 712 Transcript Request filed by Michael Lacey. 1) Item 17 - TRANSCRIPT REQUESTED: No portions or dates of proceedings specified. 2) Document not in compliance with LRCiv 5.5(g) ELECTRONIC FILING - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. *FOLLOW-UP ACTION REQUIRED:* 1) Please refile with portions and dates of proceedings in Item 17. 2) Please refile with sections 1 & 19 matching the name of the ECF registered user under whose log-in and password the document will be re-submitted under. Deficiencies must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RAP) (Entered: 07/29/2019) |
| 07/29/2019 | 714 | NOTICE by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Jones, Reginald) (Entered: 07/29/2019) |
| 07/30/2019 | 715 | *AMENDED TRANSCRIPT REQUEST, *pursuant to Notice of Deficiency 713* , by Michael Lacey for proceedings held on 04-13-2018, Magistrate Judge Bridget S Bade hearing judge(s). (McCampbell, Erin) *Modified to reference amended version on 7/30/2019 (RAP). (Entered: 07/30/2019) |
| 08/05/2019 | 717 | REPLY TO RESPONSE to Motion by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 643 First MOTION to Compel *Discovery on Behalf of All Defendants* . (Attachments: # 1 Exhibit A)(Bernstein, Whitney) (Entered: 08/05/2019) |
| 08/14/2019 | 722 | As Defendants Michael Lacey, James Larkin's Motion to Compel Compliance [Doc. 665] and Defendant John Brunst's Motion to Compel [Doc. 662] are related to the Motions for Sanctions [Doc. 679], IT IS ORDERED setting the above mentioned motions to compel for oral argument on August 19, 2019 at 10:00 a.m. Ordered by Judge Susan M Brnovich.(TCA)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 08/14/2019) |
| 08/14/2019 | 725 | JOINDER to 700 Reply to Response by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 08/14/2019) |
| 08/15/2019 | 726 | NOTICE *of Waiver of Presence* by Andrew Padilla. (Eisenberg, David) (Entered: 08/15/2019) |
| 08/19/2019 | 727 | TRANSCRIPT REQUEST by James Larkin for proceedings held on 8-19-2019, Judge Susan M Brnovich hearing judge(s). (Bernstein, Whitney) (Entered: 08/19/2019) |
| 08/19/2019 | 728 | **AMENDED BY DOC. 729*MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 8/19/2019. Motion for Sanctions Denied. ORDERED taking under advisement 561 Motion to Dismiss Defendant as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4); denying Motion for Sanctions as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7); granting in part and denying in part 665 Motion to Compel as to James Larkin (2); granting in part and denying in part 662 Motion to Compel as to John Brunst (4). (Court Reporter Christine Coaly.) Hearing held |

| | | |
|---|---|---|
| | | 9:08 AM to 11:49 AM.(TCA) Modified on 8/20/2019 (TCA). Modified on 8/20/2019 (TCA). (Entered: 08/19/2019) |
| 08/19/2019 | 729 | AMENDED MINUTE ENTRY: Amending Doc. 728 MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 8/19/2019. Motion for Sanctions Denied. ORDERED taking under advisement 561 Motion to Dismiss Defendant as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4); denying Motion for Sanctions as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7); granting in part and denying in part 665 Motion to Compel as to James Larkin (2); granting in part and denying in part 662 Motion to Compel as to John Brunst (4). (Court Reporter Christine Coaly.) Hearing held 9:08 AM to 11:49 AM.(TCA)<br><br>Reason for Amendment: to correct a deadline.(TCA) Modified on 8/20/2019 (TCA). (Entered: 08/20/2019) |
| 08/20/2019 | 730 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: Any Jencks Act information not previously disclosed will be disclosed by 5:00 p.m. on August 20, 2019. Signed by Judge Susan M Brnovich on 8/20/2019. ( see order for details)(TCA) (Entered: 08/20/2019) |
| 08/23/2019 | | ***Remark as to out of state counsel Whitney Bernstein notified of admission requirements; deadline to respond 09062019. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/23/2019) |
| 08/23/2019 | | NOTICE OF REQUEST FOR E-NOTICES by James R Knapp. (Knapp, James) (Entered: 08/23/2019) |
| 08/26/2019 | | Remark: Pro hac vice motion(s) granted for Whitney Z Bernstein on behalf of Defendant James Larkin. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/26/2019) |
| 08/26/2019 | 731 | *MODIFIED by Doc. 1056 ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The order applies to all Jencks Act materials, not just those disclosed on August 20, 2019; The restrictions as to previously produced Jencks Act materials applies on a going-forward basis; This order does not apply to the government;The government shall provide a list of Jencks Act material disclosed and that it considers to be part of this order by September 3, 2019. The Court will not order disclosure of bates numbers because defense counsel stated that the materials were disclosed without bates numbers. The Government list should include enough identifying information so defense counsel can locate and separate the materials subject to Doc. 730. Signed by Judge Susan M Brnovich on 8/26/2019.(TCA) Modified on 9/9/2020 (ESG). (Entered: 08/26/2019) |
| 08/26/2019 | 732 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *MOTIONS HEARING* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 08/19/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/16/2019. Redacted Transcript Deadline set for 9/26/2019. Release of Transcript Restriction set for 11/25/2019. (RAP) (Entered: 08/28/2019) |

| 08/27/2019 | | NOTICE OF REQUEST FOR E-NOTICES by Dimitra H. Sampson. (Sampson, Dimitra) (Entered: 08/27/2019) |
|---|---|---|
| 09/03/2019 | 733 | NOTICE *of Compliance* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Rapp, Kevin) (Entered: 09/03/2019) |
| 09/05/2019 | 734 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on August 19, 2019, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 09/05/2019) |
| 09/13/2019 | 735 | NOTICE of Attorney Withdrawal *as to attorney Erik Herron* as to Michael Lacey, James Larkin, Scott Spear, John Brunst. (Nathanson, Paul) (Entered: 09/13/2019) |
| 09/13/2019 | 737 | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 9/13/2019. ORDERED taking under advisement 531 Motion for Discovery as to Scott Spear (3). 643 First MOTION to Compel *Discovery on Behalf of All Defendants* filed by James Larkin, An evidentiary hearing is set for 10/3/2019 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Christine Coaly.) Hearing held 11:00 AM to 12:10 PM.(TCA) (Entered: 09/16/2019) |
| 09/16/2019 | 736 | TRANSCRIPT REQUEST by James Larkin for proceedings held on 9-13-2019, Judge Susan M Brnovich hearing judge(s). (Bernstein, Whitney) (Entered: 09/16/2019) |
| 09/17/2019 | 738 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on September 13, 2019, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 09/17/2019) |
| 09/17/2019 | 761 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *MOTIONS HEARING* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 09/13/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/8/2019. Redacted Transcript Deadline set for 10/18/2019. Release of Transcript Restriction set for 12/16/2019. (RAP) (Entered: 10/02/2019) |
| 09/20/2019 | | Remark: Pro hac vice motion(s) granted for Shaneeda Jaffer, Jonathan Baum, Nanci Clarence on behalf of Movant Carl Ferrer. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 09/20/2019) |
| 09/23/2019 | 739 | First MOTION to Quash *Subpoena* by Carl Ferrer as to James Larkin. (Attachments: # 1 Declaration of Chris Kempel in Support of Motion to Quash Subpoena, # 2 Declaration of Jonathan Baum in Support of Motion to Quash Subpoena, # 3 Proposed Order) (Baum, Jonathan) (Entered: 09/23/2019) |
| 09/24/2019 | 740 | MOTION to Compel *Government Compliance With Courts Order For Specific Identification Of Documents Subject To Protective Order* by John Brunst. (Attachments: # 1 Exhibit A through E, # 2 Text of Proposed Order)(Neuman, Ariel) (Entered: 09/24/2019) |
| 09/25/2019 | 741 | JOINDER to 740 MOTION to Compel *Government Compliance With Courts Order For* |

| | | |
|---|---|---|
| | | *Specific Identification Of Documents Subject To Protective Order* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 09/25/2019) |
| 09/26/2019 | 742 | ORDER: The Court has received the Motion to Quash Subpoena Served by Defendant James Larkin on Carl Ferrer. IT IS ORDERED that Defendant Larkin file his response no later than 5:00 p.m. on September 27, 2019 and Counsel for Carl Ferrer may file a reply no later than 5:00 p.m. on September 30, 2019. ORDERED by Judge Susan M. Brnovich This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 09/26/2019) |
| 09/26/2019 | 743 | JOINDER to 740 MOTION to Compel *Government Compliance With Courts Order For Specific Identification Of Documents Subject To Protective Order* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Bernstein, Whitney) (Entered: 09/26/2019) |
| 09/26/2019 | 745 | *JOINDER to 740 MOTION to Compel by Andrew Padilla. (Eisenberg, David) *Modified to add correct link on 9/27/2019 (SST). (Entered: 09/26/2019) |
| 09/27/2019 | 746 | MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by John Brunst. (Neuman, Ariel) (Entered: 09/27/2019) |
| 09/27/2019 | 747 | JOINDER by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 09/27/2019) |
| 09/30/2019 | 751 | JOINDER to 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 09/30/2019) |
| 09/30/2019 | 753 | RESPONSE in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 739 First MOTION to Quash *Subpoena* . (Attachments: # 1 Exhibit A-M)(Bernstein, Whitney) (Entered: 09/30/2019) |
| 09/30/2019 | 754 | JOINDER to 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 09/30/2019) |
| 09/30/2019 | 755 | JOINDER by Andrew Padilla. (Eisenberg, David) (Entered: 09/30/2019) |
| 09/30/2019 | 756 | *REPLY in Support of Motion by Carl Ferrer as to James Larkin re: 739 First MOTION to Quash *Subpoena* . (Attachments: # 1 Declaration of Mark Castillo In Support of Reply In Support of Motion to Quash Subpoena)(Baum, Jonathan) *Modified to reflect correct event; attorney noticed on 10/1/2019 (SST). (Entered: 09/30/2019) |
| 10/01/2019 | 757 | JOINDER to 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 10/01/2019) |
| 10/01/2019 | 758 | NOTICE *of Withdrawal of Subpoena to Carl Ferrer* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 10/01/2019) |
| 10/02/2019 | 759 | PRETRIAL MEMORANDUM *Pre-Hearing Memorandum* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. |

