# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> v. <br><br> JACOB BYCHAK; MARK MANOOGIAN; MOHAMMED ABDUL QAYYUM; and PETR PACAS, <br><br>   Defendants. | Case No.:  18-CR-4683-GPC-4 <br><br> **ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE** |

Having read and considered Defendants' Joint Motion Requesting Leave to File a Reply Brief to Government's Response [Dkt. No. 241] ("Motion for Leave"), and for good cause having been shown, **IT IS HEREBY ORDERED** that:

1. Exhibit A attached to the Motion for Leave may be filed in reply to the Government's Response (Dkt. No. 241) and will be considered in connection with the Defendants' Motion to Continue Trial (Dkt. No. 240).

/ / /

2. Defendants are **ORDERED** to file "Exhibit A" as soon as possible after the date of this order.

**IT IS SO ORDERED.**

Dated: June 24, 2021

Hon. Gonzalo P. Curiel
United States District Judge