**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
       jessica@wmgattorneys.com
       william@wmgattorneys.com
*Attorneys for Jacob Bychak*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
       jriddet@bklwlaw.com
       wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
       nvandyk@birdmarella.com
       dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB BYCHAK, et al., <br><br> Defendants. | Case No. 18-CR-4683-GPC <br> Honorable Gonzalo P. Curiel <br><br> **DEFENDANTS' NOTICE OF MOTION TO COMPEL DISCOVERY** <br><br> Hearing Date: August 20, 2021 <br> Hearing Time: 1:00 p.m. <br> Department: Courtroom 2D |

1

DEFENDANTS' NOTICE OF MOTION TO COMPEL DISCOVERY

PLEASE TAKE NOTICE that on August 20, 2021 at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") will, and hereby do, jointly move the Court to order the government to provide the following information and produce the following evidence, pursuant to Federal Rule of Criminal Procedure 16(a) and *Brady v. Maryland*, 373 U.S. 83 (1963):

(1) Production or identification by bates-number, of all documents in the government's possession which came from the Company A informant(s) either directly or through Spamhaus; and

(2) The date(s) when the government received the Company A information/documentation identified in number one above.

This motion is based on this notice, the Memorandum of Points and Authorities In Support of the Defendants' Motion to Compel Discovery filed concurrently herewith, the Declaration of Jessica C. Munk and Exhibits A-C attached thereto, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted:

Dated: July 30, 2021

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *William J. Migler*
    David W. Wiechert
    Jessica C. Munk
    William J. Migler
    *Attorneys for Jacob Bychak*

Dated: July 30, 2021

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *Randy K. Jones*
    Randy K. Jones
    *Attorneys for Mark Manoogian*

Dated: July 30, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *Whitney Z. Bernstein*
    Thomas H. Bienert, Jr.
    James D. Riddet
    Whitney Z. Bernstein
    *Attorneys for Mohammed Abdul Qayyum*

Dated: July 30, 2021

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *Nicole Rodriguez Van Dyk*
    Gary S. Lincenberg
    Nicole Rodriguez Van Dyk
    Darren L. Patrick
    *Attorneys for Petr Pacas*

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

     Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Nicole Rodriguez Van Dyk.

Dated: July 30, 2021            By: s/*Jessica C. Munk*
                                               Jessica C. Munk

DEFENDANTS' NOTICE OF MOTION TO COMPEL DISCOVERY

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2021, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk