# EXHIBIT A

**To:** Chabalko, Charles W. [█████████████]
**From:** █████
**Sent:** Thur 5/22/2014 9:20:38 PM
**Subject:** RE: █████ informant

Sounds good. What should I tell this guy for now? Anything? Nothing? We're talking to our "partners" about it?

01:58 PM 5/22/2014
>That's is the tricky part. Let's talk about it more in detail on
>June 2. There are things we can do to recruit this guy. Better to
>have those discussions in person.
>
>-----Original Message-----
>From: █████████████████████
>Sent: Thursday, May 22, 2014 10:28 AM
>To: Chabalko, Charles W.
>Subject: RE: █████ informant
>
>
>He seems to really hate the █████████████ people. If
>it's really █████████, then he's got a good reason to hate
>them (long story). Based on our talks with him so far, I think he
>would be VERY happy to help you guys.
>
>My only concern is that he MIGHT be working with █████████
>who are also spammers, and part of the █████
>investigation. Maybe he can help out with that too? Anyway it's
>not really █████ you are after, just their associate in St Louis.
>
>I agree that he would be a great source of info, he would make this
>case a slam dunk.
>
>So it's tricky, how do we tell this "anonymous" guy that there is an
>FBI investigation and you want to meet with him? Without tipping everyone off?
>
>We'd have to tell him, these guys want to meet with you as part of
>an investigation (could be █████ for all he knows) and only when
>he shows up and you verify his identity, can you reveal that it's FBI?
>
>I have no idea how you guys normally handle informants or these
>kinds of situations.
>
>
>At 09:56 AM 5/22/2014, Chabalko, Charles W. wrote:
>>This would be vital to our investigation if we can bring him
>>aboard. Having an inside person to tie everything together would be
>>extremely helpful. Would he be willing to meet with us? We, of
>>course, would makes sure to protect his identity and any information
>>provided to us.
>>
>>-----Original Message-----

█████████-DISC26-03283

```
> >From: ▮
> >Sent: Thursday, May 22, 2014 9:05 AM
> >To: Chabalko, Charles W.
> >Cc: ▮
> >Subject: ▮ informant
> >
> >
> >So we've got an anonymous informant sending us a ton of info since
> >September 2013.
> >
> >We think he's a former employee of ▮ who got
> >cheated by them.  He knows all of the people we'll be talking about
> >and everything about their operations.
> >
> >He knows about the ▮ investigation because ▮ was
> >telling everyone after ▮ initial interview with him last year.
> >
> >Of course, he doesn't know anything about THIS investigation.
> >
> >He would be a goldmine of information.  He even knows they were
> >spamming through hijacked netblocks (although we have downplayed any
> >interest in that).
> >
> >So the question is, how to possibly bring him on board as an
> >informant without word getting back to anyone about the
> >investigation.  He may be willing to give up his anonymity but
> >probably would not want ▮ to know he was helping out.
> >
> >Maybe this is something to worry about later in the investigation
> >after you've collected enough "objective" information that proves
> >the IPs were hijacked, and by who, and used to spam, etc.
> >
> >Anyway something to think about.  His possible identity is
> >" ▮ " but we can't prove it 100%.
> >
> >
> >
> >Regards,
> >
> > ▮
> >The Spamhaus Project
> >http://www.spamhaus.org
>
>Regards,
>
>▮
>The Spamhaus Project
>http://www.spamhaus.org

Regards,

▮

The Spamhaus Project
http://www.spamhaus.org
```

▮-DISC26-03284