# EXHIBIT B

**To:** Chabalko, Charles W. [████████████████]
**From:** ██
**Sent:** Wed 6/4/2014 9:31:33 PM
**Subject:** RE: Spamhaus LE Portal

Let me know how it goes, I probably can't talk to him if you are, could risk screwing things up.

My only worry is that it could be ████████ and/or ████████, who might not want to talk if they think it's related to the other case.

However, this anonymous guy REALLY wants to see ████ and the others exposed.

08:33 AM 6/4/2014
>Thanks ████ I also emailed the anonymous guy that wants to provide
>information.
>
>-----Original Message-----
>From: ████████████████
>Sent: Wednesday, June 04, 2014 12:59 AM
>To: Chabalko, Charles W.
>Cc: ████████
>Subject: Spamhaus LE Portal
>
>
>Forgot to remind you, I sent passwords to our LE Portal where you
>can search our SBL and ROKSO database (including classified records)
>for things related to this or any other case...
>
>
>Regards,
>
>████████████
>The Spamhaus Project
>http://www.spamhaus.org

Regards,

████████████

The Spamhaus Project
http://www.spamhaus.org