# EXHIBIT C

| | |
|---|---|
| To: | Chabalko, Charles W. (SD) (FBI)[████████████]; Goettsche, Jordan K. (SD) (FBI)[[████████████]] |
| Cc: | Buel, Andrew R. (LV) (FBI)[████████████] |
| From: | ████ |
| Sent: | Wed 9/27/2017 7:25:19 PM |
| Subject: | email question |

So far I have not included anything our informants have given us, I can't vouch for the information 100% by myself, and I don't want to get them in trouble.

But, they have sent internal emails implicating various people of doing various things.

Some of this is involving their lawyer, ████████.

So the questions are:

- Do you want to see these emails?

- What about the ████████ emails, does attorney/client privilege prevent you from viewing them?

- Would it get our informants in trouble? They said they don't want to get involved in any "drama". Hopefully you will be interviewing them at some point anyway.


Regards,

████████
The Spamhaus Project
http://www.spamhaus.org