IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Plaintiff United States of America is to produce the following evidence/information to the Defendants in this matter within seven (7) days from the date of this order:

(1) Production or identification by bates-number of all documents that came from the Company A informant(s) either directly or through Spamhaus; and

(2) The date(s) when the government received the Company A information/documentation identified in number one above.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　HONORABLE GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE