**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com
         jessica@wmgattorneys.com
         william@wmgattorneys.com

Attorneys for Defendant
Jacob Bychak

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DECLARATION OF JESSICA C. MUNK IN SUPPORT OF MOTION TO COMPEL DISCOVERY RELATING TO SPAMHAUS' HISTORY OF COOPERARTING WITH GOVERNMENTAL INVESTIGATIONS; EXHIBITS A-C**<br><br>Hearing Date:  October 4, 2021<br>Hearing Time: 1:00 P.M.<br>Department:    Courtroom 2D |

### DECLARATION OF JESSICA C. MUNK

I, Jessica C. Munk, declare:

1. I am a principal at the law firm Wiechert, Munk & Goldstein, PC, attorneys of record for defendant Jacob Bychak. I am licensed to practice in the State of California and in the United States District Court for the Southern District of California. I have personal

knowledge of the following, and if called to do so, I could competently testify thereto.

2. Defendants previously moved the Court to order the government to identify all documents in its possession which were forwarded from the Company A informant, via Spamhaus ("Motion to Compel"). Dkt. No. 257. At the hearing on this motion, government counsel indicated that the Spamhaus informant "is not just corresponding with the FBI agent here, but also with the FBI agents in other offices." A true and correct copy of the relevant excerpts of the transcript from the August 20, 2021 hearing reflecting this statement is attached hereto as **Exhibit A**. The quoted statement begins on page 8, line 23.

3. Soon after this Motion to Compel was filed, on August 12, 2021 the government made its 40th document production to the defense, which included an FBI 302 whereby the government attempts to rewrite history and distance itself from the Spamhaus informant's lengthy cooperation with the government, stating the Spamhaus informant was not "officially a CHS for the FBI until 10/12/18." A true and correct copy of this 302 is attached hereto as **Exhibit B**. This 302 is contrary to the numerous 302s provided by the government in discovery dated 2013 and 2014 hereby the Spamhaus informant is clearly identified as CHS (S-0009118).

4. Also, after Defendants filed this prior Motion to Compel discovery related to the Spamhaus informant, the government on August 6, 2021 produced over 1,800 pages of additional discovery. Included in this production was a dossier from the Spamhaus informant, which was given to the government in June of 2014. The dossier contained *Brady* material helpful to the defense, and it was not produced until after the defense filed its July 30, 2021 Motion to Compel.

5. On August 20, 2021, the Court granted the motion in part and ordered the government to have the Spamhaus informant identify which documents he provided came from the Company A informant. Dkt. No. 275. On August 25, 2021, government counsel sent the defense a letter delineating which documents the Company A informant gave to Spamhaus.

6. In a recent document production, the government produced emails from August 2021 between the FBI and the Spamhaus informant showing that the informant assisted the government in circumventing the attorney-client privilege in those documents taken from Company A. Specifically, the informant provided documents containing summaries of various emails and explaining that "I found the C[] Y[] email documents, and to avoid any potential attorney/client privilege issues (even though they were sent voluntarily by Y[] and not by their attorney herself), I will only provide the headers of the emails as well as a summary of the contents to provide some context." A true and correct redacted copy of the relevant portions of this email is attached hereto as **Exhibit C**.

7. On August 25 and 26, 2021, defense counsel asked the government to provide all documents and information relating to Spamhaus assisting the government in other investigations or prosecutions apart from the instant case relating to potential violations of the CAN-SPAM Act and other federal statutes. On August 26, 2021, the government declined to do so.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2021 in San Juan Capistrano, California.

                                                  */s/Jessica C. Munk*
                                                  Jessica C. Munk