# EXHIBIT A

<pre>
 1                    UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    UNITED STATES OF AMERICA,       .
                                      .
 5                  Plaintiff,        . No. 18-cr-4683-GPC
                                      .
 6                  v.                . August 20, 2021
                                      . 1:00 p.m.
 7    JACOB BYCHAK,                   .
      MARK MANOOGIAN,                 .
 8    MOHAMMED ABDUL QAYYUM,          .
      PETR PACAS,                     .
 9                                    .
                  Defendants.         . San Diego, California
10    . . . . . . . . . . . . . . . .

11              TRANSCRIPT OF TELEPHONIC MOTION HEARING

12           BEFORE THE HONORABLE GONZALO P. CURIEL
                    UNITED STATES DISTRICT JUDGE

13

14

15    APPEARANCES:

16    For the Plaintiff:      United States Attorney's Office
                              By: SABRINA L. FEVE, ESQ.
17                                MELANIE K. PIERSON, ESQ.
                              880 Front Street, Room 6293
18                            San Diego, California 92101

19    For the Defendant       Wiechert, Munk & Goldstein, PC
      JACOB BYCHAK:           By: JESSICA C. MUNK, ESQ.
20                            27136 Paseo Espada, Suite B1123
                              San Juan Capistrano, California 92675
21
      For the Defendant       Mintz Levin
22    MARK MANOOGIAN:         By:  RANDY K. JONES, ESQ.
                                   RYAN T. DOUGHERTY, ESQ.
23                            3580 Carmel Mountain Road, Suite 300
                              San Diego, California 92130
24    ///

25
</pre>

```
 1    APPEARANCES (CONTINUED):

 2

 3    For the Defendant        Bienert, Miller & Katzman, P.L.C.
      MOHAMMED ABDUL           By:  CARLOS A. NEVAREZ, ESQ.
 4    QAYYUM:                  903 Calle Amanecer, Suite 350
                               San Clemente, California 92673
 5

 6    For the Defendant        Bird Marella
      PETR PACAS:              By:  DARREN L. PATRICK, ESQ.
 7                             1875 Century Park East
                               Suite 2300
 8                             Los Angeles, California 90067

 9

10

11

12

13

14

15

16

17

18

19

20

21    Court Reporter:          Chari L. Bowery, RPR, CRR
                               USDC Clerk's Office
22                             333 West Broadway, Suite 420
                               San Diego, California 92101
23                             chari_bowery@casd.uscourts.gov

24    Reported by Stenotype, Transcribed by Computer

25
```

1    emails and basically all the communications that would have

2    been exchanged between the FBI and the Spamhaus informant.

3        You are more concerned and/or exclusively concerned about

4    this Anon-1; is that right?

5            MS. MUNK:  Not exclusively, Your Honor.

6        When I did at first have Ms. Pierson's declaration -- you

7    kind of infer that -- I think it's paragraph -- is it paragraph

8    nine or ten?  I think it's paragraph ten.  It sounds like they

9    provided all the documents, but they don't -- from the Spamhaus

10   informant, but they don't use the word "all."

11       And so we actually asked the government to clarify, have

12   they provided us with all of the documents from the Spamhaus

13   informant?  And they specifically said, "No" -- or I don't know

14   if she used the exact words "no," but the government said, "We

15   provided you the relevant documents."

16           THE COURT:  Let me do this.  Since we have

17   Ms. Pierson here, let me ask her, in response to that question,

18   have you provided all of the reports and otherwise, email

19   contacts, between the Spamhaus informant and the -- first, the

20   reports?  Have you provided all the reports?

21           MS. PIERSON:  We have provided them with all of the

22   reports that are relevant to this case.

23       And why I limit it like that -- and they can tell this

24   from the discovery -- the Spamhaus informant is not just

25   corresponding with the FBI agent here, but also with FBI agents

1    in other offices.

2              THE COURT:  As to other charges?

3              MS. PIERSON:  Yes.

4              THE COURT:  So that's why you would not be able to

5    say unequivocally that, "We have provided you with every report

6    that relates to the Spamhaus informant"?

7              MS. PIERSON:  Yes.  But we have given them everything

8    that relates to this indictment.

9              THE COURT:  All right.  And so, given that clear

10   response, Ms. Munk, do you have reason to contest that?

11             MS. MUNK:  Yes, Your Honor.

12        And this is -- I don't want to go through a timeline, but

13   just so you know, since the government filed their opposition,

14   they produced a bunch of stuff that I would actually like to

15   inform the Court about this stuff.  But they also, last week,

16   produced, in production 40 -- it came last week -- a 302 that

17   was written the day before by one of the FBI agents that

18   appears they are trying to rewrite history on the Spamhaus

19   informant.

20        So, all the evidence we have shows that the Spamhaus

21   informant was clearly an informant since 2013.  He had a DHS

22   number.  He was mapping out this case for the government.  He

23   gave them a dossier on everybody related to this case, that we

24   actually did not receive until this August 5th production.  And

25   I consider it *Brady* because Mr. Bychak, my client, is nowhere