# EXHIBIT B



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   08/11/2021

Review of the attached document determined that CHS # S-00009118 was incorrectly transposed to the document during redaction.

The correct CHS # for the individual in the attached document is S-00091118. However, this individual was not officially a CHS for the FBI until 10/12/2018.

Prior to the CHS being opened, this individual voluntarily provided information to the FBI, at no direction of any Special Agents.

Any FD-302 regarding this individual created prior to 10/12/2018 were redacted to protect the individual's true name.

---

| | |
|---|---|
| Investigation on  08/03/2021  at  San Diego, California, United States (, Other (CHS Review)) | |
| File #  288A-SD-4318838 | Date drafted  08/03/2021 |
| by  Jordan Goettsche | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ADCONION-DISC40-00001