# EXHIBIT C

From Spamhaus

2021-08-25

I found the C███ Y███ email documents, and to avoid any potential attorney / client privilege issues (even though they were sent voluntarily by Y███ and not by their attorney herself), I will only provide the headers of the emails as well as a summary of the contents to provide some context. This should be more than sufficient to locate the bates number of any particular document.

I also provided the date which they were sent to us and the date which we sent them along to FBI. All of this is included below.

But first, why did C███ Y███ feel compelled to send them to us in the first place?

Maybe it had something to do with him being on the Spamhaus ROKSO list because we were sent fraudulent and defamatory lies about him by multiple parties, all connected to Adconion Direct.

--------------------------------------------------------------------------------



--------------------------------------------------------------------------------

