IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>        Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RELATING TO SPAMHAUS' HISTORY OF COOPERATING WITH GOVERNMENTAL INVESTIGATIONS** |

        FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Plaintiff United States of America is to produce, within seven (7) days from the date of this order, all documents and information relating to Spamhaus assisting the government in other investigations or prosecutions apart from the instant case relating to potential violations of the CAN-SPAM Act and other federal statutes.

IT IS SO ORDERED.


DATED:

_____
HONORABLE GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY