| | |
|---|---|
| **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>William J. Migler, SBN 318518<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@wmgattorneys.com<br>        jessica@wmgattorneys.com<br>        william@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorney for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>        jriddet@bklwlaw.com<br>        wbernstein@bklwlaw.com<br>        cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole Rodriguez Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>        nvandyk@birdmarella.com<br>        dpatrick@birdmarella.com<br><br>*Attorneys for Petr Pacas* |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-4683-GPC |
|---|---|
| Plaintiff, | Honorable Gonzalo P. Curiel |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 30, 2019 ORDER, DKT. NO. 93, DENYING DEFENDANTS' MOTION TO COMPEL DISCOVERY RELATING TO CONFIDENTIAL INFORMANT** |
| JACOB BYCHAK, et al., | |
| Defendants. | |
| | **Requesting In-Person Hearing** |
| | Hearing Date:  October 4, 2021<br>Hearing Time: 1:00 P.M.<br>Department:    Courtroom 2D |

PLEASE TAKE NOTICE that on October 4, 2021 at 1:00 P.M., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") will, and hereby do, jointly move the Court to reconsider its denial of Defendants' Motion to Compel Discovery Relating to Confidential Informant, docket no. 93, pursuant to Federal Rule of Criminal Procedure 12(b)(1).

This motion is made on the ground that Defendants have obtained new evidence and information relating to the Spamhaus confidential informant, who was the subject of the original motion to compel, which represents a considerable alteration of the circumstances vis-à-vis this informant. Specifically, Defendants now know the

informant's actual name, but only learned it via an inadvertent disclosure by the government. Defendants also have since learned that the informant played a key role in the government's investigation of Defendants and was connected to the theft of confidential internal documents from Company A by a Company A insider. Defendants move the Court for reconsideration to utilize the informant's name to aid in their defense preparation.

     This motion is based on this notice, the Memorandum of Points and Authorities and the Declaration of Jessica C. Munk filed concurrently herewith, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted:

Dated:  September 20, 2021

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *William J. Migler*
   David W. Wiechert
   Jessica C. Munk
   William J. Migler
   *Attorneys for Jacob Bychak*

Dated:  September 20, 2021

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *Randy K. Jones*
   Randy K. Jones
   *Attorneys for Mark Manoogian*

Dated:  September 20, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *Whitney Z. Bernstein*
   Thomas H. Bienert, Jr.
   James D. Riddet
   Whitney Z. Bernstein
   Carlos A. Nevarez
   *Attorneys for Mohammed Abdul Qayyum*

2

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

| | |
|---|---|
| Dated: September 20, 2021 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |
| | By: <u>*Nicole Rodriguez Van Dyk*</u><br>    Gary S. Lincenberg<br>    Nicole Rodriguez Van Dyk<br>    Darren L. Patrick<br>    *Attorneys for Petr Pacas* |

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Nicole Rodriguez Van Dyk.

Dated: September 20, 2021                         By: s/*Jessica C. Munk*
                                                              Jessica C. Munk

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2021, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk