IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF MOTION FOR DISCOVERY OF CONFIDENTIAL INFORMANT** |

FOR GOOD CAUSE SHOWN, the Court hereby **GRANTS** Defendants' Motion for Reconsideration of Motion for Discovery of Confidential Informant, reconsiders its previous order of April 30, 2019, Dkt. No. 93, and **ORDERS** that the government provide Defendants the full actual name of the Spamhaus informant, within seven (7) days of the date of this order.

IT IS SO ORDERED.

DATED: _____

                                    _____
                                    HONORABLE GONZALO P. CURIEL
                                    UNITED STATES DISTRICT JUDGE