Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Darren L. Patrick - State Bar No. 310727
    dpatrick@birdmarella.com
Alexis A. Wiseley - State Bar No. 330100
    awiseley@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS<br><br>  Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**NOTICE OF APPEARANCE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I, the undersigned attorney, enter my appearance as counsel for Defendant Petr Pacas in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under Local Rule 83.3. Gary S. Lincenberg of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., who has previously appeared in this action, remains as lead counsel for Defendant Petr Pacas.

DATED: October 1, 2021

Gary S. Lincenberg
Nicole R. Van Dyk
Darren L. Patrick
Alexis A. Wiseley
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _/s/ Alexis A. Wiseley_
Alexis A. Wiseley
Attorneys for Defendant Petr Pacas