| | |
|---|---|
| **WEICHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>William J. Migler, SBN 318518<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email:      dwiechert@aol.com<br>               jessica@wmgattorneys.com<br>               william@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorneys for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email:      tbienert@bklwlaw.com<br>               jriddet@bklwlaw.com<br>               wbernstein@bklwlaw.com<br>               cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCHENBERG RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole Rodriguez Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email:<br>               glincenberg@birdmarella.com<br>               nvandyk@birdmarella.com<br>               dpatrick@birdmarella.com<br><br>*Attorneys for Petr Pacas* |

DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, et al.,<br><br>Defendant. | Case No.: 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY TO THE GOVERNMENT'S CONSOLIDATED OPPOSITION [DKT. NO. 283]** |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") hereby jointly submit the following motion requesting leave to file a reply to the government's consolidated response in opposition to Defendants' Motions for Spamhaus' History of Government Contacts & Reconsideration regarding the Confidential Informant [Dkt. No. 283] (the "Opposition").

1. On September 20, 2021, Defendants filed two motions: a Motion to Compel Discovery Relating to Spamhaus' History of Cooperating with Governmental Investigations [Dkt. No. 281] and a Motion for Reconsideration of the Court's April 30, 2019 Order, Dkt. No. 93, Denying Defendants' Motion to Compel Discovery Relating to Confidential Informant [Dkt. No. 282] (collectively, the "Motions"). Defendants' Motions both requested an in-person hearing on these subjects on October 4, 2021.

2. On September 27, 2021, the government filed its Opposition [Dkt. 283]. As further explained in the Defendants' proposed reply brief, the Opposition makes numerous false assertions and makes critical omissions of material facts. In addition, the government has produced documents in discovery

1

DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE A REPLY

subsequent to the filing of Defendants' original Motions that demonstrate disturbing lapses in the Confidential Informant's legal and ethical judgment. These documents show the Confidential Informant is actively monitoring defense counsels' online activity and attempting to violate attorney-client privilege and work product principles. These documents underscore a pattern and practice of questionable behavior by the Confidential Informant and reinforce the need for the discovery requested in Defendants' Motions.

3. Based on the foregoing, and to ensure that the Court is aware of this recent behavior and the government's acquiescence to it, Defendants request leave to file **Exhibit A** for the Court's consideration of the Motions.

Respectfully submitted,

Dated:  October 1, 2021    **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By:  *Randy K. Jones*
     Randy K. Jones
     Daniel J. Goodrich (Pro Hac)
     Ryan Dougherty (Pro Hac)
     *Attorneys for Mark Manoogian*

Dated:  October 1, 2021    **WIECHERT, MUNK & GOLDSTEIN, PC**

By:  *Jessica C. Munk*
     David W. Wiechert
     Jessica C. Munk
     William J. Migler
     *Attorneys for Jacob Bychak*

| | |
|---|---|
| Dated: October 1, 2021 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP**  |
| | By: *Whitney Z. Berstein* |
| | Thomas H. Bienert, Jr. |
| | James D. Riddet |
| | Whitney Z. Bernstein |
| | Carlos A. Nevarez |
| | *Attorneys for Mohammed Abdul Qayyum* |
| Dated: October 1, 2021 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERT & RHOW, P.C.** |
| | By: *Nicole Rodriguez Van Dyk* |
| | Gary S. Lincenberg |
| | Nicole Rodriguez Van Dyk |
| | Darren L. Patrick |
| | *Attorneys for Petr Pacas* |

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Jessica C. Munk, Whitney Z. Bernstein, and Nicole Rodriguez Van Dyk.

Dated: October 1, 2021          By: */s/ Randy K. Jones*
                                    Randy K. Jones

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2021, at San Diego, California.

/s/ Randy K. Jones
Randy K. Jones