Gary S. Lincenberg - State Bar No. 123058
   glincenberg@birdmarella.com
Nicole R. Van Dyk – State Bar No. 261646
   nvandyk@birdmarella.com
Darren L. Patrick - State Bar No. 310727
   dpatrick@birdmarella.com
Alexis A. Wiseley - State Bar No. 330100
   awisely@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC-4 |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST** |
| vs. | |
| PETR PACAS, | Filed Concurrently with Declaration of Nicole R. Van Dyk and [Proposed] Order |
| Defendant. | Assigned to Hon. Gonzalo P. Curiel |

Defendant Petr Pacas, by and through his counsel of record, hereby submits this Unopposed Motion for an order modifying Mr. Pacas's bond conditions to permit him to travel to the Czech Republic to visit his family, including any countries in which he has a travel layover on his way to or from the Czech Republic,[1] beginning on December 1, 2021, with a return date on or before January 15, 2022, so long as Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary to the Czech Republic and calls Pretrial Services both prior to departure and immediately upon his return.  The basis for this unopposed motion is

---

[1]  It is anticipated that Mr. Pacas's itinerary will include travel through Austria and/or England.

as follows:

1.      On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, and Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). (Dkt. 1.)

2.      On November 5, 2018, Mr. Pacas was arraigned and released on a $50,000 appearance bond secured by his signature.  As a condition of release, his travel was restricted to San Diego County, the Central District of California, and the state of Utah at the discretion of his Pretrial Services Officer.  (Dkt. 24.)

3.      This Court previously approved Mr. Pacas's request to travel to the Czech Republic and Austria from December 20, 2018, through January 3, 2019. (Dkt. 43.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

4.      This Court previously approved Mr. Pacas's request to travel to Hawaii from September 24, 2019, through October 2, 2019.  (Dkt. 124.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

5.      This Court previously approved Mr. Pacas's request to travel to the Czech Republic in June of 2020.  (Dkt. 156.)  Mr. Pacas was unable to travel on that date due to the Covid-10 pandemic.[2]

6.      This Court previously approved Mr. Pacas's request to travel to the Czech Republic in June of 2021.  (Dkt. 238.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

7.      Trial is currently set in this matter for May 24, 2022.

8.      On November 9, 2021, Mr. Pacas's counsel conferred with Pretrial

---

[2]   In preparing this submission, counsel realized they had inadvertently incorrectly stated Mr. Pacas had been able to travel on this date.  Counsel apologizes for that oversight and corrects the record here.

Services Officer Russell Parris to confirm that he had no objection to the request to allow Mr. Pacas to travel to the Czech Republic between December 1, 2021 and January 15, 2022, so long as Mr. Pacas provides Pretrial Services with a copy of his travel itinerary and calls Pretrial Services both prior to departure and immediately upon his return.  Mr. Russell confirmed that he had no objection.  (*See* Van Dyk Decl. ¶ 4.)

9.     On November 9, 2021, Mr. Pacas's counsel contacted Assistant United States Attorneys Sabrina Feve, Melanie Pierson, and Candina Heath by email to confirm that they had no objection to the travel request sought in this Motion; and, on November 8, 2021, Ms. Pierson confirmed that the government has no objection. (*See* Van Dyk Decl. ¶ 5; Ex. A.)

DATED:  November 10, 2021          Respectfully submitted,

Gary S. Lincenberg
Nicole R. Van Dyk
Darren L. Patrick
Alexis A. Wisely
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:     *s/ Darren L. Patrick*
          Darren L. Patrick
          Attorneys for Defendant Petr Pacas