
Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Darren L. Patrick - State Bar No. 310727
  dpatrick@birdmarella.com
Alexis A. Wiseley - State Bar No. 330100
  awisely@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Petr Pacas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>PETR PACAS,<br><br>        Defendant. | CASE NO. 18-CR-4683-GPC-4<br><br>**DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST**<br><br>Filed Concurrently with Unopposed Motion for Order Approving Travel Request; and [Proposed] Order<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Nicole R. Van Dyk, declare as follows:

1.   I am an active member of the Bar of the State of California and an associate at Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Petr Pacas in this action.  I make this declaration in support of Mr. Pacas's Unopposed Motion for Order Approving Travel Request.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge, and would so testify if called upon to do so.

1

Case No. 18-CR-4683-GPC-4

DECLARATION OF NICOLE R. VAN DYK

2.      On November 9, 2021, I conferred with Pretrial Services Officer Russell Parris to ask if he would approve a bond modification allowing Mr. Pacas to travel to the Czech Republic to visit his family beginning on December 1, 2021, with a return date on or before January 15, 2022.  Mr. Russell confirmed that he had no objection, so long as Mr. Pacas provides to Pretrial Services his itinerary in advance and calls his Pretrial Services Officer prior to departure and immediately upon return.

3.      On November 9, 2021, Assistant United States Attorney Melanie Pierson advised defense counsel by email that the government has no objection to Mr. Pacas's travel request.

4.      A true and correct copy of defense counsel's correspondence with Assistant United States Attorneys Sabrina Feve, Melanie Pierson, and Candina Heath is attached as Exhibit A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 10, 2021              *s/ Nicole R. Van Dyk*
                                     Nicole R. Van Dyk