# EXHIBIT A

| | |
|---|---|
| **From:** | Pierson, Melanie (USACAS) <Melanie.Pierson@usdoj.gov> |
| **Sent:** | Wednesday, November 10, 2021 10:03 AM |
| **To:** | Nicole R. Van Dyk; Feve, Sabrina (USACAS); Heath, Candina (CRM) |
| **Cc:** | Darren L. Patrick; Alexis A. Wiseley |
| **Subject:** | RE: Petr Pacas Travel Request |

yes

**From:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Sent:** Tuesday, November 9, 2021 6:59 PM
**To:** Feve, Sabrina (USACAS) <sfeve@usa.doj.gov>; Pierson, Melanie (USACAS) <MPierson@usa.doj.gov>; Heath, Candina (CRM) <Candina.Heath2@usdoj.gov>
**Cc:** Darren L. Patrick <DPatrick@birdmarella.com>; Alexis A. Wiseley <AWiseley@birdmarella.com>
**Subject:** [EXTERNAL] Petr Pacas Travel Request

Dear Sabrina, Melanie, and Candy,

I wanted to let you know that we plan to ask the Court to modify Mr. Pacas's bond conditions to allow him to travel to the Czech Republic to visit his family for the Christmas holiday. No arrangements have yet been made, so we are going to request that he be permitted to travel on and between December 1, 2021 and January 15, 2022. I have conferred with Mr. Pacas's pretrial services officer, Russell Parris, and Mr. Parris does not object to our request, provided that Mr. Pacas provides his travel information in advance and contacts pretrial services before and after his travel. As we have in the past, may I note your non-objection in our filing?

Best,
Nicole

### Nicole Rodriguez Van Dyk
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nvandyk@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**