**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-4683-GPC-4 |
| Plaintiff, | **[PROPOSED] ORDER APPROVING TRAVEL REQUEST** |
| vs. | Hon. Gonzalo P. Curiel |
| PETR PACAS, | |
| Defendant. | |

FINDING GOOD CAUSE THEREFOR, the Court hereby ORDERS that Petr Pacas's conditions of bond are modified as follows:

Mr. Pacas is permitted to travel to the Czech Republic beginning on December 1, 2021, with a return date on or before January 15, 2022, including all countries through which travel is required for travel layovers, so long as he provides his Pretrial Services Officer with a copy of his travel itinerary in advance and calls Pretrial Services both prior to departure and immediately upon his return.

IT IS SO ORDERED.

DATED: _____

_____

Hon. Gonzalo P. Curiel