| | |
|---|---|
| **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>        jessica@wmgattorneys.com<br>        william@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorneys for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>        jriddet@bklwlaw.com<br>        wbernstein@bklwlaw.com<br>        cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole R. Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>        nvandyk@birdmarella.com<br>        dpatrick@birdmarella.com<br>        awiseley@birdmarella.com<br><br>*Attorneys for Petr Pacas* |

Case No. 18-CR-4683-GPC

MOTION REQUESTING LEAVE TO FILE AN UPDATE REGARDING THE SUPPLEMENTAL MPA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>   Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' MOTION REQUESTING LEAVE TO FILE AN UPDATE REGARDING THEIR SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR RECONSIDERATION AND TO COMPEL [DKT. 295]**<br><br>Date: November 18, 2021<br>Time: 2:00 p.m.<br>Dept.: 2D |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants") jointly submit the following Motion Requesting Leave to File an Update Regarding Their Supplemental Memorandum of Points and Authorities in Support of Defendants' Motions for Reconsideration and to Compel (the "Supplemental MPA").

1. On October 18, 2021, Defendants jointly filed the Supplemental MPA. (*See* Dkt. 295.)

2. On October 19, 2021, the Government made Production No. 49 to Defendants, consisting of an email chain, dated October 18, 2021, between Special Agent Chabalko and the Spamhaus Informant. This document is enclosed as **Exhibit 31** to the Supplemental Declaration of Nicole R. Van Dyk in Support of Defendants' Supplemental MPA.

3. On October 29, 2021, the Government made Production No. 50 to Defendants, consisting of an email, dated October 28, 2021, from the Spamhaus Informant to Special Agent Chabalko, attaching a presentation titled, "FBI/Spamhaus Case Profile: IP Address Hijacking," which the Spamhaus Informant and Special Agent Chabalko presented together in May of 2016. This document is enclosed as **Exhibit 32** to the Supplemental Declaration of Nicole R. Van Dyk in Support of Defendants' Supplemental MPA.

4. On November 1, 2021, the Government filed its Opposition to Defendants' Supplemental MPA (the "Opposition"). (*See* Dkt. 299.)

5. The documents in Production Nos. 49 and 50 support the arguments set forth in Defendants' Supplemental MPA. Because the Government produced them after the Supplemental MPA was due, and did not disclose them to the Court in connection with its Opposition, Defendants request leave to file **Exhibit A** for the Court's consideration of the Motions.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: November 11, 2021 | | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERT & RHOW, P.C.** |
| | By: | *s/ Nicole Rodriguez Van Dyk* <br> Nicole Rodriguez Van Dyk <br> Gary S. Lincenberg <br> Darren L. Patrick <br> Alexis A. Wiseley <br> *Attorneys for Petr Pacas* |
| Dated: November 11, 2021 | | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| | By: | *s/ Jessica C. Munk* <br> Jessica C. Munk <br> David W. Wiechert <br> *Attorneys for Jacob Bychak* |
| Dated: November 11, 2021 | | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** |
| | By: | *s/ Whitney Z. Bernstein* <br> Whitney Z. Bernstein <br> Thomas H. Bienert, Jr. <br> James D. Riddet <br> Carlos A. Nevarez <br> *Attorneys for Mohammed Abdul Qayyum* |
| Dated: November 11, 2021 | | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| | By: | *s/ Randy K. Jones* <br> Randy K. Jones <br> Daniel J. Goodrich (Pro Hac) <br> Ryan Dougherty (Pro Hac) <br> *Attorneys for Mark Manoogian* |

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' UPDATE REGARDING THEIR SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTIONS FOR RECONSIDERATION AND TO COMPEL**<br><br>*[Supplemental Declaration of Nicole R. Van Dyk and Motion to Seal filed herewith under seal.]*<br><br>Date:　November 18, 2021<br>Time: 2:00 p.m.<br>Dept.: 2D |

Defendants respectfully submit this Update Regarding Their Supplemental Memorandum of Points and Authorities in Support of Defendants' Motions for Reconsideration and to Compel (the "Supplemental MPA"), filed on October 18, 2021. (Dkt. 295 ("Supp. MPA").)[1]

---

[1] Undefined terms have the meanings ascribed to them in the Supplemental MPA.

The Supplemental MPA illustrates the close and continuous relationship between Spamhaus, the SI and the Government throughout the Government's investigation and prosecution of this case. In particular, the Supplemental MPA sets forth a detailed account of the SI's ongoing contributions to the Government's case strategy and theories (*id.* at 6), and the extent of the FBI's "partner[ship]" with Spamhaus and the SI (*id.* at 11-12). As explained below, Exhibits 31 and 32, which the Government produced *after* Defendants submitted the Supplemental MPA (and which are noticeably absent from the Government's Opposition (*see* Dkt. 299 ("Opp.")), further illustrate these points. Accordingly, although Defendants intend to respond to the Government's arguments at the November 18, 2021 hearing, they submit this update to the Court to briefly explain the significance of Exhibits 31 and 32, and to request that the Court consider these exhibits in support of the arguments in the Supplemental MPA.

