# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PETR PACAS, <br><br> Defendant. | CASE NO. 18-CR-4683-GPC-4 <br><br> **ORDER APPROVING TRAVEL REQUEST** <br><br> Hon. Gonzalo P. Curiel |

FINDING GOOD CAUSE THEREFOR, the Court hereby ORDERS that Petr Pacas's conditions of bond are modified as follows:

Mr. Pacas is permitted to travel to the Czech Republic beginning on December 1, 2021, with a return date on or before January 15, 2022, including all countries through which travel is required for travel layovers, so long as he provides his Pretrial Services Officer with a copy of his travel itinerary in advance and calls Pretrial Services both prior to departure and immediately upon his return.

**IT IS SO ORDERED.**

Dated: November 12, 2021

Hon. Gonzalo P. Curiel
United States District Judge