**BIRD, MARELLA, BOXER
WOLPERT, NESSIM, DROOKS
LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
   nvandyk@birdmarella.com
   dpatrick@birdmarella.com
   awiseley@birdmarella.com

*Attorneys for Petr Pacas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANT PACAS'S UNOPPOSED MOTION TO MODIFY THE TRIAL SCHEDULE; REQUEST FOR TELEPHONIC STATUS CONFERENCE RE SAME**<br><br>*[Declaration of Gary S. Lincenberg submitted herewith under seal]* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Petr Pacas, by and through counsel of record, moves this Court for an order modifying the trial schedule. If necessary to address any questions from the Court, Mr. Pacas requests a brief, telephonic status conference to discuss the same. Defendants Jacob Bychak, Mark Manoogian and Mohammed Abdul Qayyum, and the Government do not oppose this request.

On October 4, 2021, the Court scheduled trial to begin on May 24, 2022. (*See* Oct. 4, 2021 Hr'g Tr. at 50:4-5.) With a four-day per week trial schedule, defense counsel estimated, and the Court took into account, that it would to continue for four to five weeks. (*Id.* at 48:7-11; 49:10-16.) At the time, counsel for Mr. Pacas did not object to this schedule, with the understanding that Mr. Pacas's co-lead counsel, Nicole Rodriguez Van Dyk, could cover the few days that Mr. Lincenberg would be unavailable.

Within the past several weeks, however, Ms. Van Dyk learned that for medical reasons, it is almost certain that she will be unavailable for trial. (*See* Under Seal Declaration of Gary S. Lincenberg at ¶ 3.)

Mr. Lincenberg will now be sole lead counsel representing Mr. Pacas at trial. Mr. Lincenberg has plans to attend a family graduation on May 26, 2022 in Massachusetts. Now, with the need to be present during all days of trial, Mr. Lincenberg has a conflict on May 26 and 27. (The previous plan was for Ms. Van Dyk to cover court proceedings those days.) If acceptable to the Court, Mr. Lincenberg proposes that trial begin on Monday, May 23, 2022, one day earlier than currently scheduled. Thus, the first week would consist of trial on May 23-25 rather than May 24-27.[1] All counsel have been consulted and have no objection to this

---

[1] Counsel also discussed beginning trial one week later, on May 31, 2022. But this would only work with all counsels' schedules if the Court were willing to take a one week break during the week of June 21-24.

1  schedule, if acceptable to the Court. (*See* Under Seal Declaration of Gary S.
2  Lincenberg ¶ 4.)
3      Accordingly, Defendant Pacas respectfully requests that the Court order the
4  modified schedule as set forth herein.

Respectfully submitted,

Dated: January 31, 2022

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Gary S. Lincenberg*
   Gary S. Lincenberg
   Nicole Rodriguez Van Dyk
   Darren L. Patrick
   Alexis A. Wiseley
   *Attorneys for Petr Pacas*

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

Randy K. Jones
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
rkjones@mintz.com

Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Carlos A. Nevarez
903 Calle Amanecer, Suite 350
San Clemente, California 92673
tbienert@bklwlaw.com
jriddet@bklwlaw.com
wbernstein@bklwlaw.com
cnevarez@bklwlaw.com

David W. Wiechert
Jessica C. Munk
27136 Paseo Espada, Suite B1123

San Juan Capistrano, CA 92675
dwiechert@aol.com
jessica@wmgattorneys.com
william@wmgattorneys.com

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 31, 2022, at Los Angeles, California.

                                                  *s/Alexis A. Wiseley*
                                                  Alexis A. Wiseley