**BIRD, MARELLA, BOXER
WOLPERT, NESSIM, DROOKS
LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
       nvandyk@birdmarella.com
       dpatrick@birdmarella.com
       awiseley@birdmarella.com

*Attorneys for Petr Pacas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**SUPPLEMENT TO DEFENDANT PACAS'S UNOPPOSED MOTION TO MODIFY THE TRIAL SCHEDULE; REQUEST FOR TELEPHONIC STATUS CONFERENCE RE SAME** |

Defendant Petr Pacas, by and through counsel of record, submits this Supplement to Defendant Pacas's Unopposed Motion to Modify the Trial Schedule and Request for Telephonic Status Conference re: Same (the "Motion"), filed on January 31, 2022.  (*See* Dkt. 323.)

In the Motion, counsel for Defendant Pacas proposes that the first week of trial consist of trial on May 23-25, 2022, rather than May 24-27, 2022. This

1  Supplement is to clarify the footnote in the Motion. In footnote one, Defendant
2  Pacas also raises the possibility of taking a break in the trial during the week of June
3  21-24, 2022. The Government opposes taking this break.
4
5                                             Respectfully submitted,
6  Dated:  February 1, 2022          **BIRD, MARELLA, BOXER, WOLPERT,**
7                                             **NESSIM, DROOKS, LINCENBERG &**
                                              **RHOW, P.C.**
8                                             By:  *s/ Gary S. Lincenberg*
9                                                   Gary S. Lincenberg
                                                    Nicole Rodriguez Van Dyk
10                                                  Darren L. Patrick
                                                    Alexis A. Wiseley
11                                                  *Attorneys for Petr Pacas*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

Randy K. Jones
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
rkjones@mintz.com

Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Carlos A. Nevarez
903 Calle Amanecer, Suite 350
San Clemente, California 92673
tbienert@bklwlaw.com
jriddet@bklwlaw.com
wbernstein@bklwlaw.com
cnevarez@bklwlaw.com

David W. Wiechert
Jessica C. Munk
27136 Paseo Espada, Suite B1123

1 | San Juan Capistrano, CA 92675
2 | dwiechert@aol.com
3 | jessica@wmgattorneys.com
  | william@wmgattorneys.com
4 |
5 | I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
6 |
7 | Executed on February 1, 2022, at Los Angeles, California.
8 |             *s/Alexis A. Wiseley*
  |             Alexis A. Wiseley