RANDY S. GROSSMAN
United States Attorney
Melanie K. Pierson
Assistant United States Attorney
California Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7976

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>            v.<br><br>JACOB BYCHAK, et. al.<br>        Defendants. | Case No. 18cr4683<br><br>MOTION AND ORDER TO FILE OVERSIZED BRIEF IN RESPONSE TO MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT |

The United States of America, by its counsel, moves to file an oversize brief in response to the Defendants' Motion to Dismiss for Outrageous Government Conduct. The defense brief consisted of a 30-page brief, and an 82-page declaration including 14 exhibits filed under seal. The government's response consists of a 27-page brief (2 pages over the limit), and a 43-page declaration including four exhibits, filed under seal. The defense brief raised numerous issues which required two additional pages to provide a thorough legal analysis for the court on this important issue.

        DATED: March 4, 2022    Respectfully submitted,

                            RANDY S. GROSSMAN
                            United States Attorney

                            _Melanie K Pierson_
                            _____
                            Melanie K. Pierson
                            Assistant U. S. Attorney