| | | |
|---|---|---|
| 1 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW P.C.** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| | Gary S. Lincenberg, SBN 123058 | Randy K. Jones, SBN 141711 |
| | Nicole R. Van Dyk, SBN 261646 | 3580 Carmel Mountain Road, Suite 300 |
| | Darren L. Patrick, SBN 310727 | San Diego, CA 92130 |
| | Alexis A. Wiseley, SBN 330100 | Telephone: (858) 314-1510 |
| | 1875 Century Park East, Floor 23 | Email: rkjones@mintz.com |
| | Los Angeles, CA 90067 | |
| | Telephone: (310) 201-2100 | Daniel Goodrich, BBO 692624 (Pro Hac) |
| | Email: glincenberg@birdmarella.com | Ryan Dougherty, BBO 703380 (Pro Hac) |
| | nvandyk@birdmarella.com | 1 Financial Center |
| | dpatrick@birdmarella.com | Boston, MA 02111 |
| | awiseley@birdmarella.com | djgoodrich@mintz.com |
| | | rtdougherty@mintz.com |
| | *Attorneys for Petr Pacas* | *Attorneys for Mark Manoogian* |
| | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| | Thomas H. Bienert, Jr., SBN 135311 | David W. Wiechert, SBN 94607 |
| | James D. Riddet, SBN 39826 | Jessica C. Munk, SBN 238832 |
| | Whitney Z. Bernstein, SBN 304917 | 27136 Paseo Espada, Suite B1123 |
| | Carlos A. Nevarez, SBN 324407 | San Juan Capistrano, CA 92675 |
| | 903 Calle Amanecer, Suite 350 | Telephone: (949) 361-2822 |
| | San Clemente, California 92673 | Email: dwiechert@aol.com |
| | Telephone: (949) 369-3700 | jessica@wmgattorneys.com |
| | Email: tbienert@bklwlaw.com | |
| | jriddet@bklwlaw.com | |
| | wbernstein@bklwlaw.com | |
| | cnevarez@bklwlaw.com | |
| | *Attorneys for Mohammed Abdul Qayyum* | *Attorneys for Jacob Bychak* |

Case No. 18-CR-4683-GPC

MOTION TO FILE OVERSIZED REPLY BRIEF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**MOTION TO FILE AN OVERSIZED REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENTAL MISCONDUCT** |

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants"), move to file an oversized reply brief in further support of Defendants' Motion to Dismiss Based on Outrageous Governmental Misconduct (the "Motion"). *See* ECF. No. 329. In response to the Motion, the Court permitted the government to file an oversized brief, consisting of a 27-page brief and a 43-page declaration filed under seal. *See* ECF Nos. 334, 336. Defendants' reply brief consists of a 12-page brief (two pages over the limit). The additional pages were warranted to adequately address the lengthy arguments set forth in the government's response.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: March 11, 2022 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |
| 4 |  | By: *s/ Gary S. Lincenberg*<br>Gary S. Lincenberg<br>Nicole Rodriguez Van Dyk<br>Darren L. Patrick<br>Alexis A. Wiseley<br>*Attorneys for Petr Pacas* |
| 8 | Dated: March 11, 2022 | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| 9 |  | By: *s/ Jessica C. Munk*<br>Jessica C. Munk<br>David W. Wiechert<br>*Attorneys for Jacob Bychak* |
| 12 | Dated: March 11, 2022 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** |
| 13 |  | By: *s/ Whitney Z. Bernstein*<br>Whitney Z. Bernstein<br>Thomas H. Bienert, Jr.<br>James D. Riddet<br>Carlos A. Nevarez<br>*Attorneys for Mohammed Abdul Qayyum* |
| 17 | Dated: March 11, 2022 | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| 19 |  | By: *s/ Randy K. Jones*<br>Randy K. Jones<br>Daniel J. Goodrich (Pro Hac)<br>Ryan Dougherty (Pro Hac)<br>*Attorneys for Mark Manoogian* |

**CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Defendant Petr Pacas certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

　　　　　　　　　　　　　　　　　　　　*s/     Alexis A. Wiseley*
　　　　　　　　　　　　　　　　　　　　　　Alexis A. Wiseley