IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al*.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**ORDER PERMITTING DEFENDANTS TO FILE AN OVERSIZED REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENTAL MISCONDUCT** |

/ /
/ /
/ /
/ /
/ /

**WHEREAS**, Defendants have requested that the Court permit Defendants to file an oversized reply brief in further support of their Motion to Dismiss Based on Outrageous Governmental Misconduct (*see* ECF No. 329);

**WHEREAS**, the Court has considered the reasons set forth in the Motion and finds good cause to grant an extension of two pages;

**IT IS HEREBY ORDERED** that Defendants' reply brief, consisting of 12 pages, may be filed.

**IT IS SO ORDERED.**

Dated:  March 14, 2022

Hon. Gonzalo P. Curiel
United States District Judge