UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
                               )
              Plaintiff,       )
                               )
                               )
   -vs-                        ) No. 18 CR 4683 GPC
                               )
                               )
JACOB BYCHAK (1),              )
MARK MANOOGIAN (2),            )
MOHAMMED ABDUL QAYYUM (3),     )
PETR PACAS (4)                 )
                               )
                               )
              Defendants.      )
                               )

VIDEOTAPED DEPOSITION OF DR. LEONA WILLIAMS, Ph.D.

THURSDAY, SEPTEMBER 9, 2021, 11:29 A.M.

REDLANDS, CALIFORNIA

Reported by Stephanie Shearer, CSR No. 6851
Shelburne Sherr Job No. 102386

1                    UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,        )
                                      )
5                                     )
                     Plaintiff,       )
6                                     )
                                      )
7      -vs-                           ) No. 18 CR 4683 GPC
                                      )
8                                     )
     JACOB BYCHAK (1),                )
9    MARK MANOOGIAN (2),              )
     MOHAMMED ABDUL QAYYUM (3),       )
10   PETR PACAS (4),                  )
                                      )
11                                    )
                     Defendants.      )
12                                    )

13

14

15

16

17

18

19

20

21          VIDEOTAPED DEPOSITION OF DR. LEONA WILLIAMS,

22   Ph.D., taken at 1200 California Street, Suite 260,

23   Redlands, California, on Thursday, September 9, 2021, at

24   11:29 a.m., before Stephanie Shearer, Certified

25   Shorthand Reporter, in and for the State of California.

Leona Williams, Ph.D. - 09/09/2021

```
 1   APPEARANCES:

 2   For Plaintiff, United States of America:

 3             UNITED STATES DEPARTMENT OF JUSTICE
             BY:  SABRINA L. FEVE, ESQ., (AUSA)
 4             880 Front Street, Fourth Floor
             Room 6293 (Mailing)
 5             San Diego, California 92101
             Telephone:  (619) 379-3834
 6             E-mail:  sabrina.feve@usdoj.gov

 7   For Defendant Jacob Bychak:

 8             WIECHERT, MUNK & GOLDSTEIN, PC
             BY:  JESSICA C. MUNK, ESQ.
 9             27136 Paseo Espada, Suite B1123
             San Juan Capistrano, California 92675
10             Telephone:  (949) 361-2822
             E-mail:  jessica@wmgattorneys.com
11
     For Defendant Mark Manoogian:
12
             MINTZ
13             BY:  RANDY K. JONES, ESQ.
             3580 Carmel Mountain Road, Suite 300
14             San Diego, California 92130
             Telephone:  (858) 314-1510
15             E-mail:  rkjones@mintz.com

16             -and-

17             MINTZ
             BY:  DANIEL J. GOODRICH, ESQ. - (TELEPHONIC)
18             One Financial Center
             Boston, Massachusetts 02111
19             Telephone:  (617) 542-6000
             E-mail:  djgoodrich@mintz.com
20
     For Defendant Mohammed Abdul Qayyum:
21
             BIENERT, KATZMAN, LITTRELL & WILLIAMS, LLP
22             BY:  CARLOS A. NEVAREZ, ESQ.
                 JAMES D. RIDDET, ESQ. - (TELEPHONIC)
23             903 Calle Amanecer, Suite 903
             San Clemente, California 92673
24             Telephone:  (915) 227-6377
             E-mail:  cnevarez@bklwlaw.com
25             E-mail:  jriddet@bklwlaw.com
```

Leona Williams, Ph.D. - 09/09/2021

```
 1    APPEARANCES (CONTINUED):

 2    For Defendant Petr Pacas:

 3              BIRD MARELLA
              BY:  NICOLE R. VAN DYK, ESQ.
 4              1875 Century Park East, 23rd Floor
              Los Angeles, California 90067-2561
 5              Telephone:  (310) 201-2100
              E-mail:  nvandyk@birdmarella.com
 6
      For Deponent:
 7
              LAW OFFICE OF ROBERT WILLIAM MORRIS
 8              BY:  ROBERT WILLIAM MORRIS, ESQ.
              1200 California Street, Suite 260
 9              Redlands, California 92352
              Telephone:  (909) 792-6455
10              E-mail:  lawofficerobertmorris@verizon.net

11    ALSO PRESENT:

12              Mr. Ray Christensen
              Technical Support
13
              Mr. Barry Varanese
14              Videographer

15

16

17

18

19

20

21

22

23

24

25
```

Leona Williams, Ph.D. - 09/09/2021

```
 1                             INDEX
 2    WITNESS:  Dr. Leona Williams, Ph.D.
 3
 4    EXAMINATION                                    PAGE
 5    Direct Examination by Ms. Feve                    9
 6    Cross-Examination by Ms. Munk                    32
 7    Cross-Examination by Mr. Jones                   50
 8    Cross-Examination by Ms. Van Dyk                 51
 9    Redirect Examination by Ms. Feve                 53
10    Recross Examination by Mr. Jones                 54
11
12
13
14                      INDEX TO EXHIBITS
                             (NONE)
15
16
17
18                   INFORMATION REQUESTED
19                           (NONE)
20
21
22
                     QUESTIONS NOT ANSWERED
23                           (NONE)
24
25
```

Leona Williams, Ph.D. - 09/09/2021

|   | 1 | THURSDAY, SEPTEMBER 9, 2021, 11:20 A.M. |
|---|---|---|
|   | 2 | REDLANDS, CALIFORNIA |
|   | 3 |   |
| 11:29:45 | 4 |   |
| 11:29:46 | 5 |   |
| 11:29:50 | 6 |   |
| 11:29:57 | 7 |   |
| 11:30:02 | 8 |   |
| 11:30:07 | 9 |   |
| 11:30:09 | 10 |   |
| 11:30:09 | 11 |   |
| 11:30:16 | 12 |   |
| 11:30:20 | 13 |   |
| 11:30:23 | 14 |   |
| 11:30:26 | 15 |   |
| 11:30:31 | 16 |   |
| 11:30:38 | 17 |   |
| 11:30:40 | 18 |   |
| 11:30:40 | 19 |   |
| 11:30:43 | 20 |   |
| 11:30:46 | 21 |   |
| 11:30:53 | 22 |   |
| 11:30:53 | 23 |   |
| 11:30:53 | 24 |   |
| 11:30:56 | 25 |   |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:31:00 | 1 | |
| 11:31:03 | 2 | |
| 11:31:07 | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| 11:31:18 | 11 | |
| 11:31:18 | 12 | |
| 11:31:18 | 13 | |
| 11:31:18 | 14 | |
| 11:31:18 | 15 | |
| 11:31:29 | 16 | |
| 11:31:32 | 17 | |
| 11:31:32 | 18 | |
| 11:31:32 | 19 | |
| 11:31:32 | 20 | |
| 11:31:42 | 21 | |
| 11:31:43 | 22 | |
| 11:31:46 | 23 | |
| 11:31:56 | 24 | (Witness sworn) |
| 11:31:57 | 25 | |

Leona Williams, Ph.D. - 09/09/2021

| | |
|---|---|
| 11:32:01 | 1 |
| 11:32:04 | 2 |
| 11:32:10 | 3 |
| 11:32:10 | 4 |
| 11:32:10 | 5 |
| 11:32:10 | 6 |
| 11:32:10 | 7 |
| 11:32:17 | 8 |
| 11:32:19 | 9 |
| 11:32:19 | 10 |
| 11:32:23 | 11 |
| 11:32:26 | 12 |
| 11:32:26 | 13 |
| 11:32:26 | 14 |
| 11:32:26 | 15 |
| 11:32:26 | 16 |
| 11:32:34 | 17 |
| 11:32:37 | 18 |
| 11:32:42 | 19 |
| 11:32:47 | 20 |
| | 21  /// |
| | 22  /// |
| | 23  /// |
| | 24  /// |
| | 25  /// |

Leona Williams, Ph.D. - 09/09/2021

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
|          | 1  | DR. LEONA WILLIAMS, Ph.D.,                               |
|          | 2  | being first duly sworn, testifies as follows:           |
|          | 3  |                                                         |
|          | 4  | DIRECT EXAMINATION                                       |
|          | 5  | BY MS. FEVE:                                             |
| 11:32:49 | 6  | Q    Good morning, Dr. Williams.                        |
| 11:32:51 | 7  | A    Good morning.                                       |
| 11:32:52 | 8  | Q    Would you please state your full name for the      |
| 11:32:56 | 9  | record.                                                 |
| 11:32:56 | 10 | A    It's Leona Clarice Wellington Williams Tarver.     |
| 11:33:05 | 11 | Q    Thank you.                                          |
| 11:33:07 | 12 | Are you currently represented by counsel?               |
| 11:33:09 | 13 | A    Yes, I am.                                          |
| 11:33:10 | 14 | Q    Is your attorney present here today?               |
| 11:33:13 | 15 | A    Yes, he is.                                         |
| 11:33:14 | 16 | Q    Have you had an opportunity to consult with        |
| 11:33:17 | 17 | your attorney prior to testifying today?                |
| 11:33:18 | 18 | A    Yes, I have.                                        |
| 11:33:19 | 19 | Q    Are you on any medications or suffering from       |
| 11:33:23 | 20 | any medical condition that would impair your ability to |
| 11:33:26 | 21 | testify today?                                          |
| 11:33:26 | 22 | A    I am on medication; but, no, it would not          |
| 11:33:30 | 23 | impede.                                                 |
| 11:33:31 | 24 | Q    Thank you, ma'am.                                   |
| 11:33:32 | 25 | Are you testifying today in response to                 |

