

| | |
|---|---|
| | MOORE PRODUCTS CO., Spring House, PA 19477 |
| | **TELEFAX** |

ATTENTION: Registration Services        DATE: May 13, 1993
          Network Solutions
          InterNIC Registration Services   REF.: _____
FAX#:     703/742-4811

COPIES TO: _____                    TOTAL NUMBER OF PAGES  3  INCLUDING
_____                                THIS PAGE.

SENDER:   Stephen A. Dorn                IF YOU DO NOT RECEIVE THE TOTAL NUMBER OF
                                          PAGES AS LISTED ABOVE, PLEASE CONTACT
FAX# 215-283-6358  (Sales)   [X]         (215) 646-7400. Ext. 2370

FAX# 215-283-6357  (Purch.)  [ ]

FAX# 215-646-6212  (Int'l)   [ ]

Attached is our application for an Internet address. I have filled in all the questions to the best of my ability. If there are any problems, please feel free to call me directly at 215/646-7400, Ext. 2446.

Please acknowledge all correspondence via FAX to 215/283-6358, to the attention of Stephen A. Dorn.

Any assistance that can be provided to expedite this request will be greatly appreciated.

                    Stephen A. Dorn, Supervisor
                    Technical Services & Computer Operations



GOVERMENT'S EXHIBIT
18cr4683-GPC
196

Form 175    MOORE PRODUCTS CO., Spring House, Pa. 19477    ADCONION-DISC32-00020

5/13/93                     Application for Internet Network Number


Network Solutions
InterNIC Registration Services
505 Huntmar Park Drive
Herndon, Va. 22070


1. Presently, our network is not connected to the Internet. Our intentions are to research and get connected to the Internet as soon as feasibly and economically possible but this will not be a consideration in this application.

2. no nic handle at this time

   Dorn, Stephen A.
   Supervisor Technical Services and Computer Operations

   Moore Products Co.
   Mail Stop 500
   Sumneytown Pike
   Spring House
   Pa. 19477

   215-646-7400, x:2446

   Network mailbox is a SMTP%"DORNSA@MPCDP3"


3. Network Name Recommendation -- mpco.com

4. Corporate/Network Address:   Sumneytown Pike
                                 Spring House
                                 Pa.   19447

   Name of Organization:   Moore Products Co.


5. We are not a military installation

6. Hosts attached:    current -- 350
                      one year -- 700
                      two years -- 850
                      five years - 1200

7. I am applying for a class B internet network number. We are a commercial manufacturing installation where multi-vendor machines from Personal Computers, Workstations, Mini-computers, and large mainframes currently exist on the same network. My class C license that I am presently running internally has reached the maximum number of IP addresses available at 255. I also have internal routing and subnetting incorporated into our present corporate network. We are replacing dumb terminal devices with workstations requiring IP addresses on a daily basis. After examination of all possible alternatives, we have decided to go to a class B addressing structure to support our corporate growth needs. Thusly, we wish to apply for an internet address that we can use for this conversion and eventually use it to attach to the international network.

ADCONION-DISC32-00021

8. Commercial Network

9. The purpose of the network is to provide a corporate backbone for our manufacturing facility.  It supports all inhouse operations of commercial data processing, CAD/CAM operations, CIM applications,  Novell based engineering software development needs using TCP/IP, desk top publishing systems,  applications engineering software development for product interfacing.  We also support a WAN and that goes nationally and internationally to remote manufacturing locations, other divisions, and sales offices via X.25, T-1, and fractional T-1.  Our company totally relies on the integrity of our Corporate Network.

ADCONION-DISC32-00022