

# NETWORK SOLUTIONS

17-May-93

Stephen A. Dorn
Moore Products Co.
Mail Stop 500
Sumneytown Pike
Spring House, PA  19477

Dear Stephen A. Dorn:

MPCO has been assigned Class B net number 167.87.0.0.

The NIC handle of the technical POC is SAD.

It is suggested that host number zero in any network be reserved (not used), and the host address of all ones (255 in class C networks) in any network be used to indicate a broadcast datagram.

The association between addresses used in the particular network hardware and the Internet addresses may be established and maintained by any method you select.  Use of the address resolution procedure described in RFC-826 is encouraged.

Thanks again for your cooperation!

InterNIC Registration Services



GOVERMENT'S
EXHIBIT
18cr4683-GPC

197

505 Huntmar Park Drive • Herndon, Virginia 22070 • (703) 742-0400

ADGONION-DISC32-00023