# Exhibit 1
# (Reciprocal Discovery Index)

# US V. BYCHAK
# RECIPROCAL DISCOVERY
# MINTZ

| BEGIN BATES NO: | END BATES NO: | DATE | TITLE |
| --- | --- | --- | --- |
| DEFENDANTS_0000001 | DEFENDANTS_0000009 | 3/9/2022 | Cleveland v. U.S.~531 U.S. 12.PDF |
| DEFENDANTS_0000010 | DEFENDANTS_0000023 | 3/9/2022 | Dowling v. U.S.~473 U.S. 207.PDF |
| DEFENDANTS_0000024 | DEFENDANTS_0000032 | 3/9/2022 | Kelly v. United States~140 S. Ct. 1565.PDF |
| DEFENDANTS_0000033 | DEFENDANTS_0000046 | 3/9/2022 | McNally v. U.S.~483 U.S. 350.PDF |
| DEFENDANTS_0000047 | DEFENDANTS_0000059 | 3/9/2022 | Scheidler v. National Organization for Women, Inc.~537 U.S. 393.PDF |
| DEFENDANTS_0000060 | DEFENDANTS_0000084 | 3/9/2022 | United States v. Ernst~502 F. Supp. 3d 637.PDF |
| DEFENDANTS_0000085 | DEFENDANTS_0000113 | 3/9/2022 | United States v. Yates~16 F.4th 256.PDF |
| DEFENDANTS_0000114 | DEFENDANTS_0000114 | 3/7/2022 | 2-2.pdf |
| DEFENDANTS_0000115 | DEFENDANTS_0000132 | 3/7/2022 | 2002 - notice of removal.pdf |
| DEFENDANTS_0000133 | DEFENDANTS_0000154 | 3/7/2022 | 2-1.pdf |
| DEFENDANTS_0000155 | DEFENDANTS_0000161 | 3/7/2022 | 2005-12-30 - Entertainment Networks, Ltd. v. Go Daddy Group, Inc..docx |
| DEFENDANTS_0000162 | DEFENDANTS_0000188 | 3/7/2022 | 2006 - complaint.pdf |
| DEFENDANTS_0000189 | DEFENDANTS_0000205 | 3/7/2022 | 2003 - complaint.pdf |
| DEFENDANTS_0000206 | DEFENDANTS_0000239 | 3/7/2022 | 2006-07-21 - e360 Insight, LLC et al v. Spamhaus Project.docx |
| DEFENDANTS_0000240 | DEFENDANTS_0000247 | 3/7/2022 | 2003-04-14 - EMarketersAmerica v. Spews.org, et al.docx |
| DEFENDANTS_0000248 | DEFENDANTS_0000251 | 3/7/2022 | 2002-05-20 - Opt-In Mktg Svc Inc, et al v. Spews Inc, et al.docx |
| DEFENDANTS_0000252 | DEFENDANTS_0000257 | 3/7/2022 | 2010-11-01 - e360 Insight, et al v. Spamhaus Project.docx |
| DEFENDANTS_0000258 | DEFENDANTS_0000267 | 3/7/2022 | 2-main.pdf |
| DEFENDANTS_0000268 | DEFENDANTS_0000268 | 3/8/2022 | 1-3.pdf |
| DEFENDANTS_0000269 | DEFENDANTS_0000271 | 3/8/2022 | 1-1.pdf |
| DEFENDANTS_0000272 | DEFENDANTS_0000277 | 3/8/2022 | 2019 - DatabaseUSA.com LLC v. The Spamhaus Project.docx |
| DEFENDANTS_0000278 | DEFENDANTS_0000283 | 3/8/2022 | 2020 - REDI-DATA, INC. v. THE SPAMHAUS PROJECT.docx |
| DEFENDANTS_0000284 | DEFENDANTS_0000293 | 3/8/2022 | 2019 - complaint.pdf |
| DEFENDANTS_0000294 | DEFENDANTS_0000309 | 3/8/2022 | 1-main.pdf |
| DEFENDANTS_0000310 | DEFENDANTS_0000310 | 3/8/2022 | 1-2.pdf |
| DEFENDANTS_0000311 | DEFENDANTS_0000331 | 3/9/2022 | canspam(1).pdf |
| DEFENDANTS_0000332 | DEFENDANTS_0000447 | 3/9/2022 | Congr. Report - Effectiveness and Enforcement.pdf |
| DEFENDANTS_0000448 | DEFENDANTS_0000456 | 3/9/2022 | MEMORANDUM OF UNDERSTANDING BETWEEN THE U.S.pdf |
| DEFENDANTS_0000457 | DEFENDANTS_0000474 | 3/9/2022 | Senate Report 108-102 - CAN-SPAM ACT OF 2003.pdf |
| DEFENDANTS_0000475 | DEFENDANTS_0000494 | 3/9/2022 | CAN-SPAM Senate Bill.pdf |
| DEFENDANTS_0000495 | DEFENDANTS_0000522 | 3/9/2022 | CAN SPAM - federal register .pdf |
| DEFENDANTS_0000523 | DEFENDANTS_0001342 | 3/9/2022 | CAN-SPAM Act Legislative History.pdf |
| DEFENDANTS_0001343 | DEFENDANTS_0001344 | 3/9/2022 | NTIA re IP address numbers.pdf |