**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorneys for Mark Manoogian*

**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
        jriddet@bklwlaw.com
        wbernstein@bklwlaw.com
        cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**BIRD, MARELLA, BOXER,**
**WOLPERT, NESSIM, DROOKS**
**LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
        nvandyk@birdmarella.com
        dpatrick@birdmarella.com
        awiseley@birdmarella.com

*Attorneys for Petr Pacas*

**WIECHERT, MUNK &**
**GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
        jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

Case No. 18-CR-4683-GPC

DEFENDANTS' NOTICE OF MOTIONS IN LIMINE (NOS. 1 & 2) TO EXCLUDE REFERENCES TO
PREJUDICIAL AND HIGHLY INFLAMMATORY MATERIAL AT TRIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al*.,<br><br>        Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTIONS IN LIMINE NOS. 1 & 2 TO:**<br><br>**1. PRECLUDE REFERENCE AT TRIAL TO "SPAM" AND/OR THAT DEFENDANTS WERE "SPAMMERS"**<br><br>**2. PRECLUDE REFERENCE AT TRIAL TO MR. MANOOGIAN'S STATUS AS AN ATTORNEY**<br><br>Date:  April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

**PLEASE TAKE NOTICE THAT**, on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Gonzalo P. Curiel, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants"), by and through their counsel of record, will and hereby do move *in limine* pursuant to Federal Rules of Evidence 401-403 to preclude the Government from referencing the term "spam" or referring to the Defendants as "spammers" because those terms are highly inflammatory, unfairly prejudicial, and irrelevant to the charges at issue. Additionally, Defendants move to preclude the Government from referring to, or introducing evidence indicating that Mr. Manoogian is an attorney because that evidence has no relevance to any issue of consequence at trial and is unfairly prejudicial.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, and the attached Declaration of Daniel J. Goodrich, the files and

1   records in this case, any evidence and argument that may be presented at a hearing

2   on this matter, and upon such other material of which the Court may take notice.

3

4                                    Respectfully submitted,

5

6

7   Dated:  March 24, 2022              **MINTZ, LEVIN, COHN, FERRIS,**
                                        **GLOVSKY AND POPEO, P.C.**
8

9                                       **By:**   _s/ Randy K. Jones_
                                               Randy K. Jones
10                                             Daniel J. Goodrich (Pro Hac)
                                               Ryan Dougherty (Pro Hac)
11                                             Attorneys for Mark Manoogian

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE

The undersigned counsel of record for Defendant Mark Manoogian certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

s/     *Randy K. Jones*
Randy K. Jones

1

DEFENDANTS' NOTICE OF MOTIONS IN LIMINE (NOS. 1 & 2) TO EXCLUDE REFERENCES TO
PREJUDICIAL AND HIGHLY INFLAMMATORY MATERIAL AT TRIAL

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2022, at San Diego, California.

*/s/ Randy K. Jones*
Randy K. Jones

DEFENDANTS' NOTICE OF MOTIONS IN LIMINE (NOS. 1 & 2) TO EXCLUDE REFERENCES TO
PREJUDICIAL AND HIGHLY INFLAMMATORY MATERIAL AT TRIAL