| | | |
|---|---|---|
| 1 | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW P.C.** |
| 2 | Randy K. Jones, SBN 141711 | |
| 3 | 3580 Carmel Mountain Road, Suite 300 | Gary S. Lincenberg, SBN 123058 |
| | San Diego, CA 92130 | Nicole R. Van Dyk, SBN 261646 |
| 4 | Telephone: (858) 314-1510 | Darren L. Patrick, SBN 310727 |
| 5 | Email: rkjones@mintz.com | Alexis A. Wiseley, SBN 330100 |
| | | 1875 Century Park East, Floor 23 |
| 6 | Daniel Goodrich, BBO 692624 (Pro Hac) | Los Angeles, CA 90067 |
| | Ryan Dougherty, BBO 703380 (Pro Hac) | Telephone: (310) 201-2100 |
| 7 | 1 Financial Center | Email: glincenberg@birdmarella.com |
| 8 | Boston, MA 02111 | nvandyk@birdmarella.com |
| | djgoodrich@mintz.com | dpatrick@birdmarella.com |
| 9 | rtdougherty@mintz.com | awiseley@birdmarella.com |
| 10 | *Attorneys for Mark Manoogian* | |
| 11 | | *Attorneys for Petr Pacas* |
| 12 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP** | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| 13 | Thomas H. Bienert, Jr., SBN 135311 | David W. Wiechert, SBN 94607 |
| 14 | James D. Riddet, SBN 39826 | Jessica C. Munk, SBN 238832 |
| 15 | Whitney Z. Bernstein, SBN 304917 | 27136 Paseo Espada, Suite B1123 |
| | Carlos A. Nevarez, SBN 324407 | San Juan Capistrano, CA 92675 |
| 16 | 903 Calle Amanecer, Suite 350 | Telephone: (949) 361-2822 |
| | San Clemente, California 92673 | Email: dwiechert@aol.com |
| 17 | Telephone: (949) 369-3700 | jessica@wmgattorneys.com |
| 18 | Email: tbienert@bklwlaw.com | |
| | jriddet@bklwlaw.com | |
| 19 | wbernstein@bklwlaw.com | |
| 20 | cnevarez@bklwlaw.com | |
| 21 | *Attorneys for Mohammed Abdul Qayyum* | *Attorneys for Jacob Bychak* |

1

Case No. 18-CR-4683-GPC

DECLARATION IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE NOS. 1 & 2.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DECLARATION OF DANIEL J. GOODRICH IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE (NOS 1 & 2)**<br><br>Hearing Date: April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

I, Daniel J. Goodrich, declare as follows:

1. I am an active member of the Bar of the Commonwealth of Massachusetts, and have been permitted to appear in this matter *pro hac vice* by order of this Court. *See* ECF # 274. I am an associate with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys of record for Defendant Mark Manoogian in this action. I make this declaration in support of Defendants' Motions *In Limine* (Nos. 1 & 2 ) to Preclude Reference at Trial to "Spam" and/or that Defendants Were "Spammers" and to Preclude Reference at Trial to Mr. Manoogian's Status as an attorney, which is irrelevant to any fact at issue in the case. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

　　1. **Exhibit A** hereto is a true and correct copy of the *Indictment* in this case. ECF No. 1.

2. **Exhibit B** hereto is a true and correct copy of the Transcript of the February 14, 2019 Motion Hearing. ECF No. 370.

3. **Exhibit C** hereto is a true and correct copy of the *Government's Response and Opposition to Defendants' Motion For Bill of Particulars*. ECF No. 51.

4. **Exhibit D** hereto is a true and correct copy of the *Government's Response and Opposition to Defendants' Motions For Discovery, For Further Motions, and To Preserve Evidence*. ECF 47.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Boston, Massachusetts.

                                           */s/ Daniel J. Goodrich*
                                            Daniel J. Goodrich

123562714v.1