**BIRD, MARELLA, BOXER,**
**WOLPERT, NESSIM, DROOKS**
**LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
       nvandyk@birdmarella.com
       dpatrick@birdmarella.com
       awiseley@birdmarella.com

*Attorneys for Petr Pacas*

**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
       jriddet@bklwlaw.com
       wbernstein@bklwlaw.com
       cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKYAND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorneys for Mark Manoogian*

**WIECHERT, MUNK &**
**GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
       jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF MOTION *IN LIMINE* NO. 4:**<br><br>**TO EXCLUDE REFERENCES TO IDENTITY THEFT AT TRIAL**<br><br>Date: April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

**PLEASE TAKE NOTICE THAT**, on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Gonzalo P. Curiel, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants"), by and through their counsel of record, hereby move *in limine* pursuant to Federal Rule of Evidence 403 to preclude the government from referencing the uncharged crime of identity theft, on the grounds that its probative value, if any, is substantially outweighed by the danger of unfair prejudice and misleading the jury.

Case No. 18-CR-4683-GPC

DEFENDANTS' NOTICE OF MOTION IN LIMINE NO. 4

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the under seal Declaration of Gary S. Lincenberg, the files and records in this case, any evidence and argument that may be presented at a hearing on this matter, and upon such other material of which the Court may take notice.

Respectfully submitted,

Dated: March 24, 2022

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Gary S. Lincenberg*
Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated: March 24, 2022

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
*Attorneys for Jacob Bychak*

Dated: March 24, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James D. Riddet
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

Dated: March 24, 2022

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich (Pro Hac)
Ryan Dougherty (Pro Hac)
*Attorneys for Mark Manoogian*

Case No. 18-CR-4683-GPC
DEFENDANTS' NOTICE OF MOTION IN LIMINE NO. 4

# **CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Defendant Petr Pacas certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

                                                         *s/    Alexis A. Wiseley*
                                                       Alexis A. Wiseley