| | |
|---|---|
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>       jriddet@bklwlaw.com<br>       wbernstein@bklwlaw.com<br>       cnevarez@bklwlaw.com<br><br>*Attorneys For Mohammed Abdul Qayyum* | **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>Jahnaiv Goldstein, SBN 245084<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>       jessica@wmgattorneys.com<br>       jahnavi@wmgattorneys.com<br><br>*Attorneys For Jacob Bychak* |
| **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole Rodriguez Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@Birdmarella.com<br>       Nvandyk@Birdmarella.com<br>       Dpatrick@Birdmarella.com<br>       Awiseley@birdmarella.com<br><br>*Attorneys For Petr Pacas* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, Ca 92130<br>Telephone: (858) 314-1510<br>Email: Rkjones@Mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>Email: djgoodrich@Mintz.com<br>       rtdougherty@Mintz.com<br><br>*Attorneys For Mark Manoogian* |

18-cr-04683-GPC

DEFENDANTS' MOTION *IN LIMINE* NO. 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK et al.,<br><br>　　Defendants. | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 6 FOR ATTORNEY-CONDUCTED VOIR DIRE**<br><br>*(Declaration of Carlos A. Nevarez and accompanying exhibit files concurrently)*<br><br>Date: April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, the "Defendants"), by and through their undersigned attorneys, move *in limine* for an order permitting attorneys for the parties to conduct *voir dire*. This motion is based on the following memorandum of points and authorities, the Court's file, and any evidence or argument presented at the hearing on this matter.

Respectfully submitted,

Dated: March 24, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Carlos A. Nevarez*
    Thomas H. Bienert, Jr.
    James D. Riddet
    Whitney Z. Bernstein
    Carlos A. Nevarez
    *Attorneys for Mohammed Abdul Qayyum*

DATED: March 24, 2022

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: */s/ Randy K. Jones*
    Randy K. Jones
    Daniel J. Goodrich (Pro Hac)
    Ryan Dougherty (Pro Hac)
    *Attorneys for Mark Manoogian*

DATED: March 24, 2022

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: */s/ Jessica C. Munk*
    David W. Wiechert
    Jessica C. Munk
    William J. Migler
    *Attorneys for Jacob Bychak*

|   |   |
|---|---|
| DATED: March 24, 2022 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |
|   | By:  */s/ Gary S. Lincenberg*<br>     Gary S. Lincenberg<br>     Nicole Rodriguez Van Dyk<br>     Darren L. Patrick<br>     Alexis A. Wiseley<br>     *Attorneys for Petr Pacas* |

**CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Defendant Mohammed Abdul Qayyum certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

　　　　　　　　　　　　　　　　　　　　*/s/ Carlos A. Nevarez*
　　　　　　　　　　　　　　　　　　　　Carlos A. Nevarez

## CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

>AUSA Melanie K. Pierson
>AUSA Sabrina L. Feve
>AUSA Ashley E. Goff
>U.S. Attorney's Office 880 Front Street, Rm 6293 San Diego, CA 92101
>melanie.pierson@usdoj.gov
>sabrina.feve@usdoj.gov
>ashley.goff@usdoj.gov

>Candina S. Heath
>Department of Justice
>1301 New York Avenue NW, Suite 600
>Washington, DC 20530
>candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Los Angeles, California.

>/s/ Carlos A. Nevarez
>Carlos A. Nevarez