# DECLARATION OF CARLOS A. NEVAREZ

I, Carlos A. Nevarez, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bienert Katzman Littrell Williams LLP, attorneys of record for Defendant Mohammed Abdul Qayyum in this action. I make this declaration in support of Defendants' Motion *In Limine* No. 6 for Attorney-Conduct *Voir Dire*. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. **Exhibit A** hereto is a true and correct copy of a report prepared by the Jury Trial Improvement Committee and adopted by the Judicial Council of the Ninth Circuit in October 2006. A copy of this report may be found online at the following link: https://www.ca9.uscourts.gov/judicial-council/jury-trial-improvement-committee/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Los Angeles, California.

                                                 */s/ Carlos A. Nevarez*
                                                 Carlos A. Nevarez