**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Email:  tbienert@bklwlaw.com
             jriddet@bklwlaw.com
             wbernstein@bklwlaw.com
             cnevarez@bklwlaw.com

*Attorneys For Mohammed Abdul Qayyum*

**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA  92675
Telephone:  (949) 361-2822
Email:  Dwiechert@aol.com
             Jessica@Wmgattorneys.com
             William@Wmgattorneys.com

*Attorneys For Jacob Bychak*

**BIRD MARELLA BOXER**
**WOLPERT NESSIM DROOKS**
**LINCENBERG & RHOW, P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone:  (310) 201-2100
Email: Glincenberg@Birdmarella.com
            Nvandyk@Birdmarella.com
            Dpatrick@Birdmarella.com
            Awiseley@birdmarella.com

*Attorneys For Petr Pacas*

**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, Ca 92130
Telephone: (858) 314-1510
Email: Rkjones@Mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
Email:  Djgoodrich@Mintz.com
             Rtdougherty@Mintz.com

*Attorneys For Mark Manoogian*

18-cr-04683-GPC

DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JACOB BYCHAK et al.<br><br>  Defendants. | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS' MOTION *IN LIMINE* NO. 7 TO PRECLUDE REFERENCES TO CERTAIN INDIVIDUALS AS "VICTIMS"**<br><br>Date: April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, the "Defendants"), by and through their undersigned attorneys, move *in limine* for an order precluding the government from referring to certain individuals as "victims" in front of the jury. This motion is based on the following memorandum of points and authorities, the Court's file, and any evidence or argument presented at the hearing on this matter.

Respectfully submitted,

Dated: March 24, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Carlos A. Nevarez*
Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

DATED: March 24, 2022

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: */s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich (Pro Hac)
Ryan Dougherty (Pro Hac)
*Attorneys for Mark Manoogian*

| | | |
|---|---|---|
| 1 | DATED:  March 24, 2022 | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| 2 | | By:  */s/ Jessica C. Munk* |
| 3 | | David W. Wiechert |
| 4 | | Jessica C. Munk |
| 5 | | William J. Migler |
| | | *Attorneys for Jacob Bychak* |
| 6 | DATED:  March 24, 2022 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |
| 7 | | |
| 8 | | |
| 9 | | By:  */s/ Gary S. Lincenberg* |
| 10 | | Gary S. Lincenberg |
| | | Nicole Rodriguez Van Dyk |
| 11 | | Darren L. Patrick |
| 12 | | Alexis A. Wiseley |
| | | *Attorneys for Petr Pacas* |

## CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE

The undersigned counsel of record for Defendant Mohammed Abdul Qayyum certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

                                  */s/ Carlos A. Nevarez*
                                  Carlos A. Nevarez

# CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

> AUSA Melanie K. Pierson
> AUSA Sabrina L. Feve
> AUSA Ashley E. Goff
> U.S. Attorney's Office
> 880 Front Street, Rm 6293
> San Diego, CA 92101
> melanie.pierson@usdoj.gov
> sabrina.feve@usdoj.gov
> ashley.goff@usdoj.gov

> Candina S. Heath
> Department of Justice
> 1301 New York Avenue NW, Suite 600
> Washington, DC 20530
> candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Los Angeles, California.

*/s/ Carlos A. Nevarez*
Carlos A. Nevarez