**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Email:  tbienert@bklwlaw.com
            jriddet@bklwlaw.com
            wbernstein@bklwlaw.com
            cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA  92675
Telephone:  (949) 361-2822
Email:  dwiechert@aol.com
            jessica@wmgattorneys.com
            william@wmgattorneys.com

*Attorneys for Jacob Bychak*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone:  (310) 201-2100
Email: glincenberg@birdmarella.com
            nvandyk@birdmarella.com
            fpatrick@birdmarella.com
            awiseley@birdmarella.com

*Attorneys for Petr Pacas*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, Ca 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
Email:  djgoodrich@mintz.com
            rtdougherty@mintz.com

*Attorneys for Mark Manoogian*

DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 9

1
2
3
4
5
6
7
8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11     UNITED STATES OF AMERICA,          Case No. 3:18-cr-04683-GPC
                                          Hon. Gonzalo P. Curiel
12            Plaintiff,
                                          **DEFENDANTS' NOTICE OF MOTION**
13     v.                                 **AND MOTION *IN LIMINE* NO. 9 TO**
                                          **PRECLUDE IRRELEVANT AND**
14                                         **UNFAIRLY PREJUDICIAL EXPERT**
       JACOB BYCHAK et al.,               **TESTIMONY, OR, ALTERNATIVELY,**
15                                         **REQUEST A *DAUBERT* HEARING**
              Defendants.
16
                                          *(Declaration of Carlos A. Nevarez and*
17                                         *accompanying exhibits filed concurrently)*
18
                                          Date:  April 7, 2022
19                                         Time: 1:00 p.m.
                                          Dept.: 2D
20
21
22
23
24
25
26
27
28

                                                        18-cr-04683-GPC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on April 7, 2022, at 1 p.m., or as soon thereafter as counsel may be heard, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, the "Defendants"), through their counsel, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, will move this Court to enter an order granting an *in limine* motion to exclude the irrelevant and unfairly prejudicial expert testimony of Jennifer Rexford, Ried Zulager, Michael Ward, Peter Holden, John Curran, Sean Zadig, and the GoDaddy Custodian of Records because:

1.     The government has failed to establish the relevant expertise of one or more of these expert witnesses in its expert disclosure;

2.     The opinions the government seeks to elicit from the purported experts are not relevant to the alleged criminal conduct;

3.     The opinions that the government seeks to elicit from one or more of the purported experts would be unduly prejudicial and their prejudice outweigh any probative value;

4.     The proposed expert testimony of Curran, Holden, Ward, Zulager, and Rexford is partially or entirely cumulative.

Alternatively, if the Court is inclined to permit the testimony of one or more the above witnesses, Defendants respectfully request a *Daubert* hearing.

This motion is based upon the attached statement of facts, memorandum of points, and authorities, and any other material that may come to the Court's attention at or prior to the hearing on this motion.

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  March 24, 2022

**BIENERT KATZMAN LITTRELL
WILLIAMS LLP**

By:  */s/ Carlos Nevarez*
 Thomas H. Bienert, Jr.
 James D. Riddet
 Whitney Z. Bernstein
 Carlos A. Nevarez
 *Attorneys for Mohammed Abdul Qayuum*

DATED:  March 24, 2022

**MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.**

By:  */s/ Randy K. Jones*
 Randy K. Jones
 Daniel J. Goodrich (Pro Hac)
 Ryan Dougherty (Pro Hac)
 *Attorneys for Mark Manoogian*

DATED:  March 24, 2022

**WIECHERT, MUNK & GOLDSTEIN, PC**

By:  */s/ Jessica C. Munk*
 David W. Wiechert
 Jessica C. Munk
 William J. Migler
 *Attorneys for Jacob Bychak*

DATED:  March 24, 2022

**BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.**

By:  */s/ Gary S. Lincenberg*
 Gary S. Lincenberg
 Nicole Rodriguez Van Dyk
 Darren L. Patrick
 Alexis A. Wiseley
 *Attorneys for Petr Pacas*

1

## **CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

2      The undersigned counsel of record for Defendant Mohammed Abdul Qayyum

3   certifies that the content of this document is acceptable to each of the Defendants' counsel

4   whose electronic signature appears thereon, and that I have obtained their authorization to

5   sign this document on their behalf.

6

7                                      */s/ Carlos A. Nevarez*

8                                      Carlos A. Nevarez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office 880
Front Street, Rm 6293 San
Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Los Angeles, California.

*/s/ Carlos A. Nevarez*
Carlos A. Nevarez