| | |
|---|---|
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>         jriddet@bklwlaw.com<br>         wbernstein@bklwlaw.com<br>         cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>William J. Migler, SBN 318518<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>         jessica@wmgattorneys.com<br>         william@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* |
| **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole Rodriguez Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>         nvandyk@birdmarella.com<br>         fpatrick@birdmarella.com<br>         awiseley@birdmarella.com<br><br>*Attorneys for Petr Pacas* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, Ca 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>Email: djgoodrich@mintz.com<br>         rtdougherty@mintz.com<br><br>*Attorneys for Mark Manoogian* |

18-cr-04683-GPC

DEFENDANTS' MOTION *IN LIMINE* NO. 8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK et al.,<br><br>    Defendants | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS' MOTION *IN LIMINE* No. 8 TO EXCLUDE GOVERNMENT'S 404(b) EVIDENCE**<br><br>Date: April 7, 2022<br>Time: 1:00 p.m.<br>Dept.: 2D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (jointly, the "Defendants") will move the Court to exclude the prior bad acts evidence the government noticed on March 18, 2022 (Dkt. No. 347) for lack of adequate notice and failure to adhere to Federal Rules of Evidence 403 and 404.

This motion is based on this Notice of Motion, the below Memorandum of Points and Authorities, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

Respectfully submitted,

Dated: March 24, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ *Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

DATED: March 24, 2022

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: /s/ *Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich (Pro Hac)
Ryan Dougherty (Pro Hac)
*Attorneys for Mark Manoogian*

1
3:18-cr-04683-GPC
DEFENDANTS' MOTION *IN LIMINE* NO. 8

DATED:  March 24, 2022     **WIECHERT, MUNK & GOLDSTEIN, PC**

By:   */s/ Jessica C. Munk*
      David W. Wiechert
      Jessica C. Munk
      William J. Migler
      *Attorneys for Jacob Bychak*

DATED:  March 24, 2022     **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By:   */s/ Gary S. Lincenberg*
      Gary S. Lincenberg
      Nicole Rodriguez Van Dyk
      Darren L. Patrick
      Alexis A. Wiseley
      *Attorneys for Petr Pacas*

**CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Mohammed Abdul Qayyum certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein

# CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

>AUSA Melanie K. Pierson
>AUSA Sabrina L. Feve
>AUSA Ashley E. Goff
>U.S. Attorney's Office
>880 Front Street, Rm 6293
>San Diego, CA 92101
>melanie.pierson@usdoj.gov
>sabrina.feve@usdoj.gov
>ashley.goff@usdoj.gov

>Candina S. Heath
>Department of Justice
>1301 New York Avenue NW, Suite 600
>Washington, DC 20530
>candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 24, 2022, at Los Angeles, California.

>*/s/ Whitney Z. Bernstein*
>Whitney Z. Bernstein