| | |
|---|---|
| **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole R. Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>         nvandyk@birdmarella.com<br>         dpatrick@birdmarella.com<br>         awiseley@birdmarella.com<br><br>*Attorneys for Petr Pacas* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorneys for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>         jriddet@bklwlaw.com<br>         wbernstein@bklwlaw.com<br>         cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>         jessica@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* |

Case No. 18-CR-4683-GPC

DEFENDANTS' NOTICE OF POTENTIAL EXPERT WITNESSES

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF POTENTIAL EXPERT WITNESSES** |

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rules of Evidence 702, 703 and 705, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants") hereby provide notice that they may present expert testimony of Marc Lindsey and Dennis Dayman at trial.

**I.　Marc Lindsey**

The government has charged Defendants with wire fraud pursuant to 18 U.S.C. § 1343, which requires the government to prove that IP netblocks are

"property." In order to do so, the government will have to show that the netblocks constitute "something of value." ECF No. 232 (Order Denying Motion to Dismiss Wire Fraud Charges) at 20. As the Court explained, this warrants expert testimony regarding, among other things, "what legacy IP addresses are, how legacy IP netblocks were assigned, how they were used, what limitations existed on a legacy registrant's use of an IP address, whether the assignee had exclusive control and use of the netblocks, whether, how and when a legacy IP address could be transferred, and whether a market for the transfer of netblocks existed at the time alleged in the indictment." *Id.* at 20-21, n.3. To that end, the government informed Defendants of its intent to call as expert witnesses John Curran, the President and CEO of the American Registry of Internet Numbers (ARIN), and Sandra Brown, the president and founder of IPv4 Market Group. *See* ECF Nos. 340, 342. In response to the government's notice, Defendants anticipate eliciting the testimony of Marc A. Lindsey (hereinafter, "Mr. Lindsey").

A.   Mr. Lindsey's Relevant Experience

Mr. Lindsey is the President and Co-Founder of Avenue4 LLC. Avenue4 is a leading professional IPv4 broker and market adviser. As President of Avenue4, Mr. Lindsey helps his clients monetize their unused IPv4 assets under dynamic and opaque market conditions without exposure to undue risk. Mr. Lindsey is an active participant and influencer in the IPv4 market who frequently writes and speaks on the topic.

Mr. Lindsey is also a Partner at Levine Blaszak Block & Boothby LLP, where he specializes in structuring and negotiating custom transactions in the areas of information technology, cloud computing, managed services, enterprise software licensing, custom system development, network services, and enterprise-level equipment procurement arrangements. Mr. Lindsey is also a leading lawyer advising companies in the preservation and disposition of their IPv4 and IPv6 number resources. Mr. Lindsey has counseled clients in connection with the

1  purchase and sale of IPv4 numbers, assisted companies with allocating, transitioning
2  and sharing IPv4 assets during mergers, acquisitions, divestitures, spin-offs and
3  splits, and advised organizations with legacy IPv4 numbers on interacting with
4  regional Internet registries such as the ARIN.
5      Mr. Lindsey earned his Bachelor's degree in electrical engineering from
6  Howard University, his Master's degree in systems engineering from the University
7  of Pennsylvania, and his Juris Doctorate degree (with honors) from the University of
8  North Carolina at Chapel Hill.  A copy of Mr. Lindsey's *curriculum vitae* is attached
9  hereto as **Exhibit A.**
10     B.    <u>Mr. Lindsey's Anticipated Testimony</u>
11     Defendants anticipate that Mr. Lindsey will testify regarding the history of
12 ARIN and its predecessors, including how ARIN became the steward of IPv4
13 address space pursuant to a delegation of authority by the United States government.
14 Defendants further anticipate that Mr. Lindsey will explain how ARIN and its
15 predecessors have acted as stewards over IPv4s, for the benefit of the internet
16 community as a whole, and how "legacy" and "non-legacy" IP addresses were and
17 are conditionally assigned, used and transferred.  Defendants also expect that Mr.
18 Lindsey will discuss the implications of ARIN's proclamation that IP address space
19 is not considered property.
20     Defendants further anticipate that Mr. Lindsey will testify about the history of
21 the IPv4 market for sales, purchases, and leases of IP netblocks, including the
22 evolving industry customs and standards in the time period from 2011 to the present.
23 More specifically, Defendants expect that Mr. Lindsey will explain the process of
24 buying, selling, and leasing an IP address from the perspective of the buyer, seller,
25 and broker, and testify that, based on his experience, there were no "typical"
26 netblock transactions in the 2011-2014 time period.  Defendants anticipate that Mr.
27 Lindsey will testify about evaluating the potential monetary value or sale value of an
28 IP netblock and the various factors that can influence the fair market value of a

netblock. Defendants also expect that Mr. Lindsey will testify about ARIN's WHOIS registry, and explain that "legacy" IP address holders are not "registrants," and are outside of the RIR registry regime.

The bases and reasons for Mr. Lindsey's opinions are his education and professional background, and the knowledge, training, skill, and experience he has developed over decades working in, studying, and advising in the industry. In addition, Mr. Lindsey may base his opinions on materials that have been produced in this case. To the extent Mr. Lindsey's opinions are based on further materials that have not already been produced in this case, Defendants will provide a supplemental disclosure identifying such materials. Defendants also anticipate that Mr. Lindsey may rebut any opinions or testimony presented by the prosecution at trial and, as such, Defendants reserve the right to amend or supplement Mr. Lindsey's anticipated testimony. Defendants further reserve all rights to present fact and/or summary testimony from this Mr. Lindsey.

