RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JACOB BYCHAK, et. al.<br>    Defendants. | Case No. 18cr4683<br><br>MOTION FOR ORDER PERMITTING THE FILING OF AN OVERSIZED BRIEF |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its Motion for an Order permitting the United States to file an oversized brief in response to the defendants' motions in limine. The United States requests permission to file one consolidated brief,

38 pages in length, in response to ten motions in limine filed by the defense (ECF Nos. 349, 353, 354, 355, 356, 357, 358, 359, and 360). The defense's ten motions covered 100 pages with the points and authorities alone, and included over 115 additional pages of declarations and exhibits.

DATED: March 31, 2022             Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

_____
Sabrina L. Fève
Assistant U. S. Attorney