# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-4683 |
|---|---|
| Plaintiff, | **ORDER PERMITTING THE FILING OF AN OVERSIZED BRIEF** |
| v. | **[ECF No. 372]** |
| JACOB BYCHAK, et. al., | |
| Defendants. | |

WHEREBY the Court, having read and considered the motion of the United States for an order permitting the United States to file a consolidated oversized brief in response to the defendants' motions *in limine,* and finding good cause therein,

IT IS HEREBY ORDERED that the United States may file one consolidated oversized brief in response to the motions *in limine* filed by the defendants.

**IT IS SO ORDERED.**

Dated: April 1, 2022

Hon. Gonzalo P. Curiel
United States District Judge