RANDY S. GROSSMAN
United States Attorney
SABRINA L. FEVE
Assistant U.S. Attorney
California State Bar No. 226590
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6786
Email: sabrina.feve@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 18cr4683-GPC |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO WITHDRAW DOCUMENT |
| JACOB BYCHAK, et al. | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, RANDY S. GROSSMAN, United States Attorney, and SABRINA L. FEVE, Assistant United States Attorney, that this Court authorize the withdrawal of document number 372 from the clerks record.

The incorrect motion was listed.

DATED: APRIL 1, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

s/Sabrina L. Feve
SABRINA L. FEVE
Assistant United States. Attorney
Attorneys for Plaintiff