RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB BYCHAK (1), <br> MARK MANOOGIAN (2), <br> ABDUL MOHAMMED QAYYUM (3), and <br> PETR PACAS (4), <br><br> Defendants. | Case No.: 18cr4683-GPC <br><br> **UNITED STATES' MOTION FOR ORDER SHORTENING TIME FOR FILING SUPPLEMENTAL LEGAL AUTHORITY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF IMMIGRATION STATUS** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property

1  Section Senior Counsel Candy Heath, and hereby files its Motion for Order Shortening
2  Time for Filing Its Supplemental Legal Authority in Support of its Motion in Limine to
3  Exclude Evidence of Immigration Status.

4  Motions *in limine* were due to be filed in this case on March 24, 2022. On that date,
5  the United States filed, among others, a motion to exclude evidence of the immigration
6  status of the defendants. On March 28, 2022, four days after motions were filed, the Ninth
7  Circuit issued its opinion in *United States v. Kvashuk*, No. 20-30251. _ F.4th _ (9th
8  Cir.2022), which directly addressed the issue raised in the Government's motion *in limine*
9  regarding the exclusion of evidence of the immigration status. The United States requests
10 leave of the court to now file a three-page document describing the facts and holding of
11 case for the consideration of the court.

DATED: April 4, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section
Department of Justice, Criminal Division