# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>ABDUL MOHAMMED QAYYUM (3), and<br>PETR PACAS (4),<br><br>　　　　Defendants. | Case No.: 18cr4683-GPC<br><br>**ORDER SHORTENING TIME FOR FILING SUPPLEMENTAL LEGAL AUTHORITY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF IMMIGRATION STATUS** |

　　WHEREBY the Court, having read and considered the motion of the United States for Order Shortening Time for Filing Its Supplemental Legal Authority in Support of its Motion in Limine to Exclude Evidence of Immigration Status, and finding good cause therein, IT IS HEREBY ORDERED that the time for filing the Government's Supplemental Legal Authority in Support of its Motion In Limine to Exclude Evidence of the Defendant's Immigration Status be shortened from March 24, 2022, to April 4, 2022.

Dated: April 4, 2022

_____
Hon. Gonzalo P. Curiel
United States District Judge