RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>ABDUL MOHAMMED QAYYUM (3), and<br>PETR PACAS (4),<br><br>Defendants. | Case No.: 18cr4683-GPC<br><br>**GOVERNMENT'S AMENDED NOTICE OF AUTHENTICTION PURSUANT TO FED. R. EVID. 902(11) & (13)** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its above-referenced Amended

Notice of Authentication, based on the files and records in this case, and the attached Exhibit.

I.

## INTRODUCTION

On March 18, 2022, the United States filed notice of its intent to authenticate business and electronic evidence, pursuant to Federal Rules of Evidence 902(11) and 902(13). [ECF 347.] The records in questions were provided to the defense for inspection and copying, and were disclosed in electronic form, along with the certificates of authenticity. In a footnote to a response to a motion *in limine*, the defense stated that the defendants "do not consent to the admissibility or relevance of the certifications." [ECF 360-1, p. 2, fn. 1]. To avoid delay at trial resulting from repeated appearances by record's custodians appearing for the sole purpose of authenticating their records, the government requests that the court rule that the records in question can be authenticated by the attached certificates of authenticity. This request is not intended to preclude authentication by other means permissible under law.

II.

## AUTHENTICATION PURSUANT TO FED. R. EVID. 902(11) & (13)

The United States intends to authenticate business records and records generated by an electronic process, pursuant to Federal Rules of Evidence 902(11) and 902(13) and consistent with Rule 803(6), using a certification from a custodian of records relating to those business records. Specifically, the United States intends to so authenticate the trial exhibits set forth below obtained from the following entities: the American Registry of Internet Numbers (ARIN), Amobee (successor-in-interest to Adconion and Frontline Direct), Telic, GoDaddy, Hostwinds, Cogent Communications, Tucows (successor-in-interest to Enom), Moniker, the Goodman Law Firm, Native Rank (successor-in-interest to GetAds), the Mata Group, PayPal, Name.com, the States of Louisiana and Delaware and CPH Resources. The certificates of the custodians of records have been previously produced as discovery, and are attached hereto as Exhibit 1. The table below identifies the

record holder, the trial exhibit number of the Certificate of Authenticity, and the trial exhibits (by number) sought to be authenticated.

| COA Exhibit No. | Records Holders | Records | Trial Exhibit Nos. |
|---|---|---|---|
| 207 | Broadcloud | LOA | 585 |
| 218 | Goodman Law Firm | Email – MyCrim Host | 530 |
| 224 | Moniker | Domain purchase/registration | 306 |
| 225 | ARIN | IP registration records | 1, 1A-K, 2-5, 8-9, 13 |
| 226 | Mata Group | Emails/LOAs | 25, 25A-C, 30, 61, 62, 62A, 63, 72, 74 |
| 227 | Cogent | Emails/LOAs | 29, 29A, 30A, 60, 64, 64A, 67-68, 70 |
| 228 | Telic | Emails/LOAs | 31, 31A, 93, 96-102, 102A, 125, 322, 531-584, 587, 617-618, 641 |
| 229 | Hostwinds | Emails/LOAs | 34, 34A, 35, 35A-B, 40, 40A, 42, 42A, 43, 46-54, 215-217, 219-223, 321, 586 |
| 230 | GetAds (25) | Contracts, invoices, records of payments, emails | 75-77, 86-87, 90A, 91-92, 106, 109, 113-114, 118, 317-319 |
| 231 | GetAds (12) | Contracts, invoices, records of payments, emails | 83-84, 94-95, 103-104, 122-124, 315-316 |
| 232 | GoDaddy | Domain purchase/registration | 301-304, 309 |
| 233 | PayPal | PayPal records | 212-214 |
| 234 | Name.com | Domain purchase/registration | 307 |
| 235 | CPH Resources (43) | CPH/MSP Operating Agreements/business docs | 257-258 |
| 236 | CPH Resources (43, 2nd production) | MSP Solutions Filing Info | 259 |

| | | | |
|---|---|---|---|
| 237 | State of Delaware | DBA, LLC and corporate filings | 254, 265, 67-268, 274, 277-279 |
| 238 | Enom/Tucows | Domain purchase/registration | 305 |
| 239 | Enom | Domain purchase/registration | 260 |
| 240 | Amobee | Emails, W-2s, LOAs, contracts, mailing reports | 19-24C, 26, 26A, 36-39, 44-45, 55-59, 61A, 65-66, 69, 71, 73,78-78A, 79-82, 85, 88-90, 105-105B, 107-108,110-112, 115-117, 119-121, 126-189, 242-245, 255-256, 261-262, 323-528, 588-615, 619-640, 642-645 |
| 241 | State of Louisiana | Driver's license, death certificate | 284-286 |

III.

CONCLUSION

For the foregoing reasons, the United States respectfully requests that the court permit the trial exhibits noted in the table to be authenticated (separate and apart from any ruling on admissibility), based on the attached Certificates of Authenticity from the Custodians of Records.

DATED: March 29, 2022          Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section

*Government's Amended Notice of Intent to Authenticate under FRE 902(11) & (13)*          4          18cr4683-GPC