# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, BRYAN TURBOW, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by BROADCLOUD and that my official title
(Name of Business)

or position is CHIEF TECHNOLOGY OFFICER. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of BROADCLOUD.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

JUNE 15, 2017
(Date of Execution)

BRYAN TURBOW
(Print Name)

ORANGE COUNTY, CA
(Place of Execution)

[signature]
(Signature)

GOVERNMENT EXHIBIT
14cr0192
207

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)**

I, LINDA GOODMAN, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by TGLF, A.P.C (Provider), and my official title is PRESIDENT. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records identified in Attachment A are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records identified in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

3.25.22
Date

Signature

GOVERNMENT EXHIBIT
14cr0192
218

Attachment A

| BEG BATES NO: | ENDING BATES NO: |
|---|---|
| Subpoena Request # 14 000013 | Subpoena Request # 14 000147 |
| Subpoena Request # 18 000002 | Subpoena Request # 18 000381 |
| Subpoena Request # 20 Amobee No 1 000023 | Subpoena Request # 20 Amobee No 1 000026 |
| Subpoena Request # 20 Amobee No 1 000063 | Subpoena Request # 20 Amobee No 1 000351 |

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)

I, Volker Greimann, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Moniker Online Services, LLC (Provider), and my official title is Legal Counsel. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records attached hereto are the original records or true duplicates of the original records in Provider's custody, consisting of 2 (pages/C~~Ds/kilobytes~~). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rule 902(11) and 902(13) of the Federal Rules of Evidence.

03/09/2022 ppA [signature]

Date Signature

GOVERNMENT EXHIBIT 14cr0192 224

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)**

I, John Sweeting, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the American Registry for Internet Numbers, Ltd. (Provider), and my official title is Chief Customer Officer. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records identified in Attachment A are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records identified in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

March 23, 2022
Date

John Sweeting
Signature

GOVERNMENT EXHIBIT
14cr0192
225

Attachment A

| BEG BATES NO: | ENDING BATES NO: |
|---|---|
| ARIN-0001 | ARIN-0035 |

GOVERNMENT EXHIBIT
14cr0192
226

2014R00704 - 027

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, Vincent Tarney, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by Mata Group and that my official title
(Name of Business)

or position is Technologist. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of Mata Group.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

8/7/2017 | Vincent Tarney
(Date of Execution) | (Print Name)

NJ | [signature]
(Place of Execution) | (Signature)

# DECLARATION OF RECORDS CUSTODIAN

## CERTIFICATE OF AUTHENTICITY
For Domestic Records of Regularly Conducted Activity

Pursuant to Fed. R. Evid. 902 (11)

Re: USAO REF NO 14 CAN SPAM 10 SLF

I, Ried Zulager, am an adult over the age of eighteen. I am employed by Cogent Communications, Inc. ("Cogent") as the Corporate Secretary, an officer of the Cogent.

1. I am a duly authorized Custodian of Records for Cogent with a principal place of business located at 2450 N St NW, 4th Floor, Washington, DC 20037, and I have the authority to certify records and copies of records;

2. I certify that with the exception of the US Department of Justice's own subpoena, each of the domestic records attached to an e-mail dated October 16, 2014 from Virgil Smith, Manager, Network Abuse/Security for Cogent to Lilian Ruiz of the US Department of Justice concerning a subpoena for customer records related to IP addresses in the 151.192.0.0/18 block for the period January 1, 2008 to August 27, 2014, are duplicates of the original electronic records in the custody of Cogent. The records are approximately 64 (of 65) electronic records that show as attachments to the e-mail in the attached photocopy of it. The USDOJ subpoena file that is not a Cogent record is noted "X NO" in holograph. The first of the 64 electronic records is a zip file containing a further 98 electronic records. The second, third and fourth documents attached to said e-mail are records pertaining to the customer and kept by Cogent but not created by Cogent, being either a letter from the customer or a payment record from Cogent's bank concerning a customer payment.

I further certify that:

(A) The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) Such records were kept in the course of the regularly conducted activity of Cogent; and

(C) Such records were made in the course of the regularly conducted activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct.

COGENT COMMUNICATIONS, INC.

Signature: ______________________
Ried Zulager, Corporate Secretary

Executed on this 28th day of September, 2017 in Washington, District of Columbia.

GOVERNMENT EXHIBIT
14cr0192
227

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)**

I, JEFFREY MORGAN, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by TELIX VENTURES, INC. (Provider), and my official title is PRESIDENT. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records identified in Attachment A are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records identified in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system was regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

3/23/2022
Date

[signature]
Signature

GOVERNMENT EXHIBIT 14cr0192 228

# Attachment A

| BEG BATES NO: | ENDING BATES NO: |
|---|---|
| TEL0000001 | TEL0047423 |
| TELHC0000001 | TELHC000725 |

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)**

I, Peter Holder, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Hostwinds (Provider), and my official title is CEO. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records consisting of 21,176.569 KB (pages/kilobytes/bates), attached hereto or otherwise described in Attachment A, are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records attached to this certificate or otherwise described in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

3/29/2022 — Date

Peter A. Holder — Signature

GOVERNMENT EXHIBIT 14cr0192 229

2014R00704 - 025

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, Chris Guy, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by Native Rank Inc. and that my official title
(Name of Business)

or position is CFO. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of Native Rank Inc..
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

6/16/17
(Date of Execution)

Chris Guy
(Print Name)

Denver, CO
(Place of Execution)

[signature]
(Signature)

GOVERNMENT EXHIBIT 14cr0192 230

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, Chris Guy, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by Native Rank Inc. and that my official title
(Name of Business)

or position is CFO. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of Native Rank Inc..
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

12/21/17 — (Date of Execution)

Chris Guy — (Print Name)

Denver, CO — (Place of Execution)

[signature] — (Signature)

GOVERNMENT EXHIBIT
14cr0192
231

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Sr. Paralegal/Compliance Manager. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;
2. such records are kept in the course of a regularly conducted business activity;
3. the business activity made such records as a regular practice; and
4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 17th day of October 2017.

