# Government
# Exhibit 1

# Gov. Exhibit 1 - Index

| Date | Document | Begin. Bates No. |
|---|---|---|
| 3/22/2013 to 4/8/2013 | Manoogian, Bychak, and Qayyum email chain re the AFRINIC IPs being offered by "Dave" from Techvensys | AMOBEE0083901 |
| 4/10/2013 | Manoogian, Bychak, and Qayyum email chain re AFRINIC IPs. | AMOBEE1161376 |
| | Manoogian email to himself re AFRINIC IPs LOA template | AMOBEE1069299 |
| 4/11/2013 | Manoogian email to "Dave" at Techvensys re AFRINIC IPs LOA not being delivered. | AMOBEE1069293 |
| | Manoogian email to Bychak and Qayyum attaching AFRINIC IPs LOA. | AMOBEE0955695 |
| | "Dave" email chain with Manoogian re AFRINIC IPs. | AMOBEE1058650 |
| 4/18/2013 | SBL listing for AFRINIC IPs. | ADCONION-DISC17-00006 |
| 4/26/2013 | Manoogian email re AFRINIC IPs being on the SBL and okay to use. | AMOBEE1170379 |
| 5/2/2013 | Holden email chain with CoreXchange re hijacked AFRINIC IPs & attachment. | ADCONION-HOSTWINDS-14-18-00205 |
| 5/7/2013 | Manoogian email to Holden re keeping the AFRINIC IPs online until the end of the billing cycle. | ADCONION-HOSTWINDS-14-002-00037 |
| 5/14/2013 | Manoogian email to Holden, cc Qayyum, re the AFRINIC IPs. | ADCONION-HOSTWINDS-14-003-00027 |

| | |
|---|---|
| **From:** | Jake Bychak <jake.bychak@adconiondirect.com> |
| **Sent:** | Monday, April 8, 2013 1:14 PM |
| **To:** | Mark Manoogian <mark.manoogian@adconiondirect.com>; Abdul Mohammed <abdul.mohammed@adconiondirect.com> |
| **Subject:** | RE: Ips for Review - Techv |

Lets give it a test. We need IPs!

**Jake Bychak |** Senior Operations Manager

Phone: +1 ▇▇▇▇▇ | Mobile: +1 ▇▇▇▇▇

jake.bychak@adconiondirect.com

**From:** Mark Manoogian
**Sent:** Monday, April 08, 2013 11:24 AM
**To:** Jake Bychak; Abdul Mohammed
**Subject:** RE: Ips for Review - Techv

Jake,

This range from Tech V is an option.

As of now it is $350/C for two months. We can get LOA and rdns done before we pay.

Abdul, is this something we would want to announce with Hostwinds if we want to pursue it?

If we do want it, we could potentially test again.

AMOBEE0083901

**Mark Manoogian** | Business Development Manager

Phone: +1 ▮▮▮▮▮ | Mobile: +1 ▮▮▮▮

Mark.manoogian@adconiondirect.com

**From:** Jake Bychak
**Sent:** Friday, March 22, 2013 11:58 AM
**To:** Mark Manoogian; Abdul Mohammed
**Subject:** RE: Ips for Review - Techv

You think they'll do $1.00 an IP since we have to tunnel ourselves? I'd try to see if we can fight for it that way. We do have a lot of options for cheap /16s right now (Eurlings for one).

**Jake Bychak** | Senior Operations Manager

Phone: +1 ▮▮▮▮▮ | Mobile: +1 ▮▮▮▮

jake.bychak@adconiondirect.com

**From:** Mark Manoogian
**Sent:** Friday, March 22, 2013 11:29 AM
**To:** Abdul Mohammed
**Cc:** Jake Bychak
**Subject:** RE: Ips for Review - Techv

Jake,

These are good to all domains and so far appear to be all good in cloudmark.

We would have to tunnel the IPs. Please let me know if we want to make an offer.

**Mark Manoogian** | Business Development Manager

Phone: +1 ▮▮▮▮▮ | Mobile: +1 ▮▮▮▮

AMOBEE0083902

Mark.manoogian@adconiondirect.com

**From:** Abdul Mohammed
**Sent:** Friday, March 22, 2013 9:58 AM
**To:** Mark Manoogian
**Cc:** Jake Bychak
**Subject:** RE: Ips for Review - Techv

Hi Mark,

Looks like they just got done mailing, we can check for available deliverability and then offer a price.

Thanks!

**Abdul Mohammed |** Technical Operations Manager

Phone: +1 ▇▇▇▇▇▇ | Mobile: +1 ▇▇▇▇▇▇

abdul.mohammed@adconiondirect.com

**From:** Mark Manoogian
**Sent:** Friday, March 22, 2013 9:54 AM
**To:** Abdul Mohammed
**Cc:** Jake Bychak
**Subject:** Ips for Review - Techv

Abdul,

Dave just offered 196.193.0.0/16.

