# Government Exhibit 2

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED


OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.

**Date:** 12/10/2019

**From:** SAN DIEGO
    SD-CY1
    **Contact:** Charles W. Chabalko IV, Redacted

**Approved By:** SSA Michael Boady

**Drafted By:** Charles W. Chabalko IV

**Case ID #:** 288A-SD-4318838    (U) ADCONIAN DIRECT;
    SPAMHAUSE;
    COMPUTER INTRUSION

**Synopsis:** (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.

**Enclosure(s):** Enclosed are the following items:
1. (U) AFRINIC news article, LOA, and emails.
2. (U) AFRINIC News Article

**Details:**

On or about December 4, 2019, SA Charles W. Chabalko identified an article titled, "How Internet resources worth 800 million were stolen and sold on the black market", posted on the website, www.mybroadband.co.za. The article is regarding an internal investigation conducted by AFRINIC that resulted in the identification of numerous AFRINIC IP ranges that were stolen and sold on the black market.

Found within the article were three IP ranges believed to be purchased by Adconion Direct and most likely used to send commercial email. The IP ranges are as follows:

    196.194.0.0/15

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.
Re:    288A-SD-4318838, 12/10/2019

    196.193.0.0/16

    196.246.0.0/16

On or about April 8, 2013, Adconion negotiated the purchase of the IP range 196.193.0.0/16 from Techvensys, a company believed to be located in India.  Writer identified an invoice requesting Adconion Direct, specifically Mark Manoogian, to wire three separate payments for the purchase of the IP range to the following bank:

Name of the Bank : Standard Chartered Bank , India
Beneficiary Name : Techvensys Software Solutions Pvt Ltd.
Beneficiary A/c : 44505063312
Beneficiary Address : Padmaraonagar, Secunderabad.
SWIFT CODE : SCBLINBBXXX
Bank Address : Ashok Bhoopal Chambers, S.P Road, Secunderabad.

An initial payment of $44,800 USD would be sent first followed by a second payment of $44,800 USD to be received on or before April, 26 2013, and a third payment of $89,600 USD to be received before May 13, 2013.

After purchase of the IP range, Adconion needed a a Letter of Authorization (LOA) to announce the IP range with an ISP.  On April 10, 2013, Mark Manoogian emailed himself the following LOA template needed for the announcement:

*RE: Letter of Authority to Hostwinds*

*On April 10, 2013 (COMPANY NAME) , hereby represented by it's president, NAME, authorizes Hostwinds, 9 E. 4th St., Ste: 1002, Tula, Oklahoma 74105, to use and route the following IP Block 196.193.0.0/16, which has been under the name and to act on behalf of the business listed above to order, provision, and implement the*

UNCLASSIFIED

UNCLASSIFIED

Title: (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.
Re: 288A-SD-4318838, 12/10/2019

> appropriate circuitry required to establish a network connection between the entity and Hostwinds.
>
> In the event of improper use of the IP space, COMPANY NAME shall reserve the right to disallow the application of the IPs.
>
> This appointment shall remain in effect until modified or revoked by written notification to Hostwinds.
>
> Authorized Signature:
>
> NAME
>
> Title: President
>
> Date: 4/10/13

On May 11, 2013, Manoogian emailed the finalized LOA to Abdul Mohammed and Jake Bychak stating the LOA "looks official". The following is the language contained in the finalized LOA:

> Letter of Authority to Hostwinds
>
> On April 10, 2013 AirSea Freight Services, hereby represented by it's Manager, Aboubakar Sidiki Yeo, authorizes Hostwinds, 9 E. 4th St., Ste: 1002, Tula, Oklahoma 74105, to use and route the following IP Block 196.193.0.0/16, which has been under the name and to act on behalf of the business listed above to order, provision, and implement the appropriate circuitry required to establish a network connection between the entity and Hostwinds.
>
> In the event of improper use of the IP space, AirSea Freight Service sshall reserve the right to disallow the application of the IPs.
>
> This appointment shall remain in effect until modified or revoked by

UNCLASSIFIED

3

UNCLASSIFIED

Title:  (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.
Re:  288A-SD-4318838, 12/10/2019

> *Kindly Accord them all required corporation*
>
> *Yours Sincerely*
>
> *Aboubakar Sidiki Yeo*
>
> *Manger*

Manoogian also stated in the email that the LOA "is in the hands of Hostwinds", meaning Hostwinds can now announce and route the IP range.

