# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),<br>PETR PACAS (4),<br><br>　　　　　Defendants. | Case No. 18cr04683-GPC<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF DEFENDANT'S REDACTED MOTION & ATTACHMENTS FILED PURSUANT TO ECF NO. 348**<br><br>**Honorable Gonzalo P. Curiel** |

Having reviewed the Government's Motion for Public Filing or Limited Unsealing of Defendant's Redacted Motion & Attachments Filed Pursuant to ECF No. 348, and having found good cause, the Court grants the Government's Motion and ORDERS that defendant Bychak's redacted motion and attachments shall be partially unsealed and the government is authorized to share the redacted motion and attachments with Company A and its outside counsel.

Dated: May 4, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1
ORDER

Case No. 3:18-cr-04683-GPC