RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>ABDUL MOHAMMED QAYYUM (3), and<br>PETR PACAS (4),<br><br>　　　　Defendants. | Case No.: 18cr4683-GPC<br><br>**GOVERNMENT'S SUPPLEMENTAL NOTICE OF AUTHENTICTION PURSUANT TO FED. R. EVID. 902(11) & (13)** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its above-referenced Supplemental Notice of Authentication, based on the attached Exhibits.

On March 18, 2022, the United States filed notice of its intent to authenticate business and electronic evidence, pursuant to Federal Rules of Evidence 902(11) and 902(13). [ECF 347.] The records in questions were provided to the defense for inspection and copying, and were disclosed in electronic form, along with the certificates of authenticity. In a footnote to a response to a motion *in limine*, the defense stated that the defendants "do not consent to the admissibility or relevance of the certifications." [ECF 360-1, p. 2, fn. 1]. On March 29, 2022, the government filed its Amended Notice of Intent to Authenticate Evidence, providing copies of the individual certificates of authenticity and identifying the exact trial exhibits sought to be authenticated. One exhibit and certificate of authenticity were omitted from the Amended Notice. That exhibit and certificate of authenticity, relating to records of NameCheap.com, are attached hereto. To avoid delay at trial resulting from an appearance by the custodian of records, the government requests that the court rule that the record can be authenticated by the attached certificates of authenticity. This request is not intended to preclude authentication by other means permissible under law.

DATED: May 5, 2022          Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section