CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, __Sergio Hernandez_____, declare, pursuant to Title 28, U.S.C. § 1746,
   (Print Name)

that I am employed by __Namecheap, Inc., dba Namecheap.com__ and that my official title
                        (Name of Business)

or position is __Executive V.P._____. I further declare that I am a custodian of records
                (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of __Nammecheap, Inc._____.
                                                                                          (Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

09/12/2018
(Date of Execution)

Sergio Hernandez
(Print Name)

Los Angeles, CA
(Place of Execution)

(Signature)

**GOVERNMENT EXHIBIT**
18cr4683-GPC
**206**

ADCONION-NAME_CHEAP-084-00001