

User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| merlot22<br>691155<br>No | Domain<br>Administrator<br>tech@fldpro.com | 9160<br>(2/15/2018 8:13:56 PM) | 11/8/2011 9:28:16 PM<br>209.242.131.200 | 95.1000<br>95.1000<br>0.0000 | 918 Middle Court Drive<br>Saint Louis, MO | +1.3065552241<br><br>US, 63166-6738 | 3/29/2018 12:18:16 AM<br>8/25/2017 12:19:08 PM<br>4.14.184.194 |

Exported on Sep/12/2018

**GOVERNMENT EXHIBIT**
18cr4683-GPC
**647**

ADCONION-NAME_CHEAP-084-00509