| | |
|---|---|
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP** | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| Thomas H. Bienert, Jr., SBN 135311 | David W. Wiechert, SBN 94607 |
| James D. Riddet, SBN 39826 | Jessica C. Munk, SBN 238832 |
| Whitney Z. Bernstein, SBN 304917 | 27136 Paseo Espada, Suite B1123 |
| Carlos A. Nevarez, SBN 324407 | San Juan Capistrano, CA 92675 |
| 903 Calle Amanecer, Suite 350 | Telephone: (949) 361-2822 |
| San Clemente, California 92673 | Email: wiechert@aol.com |
| Telephone: (949) 369-3700 | jessica@wmgattorneys.com |
| Email: tbienert@bklwlaw.com | |
| jriddet@bklwlaw.com | |
| wbernstein@bklwlaw.com | |
| cnevarez@bklwlaw.com | |
| *Attorneys For Mohammed Abdul Qayyum* | *Attorneys For Jacob Bychak* |
| **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, P.C.** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| Gary S. Lincenberg, SBN 123058 | Randy K. Jones, SBN 141711 |
| Nicole Rodriguez Van Dyk, SBN 261646 | 3580 Carmel Mountain Road, Suite 300 |
| Darren L. Patrick, SBN 310727 | San Diego, Ca 92130 |
| Alexis A. Wiseley, SBN 330100 | Telephone: (858) 314-1510 |
| 1875 Century Park East, Floor 23 | Email: rkjones@mintz.com |
| Los Angeles, CA 90067 | |
| Telephone: (310) 201-2100 | Daniel J. Goodrich, BBO 692624 (Pro Hac) |
| Email: glincenberg@birdmarella.com | Ryan Dougherty, BBO 703380 (Pro Hac) |
| nvandyk@birdmarella.com | 1 Financial Center |
| dpatrick@birdmarella.com | Boston, MA 02111 |
| awiseley@birdmarella.com | Email: djgoodrich@mintz.com |
| | rtdougherty@mintz.com |
| *Attorneys For Petr Pacas* | *Attorneys For Mark Manoogian* |

18-cr-04683-GPC

DECLARATION OF WHITNEY Z. BERNSTEIN IN SUPPORT OF DEFENDANTS' RESPONSE TO GOVERNMENT'S SUPPLEMENTAL NOTICE OF 404(B) EVIDENCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.<br><br>　　Defendants. | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DECLARATION OF WHITNEY Z. BERNSTEIN IN SUPPORT OF DEFENDANTS' RESPONSE TO GOVERNMENT'S SUPPLEMENTAL NOTICE OF 404(B) EVIDENCE**<br><br>[*Response to the Government's Supplemental Notice Of 404(B) Evidence (Redacted) filed concurrently*] |

I, Whitney Z. Bernstein, declare as follows:

1. I am an active member of the Bar of the State of California and a partner with Bienert Katzman Littrell Williams LLP, attorneys of record for Defendant Mohammed Abdul Qayyum in this action. I make this declaration in support of *Defendants' Response to the Government's Supplemental Notice of 404(b) Evidence*. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. **Exhibit A** hereto is a true and correct copy of an invoice dated March 26, 2013, which Company A's successor company produced in discovery.

3. **Exhibit B** hereto is a true and correct copy of an email communication dated April 10, 2013, which the government produced in discovery and identified as 404(b) evidence in Exhibit 2 of the 404(b) Supplement. **Exhibit C** hereto is a true and correct copy of an email dated April 11, 2013, which the government produced in discovery and identified as 404(b) evidence in Exhibit 2 of the 404(b) Supplement.

4. **Exhibit D** hereto is a true and correct copy of an email dated April 11, 2013, which the government produced in discovery and identified as 404(b) evidence in Exhibit 2 of the 404(b) Supplement.

5. **Exhibit E** hereto is a true and correct copy of an email chain dated May 2, 2013, which the government produced in discovery and identified as 404(b) evidence in Exhibit 2 of the 404(b) Supplement.

6. **Exhibit F** hereto is a true and correct copy of an interview summary between Peter Holden and a government investigator on April 19, 2022, which the government produced in discovery.

7. **Exhibit G** hereto is a true and correct copy of an email chain dated May 13, 2013, which Company A's successor company produced in discovery.

8. **Exhibit H** hereto are true and correct copies of documents identified in Exhibit 2 of the 404(b) Supplement as "AFRINIC SBLs", which the government produced in discovery.

9. **Exhibit I** hereto is a true and correct copy of an email chain dated April 15, 2013, which Company A's successor company produced in discovery.

10. **Exhibit J** hereto is a true and correct copy of an email chain dated May 1, 2013, which Company A's successor company produced in discovery. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 5, 2022, at Oceanside, California.

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein