**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
Jahnavi Goldstein, SBN 245084
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
   jessica@wmgattorneys.com
   jahnavi@wmgattorneys.com

*Attorneys for Jacob Bychak*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
   jriddet@bklwlaw.com
   wbernstein@bklwlaw.com
   cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKYAND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorney for Mark Manoogian*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Alexis A. Wiseley, SBN 330100
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
   awiseley@birdmarella.com
   dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

DEFENDANTS' WITNESS LIST

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' WITNESS LIST** |

COMES NOW, Defendants Jacob Bychak, by and through counsel, Jessica C. Munk and David W. Wiechert, Mark Manoogian, by and through counsel, Randy K. Jones, Daniel J. Goodrich and Ryan Dougherty, Mohammed Abdul Qayyum, by and through counsel, Whitney Z. Bernstein, Thomas H. Bienert, Jr. and Carlos A. Nevarez, and Petr Pacas, by and through counsel Gary S. Lincenberg, Alexis A. Wiseley, and Darren L. Patrick, (collectively, "Defendants"), and hereby files its Witness List. Defendants may call the following witnesses and reserve the right to add and subtract from this list based on the government's case-in-chief as the evidence is presented.

## WITNESS LIST

1. Jacob Bychak
2. Mark Manoogian
3. Mohammed Abdul Qayyum
4. Petr Pacas
5. John Curran, ARIN
6. Marc Lindsey
7. Dennis Dayman

1    8. Jonathan Harrill
2    9. Linda Goodman
3    10. Justin Barredo

Respectfully submitted:

Dated: May 6, 2022    **WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
Jahnavi Goldstein
*Attorneys for Jacob Bychak*

Dated: May 6, 2022    **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Gary S. Lincenberg*
Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated: May 6, 2022    **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James D. Riddet
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

Dated: May 6, 2022    **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich
Ryan Dougherty
*Attorneys for Mark Manoogian*

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Gary S. Lincenberg.

Dated: May 6, 2022                          By: s/*Jessica C. Munk*
                                                     Jessica C. Munk

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2022, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk