RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB BYCHAK (1), <br> MARK MANOOGIAN (2), <br> ABDUL MOHAMMED QAYYUM (3), and <br> PETR PACAS (4), <br><br> Defendants. | Case No.: 18cr4683-GPC <br><br> **UNITED STATES' MOTION FOR LIMITED UNSEALING OF GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF BENKERT AND KINRICH** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its above-referenced Motion, based on the files and records in this case.

On March 24, 2022, defendant Jacob Bychak filed a Notice of Motion for Leave to File Documents *Ex Parte*/In-Camera and Under Seal. ECF No. 348. On April 26, 2022, the Court directed Bychak's counsel to provide the government with a redacted copy of the motion by April 29, 2022, so that the government could respond by May 6, 2022.

On the afternoon of April 29, 2022, the government received the redacted filings, which indicate that they are under seal. The government requested that the Court either order the redacted documents to be filed publicly via ECF, or, at the least, be ordered unsealed for the limited purpose of permitting the government to share the documents with counsel for Company A.  The court granted the motion and allowed the limited unsealing of the defense pleadings so they could be disclosed to counsel for Company A.

The government filed its response under seal on May 6, 2022.  The response included a declaration from counsel for Company A.  The government hereby requests that the court authorize the limited unsealing of the government's responsive pleadings, so that they can be disclosed to counsel for Company A.

The defendant's briefing made repeated representations as to what Company A, its counsel, and its experts had said and done.  The government's response, in part, provided a factual rebuttal to the claims in the defense pleadings, based in part on representations by counsel for Company A. Company A was a party to the joint defense agreement (JDA), and is privy to privileged information shared under the umbrella of the JDA (which is unknown to the government). Because all the materials related to this motion have been filed under seal, the government is prevented from sharing the materials with counsel for Company A, which distorts the factfinding process and unfairly prejudices the government's ability to consult with outside counsel for Company A, so as to properly represent the facts at the upcoming hearing. Moreover, the inability to share the pleadings with counsel for Company A affects counsel's ability to effectively represent their client.

//
//

For the foregoing reasons, the government respectfully submits that, a limited unsealing order should be entered permitting the government to disclose its responsive pleadings on this issue to outside counsel for Company A.

DATED: May 10, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section
Department of Justice, Criminal Division