UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-cr-4683-GPC |
|---|---|
| Plaintiff, | **ORDER PERMITTING LIMITED UNSEALING OF GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF BENKERT AND KINRICH** |
| v. | |
| JACOB BYCHAK (1), MARK MANOOGIAN (2), ABDUL MOHAMMED QAYYUM (3), and PETR PACAS (4), | |
| | **[ECF No. 410]** |
| Defendants. | |

WHEREBY the Court, having read and considered the Government's Motion for Limited Unsealing of its Response in Opposition to Defendants' Sealed Motion to Exclude the Testimony of Experts Benkert and Kinrich, and finding good cause therein,

IT IS HEREBY ORDERED that the government's responsive pleading, filed under seal on May 6, 2022, may be unsealed for the limited purpose of disclosing the pleadings to outside counsel for Company A.

**IT IS SO ORDERED.**

Dated: May 11, 2022

Hon. Gonzalo P. Curiel
United States District Judge