# Exhibit A

**EXHIBIT A**

***USA v. Bychak, et al.***
**Case No. 18-CR-4683-GPC**

**DEFENDANTS' JOINT EXHIBIT LIST**

| Beginning Bates No. | Ending Bates No. |
|---|---|
| AMOBEE0018463 | AMOBEE0018473 |
| AMOBEE0018474 | AMOBEE0018477 |
| AMOBEE0018452 | AMOBEE0018462 |
| AMOBEE0024942 | AMOBEE0024944 |
| AMOBEE0078015 | AMOBEE0078019 |
| AMOBEE0018329 | AMOBEE0018333 |
| AMOBEE0312615 | AMOBEE0312617 |
| AMOBEE0627768 | AMOBEE0627768 |
| AMOBEE0627753 | AMOBEE0627753 |
| AMOBEE0017150 | AMOBEE0017153 |
| AMOBEE0024523 | AMOBEE0024523 |
| AMOBEE1262004 | AMOBEE1262004 |
| AMOBEE0286144 | AMOBEE0286144 |
| AMOBEE1349981 | AMOBEE1349981 |
| AMOBEE0358422 | AMOBEE0358422 |
| AMOBEE0309280 | AMOBEE0309288 |
| AMOBEE0014857 | AMOBEE0014858 |
| AMOBEE0176145 | AMOBEE0176145 |
| AMOBEE0176146 | AMOBEE0176150 |
| AMOBEE0061788 | AMOBEE0061790 |
| AMOBEE0000500 | AMOBEE0000504 |
| AMOBEE0061817 | AMOBEE0061818 |
| AMOBEE0102678 | AMOBEE0102680 |
| ADCONION-DISC02-REPORTS-00942 | ADCONION-DISC02-REPORTS-00961 |
| ADCONION-DISC02-REPORTS-00962 | ADCONION-DISC02-REPORTS-00979 |
| DEFENDANTS_0001397 | DEFENDANTS_0001398 |
| DEFENDANTS_0001399 | DEFENDANTS_0001402 |
| DEFENDANTS_0001403 | DEFENDANTS_0001410 |
| DEFENDANTS_0001411 | DEFENDANTS_0001415 |
| DEFENDANTS_0001416 | DEFENDANTS_0001418 |
| DEFENDANTS_0001419 | DEFENDANTS_0001428 |
| DEFENDANTS_0001429 | DEFENDANTS_0001437 |
| AMOBEE0357871 | AMOBEE0357871 |
| AMOBEE0590971 | AMOBEE0590971 |

**EXHIBIT A**

| Beginning Bates No. | Ending Bates No. |
|---|---|
| ADCONION-DISC31-00011 | ADCONION-DISC31-00020 |
| AMOBEE0610484 | AMOBEE0610505 |
| AMOBEE0357872 | AMOBEE0357872 |
| AMOBEE0319554 | AMOBEE0319554 |
| AMOBEE0319700 | AMOBEE0319700 |
| AMOBEE0319692 | AMOBEE0319692 |
| ADCONION-EMAILS-MM-00036625 | ADCONION-EMAILS-MM-00036628 |
| ADCONION-GJ-EXS-00073 | ADCONION-GJ-EXS-00097 |
| AMOBEE0018346 | AMOBEE0018347 |
| AMOBEE0319508 | AMOBEE0319508 |
| AMOBEE0018637 | AMOBEE0018640 |
| AMOBEE0319474 | AMOBEE0319474 |
| AMOBEE0895867 | AMOBEE0895867 |
| ADCONION-DISC25-00854 | ADCONION-DISC25-00857 |
| ADCONION-DISC25-00932 | ADCONION-DISC25-00932 |
| ADCONION-DISC25-00961 | ADCONION-DISC25-00961 |
| ADCONION-DISC25-01032 | ADCONION-DISC25-01032 |
| ADCONION-DISC26-00007 | ADCONION-DISC26-00007 |
| ADCONION-DISC26-03801 | ADCONION-DISC26-03801 |
| ARIN_BYCHAK_0001 | ARIN_BYCHAK_0002 |
| ARIN_BYCHAK_0007 | ARIN_BYCHAK_0009 |
| ARIN_BYCHAK_0167 | ARIN_BYCHAK_0179 |
| ARIN_BYCHAK_0269 | ARIN_BYCHAK_0271 |
| ARIN_BYCHAK_0272 | ARIN_BYCHAK_0303 |
| ARIN_BYCHAK_0218 | ARIN_BYCHAK_0243 |
| ADCONION-DISC46-00001 | ADCONION-DISC46-00002 |
| DEFENDANTS_0001345 | DEFENDANTS_0001364 |
| DEFENDANTS_0001365 | DEFENDANTS_0001373 |
| DEFENDANTS_0001374 | DEFENDANTS_0001374 |
| DEFENDANTS_0001375 | DEFENDANTS_0001375 |
| DEFENDANTS_0001376 | DEFENDANTS_0001376 |
| DEFENDANTS_0001377 | DEFENDANTS_0001377 |
| DEFENDANTS_0001378 | DEFENDANTS_0001396 |
| ADCONION-DISC57-00307 | ADCONION-DISC57-00365 |
| ADCONION-GJ-EXS-00016 | ADCONION-GJ-EXS-00016 |
| ADCONION-GJ-EXS-00017 | ADCONION-GJ-EXS-00017 |
| ADCONION-DISC02-REPORTS-01033 | ADCONION-DISC02-REPORTS-01033 |
| ADCONION-DISC06-00002 | ADCONION-DISC06-00002 |

