RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>JACOB BYCHAK, et. al.<br>　　　Defendants. | Case No. 18cr4683<br><br>MOTION FOR ORDER PERMITTING THE FILING OF AN OVERSIZED BRIEF |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its Motion for an Order permitting the United States to file an oversized trial brief totaling 38 pages. The United States requests permission to file the oversize brief, the length of which reflects the

case's voluminous procedural history, the complex legal issues anticipated to arise at trial, including the Fifth Amendment and attorney client privilege, and a detailed summary of the facts at issue.

DATED: May 17, 2022	Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/Sabrina L. Fève*
Sabrina L. Fève
Assistant U. S. Attorney