# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　v.<br><br>JACOB BYCHAK, et. al.<br>　　Defendants. | Case No. 18cr4683<br><br>ORDER PERMITTING THE FILING OF AN OVERSIZED BRIEF |

WHEREBY the Court, having read and considered the motion of the United States for an order permitting the United States to file an oversized trial brief [ECF No. 425], and finding good cause therein,

IT IS HEREBY ORDERED that the United States may file its oversized trial brief [ECF No. 424].

Dated: May 17, 2022

　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge