Preliminary Jury Instructions –Factual Defintion Comparison Chart

*United States v. Bychak*, 18cr4683-GPC

| Prop. Instr. Term | Defense Proposal | Government Proposal | Legal Basis |
|---|---|---|---|
| 1.2 Preamble | To help you follow the evidence, I will now give you a brief summary of the terms you will hear about in this case: | To help you follow the evidence, I will now give you a brief description of some terms that you will hear during this case.<br><br>These descriptions are not evidence and are only intended to help you interpret the evidence. If the facts as you remember them differ from the way I have described them, your memory of them controls. | FRE 403, 9th Cir. Model Crim. J. Instr. 6.7 |
| IP Address | Internet Protocol (IP) Addresses are a series of numbers that identify any device on a network. Computers use IP addresses to communicate with each other both over the Internet as well as on other networks. | Internet Protocol (IP) Addresses are a series of numbers that identify a resource on a network. Computers use IP addresses to communicate with each other both over the Internet as well as on other networks. There are a finite number of IP addresses. | |
| Netblock | A netblock is a range of consecutive IP addresses. | A netblock is a range of IP addresses. | FRE 403 |
| IP Announcement | To announce an IP address means someone notifies the Internet that they have permission to use that IP address. | The announcement process is how IP addresses are activated and can have internet traffic routed to and from them, similar to having a phone number activated, which allows it to send and receive calls. | FRE 403 |
| Spam | Spam is unsolicited commercial messages sent in bulk by email. | Spam refers to commercial mail messages whose primary purpose is the advertisement or promotion of a commercial product or service. | FRE 403, 18 U.S.C. §1037(d)(4), 15 U.S.C. §7702(2)(A) |

Preliminary Jury Instruction Factual Definition Comparison Chart
*United States v. Bychak, et al.*, 18cr4689-GPC

| ARIN | ARIN is the American Registry for Internet Numbers, which is the regional Internet registry for the United States that was founded in 1997. It is a non-governmental organization that manages the distribution of Internet number resources. | ARIN is the American Registry for Internet Numbers, which is one of five nonprofit regional Internet registries that administer the distribution of Internet number resources. ARIN was established in 1997. | FRE 403[1] |
|---|---|---|---|
| Registrant | A "registrant" of an IP address is the person or entity who has entered into a Registration Services Agreement ("RSA") with ARIN. | 1. Omit.<br><br>2. Alternatively:<br>A "registrant" of an IP address is the person or entity who has been assigned the IP address by ARIN, one of the other regional internet registries, or one of their predecessors, and whose information is stored and listed in the registry's public database. | FRE 704, 403<br><br>*United States v. Bychak*, 441 F.Supp.3d 1003, 1016 (S.D. Cal Feb. 28, 2020). |
| Spamhau | The Spamhaus Project is an international organization based overseas in the Principality of Andorra (a microstate on the Iberian Peninsula). Spamhaus was founded in 1998 and its self-proclaimed mission is to eliminate all forms of commercial email and identify companies and individuals it deems to be sending spam. Spamhaus is not a governmental or law enforcement agency. It does not operate in the United States and is not subject to American laws. | 1. Omit.<br><br>2. Alternatively:<br>The Spamhaus Project, also known as "Spamhaus," is a nonprofit organization that tracks spam and provides spam-related information. | FRE 402, 403 |

---

[1] See https://www.arin.net/about/ and https://www.arin.net/about/welcome/region/.

Preliminary Jury Instruction Factual Definition Comparison Chart
*United States v. Bychak, et al.*, 18cr4689-GPC