| | |
|---|---|
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>         jriddet@bklwlaw.com<br>         wbernstein@bklwlaw.com<br>         cnevarez@bklwlaw.com<br><br>*Attorneys For Mohammed Abdul Qayyum* | **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>         jessica@wmgattorneys.com<br><br>*Attorneys For Jacob Bychak* |
| **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW, P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole Rodriguez Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>         nvandyk@birdmarella.com<br>         dpatrick@birdmarella.com<br>         awiseley@birdmarella.com<br><br>*Attorneys For Petr Pacas* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, Ca 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>Email: djgoodrich@mintz.com<br>         rtdougherty@mintz.com<br><br>*Attorneys For Mark Manoogian* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.<br><br>    Defendants. | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**MOTION TO WITHDRAW DKT. 430** |

Defendants move to withdraw Dkt. 430. The objection was filed with an incorrect caption and signature. The corrected version has been filed at Dkt. 431. No substantive changes were made, and Dkt. 431 is identical in all respects to Dkt. 430 but for the caption and signature.

Respectfully submitted,

Dated: May 19, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
   Thomas H. Bienert, Jr.
   James D. Riddet
   Whitney Z. Bernstein
   Carlos A. Nevarez
   *Attorneys for Mohammed Abdul Qayyum*

| | |
|---|---|
| Dated:  May 19, 2022 | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| | By:  /s/ Randy K. Jones<br>　　Randy K. Jones<br>　　Daniel J. Goodrich (Pro Hac)<br>　　Ryan Dougherty (Pro Hac)<br>　　*Attorneys for Mark Manoogian* |
| Dated:  May 19, 2022 | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| | By:  /s/ Jessica C. Munk<br>　　David W. Wiechert<br>　　Jessica C. Munk<br>　　*Attorneys for Jacob Bychak* |
| Dated:  May 19, 2022 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** |
| | By:  /s/ Gary S. Lincenberg<br>　　Gary S. Lincenberg<br>　　Nicole Rodriguez Van Dyk<br>　　Darren L. Patrick<br>　　Alexis A. Wiseley<br>　　*Attorneys for Petr Pacas* |

**CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Defendant Mohammed Abdul Qayyum certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

>     */s/ Whitney Z. Bernstein*
>      Whitney z. Bernstein

Case 3:18-cr-04683-GPC   Document 432   Filed 05/19/22   PageID.6587   Page 5 of 5

# CERTIFICATE OF SERVICE

Counsel for Mohammed Abdul Qayyum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

>AUSA Melanie K. Pierson
>AUSA Sabrina L. Feve
>AUSA Ashley E. Goff
>U.S. Attorney's Office
>880 Front Street, Rm 6293
>San Diego, CA 92101
>melanie.pierson@usdoj.gov
>sabrina.feve@usdoj.gov
>ashley.goff@usdoj.gov

>Candina S. Heath
>Department of Justice
>1301 New York Avenue NW, Suite 600
>Washington, DC 20530
>candina.heath2@usdoj.gov

*/s/ Whitney Z. Bernstein.*
Whitney Z. Bernstein

CERTIFICATE OF AUTHORIZATION