| | |
|---|---|
| 1  **WIECHERT, MUNK & GOLDSTEIN, PC** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKYAND POPEO, P.C.** |
| 2  David W. Wiechert, SBN 94607 | Randy K. Jones, SBN 141711 |
| 3  Jessica C. Munk, SBN 238832 | 3580 Carmel Mountain Road, Suite 300 |
| 4  27136 Paseo Espada, Suite B1123 | San Diego, Ca 92130 |
|    San Juan Capistrano, CA 92675 | Telephone: (858) 314-1510 |
| 5  Telephone: (949) 361-2822 | Email: rkjones@mintz.com |
| 6  Email: dwiechert@aol.com | |
|          jessica@wmgattorneys.com | Daniel Goodrich, BBO 692624 (Pro Hac) |
| 7  | Ryan Dougherty, BBO 703380 (Pro Hac) |
| 8  | 1 Financial Center |
|    | Boston, MA 02111 |
| 9  | Email: djgoodrich@mintz.com |
| 10 |          rtdougherty@mintz.com |
| 11 | |
| 12 *Attorneys For Jacob Bychak* | *Attorneys For Mark Manoogian* |
| 13 **BIENERT KATZMAN LITTRELL WILLIAMS LLP** | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.** |
| 14 | |
| 15 Thomas H. Bienert, Jr., SBN 135311 | Gary S. Lincenberg, SBN 123058 |
|    James D. Riddet, SBN 39826 | Nicole Rodriguez Van Dyk, SBN 261646 |
| 16 Whitney Z. Bernstein, SBN 304917 | Darren L. Patrick, SBN 310727 |
| 17 Carlos A. Nevarez, SBN 324407 | Alexis A. Wiseley, SBN 330100 |
|    903 Calle Amanecer, Suite 350 | 1875 Century Park East, Floor 23 |
| 18 San Clemente, California 92673 | Los Angeles, CA 90067 |
| 19 Telephone: (949) 369-3700 | Telephone: (310) 201-2100 |
|    Email: tbienert@bklwlaw.com | Email: glincenberg@birdmarella.com |
| 20        jriddet@bklwlaw.com |          nvandyk@birdmarella.com |
| 21        wbernstein@bklwlaw.com |          dpatrick@birdmarella.com |
|           cnevarez@bklwlaw.com |          awiseley@birdmarella.com |
| 22 | |
| 23 *Attorneys For Mohammed Abdul Qayyum* | *Attorneys For Petr Pacas* |
| 24 | |

1

DEFENDANTS MOTION AND PROPOSED ORDER TO PERMIT TRIAL TECHNICIAN'S USE OF CERTAIN TECHNOLOGY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>Defendant. | CASE NO.:   18-CR-4683-GPC<br><br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS MOTION AND PROPOSED ORDER TO PERMIT DEFENDANTS' TRIAL TECHNICIAN'S USE OF CERTAIN TECHNOLOGY** |

Defendants jointly move to request the Court's permission to allow their trial graphics technician to use an external monitor during trial.

Defendants have jointly retained Mr. Vineet Dua from the firm IPro to serve as a trial graphics technician for the duration of trial. Mr. Dua will assist the Defendants with their presentation of opening statements, evidence, and closing arguments by displaying powerpoints, documents, and other demonstratives during attorney presentations. As part of his assistance, Mr. Dua would like to use his own small computer monitor (approximately 22 inches diameter) that attaches to his laptop. The monitor would be solely limited to use by Mr. Dua so that he can prepare the next document to be shown and would at all times remain at Mr. Dua's table. Allowing Mr. Dua to use the monitor would speed the overall expediency of the trial by making Defendants' presentation of the evidence more efficient and reduce lag time between calling up documents.

Defendants understand that a Court Order is required to allow Mr. Dua to use this non-court-provided monitor during trial. Therefore, Defendants respectfully request that the Court approve the attached order to allow this accommodation.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:   May 20, 2022 | **MINTZ, LEVIN, COHN, FERRIS,** |
| 3 |  | **GLOVSKY AND POPEO, P.C**. |
| 4 |  | */s/ Randy K. Jones* |
| 5 |  | Randy K. Jones |
|   |  | Daniel J. Goodrich (Pro Hac) |
| 6 |  | Ryan Dougherty (Pro Hac) |
| 7 |  | *Attorneys for Mark Manoogian* |
| 8 | Dated:   May 20, 2022 | **WEICHERT, MUNK &** |
| 9 |  | **GOLDSTEIN, P.C.** |
| 10 |  | */s/ Jessica C. Munk* |
| 11 |  | Jessica C. Munk |
|   |  | David W. Wiechert |
| 12 |  | *Attorneys for Jacob Bychak* |
| 13 |  |  |
| 14 | Dated:   May 20, 2022 | **BIRD MARELLA BOXER** |
|   |  | **WOLPERT NESSIM DROOKS** |
| 15 |  | **LINCENBERG RHOW P.C.** |
| 16 |  | */s/ Gary S. Lincenberg* |
| 17 |  | Gary S. Lincenberg |
| 18 |  | Nicole Rodriguez Van Dyk |
|   |  | Darren L. Patrick |
| 19 |  | Alexis A. Wiseley |
| 20 |  | *Attorneys for Petr Pacas* |
|   | Dated:   May 20, 2022 | **BIENERT KATZMAN LITTRELL** |
| 21 |  | **WILLIAMS LLP** |
| 22 |  | */s/ Whitney Z. Bernstein* |
| 23 |  | Whitney Z. Bernstein |
| 24 |  | Thomas H. Bienert, Jr. |
|   |  | James D. Riddet |
| 25 |  | Carlos A. Nevarez |
| 26 |  | *Attorneys for Mohammed Abdul Qayuum* |
| 27 |  |  |
| 28 |  |  |

3

DEFENDANTS MOTION AND PROPOSED ORDER TO PERMIT TRIAL TECHNICIAN'S
USE OF CERTAIN TECHNOLOGY

## **CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE**

The undersigned counsel of record for Defendant Mark Manoogian certifies that the content of this document is acceptable to each of the Defendants' counsel whose electronic signature appears thereon, and that I have obtained their authorization to sign this document on their behalf.

> */s/ Randy K. Jones*
> Randy K. Jones
> Attorney for Mark Manoogian

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Melanie K. Pierson
Assistant U.S. Attorney
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov

Sabrina Feve
Assistant U.S. Attorney
880 Front Street, Rm 6293
San Diego, CA 92101
sfeve@usa.doj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

/s/ Randy K. Jones
Randy K. Jones
Attorney for Mark Manoogian