```
Randy S. Grossman
United States Attorney
Nicholas Pilchak
Assistant U.S. Attorney
California Bar No. 331711
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-9709
Email: Nicholas.Pilchak@usdoj.gov
```

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Jacob Bychak, et al,<br><br>　　　　　Defendant. | Case No. 18CR04683-GPC<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　I, the undersigned attorney, enter my appearance as filter counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as filter counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

　　　　<u>N</u>ame
　　　　Nicholas Plichak.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: June 1, 2022.

RANDY S. GROSSMAN
United States Attorney

s/ Nicholas Pilchak
Nicholas Pilchak

Assistant U.S. Attorney