(Rapp, Kevin) *Modified filer on 10/2/2019 (SLQ). (Entered: 10/02/2019)

| 10/02/2019 | 760 | NOTICE OF ERRATA re: 759 Pretrial Memorandum by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Rapp, Kevin) (Entered: 10/02/2019) |
|---|---|---|
| 10/03/2019 | 762 | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/3/2019 Re: 643 First MOTION to Compel *Discovery on Behalf of All Defendants* filed by James Larkin.Motion Hearing continues on 10/25/2019 at 01:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Christine Coaly.) Hearing held 9:19 AM to 5:03 PM.(TCA) (Entered: 10/03/2019) |
| 10/04/2019 | 763 | TRANSCRIPT REQUEST by John Brunst for proceedings held on October 3, 2019, Judge Susan M Brnovich hearing judge(s). (Neuman, Ariel) (Entered: 10/04/2019) |
| 10/04/2019 | 764 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 10/3/19, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 10/04/2019) |
| 10/05/2019 | 789 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *EVIDENTIARY HEARING ON MOTION TO COMPEL* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/03/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2019. Redacted Transcript Deadline set for 11/5/2019. Release of Transcript Restriction set for 1/3/2020. (RAP) (Entered: 10/21/2019) |
| 10/07/2019 | 765 | MOTION to Extend Time Response , MOTION for Extension of Time to File Response/Reply re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Kozinets, Peter) (Entered: 10/07/2019) |
| 10/08/2019 | 766 | MOTION for Extension of Time to File Response/Reply re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by John Brunst. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Neuman, Ariel) (Entered: 10/08/2019) |
| 10/08/2019 | 767 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 740 MOTION to Compel *Government Compliance With Courts Order For Specific Identification Of Documents Subject To Protective Order* . (Attachments: # 1 Exhibit A)(Rapp, Kevin) (Entered: 10/08/2019) |
| 10/10/2019 | 768 | ORDER denying 531 Motion for Discovery as to Scott Spear (3). Signed by Judge Susan M Brnovich on 10/10/2019.(TCA) (Entered: 10/10/2019) |
| 10/11/2019 | 769 | ORDER granting 765 Motion and extending the deadline to respond to Defendant Brunsts Motion to Dismiss Indictment (Doc. 746) to October 18, 2019.Signed by Judge Susan M Brnovich on 10/11/2019.(TCA) (Entered: 10/11/2019) |
| 10/11/2019 | 770 | ORDER granting 766 Motion for Extension of Time Defendant John Brunsts reply in |

| | | support of his Motion to Dismiss Indictment (Dkt. 746) shall be due on October 30, 2019. Signed by Judge Susan M Brnovich on 10/11/2019.(TCA) (Entered: 10/11/2019) |
|---|---|---|
| 10/15/2019 | 771 | *Reply to 767 Response re: 740 MOTION to Compel *Government Compliance With Courts Order For Specific Identification Of Documents Subject To Protective Order* . (Attachments: # 1 Exhibit A and B)(Neuman, Ariel) *Modified on 10/16/2019 to correct event type (MSA). (Entered: 10/15/2019) |
| 10/16/2019 | 772 | ORDER: Pursuant to the Notice of Withdrawal of Subpoena to Carl Ferrer [Doc. 758], IT IS ORDERED deeming the Motion to Quash [Doc. 739] moot. Ordered by Judge Susan M Brnovich. (This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.)(TCA) (Entered: 10/16/2019) |
| 10/18/2019 | 775 | First MOTION to Suppress by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cambria, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 776 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* . (Kozinets, Peter) (Entered: 10/18/2019) |
| 10/18/2019 | 777 | First MOTION to Compel *Production of Brady Material* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cambria, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 778 | MOTION to Suppress by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cambria, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 781 | MOTION for Bill of Particulars by Scott Spear. (Feder, Bruce) (Entered: 10/18/2019) |
| 10/18/2019 | 782 | Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Attachments: # 1 Exhibit 1 through 5, # 2 Exhibit 6 through 7, # 3 Exhibit 8 through 19)(Neuman, Ariel) (Entered: 10/18/2019) |
| 10/18/2019 | 783 | Joint MOTION to Dismiss Indictment *Based on Section 230 of the Communications Decency Act, or Alternatively, As Void for Vaugeness* by James Larkin. (Attachments: # 1 Exhibit A)(Bienert, Thomas) (Entered: 10/18/2019) |
| 10/18/2019 | 784 | MOTION to Sever Defendant by Joye Vaught. (Bertrand, Joy) (Entered: 10/18/2019) |
| 10/18/2019 | 785 | MOTION to Strike *Surplusage* by Joye Vaught. (Bertrand, Joy) (Entered: 10/18/2019) |
| 10/18/2019 | 786 | First MOTION to Suppress by James Larkin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Bernstein, Whitney) (Entered: 10/18/2019) |
| 10/19/2019 | 787 | *JOINDER to 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* by Joye Vaught. (Bertrand, Joy) *Modified to correct event; attorney noticed on 10/21/2019 (SST). (Entered: 10/19/2019) |
| 10/20/2019 | 788 | Additional Attachments to Main Document re: 781 MOTION for Bill of Particulars - *Proposed Form of Order* by Scott Spear. (Feder, Bruce) (Entered: 10/20/2019) |
| 10/21/2019 | 790 | JOINDER to 781 MOTION for Bill of Particulars by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 10/21/2019) |

| 10/22/2019 | 791 | JOINDER to 781 MOTION for Bill of Particulars by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 10/22/2019) |
| --- | --- | --- |
| 10/23/2019 | 792 | MOTION for Extension of Time to File Response/Reply re: 782 Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts*, 783 Joint MOTION to Dismiss Indictment *Based on Section 230 of the Communications Decency Act, or Alternatively, As Void for Vaugeness*, 787 Notice (Other), 785 MOTION to Strike *Surplusage*, 775 First MOTION to Suppress , 788 Additional Attachments to Main Document, 777 First MOTION to Compel *Production of Brady Material*, 786 First MOTION to Suppress , 784 MOTION to Sever Defendant , 776 Response to Motion, 781 MOTION for Bill of Particulars , 778 MOTION to Suppress by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 10/23/2019) |
| 10/24/2019 | 793 | ORDER denying 561 Motion to Dismiss Defendants Lacey, Larkin, Spear, Brunst, Padilla and Vaught. Signed by Judge Susan M Brnovich on 10/24/2019.(TCA) (Entered: 10/24/2019) |
| 10/25/2019 | 794 | JOINDER to 785 MOTION to Strike *Surplusage* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Cambria, Paul) (Entered: 10/25/2019) |
| 10/25/2019 | 795 | ORDER granting 792 United States motion and extending the deadline for it to file responses to Defendants substantive motions (docs. 775, 777, 778, 781, 782, 783, 784, 785, and 786) to November 22, 2019. Defendants to file their replies in support of the same motions to December 16, 2019. Signed by Judge Susan M Brnovich on 10/25/2019.(TCA) (Entered: 10/25/2019) |
| 10/25/2019 | 797 | *MINUTE ENTRY for proceedings held before Senior Judge Susan M. Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/25/2019. Re: 643 First MOTION to Compel *Discovery on Behalf of All Defendants* filed by James Larkin.Motion Hearing continues on 12/2/2019 at 08:30 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Christine Coaly.) Hearing held 1:00 PM to 5:18 PM.(TCA) *Modified to correct hearing judge on 10/29/2019 (CEI). (Entered: 10/28/2019) |
| 10/28/2019 | 796 | TRANSCRIPT REQUEST by James Larkin for proceedings held on October 25, 2019, Judge Susan M Brnovich hearing judge(s). (Bernstein, Whitney) (Entered: 10/28/2019) |
| 10/30/2019 | 798 | *REPLY TO RESPONSE to Motion by John Brunst re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* . (Neuman, Ariel) *Modified to reflect correct event; attorney noticed on 10/31/2019 (SST). (Entered: 10/30/2019) |
| 10/30/2019 | 800 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *CONTINUED EVIDENTIARY HEARING ON MOTION TO COMPEL (Pages 266 - 444)* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 10/25/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction |

| | | Request due 11/20/2019. Redacted Transcript Deadline set for 12/2/2019. Release of Transcript Restriction set for 1/28/2020. (RAP) (Entered: 11/08/2019) |
|---|---|---|
| 11/01/2019 | 799 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on October 25, 2019, Magistrate Judge Michelle H Burns hearing judge(s). (Rapp, Kevin) (Entered: 11/01/2019) |
| 11/11/2019 | 801 | *NOTICE OF ERRATA re: 778 MOTION to Suppress by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit Ex E, # 2 Exhibit Ex F)(McCampbell, Erin) *Modified to add correct link on 11/12/2019 (SST). (Entered: 11/11/2019) |
| 11/13/2019 | 802 | ORDER denying 740 Motion to Compel filed by John Brunst and joined by defendants Spear, Larkin, Padilla and Lacey. Signed by Judge Susan M Brnovich on 11/13/2019. (TCA) (Entered: 11/13/2019) |
| 11/21/2019 | 803 | MOTION for Extension of Time to File Response/Reply re: 782 Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts*, 785 MOTION to Strike *Surplusage*, 775 First MOTION to Suppress , 777 First MOTION to Compel *Production of Brady Material*, 784 MOTION to Sever Defendant , 781 MOTION for Bill of Particulars , 778 MOTION to Suppress *doc. 783, and doc. 784* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 11/21/2019) |
| 11/22/2019 | 804 | ORDER granting the United States motion and extending the deadline for it to file responses to Defendants substantive motions (docs. 775, 777, 778, 781, 782, 783, 784, 785, and 786) to November 27, 2019.Defendants to file their replies in support of the same motions to December 23, 2019. Signed by Judge Susan M Brnovich on 11/22/2019.(TCA) (Entered: 11/22/2019) |
| 11/26/2019 | 805 | RESPONSE re: 759 Pretrial Memorandum *Defendants' Response to the United States' Pre-Hearing Memorandum Regarding Defendants' Motion to Compel and Supplemental Authorities* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bienert, Thomas) (Entered: 11/26/2019) |
| 11/27/2019 | 806 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 785 MOTION to Strike *Surplusage* . (Stone, Andrew) (Entered: 11/27/2019) |
| 11/27/2019 | 807 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 781 MOTION for Bill of Particulars . (Attachments: # 1 Exhibit A)(Stone, Andrew) (Entered: 11/27/2019) |
| 11/27/2019 | 808 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 784 MOTION to Sever Defendant . (Stone, Andrew) (Entered: 11/27/2019) |
| 11/27/2019 | 809 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 783 Joint MOTION to Dismiss Indictment *Based on Section 230 of the Communications Decency Act, or Alternatively, As Void for Vagueness* . (Kozinets, Peter) (Entered: 11/27/2019) |
| 11/27/2019 | 810 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 777 First MOTION to Compel |