**Exhibit 31**. Twenty-four hours after Defendants submitted the Supplemental MPA, and in response to an email from Special Agent Chabalko – presumably requesting information about Spamhaus's privacy policy – the SI provided him with information to rebut Defendants' arguments in the Supplemental MPA:

> "By visiting our website at all, THEY have agreed to our privacy policy, where THEY agreed we are allowed to share information relating to 'investigations by regulatory bodies or law enforcement authorities' . . . Sending this kind of data was only continuing to do what I have done up until now, which was to turn over EVERY SINGLE BIT of information we've collected about these spammers (without being told either way to keep sending it, or to stop sending it)."

(Supp. Van Dyk Decl., Ex. 31.) Echoing the SI's sentiments, the Government argues in the Opposition that the SI "shar[ed] … data collected by Spamhaus pursuant to its privacy policy." (Opp. at 20.)

The Defense will address the myriad flaws in the SI's and, in turn, the Government's reasoning at the further hearing regarding Defendants' Motions. Those flaws notwithstanding, Defendants request that the Court consider Exhibit 31 because it supports the arguments in the Supplemental MPA for at least two reasons.

*First*, it articulates the SI's belief, which the Government apparently sought and adopted as its litigation position, that monitoring Defense counsel's post-indictment investigatory activities on the Spamhaus website and reporting them to the Government falls within the scope of the Spamhaus's role in supporting the Government's investigation of Defendants.  Setting aside the constitutional "catch-22" that would result if Defense counsel could only fulfill their duty to investigate by consenting to the invasion of the defense camp by the Government and its confidential informant, the assertion that the SI reported Defense counsel's work product to the Government "pursuant to [Spamhaus's] policy," supports Defendants' argument that Spamhaus and the SI are, in fact, state actors.  (*See* Supp. MPA at 11-13.)  *Second*, the SI's assertion that he provided the Government with "EVERY SINGLE BIT of information" – including information that is potentially privileged and/or acquired pursuant to an illegal search – "without being told . . . to stop sending it," supports the conclusion that the Government had knowledge of and acquiesced in the SI's conduct.  (*See id.* at 20-25.)

**Exhibit 32**. On October 29, 2021, the Government informed Defendants that Special Agent Chabalko and the SI gave a joint presentation titled, "FBI/Spamhaus Case Profile: IP Address Hijacking," at a cybersecurity conference in May of 2016. The SI emailed Special Agent Chabalko a redacted copy of this presentation on October 28, 2021.  (Supp. Van Dyk Decl., Ex. 32.)  Among other things, the presentation lays out the specific facts regarding the steps that the FBI and SI took to investigate Company A's acquisition of the ECT.net netblock *in this case*. (*Id.* at ADCONION-DISC50-00021 – 30.)  The presentation identifies the netblock, domain name, registration information, Letter of Authority and ASN. (*Id.*)  The presentation further identifies three more of the netblocks at issue *in this case* – namely, Trinity Microsystems, EDUCOM, and Moore Products Co. (*Id.* at ADCONION-DISC50-00031.)  That the Government and SI jointly presented this information in 2016 (prior to the Grand Jury, which occurred in June 2017) leads to a strong inference that the

SI operated as an "arm of the prosecution" for purposes of helping the Government to investigate and build *this case*, further supporting Defendants' arguments in the Supplemental MPA. (*See* Supp. MPA at 12-13.)

Moreover, the fact that the Government failed to produce this presentation – either because the FBI suppressed or failed to identify it until the SI transmitted a copy to Special Agent Chabalko *after* Defendants filed the Supplemental MPA – strongly "indicates the '***tip of an iceberg*** of evidence" that should be revealed under *Brady*.[2] The SI likely possesses additional information material to the Defense that has not yet been produced. This further underscores the need for disclosure of the SI's identity so that Defense counsel may interview and potentially call the SI as a trial witness, and subpoena records related to the SI from Spamhaus or other witnesses.

Respectfully submitted,

Dated:  November 11, 2021

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERT & RHOW, P.C.**

By: *s/ Nicole Rodriguez Van Dyk*
Nicole Rodriguez Van Dyk
Gary S. Lincenberg
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated:  November 11, 2021

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
*Attorneys for Jacob Bychak*

Dated:  November 11, 2021

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.

---

[2] *United States v. Shaffer*, 789 F.2d 682, 690 (9th Cir. 1986) (emphasis added).

| | |
|---|---|
| | James D. Riddet<br>Carlos A. Nevarez<br>*Attorneys for Mohammed Abdul Qayyum* |
| Dated: November 11, 2021 | **MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.** |
| | By: *s/ Randy K. Jones*<br>Randy K. Jones<br>Daniel J. Goodrich (Pro Hac)<br>Ryan Dougherty (Pro Hac)<br>*Attorneys for Mark Manoogian* |

**CERTIFICATE OF AUTHORIZATION**
**TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants and that I have obtained authorization from Jessica C. Munk, Whitney Z. Bernstein and Randy K. Jones to affix their electronic signatures to this document.

DATED: November 11, 2021

Respectfully submitted,

/s *Nicole R. Van Dyk*

Nicole R. Van Dyk
Gary S. Lincenberg
Darren L. Patrick
Alexis A. Wiseley

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
*Attorneys for Defendant Petr Pacas*

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: November 11, 2021     /s *Nicole R. Van Dyk*

Nicole R. Van Dyk
Gary S. Lincenberg
Darren L. Patrick
Alexis A. Wiseley

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
*Attorneys for Defendant Petr Pacas*