Leona Williams, Ph.D. - 09/09/2021

| 11:33:35 | 1 | receiving a subpoena for your testimony? |
| 11:33:37 | 2 | A    Yes. |
| 11:33:38 | 3 | Q    Have you received any promises or benefits from |
| 11:33:45 | 4 | the Government in exchange for your testimony today? |
| 11:33:47 | 5 | A    No, I have not. |
| 11:33:48 | 6 | |
| 11:33:51 | 7 | |
| 11:33:54 | 8 | |
| 11:33:56 | 9 | |
| 11:34:02 | 10 | |
| 11:34:05 | 11 | |
| 11:34:08 | 12 | |
| 11:34:09 | 13 | |
| 11:34:13 | 14 | |
| 11:34:14 | 15 | |
| 11:34:17 | 16 | |
| 11:34:18 | 17 | |
| 11:34:20 | 18 | |
| 11:34:20 | 19 | |
| 11:34:20 | 20 | |
| 11:34:22 | 21 | |
| 11:34:23 | 22 | Did you have an opportunity to speak by |
| 11:34:26 | 23 | telephone with the lawyers for both sides earlier this |
| 11:34:29 | 24 | week? |
| 11:34:29 | 25 | A    Yes, I did. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:34:29 | 1 | |
| 11:34:32 | 2 | BY MS. FEVE: |
| 11:34:32 | 3 | Q    Turning your attention to 1993, were you |
| 11:34:36 | 4 | employed in 1993? |
| 11:34:38 | 5 | A    Yes, I was. |
| 11:34:39 | 6 | Q    For whom were you employed in 1993? |
| 11:34:50 | 7 | A    I was employed by the Val Verde Unified School |
| 11:34:50 | 8 | District. |
| 11:34:50 | 9 | Q    And what was your title? |
| 11:34:51 | 10 | A    District Superintendent of Schools. |
| 11:34:53 | 11 | Q    And, very broadly, what were your duties as the |
| 11:34:58 | 12 | Superintendent of the Val Verde Unified School |
| 11:35:01 | 13 | District? |
| 11:35:01 | 14 | A    It was to be sure that there were lessons |
| 11:35:05 | 15 | appropriated to students.  I was mandated and agreed |
| 11:35:14 | 16 | to, very willingly, to execute that mandate.  I was |
| 11:35:20 | 17 | also not only in charge of student learning, but the |
| 11:35:27 | 18 | staff, teachers, administrators.  I supervised the |
| 11:35:31 | 19 | entire school district. |
| 11:35:34 | 20 | Q    Thank you, ma'am. |
| 11:35:35 | 21 | Did you also incorporate a company in 1993? |
| 11:35:39 | 22 | A    Yes, I did. |
| 11:35:39 | 23 | Q    What company did you incorporate? |
| 11:35:41 | 24 | A    Educational & Corporate Technologies, Inc. |
| 11:35:45 | 25 | Q    Do you recall when you incorporated Educational |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:35:53 | 1 | & Corporate Technologies, Inc.? |
| 11:35:54 | 2 | A    It was July 9th, 1993. |
| 11:35:57 | 3 | Q    Were there -- Other than you, were there any |
| 11:36:00 | 4 | other founders of this company? |
| 11:36:03 | 5 | A    At the time, there were only volunteers.  I was |
| 11:36:09 | 6 | the founding person responsible for the corporation, |
| 11:36:16 | 7 | and -- |
| 11:36:16 | 8 | |
| 11:36:16 | 9 | THE WITNESS:  -- and I did that. |
| 11:36:16 | 10 | |
| 11:36:27 | 11 | |
| 11:36:29 | 12 | |
| 11:36:30 | 13 | |
| 11:36:34 | 14 | |
| 11:36:34 | 15 | |
| 11:38:09 | 16 | |
| 11:38:10 | 17 | |
| 11:38:12 | 18 | BY MS. FEVE: |
| 11:38:12 | 19 | |
| 11:38:15 | 20 | What was the purpose or mission of Educational |
| 11:38:17 | 21 | & Corporate Technologies, Inc.? |
| 11:38:20 | 22 | A    Educational services. |
| 11:38:22 | 23 | Q    Did the company provide in-service workshops |
| 11:38:28 | 24 | and training on how to use computers? |
| 11:38:30 | 25 | A    Yes, it did. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:38:31 | 1 | Q    Was that training for educators? |
| 11:38:33 | 2 | A    It was for educators, including staff and, of |
| 11:38:40 | 3 | course, administrators as well. |
| 11:38:44 | 4 | Q    Did you file incorporation paperwork for |
| 11:38:47 | 5 | Educational & Corporate Technologies with the |
| 11:38:51 | 6 | California Secretary of State? |
| 11:38:52 | 7 | A    Yes, I did. |
| 11:38:53 | 8 | Q    Do you recall when you most recently updated |
| 11:38:56 | 9 | that paperwork with the California Secretary of State? |
| 11:38:59 | 10 | A    Yes.  It was October 23rd, 19- -- excuse me -- |
| 11:39:04 | 11 | 2023 -- excuse me -- 2020. |
| 11:39:08 | 12 | Q    Thank you very much. |
| 11:39:12 | 13 | Did you also update the paperwork in 2012? |
| 11:39:17 | 14 | A    Yes, I did. |
| 11:39:18 | 15 | Q    Do you recall when in 2012 you updated the |
| 11:39:22 | 16 | paperwork for Educational & Corporate Technologies, |
| 11:39:26 | 17 | Inc.? |
| 11:39:26 | 18 | A    The exact date, I don't, but I believe it was |
| 11:39:29 | 19 | in July. |
| 11:39:29 | 20 | Q    Thank you. |
| 11:39:30 | 21 | But your general recollection is that you did |
| 11:39:33 | 22 | file paperwork in 2012? |
| 11:39:35 | 23 | A    Yes. |
| 11:39:36 | 24 | Q    You mentioned earlier that Educational & |
| 11:39:41 | 25 | Corporate Technologies, Inc., had volunteers. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:39:43 | 1 | Did it have any employees? |
| 11:39:45 | 2 | A    It had no employees. |
| 11:39:48 | 3 | Q    Are you familiar with the name Darrell Lynn? |
| 11:39:50 | 4 | A    Yes, I am. |
| 11:39:52 | 5 | Q    Who is Mr. Lynn? |
| 11:39:53 | 6 | A    Mr. Lynn at that time was the IT director. |
| 11:40:01 | 7 | Q    He was the IT director for whom? |
| 11:40:04 | 8 | A    Oh, excuse me.  From -- For Val Verde Unified |
| 11:40:08 | 9 | School District. |
| 11:40:08 | 10 | Q    And is that how you knew Mr. Lynn? |
| 11:40:13 | 11 | A    I hired Mr. Lynn from a classroom in |
| 11:40:16 | 12 | San Bernardino.  Yes.  That's how I knew him. |
| 11:40:19 | 13 | Q    What duties did Mr. Lynn perform as a volunteer |
| 11:40:23 | 14 | for Educational & Corporate Technologies, Inc.? |
| 11:40:26 | 15 | A    He assisted with the training.  He assisted |
| 11:40:31 | 16 | with the internet connectivity, and he also did some |
| 11:40:35 | 17 | verbal training. |
| 11:40:37 | 18 | Q    Did he assist with the Internet or what we |
| 11:40:41 | 19 | sometimes call "IT support" for the company? |
| 11:40:44 | 20 | A    Yes, he did. |
| 11:40:46 | 21 | Q    Was Mr. Lynn a shareholder in Educational & |
| 11:40:53 | 22 | Corporate Technologies, Inc.? |
| 11:40:53 | 23 | A    He was not.  He was a volunteer. |
| 11:40:56 | 24 | Q    At any time, did Mr. Lynn ever have the power |
| 11:41:00 | 25 | to sell, lease or transfer assets belonging to |

Leona Williams, Ph.D. - 09/09/2021

| 11:41:05 | 1 | Educational & Corporate Technologies? |
| 11:41:08 | 2 | A   No, he did not. |
| 11:41:10 | 3 | Q   For approximately how long did Mr. Lynn |
| 11:41:14 | 4 | volunteer with Educational & Corporate Technologies, |
| 11:41:19 | 5 | Inc.? |
| 11:41:19 | 6 | A   As I recall, from approximately 1993 through |
| 11:41:27 | 7 | 1995. |
| 11:41:28 | 8 | Q   When Mr. Lynn stopped volunteering with |
| 11:41:33 | 9 | Educational & Corporate Technologies, Inc., did the |
| 11:41:36 | 10 | company grant him any stock assets or property rights? |
| 11:41:36 | 11 | |
| 11:41:42 | 12 | THE WITNESS:  No.  The company did not. |
| 11:41:43 | 13 | BY MS. FEVE: |
| 11:41:43 | 14 | Q   When did you last hear, approximately, from |
| 11:41:48 | 15 | Mr. Lynn? |
| 11:41:49 | 16 | A   Fifteen to twenty years ago. |
| 11:41:56 | 17 | Q   Have you ever used -- Strike that. |
| 11:42:05 | 18 | Have you ever heard of an "IP address" or an |
| 11:42:11 | 19 | "IP netblock"? |
| 11:42:12 | 20 | A   Yes, I have. |
| 11:42:13 | 21 | Q   Did Educational & Corporate Technologies, Inc., |
| 11:42:17 | 22 | acquire -- ever acquire a block of IP addresses? |
| 11:42:21 | 23 | A   Yes, it did. |
| 11:42:22 | 24 | Q   In particular, was the block of IP addresses |
| 11:42:26 | 25 | that the company acquired written as 165.192.0.0\16? |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:42:38 | 1 | A     Yes, it was. |
| 11:42:39 | 2 | Q     Did those IP addresses include a range of IP |
| 11:42:47 | 3 | addresses that went between 165.192.0.0 and |
| 11:42:58 | 4 | 165.192.255.255? |
| 11:43:00 | 5 | A     Yes, it did. |
| 11:43:02 | 6 | Q     Is it your understanding that Mr. Lynn |
| 11:43:07 | 7 | registered Educational & Corporate Technologies for |
| 11:43:10 | 8 | these addresses? |
| 11:43:12 | 9 | |
| 11:43:16 | 10 | THE WITNESS:  Not to my knowledge. |
| 11:43:18 | 11 | BY MS. FEVE: |
| 11:43:18 | 12 | Q     How do you understand that Educational & |
| 11:43:22 | 13 | Corporate Technologies, Inc., acquired those IP |
| 11:43:24 | 14 | addresses we just described? |
| 11:43:26 | 15 | A     They were donated. |
| 11:43:32 | 16 | Q     Did Educational & Corporate Technologies |
| 11:43:36 | 17 | eventually sell those IP addresses? |
| 11:43:39 | 18 | A     Yes, it did. |
| 11:43:40 | 19 | Q     Do you recall when it sold those IP addresses? |
| 11:43:44 | 20 | A     In 2016. |
| 11:43:46 | 21 | Q     Do you require -- Excuse me. |
| 11:43:49 | 22 | Did you recall to whom those IP addresses were |
| 11:43:52 | 23 | sold? |
| 11:43:52 | 24 | A     They were sold to a broker representing a |
| 11:44:01 | 25 | company called IBM. |

Leona Williams, Ph.D. - 09/09/2021

| | | | |
|---|---|---|---|
| 11:44:03 | 1 | Q | Thank you. |
| 11:44:03 | 2 | | Do you recall what the purchase price was? |
| 11:44:06 | 3 | A | The purchase price was $850,000. |
| 11:44:11 | 4 | Q | Was there a written contract for that purchase? |
| 11:44:14 | 5 | A | Yes, there was. |
| 11:44:16 | 6 | Q | If you would turn your attention in the binder |
| 11:44:21 | 7 | | before you to what's been marked as Government Exhibit |
| 11:44:25 | 8 | | 303. |
| 11:44:32 | 9 | A | Okay. |
| 11:44:32 | 10 | Q | Do you recognize this document? |
| 11:44:35 | 11 | A | I have seen it. |
| 11:44:39 | 12 | Q | What is this document? |
| 11:44:41 | 13 | A | It's an escrow agreement. |
| 11:44:45 | 14 | Q | What is it an escrow agreement for? |
| 11:44:50 | 15 | A | For the purchase of the IT block. |
| 11:44:55 | 16 | Q | For the IP addresses? |
| 11:44:58 | 17 | A | Yes. |
| 11:44:58 | 18 | Q | Did you consult with an attorney on the |
| 11:45:01 | 19 | | purchase agreement that's been marked as Government |
| 11:45:03 | 20 | | Exhibit 303? |
| 11:45:04 | 21 | A | Yes, I did. |
| 11:45:06 | 22 | Q | Did an attorney help you prepare Government |
| 11:45:10 | 23 | | Exhibit 303? |
| 11:45:12 | 24 | A | Yes, he did. |
| 11:45:14 | 25 | Q | What was the name of the law firm or attorney |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:45:17 | 1 | who helped you prepare Government Exhibit 303? |
| 11:45:20 | 2 | A    The attorney was Ross Weston. |
| 11:45:25 | 3 | Q    Directing your attention to -- I'm going to |
| 11:45:31 | 4 | point you towards certain signatures, and we can go |
| 11:45:34 | 5 | through them one by one.  If you would turn to Page 12 |
| 11:45:37 | 6 | of Government Exhibit 303, I would like to know whether |
| 11:45:41 | 7 | or not you recognize any signatures on that page. |
| 11:45:47 | 8 | A    Yes.  I recognize my signature. |
| 11:45:49 | 9 | Q    Would you turn to Page A1 and tell me whether |
| 11:45:54 | 10 | or not you recognize any signatures on that page. |
| 11:45:57 | 11 | A    Yes, I do. |
| 11:46:00 | 12 | Q    What signature do you recognize? |
| 11:46:02 | 13 | A    I recognize my signature. |
| 11:46:06 | 14 | Q    Would you please turn to Page C1. |
| 11:46:06 | 15 | |
| 11:46:18 | 16 | THE WITNESS:  I recognize my signature. |
| 11:46:21 | 17 | BY MS. FEVE: |
| 11:46:21 | 18 | Q    Would you please turn to Page E1. |
| 11:46:37 | 19 | A    Yes. |
| 11:46:38 | 20 | Q    What signature do you recognize? |
| 11:46:40 | 21 | A    I recognize my signature. |
| 11:46:42 | 22 | Q    Would you please turn to Page H1. |
| 11:46:50 | 23 | A    I recognize my signature. |
| 11:46:51 | 24 | Q    If you could return to Page A1, and this is of |
| 11:47:03 | 25 | Government Exhibit 303 -- |