## II.    Dennis Dayman

The government characterizes this case as one involving a "flood of digital advertising," for which "Company A required numerous Internet Protocol (IP) addresses" and "needed to constantly acquire large groups, or blocks, of IP addresses … because the IP addresses used to transmit their email advertising were repeatedly blocked by spam filters." ECF No. 51 (Gov't Response and Opposition to Defs' Mot. for Bill of Particulars) at 3. The government further alleges that, "[e]ach time a spamwatch organization or ISP would question or block delivery of their emails, the defendants would change the names of the domain sending the emails, the IP addresses used, and create new DBAs and email addresses to control these new domain names." *Id.* at 10. The anticipated evidence, argument and testimony regarding these issues calls for expertise concerning the email advertising industry. To that end, the government informed Defendants of its intent to call Jennifer Rexford, a professor at Princeton University, Sean Zadig, the Chief

Information Security Officer at Yahoo, and a GoDaddy Custodian of Records. *See* ECF Nos. 340, 342. In response to the government's disclosure, Defendants anticipate eliciting the testimony of Dennis Dayman (hereinafter, "Mr. Dayman").

### A. Mr. Dayman's Relevant Experience

Mr. Dayman has more than 25 years of experience in the mass-email marketing industry. Mr. Dayman's relevant professional experience includes serving as the Director of Deliverability, Privacy and Standards at StrongView Systems, Inc. (*n/k/a* Selligent, Inc.), and as the Chief Privacy and Security Officer for both Eloqua, Inc. (*n/k/a* Oracle Corporation) and Return Path, Inc. (*n/k/a* Validity Inc.). In these roles, Mr. Dayman's responsibilities included, among other things, working with spam-filtering companies, developing standards for email delivery, and overseeing email governance to ensure compliance with various Internet regulations, including CAN-SPAM regulations. Mr. Dayman also serves on advisory boards for several other Internet companies.

Alongside his work with public and private companies, Mr. Dayman is involved in the development of state and federal Internet and digital communications regulations, anti-spam legislation, and privacy and security policies. Mr. Dayman's experience and specialized knowledge has attracted invitations to testify before various domestic and international governmental bodies, including the United States Congress, the Federal Trade Commission, the Canadian Radio-television and Telecommunications Commission, and the Canadian and European Parliaments, concerning topics such as Internet governance, best practices, and anti-spam regulations. Mr. Dayman has also been appointed to several boards and advisory committees within the email messaging industry, including the Department of Homeland Security's Data Privacy and Integrity Advisory Committee, and the United States Technical Advisory Group, a task force within the International Organization for Standardization and American National Standards Institute. Mr. Dayman holds a Bachelor of Science in Criminal Justice from

Stephen F. Austin State University in Texas. A copy of Mr. Dayman's *curriculum vitae* is attached hereto as **Exhibit B**.

B. <u>Mr. Dayman's Anticipated Testimony</u>

Defendants anticipate that Mr. Dayman will testify about the mass-email marketing industry, including the development of industry customs, standards and best practices between 2011 and the present. In particular, Defendants anticipate that Mr. Dayman will explain why email advertisers require large numbers of IP addresses, and that the use of DBAs is a common practice among email advertisers. Defendants also anticipate that Mr. Dayman will testify about the techniques used by Internet service providers (ISPs) and email advertisers relating to the deliverability and filtering of commercial emails. Defendants anticipate that Mr. Dayman will also define and explain technical terms and concepts regarding the mass-email marketing industry, including, without limitation, spam, spam filter, deliverability, hijack, border gateway protocol (BGP), and private domain registration.

Defendants further anticipate that Mr. Dayman will testify about the role of anti-spam organizations, such as The Spamhaus Project (Spamhaus) and Spamcop.net (Spamcop), in the mass-email marketing industry. More specifically, Defendants anticipate that Mr. Dayman will explain how such organizations operate, including that they maintain "block" lists,[1] that they do not apply a legal test in order to determine whether an individual or organization should be listed on their "block" lists, and that this may result in the listing of individuals or organizations that are compliant with the CAN-SPAM Act of 2003. Defendants anticipate that Mr. Dayman will also testify that, in some instances, such anti-spam organizations

---

[1] For example, Spamhaus alone operates multiple block lists, including, among others, the Spam Block List (SBL), Domain Block List (DBL), Policy Block List (PBL), and the Registry of Known Spam Operations (ROKSO).

have erroneously listed IP addresses as "hijacked," or listed IP addresses, individuals or organizations for purposes other than spam prevention.

Mr. Dayman's opinions are based on his extensive technical knowledge and professional experience in the mass-email marketing industry. Mr. Dayman's opinions may also be based on the files and records in this case. To the extent that Mr. Dayman's opinions are based on materials not already produced in this case, Defendants will disclose any such material to the government. Defendants also anticipate that Mr. Dayman may rebut any opinions or testimony presented by the prosecution at trial and, as such, Defendants reserve the right to amend or supplement Mr. Dayman's anticipated testimony.

Respectfully submitted,

Dated: March 30, 2022

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Gary S. Lincenberg*
Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated: March 30, 2022

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
*Attorneys for Jacob Bychak*

Dated: March 30, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James D. Riddet
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

| | |
|---|---|
| Dated: March 30, 2022 | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| | By: *s/ Randy K. Jones* <br> Randy K. Jones <br> Daniel J. Goodrich (Pro Hac) <br> Ryan Dougherty (Pro Hac) <br> *Attorneys for Mark Manoogian* |

### CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE

The undersigned counsel of record for Defendant Petr Pacas certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

                                             *s/     Alexis A. Wiseley*
                                                 Alexis A. Wiseley