[signature]

Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

GOVERNMENT EXHIBIT
14cr0192
232

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, Dax Hardie, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by PayPal Holdings Inc. and that my official title
(Name of Business)

or position is Records Custodian. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of PayPal Holdings Inc.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

11/1/2017
(Date of Execution)

Dax Hardie
(Print Name)

11/1/2017
(Place of Execution)

[signature]
(Signature)

GOVERNMENT EXHIBIT
14cr0192
233

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, Ryan Clarey, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by Name.com and that my official title
(Name of Business)

or position is Manager, Compliance. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Name.com.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

10/31/17
(Date of Execution)

Ryan Clarey
(Print Name)

414 14th st, Denver CO, 80202
(Place of Execution)

[signature]
(Signature)

GOVERNMENT EXHIBIT
14cr0192
234

**2014R00704 - 043**

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, JONATHAN P. HARRILL, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by AMOBEE, INC. and that my official title
(Name of Business)

or position is GLOBAL GENERAL COUNSEL. I further declare that I am a custodian of
(Official Title or Position)

records of said business and that each of the records attached hereto, numbered for control purposes CPH0000001 to CPH0000892, is the original or a duplicate (exact photocopy) of an original record in the custody of AMOBEE, INC..
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

September 7, 2017
(Date of Execution)

JONATHAN P. HARRILL
(Print Name)

SAN DIEGO, CA
(Place of Execution)

[signature]
(Signature)

**GOVERNMENT EXHIBIT**
**14cr0192**
**235**

2014R00704 - 043

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, JONATHAN HARRILL, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by Amobee, Inc. and that my official title
(Name of Business)

or position is Global General Counsel. I further declare that I am a custodian of
(Official Title or Position)

records of said business and that each of the records attached hereto, numbered for control purposes CPH0000893 to CPH0001031, is the original or a duplicate (exact photocopy) of an original record in the custody of Amobee, Inc.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

| | |
|---|---|
| 10-17-2017 | JONATHAN HARRILL |
| (Date of Execution) | (Print Name) |
| SAN DIEGO, CA | [signature] |
| (Place of Execution) | (Signature) |

GOVERNMENT EXHIBIT
14cr0192
236

# SUPERIOR COURT FOR THE STATE OF DELAWARE

May 22, 2018

I HEREBY CERTIFY that I, Tameka Lewis-Sterling, am the Acting Prothonotary for the Superior Court of the State of Delaware in New Castle County. I further certify that:

1. The attached records, Registrations and Terminations, consisting of pages 1-196, are true and correct copies of the original records filed with and maintained by the New Castle County's Prothonotary's Office.
2. The attached records, Registrations, consisting of pages 197-221, are a true and correct copy of the original records filed with and maintained by the New Castle County's Prothonotary's Office.
3. The attached records, Receipts, consisting of pages 222-230, are records made and maintained by the New Castle County's Prothonotary's Office.
4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2018

TAMEKA LEWIS-STERLING
ACTING PROTHONOTARY

GOVERNMENT EXHIBIT
14cr0192
237

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)**

I, Sara Scruton, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Tucows Inc (Provider), and my official title is Senior Compliance officer. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records consisting of 20 (pages/kilobytes/bates), attached hereto or otherwise described in Attachment A, are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records attached to this certificate or otherwise described in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

March 17, 2022
Date

[signature]
Signature

GOVERNMENT EXHIBIT
14cr0192
238

2014R00704-008

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, Carolyn Mitchell declare pursuant to Title 28, U.S.C. § 1746
(Print Name)

that I am employed by eNom, Inc and that my official title
(Name of Business)

or position is Director, Compliance . I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of eNom, Inc.
(Name of Business)

I further state that:

1) Such records were made: at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of these matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

1/28/16 (Date of Execution)

Carolyn Mitchell (Print Name)

Kirkland, WA (Place of Execution)

[signature] (Signature)

GOVERNMENT EXHIBIT 14cr0192 239

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 902(13)

I, Mario Samonte, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Amobee (Provider), and my official title is Devops Engineer. I am a custodian of records for Provider and am qualified to authenticate the records produced to the United States. I state that the records identified in Attachment A are the original records or true duplicates of the original records in Provider's custody. I further state that:

a. all records identified in Attachment A were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Provider, and they were made by Provider as a regular practice; and

b. such records were generated by Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Provider, and at all times pertinent to the records certified here the process and system functioned properly and normally.

4/22/2022
Date

DocuSigned by:
Mario Samonte
55252F8A01974C3...
Signature

GOVERNMENT EXHIBIT
14cr0192
240

Attachment A

| BEG BATES NO: | ENDING BATES NO: |
|---|---|
| AMOBEE0000001 | AMOBEE0644749 |
| AMOBEE0644927 | AMOBEE1361833 |

# CERTIFICATE OF AUTHENTICITY
# OF
# BUSINESS RECORDS

I, Trella Ragas, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by LA OMV and that my official title
(Name of Business)

or position is OMV Manager 2. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of LA OMV.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

April 21, 2022 — Trella Ragas
(Date of Execution) — (Print Name)

LA OMV — Trella Ragas
(Place of Execution) — (Signature)

GOVERNMENT EXHIBIT
14cr0192
241