AMOBEE0083903

Do you want to test? He is saying they can only provide it on one server.

**Mark Manoogian**

Business Development Manager

**ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS**

Phone: +1 ▬▬▬▬▬ | Mobile: +1 ▬▬▬▬▬ | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

Mark.manoogian@adconiondirect.com | www.adconiondirect.com

Follow us on Facebook | Twitter | LinkedIn

AMOBEE0083904

Message

| | |
|---|---|
| **From**: | Abdul Mohammed [abdul.mohammed@adconiondirect.com] |
| **Sent**: | 4/10/2013 1:22:09 PM |
| **To**: | Mark Manoogian [mark.manoogian@adconiondirect.com] |
| **CC**: | Jake Bychak [jake.bychak@adconiondirect.com] |
| **Subject**: | RE: rdns for TechV 196.193.0.0/16 |

Hi Mark,

We are on it, I shall confirm when ready to go.

NameServers used for 196.193.0.0/16 are:

ns1. airseafreightsvcs.com and ns2. airseafreightsvcs.com

Thanks!

Abdul Mohammed | Technical Operations Manager

Phone: +1 ▮▮▮▮▮▮▮▮ | Mobile: +1 ▮▮▮▮▮▮▮▮

abdul.mohammed@adconiondirect.com

From: Mark Manoogian
Sent: Wednesday, April 10, 2013 12:29 PM
To: Abdul Mohammed
Cc: Jake Bychak
Subject: rdns for TechV 196.193.0.0/16

Abdul,

Can you please work on rdns for 196.193.0.0/16 from TechV today?

We should have the LOA by 8am tomorrow morning. I'd like to submit rdns to them before we leave today.

Hostwinds should be able to have this announced and ready for Friday morning. Hopefully with rdns too.

Mark Manoogian

Business Development Manager

ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS

Phone: +1 ▮▮▮▮▮▮▮ | Mobile: +1 ▮▮▮▮▮▮▮ | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

<mailto:First.last@adconiondirect.com> Mark.manoogian@adconiondirect.com |

AMOBEE1161376
AMOBEE1161376

<http://www.adconiondirect.com> www.adconiondirect.com


Follow us on  <http://www.facebook.com/AdconionDirect> Facebook |
<https://twitter.com/adconion_direct> Twitter |
<http://www.linkedin.com/company/2145393?trk=tyah> LinkedIn

Message

| | |
|---|---|
| **From:** | Mark Manoogian [/O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK.MANOOGIAN@AMGMAIL] |
| **Sent:** | 4/10/2013 4:42:00 PM |
| **To:** | Mark Manoogian [mark.manoogian@adconiondirect.com] |
| **Subject:** | LOA for TechVensys |

Company Name/Address


RE: Letter of Authority to Hostwinds

On April 10, 2013 (COMPANY NAME) , hereby represented by it's president,
NAME, authorizes Hostwinds, 9 E. 4th St., Ste: 1002, Tula, Oklahoma 74105,
to use and route the following IP Block 196.193.0.0/16, which has been under
the name and to act on behalf of the business listed above to order,
provision, and implement the appropriate circuitry required to establish a
network connection between the entity and Hostwinds.

In the event of improper use of the IP space, COMPANY NAME shall reserve the
right to disallow the application of the IPs.

This appointment shall remain in effect until modified or revoked by written
notification to Hostwinds.


Authorized Signature:

NAME

Title: President

Date: 4/10/13



Mark Manoogian

Business Development Manager


ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS

Phone: +1          | Mobile: +1          | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

 <mailto:First.last@adconiondirect.com> Mark.manoogian@adconiondirect.com |
<http://www.adconiondirect.com> www.adconiondirect.com


Follow us on  <http://www.facebook.com/AdconionDirect> Facebook |
<https://twitter.com/adconion_direct> Twitter |
<http://www.linkedin.com/company/2145393?trk=tyah> LinkedIn

AMOBEE1069299
AMOBEE1069299

Message

| | |
|---|---|
| **From**: | Mark Manoogian [/O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK.MANOOGIAN@AMGMAIL] |
| **Sent**: | 4/11/2013 9:52:00 AM |
| **To**: | ▮▮▮▮▮▮@techvensys.com |
| **Subject**: | LOA for 196.193.0.0/16 |

Dave,

Where is the LOA for 196.193.0.0/16?