In late April of 2013, Hostwinds announced and routed the IP range on behalf of Adconion Direct using the LOA provided by Manoogian.  Shortly after the announcement on May 1, 2013, Hostwinds received an email from their upstream ISP provider, CoreXchange, stating they received an email claiming that the recent announcement of the 196.193.0.0/17 and 196.193.128.0/17 is a hijacking attempt and that Hostwinds needs to resolve the issue or CoreXchange will be forced to stop announcing the range.

On May 13, 2013, Manoogian sent an internal Adconion email stating that the IP range, 196.193.0.0 will now be used to "host the new GetAds ranges (207.234.0.0/17 + 207.152.0.0/18)".  On May 14, 2013, Manoogian sent an email to Hostwinds asking to remove the announcement and to stop routing the IP ranges.  It is believed that Manoogian requested the announcement be removed because of the email Hostwinds received from CoreXChange.  The GetAds IP ranges have been previously identified as belonging to Telalink.  It is believed that Adconion fraudulently utilized the Telalink IP ranges to send commercial emails without the authorization from the owners of Telalink.

The news article, the LOA, and Adconion emails described above will be maintained in the 1A section of the file.

UNCLASSIFIED

Title:  (U) Stolen AFRINIC IP ranges purchased by Adconion Direct.
Re:  288A-SD-4318838, 12/10/2019

♦♦

UNCLASSIFIED

5

UNITED STATES
V.
BYCHAK, ET AL.
18CR4683-GPC
DISCOVERY 17 - INDEX

1/9/2020

| BEGINNING BATES NO: | ENDING BATES NO: | DATE | TITLE |
|---|---|---|---|
| ADCONION-DISC17-00001 | ADCONION-DISC17-00005 | 12/10/2019 | FBI Report re: Stolen AFRINIC IP Ranges Purchased by Adconion Direct |
| ADCONION-DISC17-00006 | ADCONION-DISC17-00011 | 12/10/2019 | AFRNIC SBLs |
| ADCONION-DISC17-00012 | ADCONION-DISC17-00014 | 5/2/2013 | Hostwinds Mail - Fwd_ RE_ Possible Hijack of 196.193.0.0_17 and 196.193.128.0_17 - LOA |
| ADCONION-DISC17-00015 | ADCONION-DISC17-00015 | 00/00/0000 | Hostwinds Mail - Removing announcement for 196.193.0 |
| ADCONION-DISC17-00016 | ADCONION-DISC17-00016 | 00/00/0000 | TECHVENSYS Invoice #114630 to Adconion Direct |
| ADCONION-DISC17-00017 | ADCONION-DISC17-00017 | 00/00/0000 | LOA for 196.193.0.0.16  - AirSea Fright Services |
| ADCONION-DISC17-00018 | ADCONION-DISC17-00018 | 00/00/0000 | LOA for 196.193.0.0.16  - AirSea Fright Services |
| ADCONION-DISC17-00020 | ADCONION-DISC17-00020 | 00/00/0000 | Email re: Hostwinds/GetAds - 196.193.0.0/16 |
| ADCONION-DISC17-00021 | ADCONION-DISC17-00021 | 4/11/2013 | Email re: LOA for 196.193.0.0/16 |
| ADCONION-DISC17-00022 | ADCONION-DISC17-00022 | 4/10/2013 | Email re: LOA for TechVensys |
| ADCONION-DISC17-00023 | ADCONION-DISC17-00023 | 4/10/2013 | Email re: LOA for TechVensys |
| ADCONION-DISC17-00024 | ADCONION-DISC17-00024 | 4/10/2013 | Email re: rdns for TechV 196.193.0.0/16 |
| ADCONION-DISC17-00025 | ADCONION-DISC17-00025.03 | 4/27/2013 | Email re: Bad IP Connectivity (97 ranges) |
| ADCONION-DISC17-00026 | ADCONION-DISC17-00026.03 | 4/27/2013 | Email re: Bad IP Connectivity (97 ranges) |
| ADCONION-DISC17-00027 | ADCONION-DISC17-00027.02 | 4/8/2013 | Email re: Ips for Review - Techv |
| ADCONION-DISC17-00028 | ADCONION-DISC17-00028 | 5/13/2013 | Email re: Renewal Invoice - Hostwinds servers |
| ADCONION-DISC17-00029 | ADCONION-DISC17-00029 | 5/3/2013 | Hostwinds Invoice #27815 to Adconion Direct |
| ADCONION-DISC17-00030 | ADCONION-DISC17-00030 | 4/11/2013 | Email re: TVs LOA sent to Hostwinds |
| ADCONION-DISC17-00031 | ADCONION-DISC17-00031 | 4/10/2013 | LOA - to Hostwinds - AirSea Freight Services |