**EXHIBIT A**

| Beginning Bates No. | Ending Bates No. |
|---|---|
| ADCONION-DISC25-00037 | ADCONION-DISC25-00061 |
| ADCONION-DISC62-00020 | ADCONION-DISC62-00020 |
| ADCONION-HOSTWINDS-14-18-00071 | ADCONION-HOSTWINDS-14-18-00071 |
| AMOBEE1070575 | AMOBEE1070575 |
| ADCONION-DISC02-REPORTS-00481 | ADCONION-DISC02-REPORTS-00485 |
| AMOBEE0024655 | AMOBEE0024655 |
| AMOBEE0017016 | AMOBEE0017016 |
| ADCONION-EMAILS-MM-00003201 | ADCONION-EMAILS-MM-00003206 |
| ADCONION-GETADS-025-00018 | ADCONION-GETADS-025-00018 |
| AMOBEE0620620 | AMOBEE0620620 |
| ADCONION-MATA_GROUP-027-00659 | ADCONION-MATA_GROUP-027-00663 |
| ADCONION-DISC57-01832 | ADCONION-DISC57-01835 |
| ADCONION-DISC57-01868 | ADCONION-DISC57-01874 |
| ADCONION-COGENT-14-10-00431 | ADCONION-COGENT-14-10-00433 |
| ADCONION-DISC04-PLEA-AGREEMENTS-00025 | ADCONION-DISC04-PLEA-AGREEMENTS-00029 |
| ADCONION-DISC04-PLEA-AGREEMENTS-00030 | ADCONION-DISC04-PLEA-AGREEMENTS-00044 |
| ADCONION-DISC57-01828 | ADCONION-DISC57-01831 |
| ADCONION-DISC57-02020 | ADCONION-DISC57-02021 |
| ADCONION-DISC57-02029 | ADCONION-DISC57-02031 |
| ADCONION-DISC57-01860 | ADCONION-DISC57-01867 |
| ADCONION-DISC57-02039 | ADCONION-DISC57-02042 |
| ADCONION-EMAILS-MM-00021235 | ADCONION-EMAILS-MM-00021238 |
| ADCONION-MATA_Group-027-00425 | ADCONION-MATA_Group-027-00425 |
| ADCONION-MATA_GROUP-027-00782 | ADCONION-MATA_GROUP-027-00782 |
| AMOBEE0004471 | AMOBEE0004479 |
| ADCONION-DISC55-00050 | ADCONION-DISC55-00055 |
| ADCONION-GETADS-025-00059 | ADCONION-GETADS-025-00373 |
| ADCONION-GETADS-025-00855 | ADCONION-GETADS-025-00859 |
| ADCONION-GETADS-025-02682 | ADCONION-GETADS-025-02687 |
| ADCONION-GETADS-025-02926 | ADCONION-GETADS-025-02927 |
| AMOBEE0004709 | AMOBEE0004712 |
| AMOBEE0590399 | AMOBEE0590400 |
| AMOBEE0601425 | AMOBEE0601425 |
| AMOBEE1325373 | AMOBEE1325374 |
| AMOBEE1345639 | AMOBEE1345642 |
| AMOBEE1361802 | AMOBEE1361806 |
| AMOBEE0932307 | AMOBEE0932312 |