| | | |
|---|---|---|
| | | *Production of Brady Material* . (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Jones, Reginald) (Entered: 11/27/2019) |
| 11/27/2019 | <u>811</u> | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 786 First MOTION to Suppress , <u>775</u> First MOTION to Suppress , <u>778</u> MOTION to Suppress . (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Perlmeter, Margaret) (Entered: 11/27/2019) |
| 11/27/2019 | <u>812</u> | *RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 782 Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F)(Rapp, Kevin) *Modified to correct document link on 1/7/2020 (SLQ). (Entered: 11/27/2019) |
| 11/27/2019 | <u>815</u> | NOTICE *of Filing Declaration* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # <u>1</u> Affidavit Declaration, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C)(Stone, Andrew) (Entered: 11/27/2019) |
| 12/02/2019 | <u>816</u> | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: DAY 3 Evidentiary Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 12/2/2019. ORDERED taking under advisement 643 Motion to Compel as to James Larkin (2). Motions in limine due by 2/7/2020. (Court Reporter Christine Coaly.) Hearing held 8:35 AM to 10:02 AM.(TCA) (Entered: 12/02/2019) |
| 12/02/2019 | <u>817</u> | EXHIBIT LIST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (TCA) (Entered: 12/02/2019) |
| 12/02/2019 | <u>818</u> | EXHIBIT LIST by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (TCA) (Entered: 12/02/2019) |
| 12/11/2019 | <u>819</u> | TRANSCRIPT REQUEST by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on December 2, 2019, Judge Susan M Brnovich hearing judge(s). (Bernstein, Whitney) (Entered: 12/11/2019) |
| 12/13/2019 | <u>820</u> | BILL OF PARTICULARS by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kucera, John) (Entered: 12/13/2019) |
| 12/16/2019 | 821 | NOTICE TO FILER OF DEFICIENCY re: <u>820</u> Bill of Particulars filed by USA. Document not in compliance with LRCrim 12.1(a) - Party names must be capitalized using proper upper and lower case type. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (GMP) (Entered: 12/16/2019) |
| 12/16/2019 | 822 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The deadlines for the jury questionnaire and screening for length of trial is moved to February 7, 2020-over objection of the government. ORDERED by Judge Susan M. Brnovich This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 12/16/2019) |
| 12/17/2019 | <u>832</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *CONTINUED EVIDENTIARY HEARING ON MOTION TO COMPEL (Pages 445 - 516)* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 12/02/2019, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have |

| | | |
|---|---|---|
| | | electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/7/2020. Redacted Transcript Deadline set for 1/17/2020. Release of Transcript Restriction set for 3/16/2020. (RAP) (Entered: 12/27/2019) |
| 12/23/2019 | 823 | REPLY TO RESPONSE to Motion by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 785 MOTION to Strike *Surplusage* . (Cambria, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 824 | REPLY TO RESPONSE to Motion by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 786 First MOTION to Suppress , 775 First MOTION to Suppress . (Attachments: # 1 Exhibit A) (Cambria, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 825 | REPLY TO RESPONSE to Motion by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 777 First MOTION to Compel *Production of Brady Material* . (Cambria, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 826 | REPLY TO RESPONSE to Motion by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 782 Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts* . (Neuman, Ariel) (Entered: 12/23/2019) |
| 12/23/2019 | 827 | MOTION to Suppress *as to Michael Lacey, James Larkin, Scott Spear, Joye Vaught, Andrew Padilla* by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cambria, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 828 | REPLY TO RESPONSE to Motion by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 778 MOTION to Suppress . (Cambria, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 830 | REPLY TO RESPONSE to Motion by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 783 Joint MOTION to Dismiss Indictment *Based on Section 230 of the Communications Decency Act, or Alternatively, As Void for Vaugeness* . (Attachments: # 1 Exhibit A)(Bienert, Thomas) (Entered: 12/23/2019) |
| 12/23/2019 | 831 | REPLY TO RESPONSE to Motion by Joye Vaught re: 792 MOTION for Extension of Time to File Response/Reply re: 782 Joint MOTION to Dismiss Indictment *for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts*, 783 Joint MOTION to Dismiss Indictment *Based on Se RE: Motion to Sever. (Bertrand, Joy) (Entered: 12/23/2019)* |
| 12/31/2019 | 833 | ORDER: Granting 829 Motion to Modify Conditions of Release as to James Larkin (2). IT IS FURTHER ORDERED that Defendant James Larkin must telephonically report to his pretrial services officer, PSO Justin Lauby, daily until his circumstances change as explained above; IT IS FURTHER ORDERED that Defendant James Larkin file a weekly update as to the status of his injury and progress in scheduling surgery. The first to be filed no later than January 6, 2020. Signed by Judge Susan M Brnovich on 12/31/19.(GMP) (Entered: 12/31/2019) |
| 01/03/2020 | 834 | MOTION for Extension of Time to File Response/Reply re: 827 MOTION to Suppress *as to Michael Lacey, James Larkin, Scott Spear, Joye Vaught, Andrew Padilla* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew |

| | | |
|---|---|---|
| | | Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Perlmeter, Margaret) (Entered: 01/03/2020) |
| 01/06/2020 | 835 | JOINDER by John Brunst as to John Brunst.. (Panchapakesan, Gopi) (Entered: 01/06/2020) |
| 01/07/2020 | 839 | ORDER denying 643 Motion to Compel as to defendants. Signed by Judge Susan M Brnovich on 1/7/2020.(TCA) (Entered: 01/07/2020) |
| 01/08/2020 | 840 | ORDER: Defendants Motion to Dismiss Indictment Based on Section 23 of the Communications Decency Act or, Alternatively, as Void for Vagueness (Doc. 783)DENIED. Signed by Judge Susan M Brnovich on 1/7/2020.(TCA) (Entered: 01/08/2020) |
| 01/09/2020 | 841 | ORDER granting the United States motion and extending the response deadline for Defendants Motion to Suppress (Doc. 827) to January 21, 2020. Signed by Judge Susan M Brnovich on 1/9/2020.(TCA) (Entered: 01/09/2020) |
| 01/09/2020 | 842 | ORDER denying as moot 785 Motion to Strike Surplusage as to Joye Vaught (7). Signed by Judge Susan M Brnovich on 1/9/2020.(TCA) (Entered: 01/09/2020) |
| 01/09/2020 | 843 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on December 2, 2019, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 01/09/2020) |
| 01/09/2020 | 844 | ORDER as to all defendants - IT IS ORDERED DENYING Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts (Doc. 782 ). IT IS FURTHER ORDERED GRANTING Defendants' Motion to File Under Seal, as it relates to sealing the Joint Motion to Dismiss Indictment for Grand Jury Abuse or, in the Alternative for Disclosure of Grand Jury Transcripts. Signed by Judge Susan M Brnovich on 1/9/20.(SLQ) (Entered: 01/09/2020) |
| 01/10/2020 | 845 | ORDER: The Court has read and considered James Larkin's Weekly Update (Doc. 836 ). Given the schedule of doctor visits outlined in the update, IT IS ORDERED modifying the Court's previous order requiring weekly updates. Mr. Larkin does not have to provide weekly updates but shall provide an update after each doctor appointment. ORDERED by Judge Susan M. Brnovich This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) Modified to add document linkage on 1/13/2020 (RMV). (Entered: 01/10/2020) |
| 01/16/2020 | 850 | MINUTE ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act*. Motion Hearing is set for 2/3/2020 at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 01/16/2020) |
| 01/21/2020 | 851 | RESPONSE in Opposition by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 827 MOTION to Suppress *as to Michael Lacey, James Larkin, Scott Spear, Joye Vaught, Andrew Padilla* . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Perlmeter, Margaret) (Entered: 01/21/2020) |
| 01/22/2020 | 852 | MINUTE ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act*. Motion Hearing reset upon agreement of the parties for 1/29/2020 at 11:00 AM in Courtroom 506, 401 West Washington |

| | | |
|---|---|---|
| | | Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 01/22/2020) |
| 01/27/2020 | 857 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 746 MOTION to Dismiss Indictment *Based on Failure to Allege Necessary Elements of The Travel Act* filed by John Brunst. Signed by Judge Susan M Brnovich on 1/27/2020.(TCA) (Entered: 01/27/2020) |
| 01/28/2020 | 860 | *NOTICE of Waiver of Personal Appearance by James Larkin. (Bernstein, Whitney) *Modified to correct event; attorney noticed on 1/28/2020 (SLQ). (Entered: 01/28/2020) |
| 01/28/2020 | 861 | REPLY TO RESPONSE to Motion by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 827 MOTION to Suppress *as to Michael Lacey, James Larkin, Scott Spear, Joye Vaught, Andrew Padilla* . (Attachments: # 1 Exhibit A)(Cambria, Paul) (Entered: 01/28/2020) |
| 01/28/2020 | 862 | MOTION to Continue Trial by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bienert, Thomas) (Entered: 01/28/2020) |
| 01/29/2020 | 863 | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 1/29/2020. ORDERED taking under advisement 746 Motion to Dismiss. Court will issue an order. **Appearances**: AUSA Peter Kozinets, Kevin Rapp,Margaret Perlmeter, Andrew Stone for the Government, CJA Attorney David Eisenberg for defendant Andrew Padilla not present/released/waived; CJA Attorney David Eisenberg for Joy Bertrand for defendant Joye Vaught not present/released/waived; Retained attorneys Paul Cambria for defendant Michael Lacey present/released, Thomas Bienert Jr. for defendant James Larkin not present/released/waived; Bruce Feder for defendant Scott Spear present/released, Ariel Neuman for defendant John Brunst present/released. (Court Reporter Christine Coaly.) Hearing held 11:01 AM to 12:06 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TCA) (Entered: 01/29/2020) |
| 01/31/2020 | 864 | TRANSCRIPT REQUEST by James Larkin for proceedings held on January 29, 2020, Judge Susan M Brnovich hearing judge(s). (Bienert, Thomas) (Entered: 01/31/2020) |
| 02/05/2020 | 869 | ORDER granting 868 Motion to Extend Time for All Parties to File Motions in Limine from the Current Deadline of February 7, 2020 until February 28, 2020 as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). Signed by Judge Susan M Brnovich on 2/5/20. (MAP) (Entered: 02/05/2020) |
| 02/06/2020 | 870 | ORDER denying 781 Motion for Bill of Particulars as to Scott Spear (3). Signed by Judge Susan M Brnovich on 2/6/2020.(TCA) (Entered: 02/06/2020) |
| 02/07/2020 | 876 | Proposed Voir Dire (Submission of Jury Questionnaire) by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Rapp, Kevin) Modified text on 2/7/2020 (SLQ). (Entered: 02/07/2020) |
| 02/07/2020 | 877 | Proposed Voir Dire (Proposed Jury Questionnaire) by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Panchapakesan, Gopi) Modified text on 2/10/2020 (SLQ). (Entered: 02/07/2020) |