Leona Williams, Ph.D. - 09/09/2021

| | | | |
|---|---|---|---|
| 11:47:12 | 1 | A | I have it. |
| 11:47:13 | 2 | Q | -- below your signature, is there a date? |
| 11:47:16 | 3 | A | Yes, there is. |
| 11:47:18 | 4 | Q | Did you write that date? |
| 11:47:19 | 5 | A | Yes, I did. |
| 11:47:20 | 6 | Q | And was that to memorialize that you were |
| 11:47:24 | 7 | writing down the date you signed this document? |
| 11:47:26 | 8 | A | Yes.  That was the purpose. |
| 11:47:27 | 9 | Q | What was the date that you signed this |
| 11:47:29 | 10 | document? |
| 11:47:30 | 11 | A | December 19th, 2016. |
| 11:47:34 | 12 | Q | If you turn to the page behind that -- Excuse |
| 11:47:45 | 13 | me. |
| 11:47:46 | 14 | | If you turn to the page behind C1 -- that |
| 11:47:50 | 15 | page -- do you recall:  Was there a notary present when |
| 11:47:55 | 16 | you signed Government Exhibit 303? |
| 11:48:00 | 17 | A | Yes.  The notary public witnessed my signature. |
| 11:48:12 | 18 | Q | Thank you. |
| 11:48:13 | 19 | | And is that the stamp of the notary witnessing |
| 11:48:17 | 20 | your signature on the page immediately behind Page C1? |
| 11:48:24 | 21 | A | Yes, it is. |
| 11:48:25 | 22 | Q | Directing your attention to Government Exhibit |
| 11:48:30 | 23 | 304, do you recognize this document? |
| 11:48:31 | 24 | A | Yes, I do. |
| 11:48:32 | 25 | Q | What is this document? |

Leona Williams, Ph.D. - 09/09/2021

| 11:48:34 | 1 | A     This is the purchase agreement. |
| 11:48:35 | 2 | Q     What is it the purchase agreement for? |
| 11:48:38 | 3 | A     For the purchase of the number blocks. |
| 11:48:41 | 4 | Q     And what number blocks in particular was it |
| 11:48:44 | 5 | for? |
| 11:48:45 | 6 | A     For 165192.0.076. |
| 11:49:00 | 7 | Q     And is that the same group of IP addresses that |
| 11:49:04 | 8 | Educational & Corporate Technologies, Inc., was |
| 11:49:08 | 9 | selling? |
| 11:49:08 | 10 | A     Yes.  It has a different number range. |
| 11:49:15 | 11 | Q     Is it the same -- If you go back to Government |
| 11:49:15 | 12 | Exhibit 303, which is a little bit clearer, and you |
| 11:49:20 | 13 | look at Page 1 of that document, is there a number |
| 11:49:24 | 14 | range at the top of that document? |
| 11:49:29 | 15 | A     Yes, there is. |
| 11:49:30 | 16 | Q     And does it say that it's a purchase agreement |
| 11:49:34 | 17 | for IPB for Block Number 165.192.0.0/16? |
| 11:49:50 | 18 | A     Yes, it does. |
| 11:49:52 | 19 | Q     And does it appear that 304 is just a fuzzy |
| 11:49:58 | 20 | copy of the same netblock, where what you read as /76 |
| 11:50:02 | 21 | is actually /16? |
| 11:50:05 | 22 | A     Yes. |
| 11:50:06 | 23 | Q     And below the line where it has the /16, does |
| 11:50:13 | 24 | it also identify on Government Exhibit 304 that the |
| 11:50:17 | 25 | block range is 165.192.0.0-165.192.255.255? |

Leona Williams, Ph.D. - 09/09/2021

| | | | |
|---|---|---|---|
| 11:50:29 | 1 | A | That's correct, yes. |
| 11:50:30 | 2 | Q | Thank you. |
| 11:50:31 | 3 | | Did an attorney help you prepare Government |
| 11:50:38 | 4 | Exhibit 304? |
| 11:50:39 | 5 | A | Yes. |
| 11:50:40 | 6 | Q | Directing your attention to the signature on |
| 11:50:43 | 7 | the left, at the bottom of Government Exhibit 304, do |
| 11:50:47 | 8 | you recognize this signature? |
| 11:50:48 | 9 | A | On the left-hand side or right? |
| 11:50:54 | 10 | Q | Do you recognize any signatures on Government |
| 11:50:57 | 11 | Exhibit 304? |
| 11:50:57 | 12 | A | Yes, I do. |
| 11:50:58 | 13 | Q | Whose signature do you recognize? |
| 11:51:00 | 14 | A | I recognize my signature, and -- |
| 11:51:03 | 15 | Q | I'm sorry.  Continue. |
| 11:51:04 | 16 | A | -- and I recognize the signature of Sarah |
| 11:51:09 | 17 | Button. |
| 11:51:09 | 18 | Q | Do you recall her signing that document in |
| 11:51:11 | 19 | 2016? |
| 11:51:12 | 20 | A | Yes, I do. |
| 11:51:13 | 21 | Q | Is there a date written below your signature on |
| 11:51:18 | 22 | Government Exhibit 304? |
| 11:51:19 | 23 | A | Yes.  It's December 19th, 2016. |
| 11:51:23 | 24 | Q | Did you write that date? |
| 11:51:25 | 25 | A | Yes, I did. |

| | | |
|---|---|---|
| 11:51:26 | 1 | Q    Did you write that date on the date that you |
| 11:51:28 | 2 | signed that document? |
| 11:51:30 | 3 | A    Yes, I did. |
| 11:51:31 | 4 | Q    Who was the attorney who represented you and |
| 11:51:38 | 5 | advised you on the preparation of Government Exhibit |
| 11:51:41 | 6 | 304? |
| 11:51:41 | 7 | A    His name was Ross Weston. |
| 11:51:44 | 8 | Q    Did your attorney Robert Morris provide the |
| 11:51:49 | 9 | parties with Government Exhibits 303 and 304 on your |
| 11:51:55 | 10 | behalf? |
| 11:51:57 | 11 | A    Yes, he did. |
| 11:51:57 | 12 | Q    Are the copies of Government Exhibits 303 and |
| 11:52:01 | 13 | 304 that you've just looked at true and correct copies |
| 11:52:06 | 14 | of the documents that you signed on December 19th, |
| 11:52:09 | 15 | 2016? |
| 11:52:10 | 16 | A    Yes, they are. |
| 11:52:12 | 17 | Q    Do you recall whether Government Exhibits 303 |
| 11:52:17 | 18 | and 304 were prepared at or near the time of the |
| 11:52:20 | 19 | transaction memorialized therein? |
| 11:52:23 | 20 | A    Yes, they were. |
| 11:52:25 | 21 | Q    Were Government Exhibits 303 and 304 prepared |
| 11:52:30 | 22 | by one or more people with direct knowledge of the |
| 11:52:33 | 23 | transaction described therein? |
| 11:52:35 | 24 | A    Yes.  That's correct. |
| 11:52:36 | 25 | Q    As the President and CEO of -- Let me step |

| | | |
|---|---|---|
| 11:52:44 | 1 | back. |
| 11:52:44 | 2 | What was your title with Educational & |
| 11:52:48 | 3 | Corporate Technologies, Inc.? |
| 11:52:49 | 4 | A    It was President and CEO. |
| 11:52:51 | 5 | Q    As the President and CEO of Educational & |
| 11:52:56 | 6 | Corporate Technologies, Inc., are you generally |
| 11:52:58 | 7 | familiar with the manner in which the company prepared |
| 11:53:01 | 8 | and maintained business documents like Government |
| 11:53:06 | 9 | Exhibits 303 and 304? |
| 11:53:07 | 10 | A    Yes, I am. |
| 11:53:08 | 11 | Q    Was it the company's regular practice to |
| 11:53:10 | 12 | maintain records of its contracts and sales agreements? |
| 11:53:14 | 13 | A    Yes, that was. |
| 11:53:15 | 14 | Q    Were Government Exhibits 303 and 304 prepared |
| 11:53:19 | 15 | and maintained by a representative of Educational & |
| 11:53:23 | 16 | Corporate Technologies, Inc., in the ordinary course of |
| 11:53:27 | 17 | business until they were produced for use in this |
| 11:53:30 | 18 | proceeding? |
| 11:53:30 | 19 | A    Yes, they were. |
| 11:53:32 | 20 | MS. FEVE:  At this time, the United States |
| 11:53:35 | 21 | moves to admit into evidence Government Exhibits 303 |
| 11:53:39 | 22 | and 304. |
| 11:53:39 | 23 | BY MS. FEVE: |
| 11:53:40 | 24 | Q    Do you consider the IP addresses that were the |
| 11:53:43 | 25 | subject of Government Exhibits 303 and 304 to have been |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:53:51 | 1 | corporate assets? |
| 11:53:58 | 2 | MS. MUNK:  Object to vague. |
| 11:53:59 | 3 | MS. VAN DYK:  Lacks foundation. |
| 11:54:00 | 4 | THE WITNESS:  I considered them assets. |
| 11:54:02 | 5 | BY MS. FEVE: |
| 11:54:02 | 6 | Q    What does the word "asset" mean to you? |
| 11:54:05 | 7 | A    It means ownership of the purchases that we |
| 11:54:11 | 8 | were contemplating at the time. |
| 11:54:13 | 9 | |
| 11:54:16 | 10 | |
| 11:54:21 | 11 | |
| 11:54:23 | 12 | |
| 11:54:25 | 13 | |
| 11:54:26 | 14 | BY MS. FEVE: |
| 11:54:26 | 15 | Q    Who did you consider to be the owner of the IP |
| 11:54:29 | 16 | addresses that were being sold in December 2016 in |
| 11:54:32 | 17 | Government Exhibits 303 and 304? |
| 11:54:35 | 18 | A    The corporation, which was called Educational & |
| 11:54:39 | 19 | Corporate Technologies, Inc. |
| 11:54:40 | 20 | Q    Did you have a broker for the sale of these IP |
| 11:54:52 | 21 | addresses? |
| 11:54:52 | 22 | A    Yes.  There was a broker. |
| 11:54:52 | 23 | |
| 11:54:55 | 24 | |
| 11:55:00 | 25 | |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:55:02 | 1 | |
| 11:55:08 | 2 | |
| 11:55:12 | 3 | |
| 11:55:13 | 4 | BY MS. FEVE: |
| 11:55:13 | 5 | Q                                      Do you know how |
| 11:55:18 | 6 | the broker who represented you determined that you |
| 11:55:21 | 7 | owned these IP addresses? |
| 11:55:24 | 8 | A      The broker hired an attorney or attorneys to go |
| 11:55:32 | 9 | to the California Department, and he met with the |
| 11:55:44 | 10 | Secretary of State's staff.  He reviewed the files and |
| 11:55:48 | 11 | did research and assured me that the ownership was |
| 11:55:55 | 12 | indeed Educational & Corporate Technologies, Inc. |
| 11:56:01 | 13 | MS. MUNK:  And I'm going to object to hearsay |
| 11:56:04 | 14 | as well as lack of personal knowledge. |
| 11:56:08 | 15 | BY MS. FEVE: |
| 11:56:08 | 16 | Q      Do you have personal knowledge of whether or |
| 11:56:11 | 17 | not ARIN was involved in the sale memorialized in |
| 11:56:15 | 18 | Government Exhibits 303 and 304? |
| 11:56:17 | 19 | A      Yes.  ARIN was. |
| 11:56:20 | 20 | Q      What did ARIN do with regard to the transaction |
| 11:56:24 | 21 | memorialized in Government Exhibits 303 and 304? |
| 11:56:27 | 22 | A      It approved the purchase that was pending. |
| 11:56:33 | 23 | Q      Prior to selling the 165.192.0.0 IP address |
| 11:56:42 | 24 | range in December 2016, did Educational & Corporate |
| 11:56:47 | 25 | Technologies, Inc., transfer or loan those IP addresses |