You said we should have it as of 2 hours ago? If we are to move forward with
this transaction we need it immediately and need to see rdns done.


ns1.airseafreightsvcs.com

ns2.airseafreightsvcs.com


Mark Manoogian

Business Development Manager


ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS

Phone: +1 ▮▮▮▮▮▮ | Mobile: +1 ▮▮▮▮▮▮ | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

 <mailto:First.last@adconiondirect.com> Nark.manoogian@adconiondirect.com |
<http://www.adconiondirect.com> www.adconiondirect.com


Follow us on  <http://www.facebook.com/AdconionDirect> Facebook |
<https://twitter.com/adconion_direct> Twitter |
<http://www.linkedin.com/company/2145393?trk=tyah> LinkedIn

AMOBEE1069293

Message

| | |
|---|---|
| **From**: | Mark Manoogian [/O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK.MANOOGIAN@AMGMAIL] |
| **Sent**: | 4/11/2013 11:57:00 AM |
| **To**: | Abdul Mohammed [abdul.mohammed@adconiondirect.com]; Jake Bychak [jake.bychak@adconiondirect.com] |
| **Subject**: | TVs LOA sent to Hostwinds |
| **Attachments**: | LOA for 196.193.0.0.16.pdf |

TVS LOA attached. Looks official. In the hands of HostWinds.


Mark Manoogian

Business Development Manager


ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS

Phone: +1 ▮▮▮▮▮▮▮ | Mobile: +1 ▮▮▮▮▮▮▮ | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

 <mailto:First.last@adconiondirect.com> Mark.manoogian@adconiondirect.com |
<http://www.adconiondirect.com> www.adconiondirect.com


Follow us on  <http://www.facebook.com/AdconionDirect> Facebook |
<https://twitter.com/adconion_direct> Twitter |
<http://www.linkedin.com/company/2145393?trk=tyah> LinkedIn

AMOBEE0955695

## AIRSEA FREIGHT SERVICES

**Letter of Authority to Hostwinds**

On April 10, 2013 AirSea Freight Services , hereby represented by it's Manager, Aboubakar Sidiki Yeo, authorizes Hostwinds, 9 E. 4th St., Ste: 1002, Tula, Oklahoma 74105, to use and route the following IP Block 196.193.0.0/16, which has been under the name and to act on behalf of the business listed above to order, provision, and implement the appropriate circuitry required to establish a network connection between the entity and Hostwinds.

In the event of improper use of the IP space, AirSea Freight Services shall reserve the right to disallow the application of the IPs.

This appointment shall remain in effect until modified or revoked by

Kindly Accord them all required corporation

Yours sincerely

Aboubakar Sidiki Yeo

Manager

AIRSEA FREIGHT SERVICES
CK NO 2003/003105/23
J. I. A. Foreign Airlines
Cargo Section
P O Box 748    Tel: 011-390 3955
ERUMA 2020   Fax: 011-390 3985

Tel: +27113903955 – Fax: +27113902072 – Cel: +27835267634 – Email: info@airsea.co.za

JOHANNESBURG INTERNATIONAL AIRPORT
FOREIGN AIRLINE CARGO SECTION. UNIT 12  OFFICE M3  KEMPTON PARK
JOHANNESBURG, SOUTH AFRICA

AMOBEE0955696
AMOBEE0955696

Message

| | |
|---|---|
| **From:** | Dave ███ ███████ @techvensys.com] |
| **Sent:** | 4/11/2013 10:14:05 PM |
| **To:** | Mark Manoogian [mark.manoogian@adconiondirect.com] |
| **Subject:** | Re: LOA for 196.193.0.0/16 |

Ok, Keep me updated , I though its already processed

On 12.04.2013 00:12, Mark Manoogian wrote:
> I will know more in the morning. So far I believe it is with their
> upstream and we are waiting. I should know if any issues and will let
> you know as soon as I do.
>
> Sent from my iPhone
>
> On Apr 11, 2013, at 9:50 PM, "Dave ███████" < ████████ @techvensys.com>
> wrote:
>
>> RDNS as you know is done.
>>
>> Is everything ok with announcement ?
>>
>> Thanks
>>
>> On 11.04.2013 11:53, Mark Manoogian wrote:
>>> Dave,
>>>
>>> Where is the LOA for 196.193.0.0/16?
>>>
>>> You said we should have it as of 2 hours ago? If we are to move
>>> forward with this transaction we need it immediately and need to
>>> see
>>> rdns done.
>>>
>>> ns1.airseafreightsvcs.com [1]
>>>
>>> ns2.airseafreightsvcs.com [2]
>>>
>>> MARK MANOOGIAN
>>>
>>> Business Development Manager
>>>
>>> ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS
>>>
>>> Phone: +1 ██████████ | Mobile: +1 ██████████ | Fax: +1
>>> 858.638.1717
>>>
>>> 9444 Waples Street Suite 350 | San Diego, CA 92121 | USA
>>>
>>> MARK.MANOOGIAN@ADCONIONDIRECT.COM [3] | WWW.ADCONIONDIRECT.COM [4]
>>>
>>> Follow us on Facebook [5] | Twitter [6] | LinkedIn [7]
>>>
>>>
>>>
>>> Links:
>>> ------
>>> [1] http://ns1.airseafreightsvcs.com
>>> [2] http://ns2.airseafreightsvcs.com
>>> [3] mailto:First.last@adconiondirect.com
>>> [4] http://www.adconiondirect.com
>>> [5] http://www.facebook.com/AdconionDirect
>>> [6] https://twitter.com/adconion_direct
>>> [7] http://www.linkedin.com/company/2145393?trk=tyah
>>