**EXHIBIT A**

| Beginning Bates No. | Ending Bates No. |
|---|---|
| ADCONION-DISC04-PLEA-AGREEMENTS-00006 | ADCONION-DISC04-PLEA-AGREEMENTS-00024 |
| ADCONION-DISC04-PLEA-AGREEMENTS-00001 | ADCONION-DISC04-PLEA-AGREEMENTS-00005 |
| ADCONION-DISC12-00004 | ADCONION-DISC12-00010 |
| AMOBEE0620636 | AMOBEE0620648 |
| AMOBEE0620623 | AMOBEE0620625 |
| AMOBEE0025075 | AMOBEE0025084 |
| AMOBEE0620633 | AMOBEE0620634 |
| AMOBEE0018488 | AMOBEE0018495 |
| AMOBEE0304872 | AMOBEE0304878 |
| AMOBEE0018507 | AMOBEE0018515 |
| AMOBEE0305851 | AMOBEE0305851 |
| AMOBEE0305853 | AMOBEE0305853 |
| AMOBEE0305472 | AMOBEE0305473 |
| AMOBEE0103047 | AMOBEE0103048 |
| AMOBEE0305350 | AMOBEE0305350 |
| AMOBEE0305361 | AMOBEE0305361 |
| AMOBEE0305351 | AMOBEE0305351 |
| AMOBEE0305375 | AMOBEE0305380 |
| AMOBEE0017985 | AMOBEE0017987 |
| AMOBEE1058032 | AMOBEE 1058034 |
| AMOBEE0620581 | AMOBEE0620587 |
| ADCONION-GJ-EXS-00286 | ADCONION-GJ-EXS-00286 |
| AMOBEE0620639 | AMOBEE0620641 |
| ADCONION-DISC10-ARIN-00456 | ADCONION-DISC10-ARIN-00465 |
| ADCONION-DISC10-ARIN-00469 | ADCONION-DISC10-ARIN-00478 |
| AMOBEE0268200 | AMOBEE0268224 |
| AMOBEE1269284 | AMOBEE1269321 |
| AMOBEE1341961 | AMOBEE1341964 |
| AMOBEE1058899 | AMOBEE1058902 |
| ADCONION-EMAILS-MM-00023401 | ADCONION-EMAILS-MM-00023404 |
| AMOBEE0018328 | AMOBEE0018328 |
| ADCONION-MEDIA_BREAKAWAY-080-00065 | ADCONION-MEDIA_BREAKAWAY-080-00067 |
| ADCONION-DISC57-02084 | ADCONION-DISC57-02085 |
| AMOBEE0024938 | AMOBEE0024938 |
| AMOBEE0025132 | AMOBEE0025140 |
| DEFENDANTS_0001438 | DEFENDANTS_0001452 |

**EXHIBIT A**

| Beginning Bates No. | Ending Bates No. |
|---|---|
| DEFENDANTS_0001453 | DEFENDANTS_0001455 |
| DEFENDANTS_0001456 | DEFENDANTS_0001487 |
| DEFENDANTS_0001488 | DEFENDANTS_0001489 |
| DEFENDANTS_0001490 | DEFENDANTS_0001492 |
| DEFENDANTS_0001493 | DEFENDANTS_0001494 |
| DEFENDANTS_0001495 | DEFENDANTS_0001495 |
| DEFENDANTS_0001496 | DEFENDANTS_0001497 |
| DEFENDANTS_0001498 | DEFENDANTS_0001501 |
| DEFENDANTS_0001502 | DEFENDANTS_0001502 |
| AMOBEE1266727 | AMOBEE1266727 |
| MAJORS_00001 | MAJORS_00001 |
| MAJORS_00008 | MAJORS_00008 |
| TEL0001518 | TEL0001524 |
| TEL0033125 | TEL0033132 |
| TEL0033875 | TEL0033876 |
| AMOBEE0014137 | AMOBEE0014138 |
| AMOBEE1240985 | AMOBEE1240985 |