| 02/07/2020 | 894 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *ORAL ARGUMENT - MOTION TO DISMISS* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 01/29/2020, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/28/2020. Redacted Transcript Deadline set for 3/9/2020. Release of Transcript Restriction set for 5/7/2020. (RAP) (Entered: 02/21/2020) |
| 02/10/2020 | 878 | ORDER denying 784 Motion to Sever Defendant as to Joye Vaught (7). Signed by Judge Susan M Brnovich on 2/10/2020.(TCA) (Entered: 02/10/2020) |
| 02/11/2020 | 879 | ORDER as to Michael Lacey, et al; directing the Government to disclose, for in camera review, any and all grand jury instructions relating to "the Travel Act," 18 U.S.C. § 1952 by no later than February 18, 2020. Disclosure shall include initial instructions on the Travel Act charges set forth in the Superseding Indictment and any later clarification, if such clarification was given. Signed by Judge Susan M. Brnovich on 02/11/2020.(ESG) (Entered: 02/11/2020) |
| 02/11/2020 | 880 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 862 MOTION to Continue Trial . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rapp, Kevin) (Entered: 02/11/2020) |
| 02/12/2020 | 881 | RESPONSE re: 879 Order *Re Grand Jury Disclosure* by John Brunst. (Neuman, Ariel) (Entered: 02/12/2020) |
| 02/13/2020 | 882 | REPLY TO RESPONSE to Motion by James Larkin re: 862 MOTION to Continue Trial *on behalf of all Defendants*. (Bienert, Thomas) (Entered: 02/13/2020) |
| 02/14/2020 | 885 | JOINDER to 881 Response by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bienert, Thomas) (Entered: 02/14/2020) |
| 02/14/2020 | 886 | JOINDER to 881 Response by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Cambria, Paul) (Entered: 02/14/2020) |
| 02/14/2020 | 887 | REPLY re: 881 Response by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Rapp, Kevin) (Entered: 02/14/2020) |
| 02/14/2020 | 888 | TRANSCRIPT REQUEST *Motion Hearing* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 01/29/2020, Judge Susan M Brnovich hearing judge(s). (Rapp, Kevin) (Entered: 02/14/2020) |
| 02/14/2020 | 889 | NOTICE *Intent to Offer Business Records Pursuant to Federal Rule of Evidence 902(11)* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Stone, Andrew) (Entered: 02/14/2020) |
| 02/14/2020 | 890 | JOINDER to 881 Response by Scott Spear as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Feder, Bruce) (Entered: 02/14/2020) |
| 02/18/2020 | 891 | RESPONSE re: 887 Reply *to Brunsts Response to Court Order re Grand Jury* |

| | | *Disclosure* by John Brunst. (Neuman, Ariel) (Entered: 02/18/2020) |
|---|---|---|
| 02/18/2020 | 892 | NOTICE *of Compliance* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 879 Order. (Stone, Andrew) (Entered: 02/18/2020) |
| 02/21/2020 | 893 | ORDER granting the 862 Motion to Continue Trial filed as to James Larkin (2). Jury Trial reset for 8/17/2020 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Final Pretrial Conference reset for 6/19/2020 at 10:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. IT IS FURTHER ORDERED moving the Motion in Limine deadline from 2/28/2020 to 4/17/2020. Order to Continue Trial applies to the following defendants: Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. Signed by Judge Susan M. Brnovich on 2/21/2020. (ESG) (Entered: 02/21/2020) |
| 02/21/2020 | 895 | TRANSCRIPT REQUEST by John Brunst for proceedings held on 01/29/2020, Judge Susan M Brnovich hearing judge(s). (Neuman, Ariel) (Entered: 02/21/2020) |
| 02/28/2020 | 899 | STIPULATION to Continue Certain Pre-Trial Deadlines by John Brunst. (Attachments: # 1 Text of Proposed Order)(Panchapakesan, Gopi) (Entered: 02/28/2020) |
| 03/02/2020 | 900 | ORDER pursuant to the 899 Stipulation to Continue Certain Pre-Trial Deadlines as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught, IT IS ORDERED that the Scheduling Order (Doc. 664 and 893 ) is modified. (see attached pdf for complete details). Final Pretrial Conference set 6/19/2020 is RESET for 7/31/2020 at 03:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. IT IS FURTHER ORDERED affirming the 6/19/2020 at 10:00 a.m. hearing to be used to discuss a jury questionnaire. Signed by Judge Susan M. Brnovich on 03/02/2020.(ESG) (Entered: 03/02/2020) |
| 04/06/2020 | 901 | NOTICE OF ATTORNEY APPEARANCE: Ryan Ellersick appearing for USA . (Ellersick, Ryan) (Entered: 04/06/2020) |
| 04/17/2020 | 904 | Joint MOTION in Limine *to Preclude References* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Cambria, Paul) (Entered: 04/17/2020) |
| 04/17/2020 | 905 | MOTION United States' Motion to Preclude Defendants' Noticed Experts by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Rapp, Kevin) (Entered: 04/17/2020) |
| 04/17/2020 | 906 | MOTION in Limine *Re: Davis Wright Tremaine* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Stone, Andrew) (Entered: 04/17/2020) |
| 04/17/2020 | 907 | Joint MOTION in Limine *to Preclude Presentation of Certain Evidence Related to other Classified Websites, Morality of Adult Classified Ads, and Third-Party Opinions on Legal Issues* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Cambria, Paul) (Entered: 04/17/2020) |
| 04/17/2020 | 908 | Joint MOTION in Limine *to Preclude Presentation of Certain Evidence* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cambria, Paul) (Entered: 04/17/2020) |
| 04/17/2020 | 909 | MOTION in Limine *to Preclude Certain Expert Testimony of Quoc Thai* by Michael |

| | | |
|---|---|---|
| | | Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Neuman, Ariel) (Entered: 04/17/2020) |
| 04/17/2020 | 915 | MOTION for Leave to File *Excess Pages in Support of Motion In Limine to Determine Admissibility of Evidence* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Jones, Reginald) (Entered: 04/17/2020) |
| 04/17/2020 | 916 | *(filed at doc. 931 ) - LODGED Proposed United States' Motion In Limine to Determine Admissibility of Evidence by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 915 MOTION for Leave to File *Excess Pages in Support of Motion In Limine to Determine Admissibility of Evidence*. Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Jones, Reginald) Modified on 4/21/2020 (GMP). (Entered: 04/17/2020) |
| 04/17/2020 | 919 | MOTION for Leave to File *Non-Electronic Exhibit to United States' Motion In Limine to Determine Admissibility of Evidence* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Jones, Reginald) (Entered: 04/17/2020) |
| 04/17/2020 | 920 | MOTION in Limine *Motion to Admit Evidence of Murders Implicating Backpage* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit EE, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K, # 11 Exhibit L, # 12 Exhibit M, # 13 Exhibit O, # 14 Exhibit Q, # 15 Exhibit V, # 16 Exhibit W)(Rapp, Kevin) (Entered: 04/17/2020) |
| 04/17/2020 | 921 | Joint MOTION in Limine *to Preclude Irrelevant and Non-Percipient Witnesses filed on behalf of all Defendants* by James Larkin. (Bernstein, Whitney) (Entered: 04/17/2020) |
| 04/17/2020 | 922 | MOTION for Leave to File *Non-Electronic Exhibit to United States' Motion to Admit Evidence of Murders Implicating Backpage* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 04/17/2020) |
| 04/17/2020 | 927 | Joint MOTION in Limine *to Preclude Evidence regarding Backpage.coms Alleged Reputation on behalf of all Defendants* by James Larkin. (Bernstein, Whitney) (Entered: 04/17/2020) |
| 04/17/2020 | 928 | Joint MOTION in Limine *to Preclude Expert Testimony* by Scott Spear. (Feder, Bruce) (Entered: 04/17/2020) |
| 04/17/2020 | 929 | MOTION in Limine *to Admit Evidence as Non-Hearsay Statements* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rapp, Kevin) (Entered: 04/17/2020) |
| 04/21/2020 | 930 | ORDER: Granting 915 Motion for Leave to File Excess Pages. Signed by Judge Susan M Brnovich on 4/20/20.(GMP) (Entered: 04/21/2020) |
| 04/21/2020 | 931 | MOTION in Limine to Determine Admissibility of Evidence by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(GMP) (Entered: 04/21/2020) |
| 04/29/2020 | 936 | MOTION to Extend Time to Respond to Government's Motion in Limine to Determine |

| | | |
|---|---|---|
| | | Admissibility of Evidence [Dkt. 931] *(Expedited Review Requested)* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Attachments: # 1 Text of Proposed Order)(Panchapakesan, Gopi) (Entered: 04/29/2020) |
| 05/01/2020 | 937 | ORDER that Defendants' 936 Motion to Extend Time to Respond filed by John Brunst (4) is granted. The Court orders the parties to meet and confer regarding the evidence the government seeks to admit through its motion in limine (Dkt. 931 ) by May 22, 2020. IT IS FURTHER ORDERED granting Defendants an extension of time to file a response and the response will be due June 8, 2020. See attached order for complete details. Signed by Judge Susan M Brnovich on 5/01/2020.(ESG) (Entered: 05/01/2020) |
| 05/01/2020 | 940 | MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege* by James Larkin. (Attachments: # 1 Affidavit Declaration of Ariel Neuman, # 2 Exhibit 1-16)(Bienert, Thomas) (Entered: 05/01/2020) |
| 05/04/2020 | 943 | Fourth MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 05/04/2020) |
| 05/04/2020 | 946 | ORDER denying Defendant John Brunst's (4) 746 Motion to Dismiss Indictment on Failure to Allege the Necessary Elements of the Travel Act. Signed by Judge Susan M. Brnovich on 5/04/2020.(ESG) (Entered: 05/04/2020) |
| 05/05/2020 | 947 | ORDER granting 943 Motion to Continue Sentencing as to Dan Hyer (5). IT IS FURTHER ORDERED continuing the Sentencing from 7/27/2020 to 1/25/2021 at 03:30 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. Signed by Judge Susan M. Brnovich on 5/05/2020.(ESG) (Entered: 05/05/2020) |
| 05/06/2020 | 951 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst: The Court is in receipt of a sixth Motion to Dismiss (Doc. 940 ). IT IS ORDERED that a hard copy of the motion be delivered to the Court along with a copy of all cases cited in the motion and that this order apply to any response and reply filed to the motion. ORDERED by Judge Susan M. Brnovich on 5/06/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 05/06/2020) |
| 05/08/2020 | 952 | RESPONSE re: 909 MOTION in Limine *to Preclude Certain Expert Testimony of Quoc Thai* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Stone, Andrew) (Entered: 05/08/2020) |
| 05/08/2020 | 953 | RESPONSE in Opposition by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey re: 920 MOTION in Limine *Motion to Admit Evidence of Murders Implicating Backpage* . (Attachments: # 1 Exhibit A) (Cambria, Paul) (Entered: 05/08/2020) |
| 05/08/2020 | 954 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 907 Joint MOTION in Limine *to Preclude Presentation of Certain Evidence Related to other Classified Websites, Morality of Adult Classified Ads, and Third-Party Opinions on Legal Issues* . (Stone, Andrew) (Entered: 05/08/2020) |
| 05/08/2020 | 955 | RESPONSE re: 927 Joint MOTION in Limine *to Preclude Evidence regarding Backpage.coms Alleged Reputation on behalf of all Defendants* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Jones, Reginald) (Entered: 05/08/2020) |
| 05/08/2020 | 956 | RESPONSE in Opposition by Michael Lacey, James Larkin, Scott Spear, John Brunst, |