Leona Williams, Ph.D. - 09/09/2021

| 11:56:51 | 1 | to anyone else? |
| 11:56:52 | 2 | A    No, it did not. |
| 11:56:55 | 3 | Q    If you could please turn to Government Exhibit |
| 11:57:03 | 4 | 41. |
| 11:57:13 | 5 | Do you see this document, ma'am? |
| 11:57:17 | 6 | A    Yes, I do. |
| 11:57:18 | 7 | Q    Whose letterhead is on this document? |
| 11:57:21 | 8 | A    It is not our letterhead.  I don't know.  It's |
| 11:57:27 | 9 | not the corporation's letterhead. |
| 11:57:30 | 10 | Q    Did Educational & Corporate Technologies, Inc., |
| 11:57:34 | 11 | authorize the document that has been marked as |
| 11:57:37 | 12 | Government Exhibit 41? |
| 11:57:38 | 13 | A    It did not. |
| 11:57:39 | 14 | Q    Does the letterhead that is on Government |
| 11:57:42 | 15 | Exhibit 41 match the letterhead that Educational & |
| 11:57:46 | 16 | Corporate Technologies, Inc., used? |
| 11:57:48 | 17 | A    No, it did not. |
| 11:57:50 | 18 | Q    Does the document that's been marked as |
| 11:57:53 | 19 | Government Exhibit 41 accurately depict the name of the |
| 11:57:57 | 20 | company that you were the President and CEO of? |
| 11:58:02 | 21 | |
| 11:58:03 | 22 | THE WITNESS:  No.  No, it did not. |
| 11:58:06 | 23 | BY MS. FEVE: |
| 11:58:06 | 24 | Q    What does it inaccurately write -- What is |
| 11:58:08 | 25 | inaccurate about the name of the company at the top of |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 11:58:11 | 1 | this document? |
| 11:58:12 | 2 | A     The name is Educational ampersand Corporate |
| 11:58:19 | 3 | Technologies, Inc. |
| 11:58:21 | 4 | Q     That's the true name? |
| 11:58:22 | 5 | A     That's the true name, and it's not here. |
| 11:58:25 | 6 | Q     What is the document -- What is the name on the |
| 11:58:27 | 7 | document? |
| 11:58:28 | 8 | A     It says "Educational Corporate Technologies." |
| 11:58:32 | 9 | Q     Do you see that there's an address on |
| 11:58:40 | 10 | Government Exhibit 41? |
| 11:58:41 | 11 | A     There's an address at the bottom of the page, |
| 11:58:44 | 12 | which is a P.O. box, which is not allowed. |
| 11:58:47 | 13 | Q     Did Educational & Corporate Technologies, Inc., |
| 11:58:50 | 14 | use a P.O. box in any of its formal written |
| 11:58:55 | 15 | correspondence? |
| 11:58:55 | 16 | A     No.  We did not. |
| 11:58:57 | 17 | Q     Do you see who signed Government Exhibit 41? |
| 11:59:03 | 18 | A     I see a signature here.  I'm not sure who it |
| 11:59:07 | 19 | belongs to. |
| 11:59:08 | 20 | Q     What is the name below that signature? |
| 11:59:11 | 21 | A     There's a name above the signature. |
| 11:59:13 | 22 | Q     What is the name above the signature? |
| 11:59:18 | 23 | A     It says "Darrell Lynn, Vice President." |
| 11:59:21 | 24 | Q     And is there a date at the top of this letter? |
| 11:59:24 | 25 | A     Yes. |

**Leona Williams, Ph.D. - 09/09/2021**

| | | |
|---|---|---|
| 11:59:24 | 1 | Q    What is that date? |
| 11:59:25 | 2 | A    The date says "18th October, 2013." |
| 11:59:30 | 3 | Q    Was Mr. Lynn actively volunteering for |
| 11:59:34 | 4 | Educational & Corporate Technologies, Inc., in October |
| 11:59:37 | 5 | 2013? |
| 11:59:38 | 6 | A    No, he was not. |
| 11:59:40 | 7 | Q    In 2013, would Educational & Corporate |
| 11:59:45 | 8 | Technologies, Inc., have needed your knowledge and |
| 11:59:48 | 9 | permission to authorize the use or transfer of the |
| 11:59:52 | 10 | 165.192.0.0 IP address range? |
| 11:59:58 | 11 | A    Yes, it would have. |
| 12:00:00 | 12 | Q    In 2013, did anyone other than you at |
| 12:00:04 | 13 | Educational & Corporate Technologies, Inc., have the |
| 12:00:06 | 14 | authority to authorize the use or transfer of the IP |
| 12:00:10 | 15 | addresses identified in Government Exhibits 303 and |
| 12:00:14 | 16 | 304? |
| 12:00:14 | 17 | A    No, they would not have. |
| 12:00:16 | 18 | Q    Did anyone ask you in 2013 for permission to |
| 12:00:20 | 19 | use this IP address range? |
| 12:00:22 | 20 | A    No, they did not. |
| 12:00:24 | 21 | Q    Was the letter that has been marked as |
| 12:00:28 | 22 | Government Exhibit 41 done without your knowledge? |
| 12:00:30 | 23 | A    That is correct. |
| 12:00:31 | 24 | Q    Was it done without your consent? |
| 12:00:34 | 25 | A    That is correct. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:00:35 | 1 | Q    Turning your attention to Government Exhibits |
| 12:00:39 | 2 | 190, 191, 192, 193, 194, 195 and 196, if you could take |
| 12:01:00 | 3 | a moment to look at each of those pictures. |
| 12:01:17 | 4 | A    I have looked at them. |
| 12:01:18 | 5 | Q    Have you had an opportunity to review those |
| 12:01:21 | 6 | pictures prior to today? |
| 12:01:23 | 7 | A    Yes, I have. |
| 12:01:24 | 8 | Q    Do you recognize any of the individuals |
| 12:01:29 | 9 | depicted in Government Exhibits 190 through 196? |
| 12:01:33 | 10 | A    Will you repeat the question, please. |
| 12:01:38 | 11 | Q    Do you recognize any of the individuals? |
| 12:01:41 | 12 | A    No, I do not. |
| 12:01:42 | 13 | Q    And that's with regard to all of the pages |
| 12:01:45 | 14 | between 190 and 196 that we've just looked at? |
| 12:01:49 | 15 | A    That is correct. |
| 12:01:50 | 16 | Q    I'm going to now ask you about a series of |
| 12:01:54 | 17 | names, and I'm just going to ask you if you have ever |
| 12:01:58 | 18 | met or spoken with or communicated with any of the |
| 12:02:01 | 19 | following people by name. |
| 12:02:02 | 20 | A    All right. |
| 12:02:03 | 21 | Q    The first name is Jacob Bychak. |
| 12:02:06 | 22 | A    I do not recognize that name. |
| 12:02:08 | 23 | Q    The second name is Mark Manoogian. |
| 12:02:13 | 24 | A    I do not recognize that name. |
| 12:02:14 | 25 | Q    The third name is Mohammed Abdul Qayyum. |

Leona Williams, Ph.D. - 09/09/2021

| | | | |
|---|---|---|---|
| 12:02:19 | 1 | A | I do not recognize that name. |
| 12:02:21 | 2 | Q | The fourth name is Petr Pacas. |
| 12:02:24 | 3 | A | I do not recognize that name. |
| 12:02:25 | 4 | Q | The fifth name is Daniel Dye. |
| 12:02:27 | 5 | A | I do not recognize that name. |
| 12:02:29 | 6 | Q | And the sixth name is Vincent Tarney. |
| 12:02:32 | 7 | A | I do not recognize that name. |

12:02:34   8      Q   Did you ever authorize anyone I have mentioned
12:02:37   9   or any of the people in those pictures marked as
12:02:41  10   Government Exhibits 190 through 196 to use any of the
12:02:45  11   IP addresses in the 165.192.0.0 IP address range?
12:02:52  12      A   No, I did not.
12:02:53  13      Q   Did Educational & Corporate Technologies, Inc.,
12:02:59  14   ever send or endorse the sending of unsolicited
12:03:03  15   commercial e-mail messages using that IP address range?
12:03:07  16      A   No.  If they did, they were not authorized to
12:03:10  17   do it.
12:03:10  18
12:03:13  19
12:03:13  20
12:03:17  21
12:03:19  22
12:03:19  23   BY MS. FEVE:
12:03:26  24      Q   Would you have known if Educational & Corporate
12:03:30  25   Technologies sent out unsolicited commercial e-mail