AMOBEE1058650
AMOBEE1058650

        

Home   SBL   ROKSO   Information                                                                          - Logout - Contact

## SBL182162 Detail - Spamhaus Law Enforcement Portal

| SBL182162 - 196.193.0.0/16 | |
|---|---|
| **SBL ID** | SBL182162 |
| **IP/CIDR** | 196.193.0.0/16 |
| **ISP** | AFRINIC |
| **Created** | 2013-04-18 06:02:59 |
| **Modified** | 2018-11-13 22:23:32 |
| **Status** | REMOVED |
| **Spammer** | Paul Gumos - spamming through hijacked netblocks |
| **Subject** | snowshoe range - ITCDATA-BULK-NET01 (AS48057) |
| **Reason** | 2014-07-02 current swip |

```
inetnum:        196.193.0.0 - 196.193.255.255
netname:        ITCBULK
descr:          ITCDATA-BULK-NET01
country:        ZA
admin-c:        ITC1-AFRINIC
tech-c:         ITC1-AFRINIC
org:            ORG-AI2-AFRINIC
status:         ALLOCATED PA
mnt-by:         AFRINIC-HM-MNT
mnt-lower:      ITC-NOC
source:         AFRINIC # Filtered
parent:         196.0.0.0 - 196.255.255.255

organisation:   ORG-AI2-AFRINIC
org-name:       ITC
org-type:       EU-AS
country:        ZA
address:        109 Deneboom Rd
address:        Pretoria 150
phone:          +27218976543
admin-c:        ITC1-AFRINIC
tech-c:         ITC1-AFRINIC
mnt-ref:        AFRINIC-HM-MNT
mnt-ref:        ITC-NOC
mnt-by:         AFRINIC-HM-MNT
source:         AFRINIC # Filtered

person:         ITC NOC
address:        109 Deneboom Rd
address:        Pretoria 0150
address:        RSA
phone:          +27116007009
org:            ORG-AI2-AFRINIC
nic-hdl:        ITC1-AFRINIC
abuse-mailbox:  abuse@itcdata.net
mnt-by:         ITC-NOC
source:         AFRINIC # Filtered
```

ADCONION-DISC17-00006

ADCONION-DISC17-00006

```
 5  192.0.2.100 14.6/14.6ms
 6  12.83.83.13 14.3/17.3ms
 7  gar3.dlrtx.ip.att.net (12.122.138.173) 48.5/48.4ms
**  [neglected] no reply packets received from TTL 8
 9  xe (208.78.216.161) 49.5/48.2ms
10  switchport1.hostwindsdns.com (198.154.100.146) 54.8/52.0ms
11  smtp1.myfreemails.com (108.174.193.66) 55.0ms
12  gasoline.emailspire.com (142.11.233.97) 51.3/51.4ms


inetnum:        196.193.0.0 - 196.193.127.255
netname:        AIRSEA-FREIGHT-SERVICES
descr:          AirSea Freight Services
descr:          P O Box 746 Bruma
country:        ZA
admin-c:        SA70-AFRINIC
tech-c:         TE10-AFRINIC
status:         ASSIGNED PA
mnt-by:         ITC-NOC
mnt-lower:      AIRSEA-MNT
mnt-domains:    AIRSEA-MNT
source:         AFRINIC # Filtered
parent:         196.193.0.0 - 196.193.255.255

person:         Systems Administrator
address:        PO Box 746 Bruma
phone:          +27 11 390 2073
e-mail:         devarakondashivaraj45@
nic-hdl:        SA70-AFRINIC
source:         AFRINIC # Filtered

person:         Technical Engineer
address:        PO Box 746 Bruma
phone:          +27 11 390 2073
e-mail:         devarakondashivaraj45@
nic-hdl:        TE10-AFRINIC
source:         AFRINIC # Filtered

=========================================================

inetnum:        196.193.128.0 - 196.193.255.255
netname:        AIRSEA-FREIGHT-SERVICES
descr:          AirSea Freight Services
descr:          P O Box 746 Bruma
country:        ZA
admin-c:        SA70-AFRINIC
tech-c:         TE10-AFRINIC
status:         ASSIGNED PA
mnt-by:         ITC-NOC
mnt-lower:      AIRSEA-MNT
mnt-domains:    AIRSEA-MNT
source:         AFRINIC # Filtered
parent:         196.193.0.0 - 196.193.255.255

person:         Systems Administrator
address:        PO Box 746 Bruma
phone:          +27 11 390 2073
e-mail:         devarakondashivaraj45@
nic-hdl:        SA70-AFRINIC
source:         AFRINIC # Filtered

person:         Technical Engineer
address:        PO Box 746 Bruma
phone:          +27 11 390 2073
e-mail:         devarakondashivaraj45@
nic-hdl:        TE10-AFRINIC
source:         AFRINIC # Filtered
```