| | | Andrew Padilla, Joye Vaught as to John Brunst re: 905 MOTION United States' Motion to Preclude Defendants' Noticed Experts . (Neuman, Ariel) (Entered: 05/08/2020) |
|---|---|---|
| 05/08/2020 | 957 | First MOTION for Extension of Time to File Response/Reply re: 940 MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 05/08/2020) |
| 05/08/2020 | 958 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 928 Joint MOTION in Limine *to Preclude Expert Testimony* . (Rapp, Kevin) (Entered: 05/08/2020) |
| 05/08/2020 | 959 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 921 Joint MOTION in Limine *to Preclude Irrelevant and Non-Percipient Witnesses filed on behalf of all Defendants* . (Rapp, Kevin) (Entered: 05/08/2020) |
| 05/08/2020 | 960 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 921 Joint MOTION in Limine *to Preclude Irrelevant and Non-Percipient Witnesses filed on behalf of all Defendants AMENDED*. (Attachments: # 1 Exhibit A)(Rapp, Kevin) (Entered: 05/08/2020) |
| 05/08/2020 | 961 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 908 Joint MOTION in Limine *to Preclude Presentation of Certain Evidence* . (Perlmeter, Margaret) (Entered: 05/08/2020) |
| 05/08/2020 | 962 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 904 Joint MOTION in Limine *to Preclude References* . (Perlmeter, Margaret) (Entered: 05/08/2020) |
| 05/08/2020 | 963 | RESPONSE in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 906 MOTION in Limine *Re: Davis Wright Tremaine* . (Bernstein, Whitney) (Entered: 05/08/2020) |
| 05/08/2020 | 964 | RESPONSE in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 929 MOTION in Limine *to Admit Evidence as Non-Hearsay Statements* . (Bernstein, Whitney) (Entered: 05/08/2020) |
| 05/11/2020 | 965 | ORDER granting the United States' 957 Motion to Extend Deadline and extending the deadline for it to respond to Defendants' Motion to Dismiss (Doc. 940 ) to June 5, 2020. Signed by Judge Susan M. Brnovich on 5/11/2020.(ESG) (Entered: 05/11/2020) |
| 05/11/2020 | 966 | MINUTE ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4): setting oral argument as to Defendants' 940 MOTION to Dismiss for 6/19/2020 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 05/11/2020) |
| 05/12/2020 | 967 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), and Joye Vaught (7): DENYING Defendants' Motion to Suppress (Docs. 778 , 827 . IT IS FURTHER ORDERED GRANTING IN PART Defendant Michael Lacey's 775 Motion to Suppress, and Defendant James Larkin's 786 Motion to Suppress. The motions are granted only as they relate to the three insufficiently particular categories identified. All evidence obtained from these unconstitutionally specific categories is suppressed. These motions are otherwise DENIED. Signed by Judge Susan M. Brnovich on 5/11/2020.(ESG) (Entered: 05/12/2020) |

| 05/12/2020 | 968 | *NOTICE of Attorney Withdrawal as to James Larkin terminating Kenneth Morley Miller; Anthony Ray Bisconti and John Lewis Littrell. (Bernstein, Whitney) *Modified to correct event on 5/13/2020 (GMP). (Entered: 05/12/2020) |
|---|---|---|
| 05/12/2020 | 969 | NOTICE OF ERRATA re: 940 MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Attachments: # 1 Affidavit Declaration of Ariel Neuman, # 2 Exhibit 6)(Bienert, Thomas) (Entered: 05/12/2020) |
| 05/12/2020 | 970 | *MOTION for Extension of Time to File Response/Reply re: 940 MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege* , MOTION for Leave to Appear Via Remote Video Teleconference by James Larkin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bernstein, Whitney) *Modified to correct event and add motion part on 5/13/2020 (GMP). (Entered: 05/12/2020) |
| 05/13/2020 | 971 | *NOTICE TO FILER OF DEFICIENCY re: 968 Notice (Other) filed by James Larkin. Document not in compliance with LRCiv 83.3(b). Attorneys shall not be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court. ***FOLLOW-UP ACTION REQUIRED:*** Please file a Motion to Withdraw as Attorney. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (GMP) *Modified to reflect event corrected on 5/13/2020 (GMP). (Entered: 05/13/2020) |
| 05/14/2020 | 972 | JOINDER to 963 Response in Opposition by Scott Spear. (Feder, Bruce) (Entered: 05/14/2020) |
| 05/14/2020 | 973 | ORDER that Defendants' 970 Motion for Extension of Time is granted in part. Defendants' Reply in Support of Misconduct Motion (Doc. 940 ) is due 6/15/2020, and the request to have the hearing by remote video teleconference is taken under advisement. See attached Order for complete details. Signed by Judge Susan M. Brnovich on 5/14/2020.(ESG) (Entered: 05/14/2020) |
| 05/14/2020 | 974 | JOINDER to 963 Response in Opposition by Michael Lacey, James Larkin, John Brunst as to John Brunst.. (Neuman, Ariel) (Entered: 05/14/2020) |
| 05/17/2020 | 975 | *JOINDER to 964 Response in Opposition by Andrew Padilla. (Eisenberg, David) *Modified to correct event on 5/18/2020 (GMP). (Entered: 05/17/2020) |
| 05/19/2020 | 976 | *JOINDER to 964 Response in Opposition by Joye Vaught. (Bertrand, Joy) *Modified to correct event on 5/20/2020 (GMP). (Entered: 05/19/2020) |
| 05/21/2020 | 977 | NOTICE *of Compliance with Court's Order* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 937 Order on Motion to Extend Time. (Attachments: # 1 Exhibit A)(Jones, Reginald) (Entered: 05/21/2020) |
| 05/26/2020 | 978 | ORDER as to James Larkin (2), et al: The Court has considered the parties request to appear by video conference for oral argument, scheduled for June 19, 2020. After consultation with Court staff, video conferencing is not feasible. Therefore, IT IS ORDERED denying the Motion for Leave to Appear Via Remote Video Teleconference (Doc. 970 ). However, the parties may appear telephonically. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing. ORDERED by Judge Susan M. Brnovich on 5/26/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 05/26/2020) |

| 05/29/2020 | 990 | MOTION to Continue Trial by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order) (Cambria, Paul) (Entered: 05/29/2020) |
|---|---|---|
| 06/02/2020 | 996 | ORDER granting 991 Motion to Seal Exhibits A, B, C and D to the Motion to Continue Trial as to Michael Lacey (1). Signed by Judge Susan M Brnovich on 6/1/20. (MAP) (Entered: 06/02/2020) |
| 06/05/2020 | 998 | RESPONSE re: 940 MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege (REDACTED FOR PUBLIC DISCLOSURE)* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stone, Andrew) (Entered: 06/05/2020) |
| 06/08/2020 | 1001 | MOTION for Leave to File *Excess Pages In Support of Its Response In Opposition to Government's Motion in Limine to Admit Evidence (DKT. 931)* by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bernstein, Whitney) (Entered: 06/08/2020) |
| 06/08/2020 | 1002 | **WITHDRAWN per Order (Doc. 1133 ** LODGED Proposed Defendants' Opposition to Government's Motion in Limine to Admit Evidence (DKT. 931) by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 1001 MOTION for Leave to File *Excess Pages In Support of Its Response In Opposition to Government's Motion in Limine to Admit Evidence (DKT. 931)*. Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. (Attachments: # 1 Affidavit Declaration of Toni Thomas, # 2 Exhibit A)(Bernstein, Whitney) Modified on 3/19/2021 (DXD). (Entered: 06/08/2020) |
| 06/10/2020 | 1016 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: On the Courts own motion, the Status Hearing set for June 19, 2020 at 10:00 AM is VACATED. IT IS FURTHER ORDERED directing the parties to submit and file a Joint Proposed Jury Questionnaire by June 26, 2020. ORDERED by Judge Susan M. Brnovich on 6/10/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 06/10/2020) |
| 06/10/2020 | 1017 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst: On the Court's own motion, the Oral Argument re: Motion to Dismiss set for June 19, 2020 at 9:00 AM is VACATED. The motion will be ruled on without oral argument. ORDERED by Judge Susan M. Brnovich on 6/10/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 06/10/2020) |
| 06/12/2020 | 1018 | RESPONSE in Opposition by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 990 MOTION to Continue Trial . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rapp, Kevin) (Entered: 06/12/2020) |
| 06/12/2020 | 1019 | AMENDED MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by Scott Spear. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Text of Proposed Order Proposed Order)(Feder, Bruce) (Entered: 06/12/2020) |
| 06/15/2020 | 1020 | REPLY TO RESPONSE to Motion by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 940 MOTION to Dismiss Indictment *Defendants' Lacey, Larkin, Brunst, and Spear's Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege* . (Attachments: # 1 Exhibit A)(Bernstein, Whitney) (Entered: 06/15/2020) |
| 06/19/2020 | 1025 | REPLY TO RESPONSE to Motion by Michael Lacey, James Larkin, Scott Spear, John |