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:03:34 | 1 | messages? |
| 12:03:35 | 2 | A    If they did, they would not have been |
| 12:03:38 | 3 | authorized to do so. |
| 12:03:42 | 4 | |
| 12:03:46 | 5 | |
| 12:03:49 | 6 | |
| 12:03:54 | 7 | |
| 12:03:55 | 8 | |
| 12:03:57 | 9 | BY MS. FEVE: |
| 12:03:57 | 10 | Q    What impact, if any, do you believe the use of |
| 12:04:02 | 11 | Educational & Corporate Technology, Inc.'s name to send |
| 12:04:07 | 12 | unsolicited commercial e-mail messages would have had |
| 12:04:07 | 13 | on the company's image? |
| 12:04:07 | 14 | MS. MUNK:  Object.  Foundation. |
| 12:04:14 | 15 | THE WITNESS:  The image of the company was that |
| 12:04:15 | 16 | it was straightforward; it was true; it had a trust |
| 12:04:20 | 17 | that people recognized, and anything less than that |
| 12:04:25 | 18 | would have been harmful. |
| 12:04:28 | 19 | BY MS. FEVE: |
| 12:04:28 | 20 | Q    How do you feel seeing Government Exhibit 41 |
| 12:04:34 | 21 | bearing Educational & Corporate Technologies' name |
| 12:04:41 | 22 | without your knowledge or consent? |
| 12:04:41 | 23 | MS. MUNK:  Object.  Irrelevant.  Vague. |
| 12:04:44 | 24 | THE WITNESS:  When this letter was presented to |
| 12:04:47 | 25 | me, I was shocked.  I felt that it was totally |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:04:56 | 1 | incorrect.  I felt violated, and it was certainly not |
| 12:05:01 | 2 | anything of trust. |
| 12:05:01 | 3 | MS. FEVE:  Thank you, ma'am. |
| 12:05:08 | 4 | |
| 12:05:08 | 5 | |
| 12:05:08 | 6 | |
| 12:05:08 | 7 | |
| 12:05:13 | 8 | |
| 12:05:17 | 9 | |
| 12:05:20 | 10 | |
| 12:05:20 | 11 | |
| 12:25:55 | 12 | |
| 12:25:56 | 13 | |
| 12:25:56 | 14 | |
| 12:25:56 | 15 | CROSS-EXAMINATION |
| 12:26:01 | 16 | BY MS. MUNK: |
| 12:26:01 | 17 | Q    Good afternoon, Dr. Williams. |
| 12:26:04 | 18 | A    Good afternoon. |
| 12:26:05 | 19 | |
| 12:26:08 | 20 | |
| 12:26:08 | 21 | |
| 12:26:08 | 22 | |
| 12:26:08 | 23 | |
| 12:26:16 | 24 | BY MS. MUNK: |
| 12:26:16 | 25 | Q    You had testified about Educational & Corporate |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:26:20 | 1 | Technologies, Inc., correct? |
| 12:26:22 | 2 | A    Yes. |
| 12:26:22 | 3 | Q    And did that company also go by "ECT"? |
| 12:26:26 | 4 | A    "ECT" was an acronym.  It was not a formal |
| 12:26:32 | 5 | corporate name. |
| 12:26:34 | 6 | Q    Okay.  And for ease of these questions, is it |
| 12:26:38 | 7 | okay if I refer to it as "ECT"? |
| 12:26:42 | 8 | A    As long as everybody understands that is not |
| 12:26:45 | 9 | the true and correct corporate name. |
| 12:26:47 | 10 | Q    Okay.  But we can refer to it as "ECT" for |
| 12:26:51 | 11 | Educational & Corporate Technologies, Inc.; is that |
| 12:26:51 | 12 | okay? |
| 12:26:54 | 13 | A    Yes. |
| 12:26:55 | 14 | Q    Okay.  And Ms. Feve also asked you about the |
| 12:26:59 | 15 | netblock with the number 165.192.0.0 to 165192.255.255; |
| 12:27:12 | 16 | is that correct? |
| 12:27:12 | 17 | A    If you're talking about the range, yes. |
| 12:27:20 | 18 | Q    The range, yes. |
| 12:27:20 | 19 | And just for ease of the questions, when I |
| 12:27:23 | 20 | refer to "the IP netblock," I will be referring to that |
| 12:27:27 | 21 | range.  Is that okay? |
| 12:27:28 | 22 | A    Yes. |
| 12:27:28 | 23 | Q    Now, ECT acquired the netblock sometime after |
| 12:27:38 | 24 | ECT was formed in July of 1993; is that correct? |
| 12:27:47 | 25 | A    That's correct. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:27:47 | 1 | Q    And you believe an agent of ECT, Darrell Lynn, |
| 12:27:49 | 2 | acquired it? |
| 12:27:51 | 3 | |
| 12:27:53 | 4 | THE WITNESS:  Darrell Lynn was a volunteer for |
| 12:27:55 | 5 | ECT. |
| 12:27:56 | 6 | BY MS. MUNK: |
| 12:27:56 | 7 | Q    Okay.  And do you believe he acquired it, or do |
| 12:28:00 | 8 | you know how it was acquired? |
| 12:28:01 | 9 | A    I'm not -- |
| 12:28:03 | 10 | |
| 12:28:04 | 11 | BY MS. MUNK: |
| 12:28:04 | 12 | Q    Do you believe Darrell Lynn acquired it? |
| 12:28:07 | 13 | A    He might have. |
| 12:28:08 | 14 | Q    Okay.  But you don't know how it was acquired? |
| 12:28:12 | 15 | A    I believe it was donated. |
| 12:28:15 | 16 | Q    Okay.  But you did not acquire the netblock, |
| 12:28:17 | 17 | correct? |
| 12:28:18 | 18 | A    I physically was the Superintendent of Schools. |
| 12:28:21 | 19 | I did not do that.  My IT director probably did. |
| 12:28:25 | 20 | Q    And ECT didn't provide any consideration for |
| 12:28:28 | 21 | the netblock, correct? |
| 12:28:30 | 22 | |
| 12:28:33 | 23 | THE WITNESS:  Do you mean did they purchase it? |
| 12:28:34 | 24 | BY MS. MUNK: |
| 12:28:34 | 25 | Q    Did they pay for it? |

| 12:28:37 | 1 | A    No, not at that time. |
|---|---|---|

12:28:37   1       A    No, not at that time.

12:28:38   2       Q    Okay.  You said it was donated, correct?

12:28:41   3       A    That's what I think.

12:28:42   4       Q    And other than the act of acquiring the

12:28:46   5   netblock for free, do you have personal knowledge

12:28:49   6   regarding any other circumstances relating to Mr. Lynn's

12:28:53   7   effort to acquire the netblock?

12:28:54   8       A    I know that there was research conducted by

12:29:00   9   attorneys who went to the State Department to research

12:29:05   10   that.

12:29:06   11       Q    And this was in 1993?

12:29:09   12       A    No.

12:29:09   13       Q    Okay.  So I'm talking about in 1993, when ECT

12:29:14   14   acquired the netblock.

12:29:16   15            Do you have any other personal information

12:29:19   16   other than that ECT got it for free?

12:29:22   17       A    I believe it was donated.

12:29:25   18       Q    Okay.  And beyond that, you don't have any

12:29:28   19   personal knowledge how Mr. Lynn or somebody else

12:29:31   20   acquired it, correct?

12:29:32   21       A    Not to my knowledge.

12:29:35   22       Q    Okay.  Thank you.

12:29:37   23            And ECT didn't use the netblock after it was

12:29:41   24   acquired, correct?

12:29:43   25

Leona Williams, Ph.D. - 09/09/2021

| 12:29:47 | 1 | THE WITNESS:  Not with my knowledge. |
| 12:29:48 | 2 | BY MS. MUNK: |
| 12:29:48 | 3 | Q    Okay.  So as far as you're aware, ECT didn't |
| 12:29:52 | 4 | use the netblock, correct? |
| 12:29:53 | 5 | A    Not at that time. |
| 12:29:57 | 6 | Q    And ECT was in operation, I believe you said, |
| 12:30:01 | 7 | from 1993 to 1995, correct? |
| 12:30:04 | 8 | A    That's when I said Darrell Lynn was an |
| 12:30:09 | 9 | employee. |
| 12:30:09 | 10 | Q    Right, but I believe you testified that ECT |
| 12:30:14 | 11 | actively operated from 1995 to 1997 -- excuse me -- |
| 12:30:19 | 12 | 1993 to 1995? |
| 12:30:23 | 13 | |
| 12:30:23 | 14 | |
| 12:30:23 | 15 | |
| 12:30:27 | 16 | |
| 12:30:27 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| 12:30:43 | 24 | THE WITNESS:  ECT still is a corporation today. |
| 12:30:43 | 25 | /// |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:30:49 | 1 | BY MS MUNK: |
| 12:30:49 | 2 | Q    Okay.  And did it at one point provide services |
| 12:30:56 | 3 | to a school? |
| 12:30:57 | 4 | A    Yes. |
| 12:30:57 | 5 | Q    And what period of time was that? |
| 12:31:01 | 6 | A    It was 1993 to 1995. |
| 12:31:06 | 7 | Q    Okay.  And since 1995, has ECT been in |
| 12:31:12 | 8 | operation or provided any other services? |
| 12:31:15 | 9 | A    Not to my knowledge. |
| 12:31:16 | 10 | Q    Okay.  And you would know, because you're the |
| 12:31:19 | 11 | President and CEO, correct? |
| 12:31:21 | 12 | A    I should. |
| 12:31:21 | 13 | Q    Okay.  So you haven't -- ECT hasn't gone and |
| 12:31:26 | 14 | done any other services or actively operated since |
| 12:31:31 | 15 | 1995, correct? |
| 12:31:32 | 16 | A    I would have to do some research on that. |
| 12:31:36 | 17 | Q    Okay.  Well, are you aware of any other |
| 12:31:38 | 18 | services -- |
| 12:31:38 | 19 | A    No -- |
| 12:31:40 | 20 | Q    -- ECT -- |
| 12:31:41 | 21 | A    -- I'm not, at this time. |
| 12:31:43 | 22 | Q    Okay.  Okay.  So 1995 was the last time that |
| 12:31:46 | 23 | ECT actively operated and provided services? |
| 12:31:49 | 24 | A    I believe so. |
| 12:31:57 | 25 | Q    Okay.  Okay.  And you have no knowledge that |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:32:04 | 1 | the netblock was ever registered with any entity during |
| 12:32:08 | 2 | the time frame ECT operated? |
| 12:32:12 | 3 | |
| 12:32:15 | 4 | THE WITNESS:  I don't believe so. |
| 12:32:16 | 5 | BY MS. MUNK: |
| 12:32:16 | 6 | Q    You don't believe you have any knowledge of the |
| 12:32:22 | 7 | netblock being registered? |
| 12:32:24 | 8 | A    I know when it was registered. |
| 12:32:26 | 9 | Q    Okay.  And when was that? |
| 12:32:27 | 10 | A    It was registered in 2016. |
| 12:32:31 | 11 | Q    When you sold the netblock? |
| 12:32:33 | 12 | A    It was before then. |
| 12:32:34 | 13 | Q    Shortly before selling the netblock? |
| 12:32:37 | 14 | A    Correct. |
| 12:32:38 | 15 | Q    Okay.  Okay.  So prior to 2016, at any point |
| 12:32:43 | 16 | prior to 2016, you didn't register the netblock with |
| 12:32:47 | 17 | ARIN, correct? |
| 12:32:48 | 18 | A    No, I did not, personally. |
| 12:32:50 | 19 | Q    Okay.  But you registered it in 2016 during the |
| 12:32:55 | 20 | period of selling the netblock? |
| 12:32:57 | 21 | A    Correct. |
| 12:32:57 | 22 | Q    So prior to being contacted by a broker in |
| 12:33:08 | 23 | 2016, you believed the netblock was worthless? |
| 12:33:11 | 24 | |
| 12:33:16 | 25 | THE WITNESS:  It was not of direct monetary |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:33:21 | 1 | value to the operation of the corporation. |
| 12:33:23 | 2 | BY MS. MUNK: |
| 12:33:23 | 3 | Q    Okay.  And you believed that it had no value |
| 12:33:26 | 4 | and was worthless, correct? |
| 12:33:28 | 5 | |
| 12:33:31 | 6 | THE WITNESS:  I believed it was not valuable at |
| 12:33:37 | 7 | the time. |
| 12:33:37 | 8 | BY MS. MUNK: |
| 12:33:37 | 9 | Q    And by "valuable at the time," you mean it had |
| 12:33:47 | 10 | no monetary value? |
| 12:33:47 | 11 | A    Correct. |
| 12:33:47 | 12 | Q    Okay.  And, I believe, you testified that you |
| 12:33:47 | 13 | thought it was an asset, but I just want to clarify: |
| 12:33:50 | 14 | If you thought it was an asset, you still believed it |
| 12:33:53 | 15 | didn't have value prior to 2016? |
| 12:33:56 | 16 | A    I believe that is correct. |
| 12:34:02 | 17 | Q    Okay.  And you filed for personal bankruptcy in |
| 12:34:09 | 18 | 2010, correct? |
| 12:34:10 | 19 | |
| 12:34:12 | 20 | THE WITNESS:  I don't recall. |
| 12:34:13 | 21 | BY MS. MUNK: |
| 12:34:13 | 22 | Q    Do you recall filing for bankruptcy? |
| 12:34:13 | 23 | |
| 12:34:13 | 24 | |
| 12:34:13 | 25 | |