Most spam domains registered here, a sign that Paul Gumos is involved:

```
   Overture Technologies
   Domain Manager (contact@overturetechnologies.net)
   +1.4105101472
   Fax: +1.5555555555
   PO Box 17598 #65910
   Baltimore, MD 21297-1598
   US
```

ADCONION-DISC17-00007

ADCONION-DISC17-00007

```
=========================================================
Domain myfreemails.com

Date Registered: 2012-6-21
Expiry Date: 2013-6-21

DNS1: dedns263.hostwindsdns.com
DNS2: dedns264.hostwindsdns.com

Registrant
    Fundacion Private Whois
    Domain Administrator
    Email:s8dywad4fe3503d0fd8b@t02cduv4f7f99a255f64.privatewhois.net
    Attn: myfreemails.com
    Aptds. 0850-00056
    Zona 15 Panama
    Panama
    Tel: +507.65995877

====================================================================

    Domain Name: EMAILSPIRE.COM
    Registrar: REGISTER.COM, INC.
    Whois Server: whois.register.com
    Referral URL: http://www.register.com
    Name Server: DEDNS119.HOSTWINDSDNS.COM
    Name Server: DEDNS120.HOSTWINDSDNS.COM
    Status: clientTransferProhibited
    Updated Date: 04-mar-2013
    Creation Date: 03-mar-2012
    Expiration Date: 03-mar-2014

 Last update of whois database: Thu, 18 Apr 2013 04:13:55 UTC

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.[whois.register.com]

    Registrant:
       Domain Discreet Privacy Service
       ATTN: emailspire.com
       12808 Gran Bay Pkwy, West
       Jacksonville, FL 32258
       US
       Phone: 1-902-7492701
       Email: 01cf37950a1612336e22c0013d44d43f@domaindiscreet.com


    Registrar Name....: Register.com
    Registrar Whois...: whois.register.com
    Registrar Homepage: www.register.com

    Domain Name: emailspire.com
       Created on.............: 2012-03-03
       Expires on.............: 2014-03-03
```

ADCONION-DISC17-00008

ADCONION-DISC17-00008

Message

| | |
|---|---|
| **From:** | Mark Manoogian [/O=OEXCH025/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK.MANOOGIAN@AMGMAIL] |
| **Sent:** | 4/26/2013 11:55:27 PM |
| **To:** | ███████████ @adconiondirect.com] |
| **CC:** | Abdul Mohammed [abdul.mohammed@adconiondirect.com]; ████████████@adconiondirect.com]; ████████████@adconiondirect.com] |
| **Subject:** | Re: Bad IP Connectivity (97 ranges) |

██ ,

These reappeared on sbl along w a critical rokso so it's likely why they are down.

Hostwinds 196.193.0.0/16 was also just  sbl'd so those should be ok for you to start using right away I think.

Sent from my iPhone

On Apr 26, 2013, at 11:17 PM, "█████████████@adconiondirect.com> wrote:

I know its Friday night, but when you get a chance, can you submit a ticket on the Criticals please?  They've been down a while and they're all I've gots!