| | | |
|---|---|---|
| | | Brunst, Andrew Padilla, Joye Vaught as to Michael Lacey re: 990 MOTION to Continue Trial . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cambria, Paul) (Entered: 06/19/2020) |
| 06/24/2020 | 1026 | SUPPLEMENT by Michael Lacey 990 MOTION to Continue Trial filed by Michael Lacey. (Cambria, Paul) (Entered: 06/24/2020) |
| 06/26/2020 | 1027 | RESPONSE re: 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by USA as to Scott Spear. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rapp, Kevin) (Entered: 06/26/2020) |
| 06/26/2020 | 1028 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4) Andrew Padilla (6), and Joye Vaught (7) denying Defendants' 777 Motion to Compel Production of Brady Material. Signed by Judge Susan M. Brnovich on 6/26/2020.(ESG) (Entered: 06/26/2020) |
| 06/26/2020 | 1029 | NOTICE *OF FILING JOINT PROPOSED JURY QUESTIONNAIRE* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit)(Perlmeter, Margaret) (Entered: 06/26/2020) |
| 06/29/2020 | 1030 | JOINDER to 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by John Brunst as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Panchapakesan, Gopi) (Entered: 06/29/2020) |
| 06/29/2020 | 1031 | ORDER granting Defendants' 990 Motion to Continue Trial. Resetting Jury Trial for 1/12/2021 at 09:00 AM. Resetting the Final Pretrial Conference for 12/14/2020 at 09:00 AM. Setting a telephonic status conference on 10/26/2020 at 11:00 a.m. (phone-in instructions will be given later). Order to Continue Trial applies to the following defendants: Michael Lacey(1), James Larkin(2), Scott Spear(3), John Brunst (4), Andrew Padilla(6), Joye Vaught(7). See attached Order for complete details. Signed by Judge Susan M. Brnovich on 6/29/2020. (ESG) (Entered: 06/29/2020) |
| 07/06/2020 | 1032 | JOINDER to 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Bernstein, Whitney) (Entered: 07/06/2020) |
| 07/06/2020 | 1033 | JOINDER to 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by Michael Lacey as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught.. (Cambria, Paul) (Entered: 07/06/2020) |
| 07/06/2020 | 1034 | MOTION for Extension of Time to File Response/Reply re: 1027 Response *to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas (EXPEDITED)* by Scott Spear. (Attachments: # 1 Text of Proposed Order Proposed Order)(Feder, Bruce) (Entered: 07/06/2020) |
| 07/06/2020 | 1035 | ORDER granting Defendant's 1034 Motion for Extension of Time to File Response/Reply as to Scott Spear (3). IT IS FURTHER ORDERED extending the deadline for Defendant Spears to file reply to the government's response to Defendant's Amended Motion for Issuance of Rule 17(c) Subpoenas to July 13, 2020. Signed by Judge Susan M. Brnovich on 7/06/2020.(ESG) (Entered: 07/06/2020) |
| 07/07/2020 | 1036 | STIPULATION for Restraint of Property by USA as to Michael Lacey, James Larkin. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/07/2020) |
| 07/08/2020 | 1037 | ORDER granting the parties' 1036 Stipulation for restraint of property as to Michael Lacey, James Larkin. Signed by Judge Susan M. Brnovich on 07/08/2020.(ESG) |

| | | (Entered: 07/08/2020) |
|---|---|---|
| 07/09/2020 | 1038 | Fifth MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/09/2020) |
| 07/13/2020 | 1039 | ORDER granting Defendant's Fifth 1038 Motion to Continue Sentencing as to Dan Hyer (5). Sentencing RESET for 4/5/2021 at 03:30 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. Signed by Judge Susan M. Brnovich on 7/13/2020.(ESG) (Entered: 07/13/2020) |
| 07/13/2020 | 1040 | REPLY TO RESPONSE to Motion by Scott Spear re: 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas . (Feder, Bruce) (Entered: 07/13/2020) |
| 07/14/2020 | 1041 | *JOINDER to 1019 MOTION Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas by Andrew Padilla. (Eisenberg, David) *Modified to add document linkage on 7/15/2020 (GMP). (Entered: 07/14/2020) |
| 07/14/2020 | 1042 | MOTION to Confirm Trial Subpoenas by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 07/14/2020) |
| 07/24/2020 | 1043 | MOTION to Modify Conditions of Release by Scott Spear. (Attachments: # 1 Text of Proposed Order)(Feder, Bruce) (Entered: 07/24/2020) |
| 07/29/2020 | 1044 | ORDER granting the Government's 1042 Motion to Confirm Trial Subpoenas. IT IS FURTHER ORDERED that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of 1/12/2021 as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). Signed by Judge Susan M. Brnovich on 7/28/2020.(ESG) (Entered: 07/29/2020) |
| 07/29/2020 | 1045 | ORDER granting Defendant's 1043 Motion to Modify Conditions of Release as to Scott Spear (3). Signed by Judge Susan M. Brnovich on 7/28/2020.(ESG) (Entered: 07/29/2020) |
| 08/07/2020 | 1046 | MOTION Government's Motion for Limited Tax Disclosure and Protective Order by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Stone, Andrew) (Entered: 08/07/2020) |
| 08/12/2020 | 1047 | ORDER that the United States' 1046 Motion for Limited Disclosure of Tax Information and Protective Order is GRANTED as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). See attached order for complete details. Signed by Judge Susan M. Brnovich on 8/12/2020.(ESG) (Entered: 08/12/2020) |
| 08/27/2020 | 1053 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught setting a Telephonic Conference re: Jencks Material for 9/9/2020 at 10:30 AM before Judge Susan M. Brnovich. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing. ORDERED by Judge Susan M. Brnovich on 8/27/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 08/27/2020) |
| 09/08/2020 | 1054 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The Court has received inquiries from the public who wish to listen to the September 9, 2020 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the |

| | | |
|---|---|---|
| | | public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the September 9, 2020 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** ORDERED by Judge Susan M. Brnovich on 9/08/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 09/08/2020) |
| 09/09/2020 | 1055 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Telephonic Conference re: Discovery Dispute as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), and Joye Vaught (7) held on 9/9/2020. Discussion held regarding Jencks Material. The matter is taken under advisement. Order to follow.<br><br>**Telephonic Appearances**: AUSA Kevin Rapp, Andrew Stone, Margaret Perlmeter and Peter Kozinets for the Government, retained attorneys Erin McCampbell and James Grant for defendant Michael Lacey. Defendant is not present and (presence waived). Retained attorney Whitney Bernstein for defendant James Larkin. Defendant is present and released appearing by telephone. Retained attorney Bruce Feder for defendant Scott Spear. Defendant is present and released appearing by phone. Retained attorneys Ariel Neuman, Rhonda Neff, Michael Kimmerer, and Gopi Panchapakesan for defendant John Brunst. Defendant is present and released appearing by phone. CJA attorney David Eisenberg for defendant Andrew Padilla. Defendant is not present and released (presence waived). CJA attorney Joy Bertrand for defendant Joye Vaught. Defendant is not present and released (presence waived). (Court Reporter Christine Coaly) Hearing held 10:33 AM to 11:03 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 09/09/2020) |
| 09/09/2020 | 1056 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The parties' discovery dispute was taken under advisement after oral argument this morning. The Court has considered the arguments of the parties and finds good cause to modify the protective order. IT IS ORDERED MODIFYING Doc. 731 to the following. See attached order for complete details. Signed by Judge Susan M. Brnovich on 9/09/2020.(ESG) (Entered: 09/09/2020) |
| 09/11/2020 | 1057 | NOTICE *(SUPPLEMENTAL) OF INTENT TO OFFER BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Stone, Andrew) (Entered: 09/11/2020) |
| 09/21/2020 | 1058 | MOTION to Continue Trial by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bernstein, Whitney) (Entered: 09/21/2020) |
| 09/23/2020 | 1059 | MOTION for Recusal *on behalf of all Defendants* by James Larkin. (Attachments: # 1 Appendix Exhibit Appendix, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10) (Bienert, Thomas) (Entered: 09/23/2020) |
| 09/23/2020 | 1060 | Additional Attachments to Main Document re: 1059 MOTION for Recusal *on behalf of all Defendants* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20)(Bienert, Thomas) (Entered: 09/23/2020) |
| 09/23/2020 | 1061 | Additional Attachments to Main Document re: 1059 MOTION for Recusal *on behalf of* |

| | | |
|---|---|---|
| | | *all Defendants* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrea Padilla, Joye Vaught. (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23)(Bienert, Thomas) (Entered: 09/23/2020) |
| 10/05/2020 | 1062 | RESPONSE re: 1058 MOTION to Continue Trial by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Perlmeter, Margaret) (Entered: 10/05/2020) |
| 10/05/2020 | 1063 | ORDER granting the United States' 919 Motion for Leave. IT IS FURTHER ORDERED granting the United States permission to file a compact disc containing trial exhibits as to Michael Lacey (1), James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught. Signed by Judge Susan M. Brnovich on 10/05/2020.(ESG) (Entered: 10/05/2020) |
| 10/05/2020 | 1064 | ORDER granting the United States' 922 Motion for Leave to File Non-Electronic Exhibit to United States' Motion In Limine to Determine Admissibility of Evidence as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), and Joye Vaught (7). Signed by Judge Susan M. Brnovich on 10/05/2020. (ESG) (Entered: 10/05/2020) |
| 10/07/2020 | 1067 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 1059 MOTION for Recusal *on behalf of all Defendants* . (Kozinets, Peter) (Entered: 10/07/2020) |
| 10/08/2020 | 1068 | ORDER granting the 1058 Motion to Continue Trial filed as to James Larkin (2). Jury Trial set for 1/12/2021 is RESET to 4/12/2021 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. IT IS FURTHER ORDERED vacating the status conference on 10/26/2020 and final pretrial conference on 12/14/2020 and resetting the final pretrial conference to 3/22/2021 at 10:00 a.m. IT IS FURTHER ORDERED setting a status conference to discuss the proposed questionnaire on 2/22/2021 at 11:00 a.m. Order to Continue Trial applies to the following defendants: Michael Lacey (1), James Larkin(2), Scott Spear(3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). Signed by Judge Susan M. Brnovich on 10/07/2020.(ESG) (Entered: 10/08/2020) |
| 10/13/2020 | 1069 | MOTION to Confirm Trial Subpoenas by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 10/13/2020) |
| 10/14/2020 | 1070 | ORDER granting the Government's 1069 Motion to Confirm Trial Subpoenas as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). IT IS FURTHER ORDERED that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of 4/12/2021. Signed by Judge Susan M. Brnovich on 10/14/2020. (ESG) (Entered: 10/14/2020) |
| 10/14/2020 | 1071 | REPLY TO RESPONSE to Motion by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 1059 MOTION for Recusal *on behalf of all Defendants* . (Attachments: # 1 Exhibit A- Declaration of Vaughn Walker, # 2 Exhibit B- Declaration of Defendants' Attorneys)(Bienert, Thomas) (Entered: 10/14/2020) |
| 10/16/2020 | 1072 | MOTION to Strike *REPLY DECLARATIONS OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE SUR-REPLY* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. (Kozinets, Peter) (Entered: 10/16/2020) |
| 10/23/2020 | 1075 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6) and Joye Vaught (7); denying Defendants' Motion for Recusal. (Doc. |