**Leona Williams, Ph.D. - 09/09/2021**

| | | |
|---|---|---|
| 12:34:26 | 1 | THE WITNESS:  Yes, I did. |
| 12:34:26 | 2 | BY MS. MUNK: |
| 12:34:26 | 3 | Q    And you didn't list your ECT stock on your |
| 12:34:30 | 4 | bankruptcy schedule as an asset because you didn't |
| 12:34:33 | 5 | believe the company had anything of value, including |
| 12:34:36 | 6 | the netblock, right? |
| 12:34:38 | 7 | |
| 12:34:43 | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| 12:35:06 | 19 | THE WITNESS:  ECT was a corporation, and that |
| 12:35:09 | 20 | had nothing to do with my personal business affairs. |
| 12:35:09 | 21 | BY MS. MUNK: |
| 12:35:15 | 22 | Q    Okay.  And did you -- Do you realize that ECT |
| 12:35:17 | 23 | shares would have needed to be listed on your |
| 12:35:22 | 24 | bankruptcy schedule? |
| 12:35:23 | 25 | A    Had it been -- No, I was not. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:35:26 | 1 | Q    But you didn't believe ECT had any value, |
| 12:35:33 | 2 | correct? |
| 12:35:33 | 3 | A    At what time period are you talking about? |
| 12:35:36 | 4 | Q    In 2010. |
| 12:35:39 | 5 | A    No, I did not. |
| 12:35:40 | 6 | Q    Okay.  And prior to finding out that you could |
| 12:35:43 | 7 | sell the netblock, in 2016, you didn't believe ECT had |
| 12:35:48 | 8 | any value, correct? |
| 12:35:49 | 9 | A    I believed it was an asset to the corporation. |
| 12:35:54 | 10 | Q    Okay.  But -- That wasn't exactly my question, |
| | 11 | but -- |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| 12:36:07 | 18 | THE WITNESS:  I wouldn't say ECT did not have |
| 12:36:10 | 19 | any value.  I thought you were talking about the number |
| 12:36:13 | 20 | block. |
| 12:36:14 | 21 | BY MS. MUNK: |
| 12:36:14 | 22 | Q    Well, the number block.  Was ECT operating at |
| 12:36:17 | 23 | the time? |
| 12:36:18 | 24 | A    Yes, it was.  It was still active. |
| 12:36:21 | 25 | Q    Okay.  It was still active, in 2010? |

**Leona Williams, Ph.D. - 09/09/2021**

| | | | |
|---|---|---|---|
| 12:36:26 | 1 | A | Yes. |
| 12:36:26 | 2 | Q | And did it provide any services at that time? |
| 12:36:29 | 3 | A | Not directly. |
| 12:36:30 | 4 | Q | Okay.  Did it make any money? |
| 12:36:38 | 5 | A | No, it did not. |

12:36:41    6

12:36:59    7

12:37:03    8

12:37:05    9

12:37:05    10

12:37:07    11

12:37:10    12

12:37:14    13

12:37:16    14

12:37:16    15

12:37:16    16

12:37:18    17

12:37:20    18       Q    So, just to clarify, prior to 2016, you

12:37:25    19   believed the netblock had no value, no monetary value?

12:37:29    20       A    I believe it had some, but I'm not sure how

12:37:32    21   much it was.

12:37:33    22       Q    Okay.  So now you believe that the netblock had

12:37:37    23   some monetary value?

12:37:39    24       A    I didn't know how much; but, yes, I thought it

12:37:42    25   was increasing in value.

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:37:44 | 1 | Q    Okay.  So you previously just testified that |
| 12:37:47 | 2 | you believed that the netblock was worthless and did |
| 12:37:51 | 3 | not have value; is that -- prior to 2016; is that -- |
| 12:37:56 | 4 | A    That was prior to that. |
| 12:37:57 | 5 | Q    Okay.  And is that still your testimony and |
| 12:38:01 | 6 | belief today? |
| 12:38:01 | 7 | A    Correct. |
| 12:38:01 | 8 | Q    Okay.  Now, Darrell Lynn also obtained a domain |
| 12:38:09 | 9 | name for ECT; is that correct? |
| 12:38:11 | 10 | |
| 12:38:13 | 11 | THE WITNESS:  I'm not sure if he did or not. |
| 12:38:15 | 12 | BY MS. MUNK: |
| 12:38:15 | 13 | Q    Do you know if ECT had a domain name? |
| 12:38:19 | 14 | A    I've seen written paperwork that says he had -- |
| 12:38:23 | 15 | that the corporation had a domain name -- a domain |
| 12:38:29 | 16 | name, according to the paperwork that he had. |
| 12:38:32 | 17 | Q    Okay.  And do you know if ECT at some point had |
| 12:38:39 | 18 | a website? |
| 12:38:39 | 19 | A    I saw exhibits that said it did, but they were |
| 12:38:47 | 20 | not authorized by Educational & Corporate Technologies, |
| 12:38:51 | 21 | Inc. |
| 12:38:51 | 22 | Q    So the website that -- I'm not understanding |
| 12:38:57 | 23 | the answer. |
| 12:38:58 | 24 | So ECT, at some point, did they have a website? |
| 12:39:04 | 25 | A    I've seen exhibits that said it had a website. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:39:07 | 1 | Q    Okay.  And, to your personal knowledge, do you |
| 12:39:10 | 2 | know if ECT had a website? |
| 12:39:12 | 3 | A    Nobody in ECT, or Educational & Corporate |
| 12:39:17 | 4 | Technologies, used that website. |
| 12:39:18 | 5 | Q    Okay.  Did Darrell Lynn -- |
| 12:39:20 | 6 | A    No one was authorized to use the website. |
| 12:39:24 | 7 | Q    Okay.  Did Darrell Lynn create the website? |
| 12:39:28 | 8 | |
| 12:39:30 | 9 | THE WITNESS:  He might have. |
| 12:39:31 | 10 | BY MS. MUNK: |
| 12:39:31 | 11 | Q    Okay.  Do you know who created the website? |
| 12:39:34 | 12 | A    No, I -- |
| 12:39:36 | 13 | |
| 12:39:36 | 14 | |
| 12:39:38 | 15 | THE WITNESS:  I do not. |
| 12:39:41 | 16 | |
| 12:39:43 | 17 | |
| 12:39:48 | 18 | |
| 12:39:50 | 19 | |
| 12:39:59 | 20 | |
| 12:39:59 | 21 | MS. MUNK:  Okay. |
| 12:39:59 | 22 | BY MS. MUNK: |
| 12:39:59 | 23 | Q    Okay.  Did Darrell Lynn have authority to make |
| 12:40:04 | 24 | decisions about the netblock without your input? |
| 12:40:06 | 25 | A    No, he did not. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:40:07 | 1 | Q    And you don't know if Darrell Lynn did anything |
| 12:40:10 | 2 | with the netblock, correct? |
| 12:40:11 | 3 | A    I do not. |
| 12:40:12 | 4 | Q    And you don't know if he tried to sell it? |
| 12:40:15 | 5 | A    I do not. |
| 12:40:20 | 6 | Q    And you don't know if he let someone else use |
| 12:40:23 | 7 | it? |
| 12:40:23 | 8 | A    I do not know where Darrell Lynn was.  I don't |
| 12:40:27 | 9 | know what he did after 1995. |
| 12:40:31 | 10 | Q    Okay.  So that's a "No"; you don't know if he |
| 12:40:37 | 11 | let someone else use it? |
| 12:40:38 | 12 | A    I know he was not authorized to let anybody use |
| 12:40:42 | 13 | it without our permission. |
| 12:40:44 | 14 | Q    Right.  And just to clarify the question, you |
| 12:40:46 | 15 | don't know if he let someone else use it, though, |
| 12:40:48 | 16 | correct? |
| 12:40:49 | 17 | A    Correct. |
| 12:40:49 | 18 | |
| 12:40:52 | 19 | |
| 12:40:56 | 20 | |
| 12:40:56 | 21 | |
| 12:40:58 | 22 | |
| 12:41:01 | 23 | |
| 12:41:05 | 24 | |
| 12:41:09 | 25 | |

Leona Williams, Ph.D. - 09/09/2021

```
12:41:09    1
12:41:09    2
12:41:16    3
12:41:18    4
12:41:18    5
12:41:21    6
12:41:23    7
12:41:27    8
12:41:27    9
12:41:27   10
12:41:27   11
12:55:51   12
12:55:54   13
12:55:57   14   BY MS. MUNK:
12:55:57   15        Q    Dr. Williams, you haven't seen Darrell Lynn
12:56:00   16   since 1995; is that correct?
12:56:02   17        A    I don't recall seeing him after that.
12:56:07   18        Q    Okay.  And you don't recall speaking with
12:56:11   19   Darrell Lynn after 1995; is that correct?
12:56:13   20        A    I don't recall.
12:56:14   21        Q    Speaking to him?
12:56:23   22             THE REPORTER:  "Yes"?
12:56:24   23             THE WITNESS:  "Yes."
12:56:25   24   BY MS. MUNK:
12:56:25   25        Q    Okay.  And after getting the netblock and
```

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:56:31 | 1 | before you sold it, you did nothing to make sure |
| 12:56:34 | 2 | someone else didn't use it; is that correct? |
| 12:56:40 | 3 | |
| 12:56:42 | 4 | THE WITNESS:  No, I did not. |
| 12:56:43 | 5 | BY MS. MUNK: |
| 12:56:43 | 6 | Q    And you did not monitor whether someone else |
| 12:56:49 | 7 | was mailing on it? |
| 12:56:51 | 8 | |
| 12:56:53 | 9 | |
| 12:56:54 | 10 | THE WITNESS:  No, I did not. |
| 12:56:54 | 11 | BY MS. MUNK: |
| 12:56:57 | 12 | Q    And the use of -- |
| 12:56:57 | 13 | THE WITNESS:  Excuse me. |
| 12:56:57 | 14 | BY MS. MUNK: |
| 12:56:59 | 15 | Q    The use of the netblock by Adconion did not |
| 12:57:05 | 16 | affect your ability to sell the netblock, correct? |
| 12:57:20 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Leona Williams, Ph.D. - 09/09/2021