Thanks,

███████████

Phone: +1 ████████████

 <mailto:████████@adconiondirect.com> ██████████@adconiondirect.com

From: IP Down Report [mailto:ipreport@blackmail.rddmail.com]
Sent: Friday, April 26, 2013 8:33 PM
To: AD RDD Help; Mark Manoogian; Jake Bychak; ████████████
Subject: Bad IP Connectivity (97 ranges)

IP Response Team,

*       slave-y8: 's 10.0.0.102 is DOWN (last check 07:30:26 PM)
*       gmail-m: CriticalNet's 173.249.160.2-254 is DOWN (last check 07:31:23 PM)
*       gmail-n: CriticalNet's 173.249.161.2-254 is DOWN (last check 07:23:47 PM)
*       gmail-n: CriticalNet's 173.249.162.2-254 is DOWN (last check 07:23:47 PM)
*       gmail-o: CriticalNet's 173.249.163.2-254 is DOWN (last check 07:23:46 PM)
*       gmail-o: CriticalNet's 173.249.164.2-254 is DOWN (last check 07:23:46 PM)
*       gmail-p: CriticalNet's 173.249.165.2-254 is DOWN (last check 07:23:45 PM)
*       gmail-p: CriticalNet's 173.249.166.2-254 is DOWN (last check 07:23:45 PM)
*       gmail-q: CriticalNet's 173.249.167.2-254 is DOWN (last check 07:23:46 PM)

AMOBEE1170379
AMOBEE1170379

```
*       gmail-q: CriticalNet's 173.249.168.2-254 is DOWN (last check
07:23:46 PM)
*       gmail-r: CriticalNet's 173.249.169.2-254 is DOWN (last check
07:23:42 PM)
*       gmail-r: CriticalNet's 173.249.170.2-254 is DOWN (last check
07:23:42 PM)
*       gmail-s: CriticalNet's 173.249.171.2-254 is DOWN (last check
07:24:54 PM)
*       gmail-s: CriticalNet's 173.249.172.2-254 is DOWN (last check
07:24:54 PM)
*       gmail-n: CriticalNet's 173.249.173.2-254 is DOWN (last check
07:23:48 PM)
*       gmail-o: CriticalNet's 173.249.174.2-254 is DOWN (last check
07:23:46 PM)
*       gmail-p: CriticalNet's 173.249.175.2-254 is DOWN (last check
07:23:45 PM)
*       gmail-q: CriticalNet's 173.249.176.2-254 is DOWN (last check
07:23:46 PM)
*       gmail-r: CriticalNet's 173.249.177.2-254 is DOWN (last check
07:23:42 PM)
*       gmail-s: CriticalNet's 173.249.178.2-254 is DOWN (last check
07:24:54 PM)
*       gmail-s: CriticalNet's 173.249.179.2-254 is DOWN (last check
07:24:54 PM)
*       gmail-b: CriticalNet's 173.249.180.2-254 is DOWN (last check
07:31:24 PM)
*       gmail-c: CriticalNet's 173.249.181.2-254 is DOWN (last check
07:31:25 PM)
*       gmail-d: CriticalNet's 173.249.182.2-254 is DOWN (last check
07:31:25 PM)
*       gmail-e: CriticalNet's 173.249.183.2-254 is DOWN (last check
07:31:23 PM)
*       gmail-f: CriticalNet's 173.249.184.2-254 is DOWN (last check
07:31:13 PM)
*       gmail-g: CriticalNet's 173.249.185.2-254 is DOWN (last check
07:31:13 PM)
*       gmail-h: CriticalNet's 173.249.186.2-254 is DOWN (last check
07:31:25 PM)
*       gmail-i: CriticalNet's 173.249.187.2-254 is DOWN (last check
07:31:25 PM)
*       gmail-j: CriticalNet's 173.249.188.2-254 is DOWN (last check
07:31:11 PM)
*       gmail-k: CriticalNet's 173.249.189.2-254 is DOWN (last check
07:31:04 PM)
*       gmail-l: CriticalNet's 173.249.190.2-254 is DOWN (last check
07:31:18 PM)
*       gmail-a: CriticalNet's 173.249.191.2-254 is DOWN (last check
07:31:25 PM)
*       slave-53b: Unicom's 59.82.128.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.129.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.130.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.131.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.132.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.133.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.134.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.135.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.136.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.137.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.138.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.139.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.140.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.141.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.142.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.143.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.144.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.145.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.146.2-254 is DOWN (last check 07:23:55 PM)
*       slave-53b: Unicom's 59.82.147.2-254 is DOWN (last check 07:23:56 PM)
*       slave-65: Unicom's 59.82.148.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.149.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.150.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.151.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.152.2-254 is DOWN (last check 07:32:30 PM)
```