| | | |
|---|---|---|
| | | 1059 .) IT IS FURTHER ORDERED striking Exhibit A of Defendants' Reply (Doc. 1071 .) and denying as moot the Government's Motion to Strike Reply Declarations (Doc. 1072 .) Order Signed by Judge Susan M. Brnovich on 10/23/2020.(ESG) (Entered: 10/23/2020) |
| 10/26/2020 | 1078 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7), granting the Government's 906 Motion in Limine as it seeks to enforce the parties' representations and Judge Logan's previous ruling Signed by Judge Susan M. Brnovich on 10/26/2020.(ESG) (Entered: 10/26/2020) |
| 10/26/2020 | 1079 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6) and Joye Vaught (7), denying Defendants' 921 Motion in Limine to Preclude Irrelevant and Non-Percipient Witnesses without prejudice to raising specific objections at trial. Signed by Judge Susan M. Brnovich on 10/26/2020. (ESG) (Entered: 10/26/2020) |
| 10/26/2020 | 1080 | ORDER granting in part and denying in part Defendants' 904 Motion in Limine To Preclude Certain References to Witnesses, Defendants, and Defense Counsel. The motion is granted as to the requests to preclude the Government from referring to Defendants as the "Backpage Defendants" and Defendants' counsel as "Backpage Lawyers." The motion is denied as to the request to preclude the term "victim" in front of the jury. Signed by Judge Susan M. Brnovich on 10/26/2020. (ESG) (Entered: 10/26/2020) |
| 10/27/2020 | 1081 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6); and Scott Spear (3) granting in part Defendants Motion In Limine To Preclude Expert Testimony. (Doc. 928 .) The Government will be limited to one expert for any one area of relevance. Areas of expert testimony not listed above as relevant are precluded. IT IS ORDERED granting in part United States motion (Doc. 905 .) to preclude any expert not yet named (as identified in sections 7, 8, 9, and 10) and the testimony of Mr. Butler and to limit the testimony of Professor Goldman, Alexandra Levy, Alexandra Lutnick, Dr. Kimberly Mehlman-Orozco, and Mr. Weil as described above and denying the motion as to William Norman. Signed by Judge Susan M. Brnovich on 10/26/2020.(ESG) (Entered: 10/27/2020) |
| 10/29/2020 | 1082 | NOTICE OF ATTORNEY SUBSTITUTION: Daniel Boyle appearing for USA. Attorney John Jacob Kucera terminated . (Boyle, Daniel) (Entered: 10/29/2020) |
| 11/04/2020 | 1083 | MOTION for Issuance of Subpoenas *(Expedited Review Requested)* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Neuman, Ariel) (Entered: 11/04/2020) |
| 11/05/2020 | 1084 | ORDER as to Scott Spear (3): that Defendant Spear's Amended 1019 Motion for Issuance of Rule 17(c) Subpoenas is denied. Signed by Judge Susan M. Brnovich on 11/05/2020.(ESG) (Entered: 11/05/2020) |
| 11/16/2020 | 1089 | *NOTICE OF APPEAL to 9th Circuit Court of Appeals by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 1075 Order on Motion for Recusal, Order on Motion to Strike. Filing fee received: $ 505.00, receipt number 0970-18886892. (Bienert, Thomas) *Modified to remove filer on 11/18/2020 (EJA). (Entered: 11/16/2020) |
| 11/17/2020 | 1090 | USCA Case Number as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 1089 Notice of Appeal. Case number 20-10388, Ninth Circuit. (EJA) (Entered: 11/18/2020) |
| 11/18/2020 | 1091 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John |

| | | |
|---|---|---|
| | | Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 1083 MOTION for Issuance of Subpoenas *(Expedited Review Requested)* . (Rapp, Kevin) (Entered: 11/18/2020) |
| 11/19/2020 | 1103 | USCA Case Number as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: Petition for Writ of Mandamus, filed at the Ninth Circuit. Case number 20-73408, Ninth Circuit. (EJA) *Modified text on 4/5/2021 (DXD). (Entered: 12/09/2020) |
| 11/20/2020 | 1092 | MOTION Defendants' Motion For Stay of Case Pending Resolution of The Mandamus Petition by James Larkin. (Attachments: # 1 Text of Proposed Order)(Bernstein, Whitney) (Entered: 11/20/2020) |
| 11/23/2020 | 1093 | REPLY TO RESPONSE to Motion by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst re: 1083 MOTION for Issuance of Subpoenas *(Expedited Review Requested)* . (Neuman, Ariel) (Entered: 11/23/2020) |
| 11/23/2020 | 1094 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught The Court has received Defendants Motion For Stay of Case Pending Resolution of the Mandamus Petition (Doc. 1092). On the Court's own motion, the briefing will be expedited and oral argument scheduled. IT IS ORDERED that the Government's response is due December 2, 2020. No reply will be allowed. Telephonic oral argument is scheduled for December 4, 2020 at 10:00 a.m. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing. ORDERED by Judge Susan M. Brnovich on 11/23/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 11/23/2020) |
| 12/02/2020 | 1095 | RESPONSE in Opposition by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 1092 MOTION Defendants' Motion For Stay of Case Pending Resolution of The Mandamus Petition . (Kozinets, Peter) (Entered: 12/02/2020) |
| 12/03/2020 | 1096 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The Court has received inquiries from the public who wish to listen to the December 4, 2020 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the December 4, 2020 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** ORDERED by Judge Susan M. Brnovich on12/03/2020. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 12/03/2020) |
| 12/04/2020 | 1097 | MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Motion Hearing as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught held on 12/4/2020. IT IS ORDERED denying Defendants' 1092 Motion to Stay. A Status Conference is set for 1/4/2021 at 11:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. See attachment. (Court Reporter Linda Schroeder.) Hearing held 10:02 AM to 11:25 AM. (CLB) (Entered: 12/04/2020) |

| | | |
|---|---|---|
| 12/07/2020 | 1098 | TRANSCRIPT REQUEST by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on December 4, 2020, Judge Susan M Brnovich hearing judge(s). (Bienert, Thomas) (Entered: 12/07/2020) |
| 12/07/2020 | 1099 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *TELEPHONIC MOTION HEARING* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught held on 12/04/2020, before Judge SUSAN M. BRNOVICH. [Court Reporter: Linda Schroeder, RDR, CRR, Telephone number (602) 322-7249]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/28/2020. Redacted Transcript Deadline set for 1/7/2021. Release of Transcript Restriction set for 3/8/2021. (RAP) (Entered: 12/08/2020) |
| 12/08/2020 | 1100 | NOTICE *RE: DECEMBER 4, 2020 TELEPHONIC MOTION HEARING ON DEFENDANTS' MOTION TO STAY* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Kozinets, Peter) (Entered: 12/08/2020) |
| 12/08/2020 | 1101 | MANDATE of USCA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught - Dismissing Appeal upon Motion re: 20-10388 as to 1089 Notice of Appeal. (DXD) (Entered: 12/08/2020) |
| 12/08/2020 | 1102 | *ORDER of USCA as to Michael Lacey: This petition for a writ of mandamus raises issues that warrant an answer. Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court. The Clerk shall serve this order on the district court and District Judge Susan M. Brnovich, re: 20-73408 1103 . (Copies sent by the Ninth Circuit) (EJA) *Modified text on 12/9/2020 (EJA). (Entered: 12/09/2020) |
| 12/09/2020 | 1104 | TRANSCRIPT REQUEST by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on December 4, 2020, Judge Susan M Brnovich hearing judge(s). (Kozinets, Peter) (Entered: 12/09/2020) |
| 12/11/2020 | 1105 | RESPONSE re: 1100 Notice (Other) *Re: December 4, 2020 Telephonic Hearing* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Attachments: # 1 Declaration of Toni Thomas)(Lincenberg, Gary) (Entered: 12/11/2020) |
| 12/14/2020 | 1106 | NOTICE *(SECOND) RE: DECEMBER 4, 2020 TELEPHONIC MOTION HEARING ON DEFENDANTS MOTION TO STAY* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught. (Attachments: # 1 Exhibit A)(Kozinets, Peter) (Entered: 12/14/2020) |
| 01/04/2021 | 1107 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught. The Court has received inquiries from the public who wish to listen to the January 4, 2021 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this |

| | | |
|---|---|---|
| | | development, public access to the January 4, 2021 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** ORDERED by Judge Susan M. Brnovich on 1/04/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 01/04/2021) |
| 01/04/2021 | 1108 | *MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Telephonic Status Conference as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6) and Joye Vaught (7) held on 1/4/2021. See attached pdf for complete details. (Court Reporter Christine Coaly) Hearing held 11:20 AM to 11:35 AM. (ESG) *Modified to add pdf; NEF regenerated on 1/5/2021 (CEI). (Entered: 01/04/2021) |
| 01/07/2021 | 1109 | TRANSCRIPT REQUEST by Michael Lacey for proceedings held on December 4, 2020, Judge Susan M Brnovich hearing judge(s). (Cambria, Paul) (Entered: 01/07/2021) |
| 01/07/2021 | 1110 | NOTICE TO FILER OF DEFICIENCY re: AO435 1109 Transcript Request filed by Michael Lacey. Item(s) were not completed (left blank): 13. CASE NAME and Item 18 - ORDER: Email address not provided where e-mail copy should be sent. *FOLLOW-UP ACTION REQUIRED:* Please refile with blank item(s) described above completed and provide an email address for delivery. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RAP) (Entered: 01/07/2021) |
| 01/07/2021 | 1111 | AMENDED TRANSCRIPT REQUEST pursuant to 1110 Notice of Deficiency by Michael Lacey for proceedings held on December 4, 2020, Judge Susan M Brnovich hearing judge(s). (Cambria, Paul) (Entered: 01/07/2021) |
| 01/12/2021 | 1112 | TRANSCRIPT REQUEST by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on 01/04/2021, Judge Susan M Brnovich hearing judge(s). (Cambria, Paul) (Entered: 01/12/2021) |
| 01/19/2021 | 1113 | MOTION to Continue Trial *on behalf of Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught* by Michael Lacey. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cambria, Paul) (Entered: 01/19/2021) |
| 01/19/2021 | 1114 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *TELEPHONIC STATUS CONFERENCE* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 01/04/2021, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/9/2021. Redacted Transcript Deadline set for 2/19/2021. Release of Transcript Restriction set for 4/19/2021. (RAP) (Entered: 01/20/2021) |
| 01/21/2021 | 1115 | NOTICE *OF MATERIAL DEVELOPMENT* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Lincenberg, Gary) (Entered: 01/21/2021) |
| 01/25/2021 | 1116 | SUPPLEMENT by Michael Lacey 1113 MOTION to Continue Trial *on behalf of Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught* filed by Michael Lacey. (Cambria, Paul) (Entered: 01/25/2021) |