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  |                                                          |
|          | 2  |                                                          |
| 12:57:23 | 3  |          THE WITNESS:  No, it didn't.                    |
| 12:57:24 | 4  | BY MS. MUNK:                                              |
| 12:57:24 | 5  |     Q     And it did not affect the price of the         |
| 12:57:27 | 6  | netblock you -- the price that you received for the      |
| 12:57:29 | 7  | netblock, correct?                                       |
| 12:57:30 | 8  |     A     I don't believe it did.                        |
| 12:57:32 | 9  |     Q     And, I believe, you testified that you had     |
| 12:57:35 | 10 | never met or spoken to Jacob Bychak, correct?            |
| 12:57:39 | 11 |     A     I don't know that person.                      |
| 12:57:41 | 12 |     Q     Okay.  And Mr. Bychak never made               |
| 12:57:45 | 13 | representations to you to give him or someone else the   |
| 12:57:49 | 14 | IP netblock, correct?                                     |
| 12:57:50 | 15 |     A     I don't know that person.                      |
| 12:57:52 | 16 |     Q     Okay.  So that never happened?                 |
| 12:57:53 | 17 |     A     Not as I can recall.                           |
| 12:57:55 | 18 |     Q     And you've never met or spoken to Mark         |
| 12:58:02 | 19 | Manoogian?                                               |
| 12:58:02 | 20 |     A     Anybody in here (indicating), I've never spoken |
| 12:58:05 | 21 | with them.                                               |
| 12:58:06 | 22 |     Q     Okay.  Including Mark Manoogian?                |
| 12:58:09 | 23 |     A     I don't remember all the names.  They're       |
| 12:58:11 | 24 | strange names to me.                                     |
| 12:58:12 | 25 |     Q     Okay.  And Mr. Manoogian had never made any    |

| | | |
|---|---|---|
| 12:58:15 | 1 | representations to you for you to give him or someone |
| 12:58:19 | 2 | else the IP netblock, correct? |
| 12:58:21 | 3 | A    Not as I can recall. |
| 12:58:22 | 4 | Q    And you've never met or spoken to Abdul Qayyum, |
| 12:58:28 | 5 | correct? |
| 12:58:28 | 6 | |
| 12:58:30 | 7 | MS. FEVE:  Objection. |
| 12:58:30 | 8 | THE WITNESS:  I have not spoken to -- |
| 12:58:31 | 9 | MS. FEVE:  Vague. |
| 12:58:33 | 10 | THE WITNESS:  -- any of those people in this |
| 12:58:33 | 11 | book. |
| 12:58:33 | 12 | BY MS. MUNK: |
| 12:58:33 | 13 | Q    Okay.  I have to ask the questions. |
| 12:58:33 | 14 | A    Yeah, but I -- |
| 12:58:37 | 15 | MS. FEVE:  Objection.  Asked and answered. |
| 12:58:39 | 16 | THE WITNESS:  I want to be sure I'm answering |
| 12:58:42 | 17 | you correctly.  If I don't know their names, no, I've |
| 12:58:44 | 18 | not spoken with anybody in the book. |
| 12:58:44 | 19 | BY MS. MUNK: |
| 12:58:45 | 20 | Q         And Mr. Qayyum never made |
| 12:58:49 | 21 | representations to you for you to give him or someone |
| 12:58:53 | 22 | else the IP netblock, correct? |
| 12:58:53 | 23 | A    Mr. who? |
| 12:58:53 | 24 | Q    Qayyum. |
| 12:58:54 | 25 | A    (Shakes head) |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 12:58:55 | 1 | Q    And you've never met or spoken to Petr Pacas, |
| 12:58:59 | 2 | correct? |
| 12:58:59 | 3 | A    I have never spoken with anybody in the book. |
| 12:59:01 | 4 | Q    And Mr. Pacas never made any representations to |
| 12:59:06 | 5 | you to have you give him or someone else the IP |
| 12:59:10 | 6 | netblock, correct? |
| 12:59:10 | 7 | A    I have not spoken with anybody in the exhibit. |
| 12:59:13 | 8 | MS. MUNK:   Okay.   That's all my questions at |
| 12:59:15 | 9 | this time.   I don't know if my cocounsel has any. |
| 12:59:15 | 10 | MR. JONES:   I do. |
| 12:59:15 | 11 | |
| 12:59:15 | 12 | CROSS-EXAMINATION |
| 12:59:15 | 13 | BY MR. JONES: |
| 12:59:20 | 14 | Q    I just have one question -- this is Randy |
| 12:59:21 | 15 | Jones, Ms. Williams -- just to clarify, and it may |
| 12:59:21 | 16 | sound like we've done this.   So I apologize for it, but |
| 12:59:31 | 17 | I just want to make sure that I'm clear that you have |
| 12:59:31 | 18 | not seen Darrell Lynn since 1995. |
| 12:59:34 | 19 | A    I don't recall seeing him since that period. |
| 12:59:39 | 20 | Q    Okay.   And you have not spoken to Darrell Lynn |
| 12:59:42 | 21 | since 1995? |
| 12:59:43 | 22 | A    I don't recall having spoken to him. |
| 12:59:45 | 23 | Q    And Darrell Lynn was your only IT guy at ECT, |
| 12:59:51 | 24 | correct? |
| 12:59:51 | 25 | A    That's correct. |

Leona Williams, Ph.D. - 09/09/2021

| 12:59:53 | 1 | MR. JONES:  Okay.  That's all I have. |
| 12:59:53 | 2 | |
| 12:59:53 | 3 | CROSS-EXAMINATION |
| 12:59:53 | 4 | BY MS. VAN DYK: |
| 12:59:56 | 5 | Q    I also just have, I think, three questions; |
| 01:00:06 | 6 | and, again, I apologize if we've covered some of this, |
| 01:00:06 | 7 | but I have to make sure it is clear. |
| 01:00:07 | 8 | ECT provided services between 1993 and 1995; is |
| 01:00:13 | 9 | that right? |
| 01:00:13 | 10 | A    Correct. |
| 01:00:14 | 11 | Q    And after 1995, ECT provided no services, |
| 01:00:21 | 12 | correct? |
| 01:00:22 | 13 | A    The corporation was in existence; and services |
| 01:00:27 | 14 | could have been provided in-house, but I don't -- don't |
| 01:00:30 | 15 | remember -- Are you aware of the fact that I've had a |
| 01:00:36 | 16 | stroke and I'm doing the best I can? |
| 01:00:38 | 17 | Q    Yes, ma'am -- |
| 01:00:38 | 18 | A    Okay. |
| 01:00:38 | 19 | Q    -- and I appreciate that. |
| 01:00:39 | 20 | A    All right. |
| 01:00:40 | 21 | Q    So let me ask you this way.  To the best of |
| 01:00:44 | 22 | your recollection today, ECT did not provide any |
| 01:00:47 | 23 | services after 1995; is that right? |
| 01:00:49 | 24 | A    I don't recall having done that.  I was |
| 01:00:52 | 25 | retired.  I wasn't even part of the district. |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 01:00:57 | 1 | MR. JONES:  May I ask a follow-up question on |
| 01:00:59 | 2 | that? |
| 01:00:59 | 3 | MS. VAN DYK:  Sure. |
| 01:01:01 | 4 | MR. JONES:  When did you retire from the |
| 01:01:01 | 5 | district? |
| 01:01:04 | 6 | THE WITNESS:  In -- On December 30th, 1993. |
| 01:01:04 | 7 | |
| 01:01:04 | 8 | |
| 01:01:04 | 9 | BY MS. VAN DYK: |
| 01:01:18 | 10 | Q    I have just one more question.  When Ms. Munk |
| 01:01:24 | 11 | was questioning you, you made reference to the fact |
| 01:01:27 | 12 | that you've never spoken to any of the people "in the |
| 01:01:30 | 13 | book." |
| 01:01:30 | 14 | By that, did you mean any of the people in |
| 01:01:34 | 15 | Government Exhibits 190 to 195? |
| 01:01:43 | 16 | MR. JONES:  190 to 196. |
| 01:01:43 | 17 | BY MS. VAN DYK: |
| 01:01:52 | 18 | Q    I believe it's 190 to 196. |
| 01:01:59 | 19 | A    I do not believe I have spoken to any of the |
| 01:02:01 | 20 | people pictured on those exhibits. |
| 01:02:04 | 21 | MS. VAN DYK:  Thank you, ma'am. |
| 01:02:07 | 22 | MR. NEVAREZ:  No further questions. |
| 01:02:07 | 23 | /// |
| 01:02:07 | 24 | /// |
| 01:02:07 | 25 | /// |

**Leona Williams, Ph.D. - 09/09/2021**

| | | |
|---|---|---|
| 01:02:07 | 1 | REDIRECT EXAMINATION |
| 01:02:51 | 2 | BY MS. FEVE: |
| 01:02:51 | 3 | Q    Hello, again, Dr. Williams. |
| 01:02:54 | 4 | A    Hello. |
| 01:02:55 | 5 | Q    Earlier you referenced ARIN.  Is that spelled |
| 01:03:03 | 6 | A-R-I-N? |
| 01:03:03 | 7 | A    Yes, it is. |
| 01:03:04 | 8 | Q    Do you know what it stands for? |
| 01:03:06 | 9 | A    American Registry of Internet Numbers. |
| 01:03:11 | 10 | Q    Do you know if ARIN, or the American Registry |
| 01:03:18 | 11 | of Internet Numbers, existed in 1993? |
| 01:03:19 | 12 | A    I had no contact with them.  I don't know. |
| 01:03:22 | 13 | Q    Do you know if ARIN had a predecessor in |
| 01:03:27 | 14 | interest? |
| 01:03:27 | 15 | A    No, I do not. |
| 01:03:29 | 16 | Q    Was it your testimony that you were not |
| 01:03:35 | 17 | personally involved in the 1993 IP acquisition for |
| 01:03:42 | 18 | Educational & Corporate Technologies, Inc.? |
| 01:03:45 | 19 | A    Could you repeat that. |
| 01:03:46 | 20 | Q    Were you personally involved in the IP |
| 01:03:50 | 21 | acquisition -- the acquisition of the IP addresses |
| 01:03:54 | 22 | we've been talking about in 1993? |
| 01:03:57 | 23 | A    No, I was not. |
| 01:03:58 | 24 | Q    And then do you know whether or not the IP |
| 01:04:00 | 25 | addresses that we've been talking about, this |

Leona Williams, Ph.D. - 09/09/2021

| 01:04:02 | 1 | 165.192.0.0 block, do you know if those IP addresses |
| 01:04:10 | 2 | were registered with any predecessor to ARIN? |
| 01:04:14 | 3 | A    No, I do not. |
| 01:04:15 | 4 | Q    Have you ever heard of a company called |
| 01:04:17 | 5 | Adconion? |
| 01:04:19 | 6 | A    I don't believe that I have. |
| 01:04:21 | 7 | Q    Do you have any idea whether or not it was |
| 01:04:26 | 8 | Adconion who used IP addresses assigned to Educational |
| 01:04:30 | 9 | & Corporate Technologies, Inc.? |
| 01:04:33 | 10 | A    They were not authorized to do that.  If they |
| 01:04:37 | 11 | did, they were not authorized to do that. |
| 01:04:40 | 12 | MS. FEVE:  No further questions. |
| 01:04:42 | 13 | MS. MUNK:  No further questions. |
| 01:04:44 | 14 | MR. JONES:  I just have one.  Famous last |
| 01:04:44 | 15 | words, "just one." |
| 01:04:44 | 16 | |
| 01:04:44 | 17 | RECROSS EXAMINATION |
| 01:04:49 | 18 | BY MR. JONES: |
| 01:04:49 | 19 | Q    Dr. Williams, you said that you were the |
| 01:04:52 | 20 | President of ECT or the founder and President of ECT? |
| 01:04:58 | 21 | A    I was the President and CEO. |
| 01:05:00 | 22 | Q    And CEO. |
| 01:05:01 | 23 | And I believe you testified that, with respect |
| 01:05:04 | 24 | to the netblocks, that you would have to give |
| 01:05:08 | 25 | authorization to someone in order to give netblocks -- |

Leona Williams, Ph.D. - 09/09/2021

01:05:11    1    someone to use them, and you were the only person that
01:05:16    2    could do that authorization, give that authorization,
01:05:16    3    correct?
01:05:16    4        A    That's correct.
01:05:17    5        Q    There was no one else in the company that could
01:05:20    6    give that authorization; is that your testimony?
01:05:23    7        A    Correct.
01:05:23    8        Q    Okay.  And you also testified that you believe
01:05:26    9    that these netblocks were donated to you; is that
01:05:31   10    correct, to the company?
01:05:32   11        A    I believe they were.
01:05:34   12        Q    And as CEO and founder of the company, is it
01:05:40   13    your testimony you don't know where those netblocks
01:05:44   14    came from?
01:05:45   15        A    I'm not clear on that.  I'd have to get back to
01:05:53   16    you on that.
01:05:54   17        Q    I'm not sure what that means, why you would
01:05:57   18    have to get back to me.  I'm asking the question.  I
01:06:00   19    don't mean to be argumentative or anything; but you're
01:06:03   20    the President and CEO, and it sounds like the buck
01:06:06   21    stops with you, correct, at that company, ECT?
01:06:10   22        A    That corporation, yes.
01:06:11   23        Q    Corporation.
01:06:11   24             And everyone else in the company, there were no
01:06:18   25    employees; there were just volunteers at the company?

Leona Williams, Ph.D. - 09/09/2021

01:06:20    1        A    That's correct.

01:06:21    2        Q    Okay.  So did you ask anyone, any of the

01:06:24    3   volunteers, including Mr. Lynn, any questions about

01:06:28    4   these netblocks in 1993?

01:06:36    5

01:06:36    6

01:06:36    7

01:06:36    8

01:06:39    9

01:06:40   10        THE WITNESS:  I knew there were blocks.  Yes, I

01:06:40   11   did.

01:06:40   12   BY MR. JONES:

01:06:44   13        Q    Okay.  And how did you know that, in 1993?

01:06:47   14        A    He, Darrell Lynn, would have informed me of

01:06:49   15   that.

01:06:49   16        Q    You said he "would have."  Do you have personal

01:06:54   17   recollection of Mr. Lynn informing you about these

01:06:58   18   netblock acquisitions?

01:07:01   19        A    I knew they were there.

01:07:02   20        Q    I understand that, but do you know -- Did he

01:07:04   21   tell you anything about the netblocks that he had

01:07:08   22   acquired?

01:07:08   23        A    I --

01:07:10   24

01:07:13   25

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 01:07:14 | 1 | THE WITNESS:  I know about them. |
| 01:07:14 | 2 | BY MR. JONES: |
| 01:07:17 | 3 | Q    And how do you know about them?  Is it because |
| 01:07:20 | 4 | the Government showed you some documents? |
| 01:07:22 | 5 | |
| 01:07:24 | 6 | THE WITNESS:  I believe I was told about them |
| 01:07:26 | 7 | by Darrell Lynn. |
| 01:07:27 | 8 | BY MR. JONES: |
| 01:07:27 | 9 | Q    But you're not sure if you were told by Darrell |
| 01:07:34 | 10 | Lynn; is that your testimony? |
| 01:07:35 | 11 | A    Darrell Lynn told me about the number blocks. |
| 01:07:38 | 12 | Q    And when did Darrell Lynn tell you about the |
| 01:07:41 | 13 | number blocks? |
| 01:07:41 | 14 | A    I don't have an exact date -- |
| 01:07:45 | 15 | Q    Give me an approximate date as to when he told |
| 01:07:49 | 16 | you, if you can. |
| 01:07:51 | 17 | A    It was sometimes (sic) during the summer of |
| 01:07:54 | 18 | 1993. |
| 01:07:55 | 19 | |
| 01:07:59 | 20 | |
| 01:08:03 | 21 | |
| 01:08:04 | 22 | |
| 01:08:05 | 23 | |
| 01:08:05 | 24 | |
| 01:08:08 | 25 | |

**Leona Williams, Ph.D. - 09/09/2021**

| | | |
|---|---|---|
| 01:08:08 | 1 | BY MR. JONES: |
| 01:08:09 | 2 | |
| 01:08:11 | 3 | |
| 01:08:14 | 4 | |
| 01:08:18 | 5 | |
| 01:08:22 | 6 | |
| 01:08:24 | 7 | |
| 01:08:24 | 8 | |
| 01:08:24 | 9 | |
| 01:08:25 | 10 | |
| 01:08:26 | 11 | |
| 01:08:27 | 12 | |
| 01:08:31 | 13 | |
| 01:08:35 | 14 | |
| 01:08:39 | 15 | |
| 01:08:41 | 16 | |
| 01:08:51 | 17 | |
| 01:08:55 | 18 | |
| 01:08:55 | 19 | |
| 01:08:58 | 20 | |
| 01:09:01 | 21 | |
| 01:09:05 | 22 | |
| 01:09:09 | 23 | |
| 01:09:10 | 24 | |
| 01:09:14 | 25 | |

Leona Williams, Ph.D. - 09/09/2021

```
01:09:18    1
01:09:21    2
            3
            4
            5
            6
            7
            8
01:09:21    9    BY MR. JONES:
01:09:21   10        Q    So now it's your testimony, Ms. Williams, that
01:10:53   11    you believe it was in the summer of 1993 that Darrell
01:10:58   12    Lynn told you that he acquired those netblocks?
01:11:01   13        A    I believe so.
01:11:02   14        Q    Okay.  And what are you basing your belief on?
01:11:06   15        A    Memory.
01:11:07   16        Q    Okay.  So you have personal recollection that
01:11:13   17    it was the summer of 1993?
01:11:15   18        A    I believe that's when I was told.
01:11:17   19        Q    Okay.  And do you recall what he told you?
01:11:22   20        A    No, I do not.  It's a long time ago.
01:11:27   21
01:11:31   22
01:11:32   23
01:11:34   24
01:11:37   25
```

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 01:11:37 | 1 | BY MR. JONES: |
| 01:11:38 | 2 | Q    You said that based on your memory, you have -- |
| 01:11:41 | 3 | you have memories of it being summer of 1993 -- |
| 01:11:43 | 4 | A    I said that's what I recall. |
| 01:11:45 | 5 | Q    Do you recall what month it was? |
| 01:11:49 | 6 | |
| 01:11:51 | 7 | THE WITNESS:  No, I do not. |
| 01:11:53 | 8 | BY MR. JONES: |
| 01:11:53 | 9 | Q    Do you recall where you were when he told you? |
| 01:11:56 | 10 | A    No, I do not. |
| 01:11:57 | 11 | Q    Do you know if anyone else was present with you |
| 01:12:00 | 12 | when he told you? |
| 01:12:01 | 13 | A    No, I do not. |
| 01:12:03 | 14 | |
| 01:12:13 | 15 | |
| 01:12:13 | 16 | |
| 01:12:17 | 17 | |
| 01:12:17 | 18 | |
| 01:12:20 | 19 | |
| 01:12:20 | 20 | |
| 01:12:24 | 21 | |
| 01:12:27 | 22 | |
| 01:12:27 | 23 | |
| 01:12:29 | 24 | Q    Did he tell you where he got the netblocks |
| 01:12:31 | 25 | from? |

Leona Williams, Ph.D. - 09/09/2021

| | | |
|---|---|---|
| 01:12:31 | 1 | A    I do not recall. |
| 01:12:32 | 2 | Q    Did he tell you who gave it to him? |
| 01:12:35 | 3 | A    I can't remember that. |
| 01:12:37 | 4 | Q    Okay.  But you remember it was sometime in the |
| 01:12:42 | 5 | summer of 1993? |
| 01:12:43 | 6 | A    I believe it was. |
| 01:12:45 | 7 | |
| 01:12:45 | 8 | MR. JONES:  All right.  I have no further |
| 01:12:45 | 9 | questions. |
| 01:12:48 | 10 | MS. FEVE:  Thank you, Dr. Williams. |
| 01:12:49 | 11 | THE WITNESS:  You're welcome.  Thank you. |
| 01:12:51 | 12 | MR. NEVAREZ:  No further questions. |
| 01:13:01 | 13 | |
| 01:13:03 | 14 | |
| 01:13:05 | 15 | |
| 01:13:09 | 16 | |
| 01:13:09 | 17 | |
| 01:15:51 | 18 | |
| 01:15:57 | 19 | |
| 01:15:59 | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Leona Williams, Ph.D. - 09/09/2021

| | |
|---|---|
| 01:23:17 | 1 |
| 01:23:19 | 2 |
| 01:23:24 | 3 |
| 01:23:30 | 4 |
| 01:23:32 | 5 |
| 01:23:35 | 6 |
| 01:23:36 | 7 |
| 01:23:40 | 8 |
| 01:23:45 | 9 |
| 01:23:48 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| | 25 |

Leona Williams, Ph.D. - 09/09/2021

1               DECLARATION UNDER PENALTY OF PERJURY

2

3     I, Dr. Leona Williams, Ph.D., do hereby certify under

4   penalty of perjury that I have reviewed the foregoing

5   transcript of my deposition taken on Thursday, September

6   9, 2021; that I have made such corrections as appear

7   noted herein in ink; that my testimony as contained

8   herein, as corrected, is true and correct.

9

10

11     DATED this _____ day of, _____ , 2021,

12   at _____ , California.

13

14

15

16

17                          _____

                            Dr. Leona Williams, Ph.D.
18

19

20

21

22

23

24

25

**Leona Williams, Ph.D. - 09/09/2021**

```
 1    Errata Sheet

 2

 3    NAME OF CASE: UNITED STATES vs JACOB BYCHAK

 4    DATE OF DEPOSITION: 09/09/2021

 5    NAME OF WITNESS:   Williams, Ph.D.

 6    Reason Codes:

 7         1. To clarify the record.

 8         2. To conform to the facts.

 9         3. To correct transcription errors.

10    Page _____ Line _____ Reason _____

11    From _____ to _____

12    Page _____ Line _____ Reason _____

13    From _____ to _____

14    Page _____ Line _____ Reason _____

15    From _____ to _____

16    Page _____ Line _____ Reason _____

17    From _____ to _____

18    Page _____ Line _____ Reason _____

19    From _____ to _____

20    Page _____ Line _____ Reason _____

21    From _____ to _____

22    Page _____ Line _____ Reason _____

23    From _____ to _____

24

25                        _____
```

Leona Williams, Ph.D. - 09/09/2021

```
 1                    REPORTER'S CERTIFICATION

 2

 3          I, Stephanie Shearer, Certified Shorthand

 4   Reporter in and for the State of California, do hereby

 5   certify:

 6

 7          That the foregoing witness was by me duly sworn;

 8   that the deposition was then taken before me at the time

 9   and place herein set forth; that the testimony and

10   proceedings were reported stenographically by me and

11   later transcribed into typewriting under my direction;

12   that the foregoing is a true record of the testimony and

13   proceedings taken at that time.

14

15          Further, that if the foregoing pertains to the

16   original transcript of a deposition in a federal case,

17   before completion of the proceedings, review of the

18   transcript [ ] was [ ] was not requested.

19

20          IN WITNESS WHEREOF, I have subscribed my name on

21   this date:  September 29, 2021.

22

23

24                         Stephanie Shearer, CSR No. 6851

25
```