AMOBEE1170380
AMOBEE1170380

```
*       slave-65: Unicom's 59.82.153.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.154.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.155.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.156.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.157.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.158.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.159.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.160.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.161.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.162.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.163.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.164.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.165.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.166.2-254 is DOWN (last check 07:32:30 PM)
*       slave-65: Unicom's 59.82.167.2-254 is DOWN (last check 07:32:30 PM)
*       slave-y7: Unicom's 59.82.168.2-254 is DOWN (last check 07:32:55 PM)
*       slave-y7: Unicom's 59.82.169.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.170.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.171.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.172.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.173.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.174.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.175.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.176.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.177.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.178.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.179.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.180.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.181.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.182.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.183.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.184.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.185.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.186.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.187.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.188.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.189.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.190.2-254 is DOWN (last check 07:22:56 PM)
*       slave-y7: Unicom's 59.82.191.2-254 is DOWN (last check 07:22:56 PM)
*       slave-75: Unicom's 59.82.96.2-254 is FRAGILE (last check 07:18:59
PM)
```

(DOWN based off of no response to nc -s IP mx1.hotmail.com 25 from at least
4 random ips in the range within 45 min. FRAGILE based off of 2 to 3 failed
responses within 45 minutes)

Please verify remote status and remote connectivity; then, contact the
provider. This message will reoccur every 30 min while the disconnected IPs
are still tunneled.

AMOBEE1170381
AMOBEE1170381



Peter Holden <peter██████████>

---

## Fwd: RE: Possible Hijack of 196.193.0.0/17 and 196.193.128.0/17 - LOA

2 messages

---

**Brandon** ██████████ @corexchange.com>             Thu, May 2, 2013 at 7:38 AM
To: Peter██████████ "Support@corexchange.com" <Support@corexchange.com>

Hello peter,

We have received the following email claiming that the recent
announcement of the 196.193.0.0/17 and 196.193.128.0/17 is a hijacking
attempt. Can you please investigate this and get back to us as soon as
possible. We would like to get this issue resolved before we are forced
to stop announcing the range.

Thank you,

-------- Original Message --------
Subject: RE: Possible Hijack of 196.193.0.0/17 and 196.193.128.0/17 - LOA
Date: Thu, 2 May 2013 08:25:05 +0100
From: Oyom██████████
To: 'Brandon ██████████ @corexchange.com>
CC: <██████@corexchange.com>, <abuse@corexchange.com>

Hi Brandon

Please find attached the Letter of Authority  issued to us by AirSea
Freight to announce the IP blocks
I spoke to the representative Devaranda   and he said they had not
authorised the  announcement of the IPs elsewhere

Thus am not sure what is going on here?

Enabling Internet Powered Services

Oyom████
MD / CEO



https://mail.google.com/mail/u/0/?ui=2&ik=d059f82fc3&jsver=-dxVNc9Y02g.en.&cbl=gmail_fe_180516.06_p8&view=pt&q=possible%20hijack&qs=true&search=query&th=13e66271cd16b289&siml=13e65af12a7badf38...

**ADCONION-HOSTWINDS-14-18-00205**

ADCONION-HOSTWINDS-14-18-00205

Ilupeju, Lagos
Nigeria



Want to always have my latest info?
Want a signature like this?

-----Original Message-----
From: Brandon ███████████████ @corexchange.com]
Sent: Wednesday, May 1, 2013 6:53 PM
To: o███████████████
Cc: ███████ @corexchange.com; abuse@corexchange.com
Subject: Re: Possible Hijack of 196.193.0.0/17 and 196.193.128.0/17

Hello,

I have had someone check our records and we are showing an LOA from air
sea freight on behalf of one of our customers giving us permission to
announce the IP's. If you believe this LOA given was fraudulent please
let us know and we will take all steps necessary to verify the situation.

Brandon ███████
NOC Technician
CoreXchange <http://www.corexchange.com/> | Colocation and Connectivity.
Simplified.



███████ @corexchange.com

This e-mail message, and any attachments, is intended only for the use
of the individual or entity identified in the alias address of this
message and may contain information that is confidential, privileged and

https://mail.google.com/mail/u/0/?ui=2&ik=d059f82fc3&jsver=-dxVNc9Y02g.en.&cbl=gmail_fe_180516.06_p8&view=pt&q=possible%20hijack&qs=true&search=query&th=13e66271cd16b289&siml=13e65af12a7badf38

ADCONION-HOSTWINDS-14-18-00206

ADCONION-HOSTWINDS-14-18-00206

subject to legal restrictions and penalties regarding its unauthorized
disclosure and use. Any unauthorized review, copying, disclosure, use or
distribution is strictly prohibited. If you have received this e-mail
message in error, please notify the sender immediately by reply e-mail
and delete this message, and any attachments, from your system. Thank you.

On 04/30/2013 05:06 PM, o█████████████ wrote:
>
> Hi There
> We want to complain about the possible hijack of the above  IP blocks
> hosted / announced by you on your ASN 13354
>
> these blocks up to about 10 days ago were announced on my ASN AS37230
> - SwiftTalk Limited via a formal LOA from the Company AirSea Freight
> Services in January 2013
>
> Thus we are in shock to fin the IP blocks as being announce by you,
> and we ar not able to use the IPs any longer
>
> Please can you investigate and claify how come you announced the IP
> blocks, and under what authority
>
> Thanks and Regards
>
> Oyom██
>█████████████
>
>

---

📄 **Airsea Freight Services - LOA.PDF**
682K

**Peter Holden** <Peter███████████████                                      Thu, May 2, 2013 at 9:50 AM
To: Brandon █████████████████████████
Cc: Peter Holden <Peter████████████  "Support@corexchange.com" <Support@corexchange.com>

I spoke to the client who rents that space, they say it was a mistake, and the space owner accidentally gave the LOA, to another client as well.

[Quoted text hidden]

ADCONION-HOSTWINDS-14-18-00207

ADCONION-HOSTWINDS-14-18-00207

## AIRSEA FREIGHT SERVICES

**Letter of Authority to Hostwinds**

On April 10, 2013 AirSea Freight Services , hereby represented by it's Manager, Aboubakar Sidiki Yeo, authorizes Hostwinds, 9 E. 4th St., Ste: 1002, Tula, Oklahoma 74105, to use and route the following IP Block 196.193.0.0/16, which has been under the name and to act on behalf of the business listed above to order, provision, and implement the appropriate circuitry required to establish a network connection between the entity and Hostwinds.

In the event of improper use of the IP space, AirSea Freight Services shall reserve the right to disallow the application of the IPs.

This appointment shall remain in effect until modified or revoked by

Kindly Accord them all required corporation
Yours sincerely

Aboubakar Sidiki Yeo
Manager

AIRSEA FREIGHT SERVICES
CK NO 2000/009105/23
J. I. A. Foreign Airlines
Cargo Section
P O Box 748   Tel: 011-390 3955
ERUMA 2020  Fax: 011-390 3985

**Tel: +27113903955 – Fax: +27113902072 – Cel: +27835267634 – Email: info@airsea.co.za**

JOHANNESBURG INTERNATIONAL AIRPORT
FOREIGN AIRLINE CARGO SECTION. UNIT 12  OFFICE M3  KEMPTON PARK
JOHANNESBURG, SOUTH AFRICA

ADCONION-HOSTWINDS-14-18-00208

ADCONION-HOSTWINDS-14-18-00208

 **Hostwinds**

Peter Holden <peter███████████

---

# Two servers hosting 196.193.0.0/17 + 196.193.128.0/17
6 messages

---

**Mark Manoogian** <mark.manoogian@adconiondirect.com>    Tue, May 7, 2013 at 11:51 AM
To: Peter Holden <Peter████████████
Cc: Mark Manoogian <mark.manoogian@adconiondirect.com>

Peter,

The attached invoice says due May 10. We paid April 10th but didn't complete setup until the 12th.

Can we please keep these servers online with 196.193.128.0/17 and 196.193.128.0/17 until then? These are the sbl'd ranges which we can stop announcing on end of day May 12th.

For the new ranges we are getting, we will either use these servers or two others, depending upon when we're ready to announce.

**Mark Manoogian**

Business Development Manager

**ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS**

Phone: +1 ██████████  Mobile: +1 ██████████  Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

**Mark.manoogian@adconiondirect.com | www.adconiondirect.com**

Follow us on Facebook | Twitter | LinkedIn

 **Invoice-27815.pdf**
19K

---

**Mark Manoogian** <mark.manoogian@adconiondirect.com>    Wed, May 8, 2013 at 1:03 PM

**ADCONION-HOSTWINDS-14-002-00037**



Peter Holden <peter█

## Removing announcement for 196.193.0.0/16

1 message

**Mark Manoogian** <mark.manoogian@adconiondirect.com>
To: Peter Holden <Peter█
Cc: Abdul Mohammed <abdul.mohammed@adconiondirect.com>, Mark Manoogian
<mark.manoogian@adconiondirect.com>

Tue, May 14, 2013 at 11:26 AM

Peter,

Can you please remove the announcement for 196.193.0.0/16 today?

This is the SBL'd range that we leased and must be returned.

Please confirm.

**Mark Manoogian**

Business Development Manager

**ADCONION DIRECT | DIGITAL ADVERTISING SOLUTIONS**

Phone: +1 █           Mobile: +1 █           | Fax: +1 858.638.1717

9444 Waples Street Suite 350 | San Diego, CA 92121 | USA

**Mark.manoogian@adconiondirect.com | www.adconiondirect.com**

Follow us on Facebook | Twitter | LinkedIn

**ADCONION-HOSTWINDS-14-003-00027**

ADCONION-HOSTWINDS-14-003-00027