| 01/27/2021 | 1117 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7) setting Oral Argument regarding Defendants' 1113 Motion to Continue Trial for 2/12/2021 at 11:30 AM (30 mins allowed) before Judge Susan M. Brnovich. The hearing will be conducted telephonically. The parties will receive dial-in instructions for connecting to the teleconference via electronic mail prior to the hearing. ORDERED by Judge Susan M. Brnovich on 1/27/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 01/27/2021) |
|---|---|---|
| 02/01/2021 | 1118 | ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught. The Court has received inquiries from the public who wish to listen to the February 12, 2021 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the February 12, 2021 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** ORDERED by Judge Susan M. Brnovich on 2/01/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 02/01/2021) |
| 02/02/2021 | 1119 | RESPONSE to Motion by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 1113 MOTION to Continue Trial *on behalf of Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rapp, Kevin) (Entered: 02/02/2021) |
| 02/09/2021 | 1120 | REPLY TO RESPONSE to Motion by Michael Lacey re: 1113 MOTION to Continue Trial *on behalf of Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and Joye Vaught* . (Cambria, Paul) (Entered: 02/09/2021) |
| 02/11/2021 | 1121 | ORDER denying Defendants' 1083 Motion for Issuance of Subpoenas as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), and Joye Vaught (7). Signed by Judge Susan M. Brnovich on 2/11/2021.(ESG) (Entered: 02/11/2021) |
| 02/12/2021 | 1122 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Telephonic Motion Hearing as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7) held on 2/12/2021. IT IS ORDERED granting the Defendants' 1113 Motion to Continue Trial. Jury Trial reset for 8/23/2021 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. Telephonic Status Conference set for 6/8/2021 at 09:00 AM before Judge Susan M Brnovich. Final Pretrial Conference set for 7/16/2021 at 09:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M Brnovich. (Court Reporter Christine Coaly) Hearing held 11:35 AM to 11:51 AM.(ESG) (Entered: 02/12/2021) |
| 03/01/2021 | 1127 | Sixth MOTION to Continue Sentencing by USA as to Dan Hyer. (Attachments: # 1 Text of Proposed Order)(Rapp, Kevin) (Entered: 03/01/2021) |
| 03/03/2021 | 1128 | ORDER granting the 1127 Motion to Continue Sentencing as to Dan Hyer (5). Sentencing reset for 12/13/2021 at 10:30 AM in Courtroom 506, 401 West Washington |

| | | |
|---|---|---|
| | | Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. Signed by Judge Susan M. Brnovich on 3/02/2021.(ESG) (Entered: 03/03/2021) |
| 03/18/2021 | 1133 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6) and Joye Vaught (7); that Defendants' 1001 Motion for Leave to File Excess pages is granted. IT IS FURTHER ORDERED that Defendants response shall not exceed 26 pages. IT IS FURTHER ORDERED that the lodged response be withdrawn and a response in compliance with this Order be filed no later than March 31, 2021. Signed by Judge Susan M. Brnovich on 3/18/2021.(ESG) (Entered: 03/18/2021) |
| 03/31/2021 | 1139 | RESPONSE in Opposition by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 931 MOTION in Limine *to Admit Evidence*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Bienert, Thomas) *Modified to correct filer on 4/1/2021 (KAH). (Entered: 03/31/2021) |
| 04/07/2021 | 1149 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/FIRM NAME as to Thomas Henry Bienert, Jr by James Larkin. (Bienert, Thomas) (Entered: 04/07/2021) |
| 04/12/2021 | 1150 | ORDER as to James Larkin, Michael Lacey, Scott Spear, John Brunst, Andrew Padilla and Joye Vaught. IT IS ORDERED setting a virtual Oral Argument as to Defendants' 940 MOTION to Dismiss Indictment Based on Outrageous Government Misconduct Invading Attorney-Client Privilege for 5/3/2021 at 01:00 PM (1 hour allowed) before Judge Susan M Brnovich. Ordered by Judge Susan M. Brnovich. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry) (ESG) (Entered: 04/12/2021) |
| 04/20/2021 | 1151 | NOTICE *Defendants' Citation of Supplemental Authorities in Opposition to Government's Motion for In Camera Review of Crime-Fraud Materials (Doc. No. 1074)* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught as to John Brunst. (Lincenberg, Gary) (Entered: 04/20/2021) |
| 04/27/2021 | 1152 | *ORDER as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught: The Court has received inquiries from the public who wish to listen to the May 3, 2021 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the May 3, 2021 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** Ordered by Judge Susan M. Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) *NEF regenerated on 4/30/2021 (CEI). (Entered: 04/27/2021) |
| 05/04/2021 | 1153 | TRANSCRIPT REQUEST *re Oral Argument as to Defendants' 940 MOTION* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught for proceedings held on May 3, 2021, Judge Susan M Brnovich hearing judge(s). (Kozinets, Peter) (Entered: 05/04/2021) |
| 05/07/2021 | 1155 | ORDER denying the Government's 920 Motion in Limine *to Admit Evidence of Murders Implicating Backpage* as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7). Signed by Judge Susan M. Brnovich on 5/07/2021. (ESG) (Entered: 05/07/2021) |

| 05/07/2021 | 1156 | ORDER as to Michael Lacey (1), James Larkin (2), John Brunst (3), Scott Spear (4), Andrew Padilla (6), and Joye Vaught(7): that Defendants' Motion in Limine to Preclude Presentation of Certain Evidence is granted in part and denied in part. The motion is granted to preclude testimony from people engaged in prostitution regarding the details of their lifestyle except as it relates to their use of Backpage.com. The motion is also granted to preclude evidence related to details of crimes committed by third parties, evidence of a third party's Travel Act violation from 1987, and evidence of prostitution ads from print publications. The rest of Defendants' motion is denied. Signed by Judge Susan M. Brnovich on 5/07/2021.(ESG) (Entered: 05/07/2021) |
| --- | --- | --- |
| 05/12/2021 | 1157 | TRANSCRIPT REQUEST *re Oral Argument as to Defendants' [Doc. 940] Motion* by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on May 3, 2021, Judge Susan M Brnovich hearing judge(s). (Bienert, Thomas) (Entered: 05/12/2021) |
| 05/17/2021 | 1159 | ORDER as to Michael Lacey (1), James Larkin (2), John Brunst (3), Scott Spear (4), Andrew Padilla (6), and Joye Vaught(7): granting in part and denying in part Defendants' 907 Motion in Limine to Preclude Presentation of Certain Evidence Related to Other Classified Websites Morality of Adult Classified Ads, and Third-Party Opinions on Legal Issues. Evidence related to Craigslist will be restricted only as it relates to Craigslist's motivation for shutting down its adult classified section. Morality evidence as described above will be precluded. The motion is otherwise denied. Signed by Judge Susan M. Brnovich on 5/17/2021.(ESG) (Entered: 05/17/2021) |
| 05/18/2021 | 1160 | IT IS ORDERED the Status Conference presently set for 6/08/2021 as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7), is RESET. Status Conference reset as a virtual hearing for 6/7/2021 at 04:00 PM before Judge Susan M. Brnovich. Ordered by Judge Susan M. Brnovich. (ESG) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry) (Entered: 05/18/2021) |
| 05/18/2021 | 1161 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7): In preparation for trial, the Court is reviewing the questionnaires submitted by the parties in February, 2020. The Government wrote that they did not have time to review and provide input to Defendants proposed questionnaire and would do at a later date. IT IS ORDERED that the government file any objections to Defendants questionnaire by May 21, 2021. IT IS FURTHER ORDERED that the parties be prepared to finalize the questionnaire at the status conference set for June 7, 2021. ORDERED by Judge Susan M. Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 05/18/2021) |
| 05/20/2021 | 1162 | ORDER as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7): that the Government's 929 Motion in Limine to Admit Evidence as to Non-hearsay Statements is denied. Signed by Judge Susan M. Brnovich on 5/20/2021.(ESG) (Entered: 05/20/2021) |
| 05/21/2021 | 1163 | NOTICE *of Compliance* by USA as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught re: 1161 Order. (Rapp, Kevin) (Entered: 05/21/2021) |
| 05/28/2021 | 1164 | ORDER as to as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7): that Defendants' 909 Motion in Limine to Preclude Certain Expert Testimony of Quoc Thai is denied. Signed by Judge Susan M. Brnovich on 5/28/2021. (ESG) (Entered: 05/28/2021) |
| 06/02/2021 | 1165 | ORDER as to as to Michael Lacey (1), James Larkin (2), Scott Spear (3), John Brunst |

| | | |
|---|---|---|
| | | (4), Andrew Padilla (6), Joye Vaught (7): denying Defendants' 927 Motion in Limine to Preclude Evidence Regarding Backpage.com's Alleged Reputation as a Leading Source of Illegal Sexual Service Advertisements. Signed by Judge Susan M. Brnovich on 6/02/2021. (ESG) (Entered: 06/02/2021) |
| 06/03/2021 | 1166 | ORDER as to Michael Lacey(1), James Larkin (2), Scott Spear (3), John Brunst (4), Andrew Padilla (6), Joye Vaught (7): The Court has received inquiries from the public who wish to listen to the June 7, 2021 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve [s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the June 7, 2021 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited.** ORDERED by Judge Susan M. Brnovich. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESG) (Entered: 06/03/2021) |
| 06/07/2021 | 1170 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Status Conference as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 6/7/2021. The parties are directed to have the proposed questionnaire to the Court by no later than close of business on 6/10/2021. IT IS ORDERED setting an in-person Status Conference for 8/13/2021 at 11:00 AM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Susan M. Brnovich. (Court Reporter Christine Coaly.) Hearing held 4:04 PM to 5:04 PM. (ESG) (Entered: 06/08/2021) |
| 06/08/2021 | 1169 | TRANSCRIPT REQUEST by Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught for proceedings held on June 7, 2021, Judge Susan M Brnovich hearing judge(s). (Cambria, Paul) (Entered: 06/08/2021) |
| 06/09/2021 | 1171 | First MOTION to Inspect *Grand Jury Instructions on Prostitution on behalf of Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, Joy Vaught* by Michael Lacey. (Attachments: # 1 Exhibit A)(Cambria, Paul) (Entered: 06/09/2021) |
| 06/10/2021 | 1172 | NOTICE *of Filing Defendants' Proposed Supplemental Jury Questionnaire Questions* by James Larkin as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, Joye Vaught re: 1029 Notice (Other). (Attachments: # 1 Exhibit) (Bernstein, Whitney) (Entered: 06/10/2021) |
| 06/15/2021 | 1173 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *STATUS CONFERENCE* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught held on 06/07/2021, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2021. Redacted Transcript Deadline set for 7/16/2021. Release of Transcript Restriction set for 9/13/2021. (RAP) (Entered: 06/15/2021) |
| 06/21/2021 | 1174 | TRANSCRIPT REQUEST by John Brunst for proceedings held on 2.12.2021, Judge |

| | | |
|---|---|---|
| | | Susan M Brnovich hearing judge(s). (Panchapakesan, Gopi) (Entered: 06/21/2021) |
| 06/21/2021 | 1175 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *TELEPHONIC STATUS CONFERENCE* proceedings as to Michael Lacey, James Larkin, Scott Spear, John Brunst, Andrew Padilla, Joye Vaught held on 02/12/2021, before Judge SUSAN M. BRNOVICH. [Court Reporter: Christine M. Coaly, RMR, CRR, Telephone number (602) 322-7248]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/12/2021. Redacted Transcript Deadline set for 7/22/2021. Release of Transcript Restriction set for 9/20/2021. (RAP) (Entered: 06/22/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/23/2021 12:59:26 | | |
| **PACER Login:** | bk061777:2852302:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cr-00422-SMB |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |