**BIRD, MARELLA, BOXER,**
**WOLPERT, NESSIM, DROOKS**
**LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
  nvandyk@birdmarella.com
  dpatrick@birdmarella.com
  awiseley@birdmarella.com

*Attorneys for Petr Pacas*

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**UNOPPOSED MOTION FOR ORDER APPROVING MR. PACAS'S TRAVEL REQUEST**<br><br>Filed concurrently with the Declaration of Alexis A. Wiseley |

Petr Pacas, by and through his counsel of record, hereby submits this Unopposed Motion for an order modifying Mr. Pacas's bond conditions to permit him to take a cruise, departing from Long Beach, California, and stopping in Ensenada, Mexico, between October 7th and October 10th, 2022, so long as Mr. Pacas provides his Pretrial Services Officer with a copy of his travel itinerary and calls Pretrial Services both prior to his departure and upon his return. The basis for

this unopposed motion is as follows:

1. On October 31, 2018, Mr. Pacas and co-defendants Jacob Bychak, Mark Manoogian, and Mohammed Abdul Qayyum were charged in a 10-count indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343) and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)).  (Dkt. 1.)

2. On November 5, 2018, Mr. Pacas was arraigned and released on a $50,000 appearance bond secured by his signature.  As a condition of his release, his travel was restricted to San Diego County, the Central District of California, and the state of Utah at the discretion of his Pretrial Services Officer.  (Dkt. 26.)  A true and correct copy of the November 5, 2018 Pretrial Release Order is attached as Exhibit A.[1]

3. This Court previously approved Mr. Pacas's request to travel to the Czech Republic and Austria from December 20, 2018 through January 3, 2019. (Dkt. 43.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

4. This Court previously approved Mr. Pacas's request to travel to Hawaii from September 24, 2019 through October 2, 2019.  (Dkt. 124.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

5. This Court previously approved Mr. Pacas's request to travel to the Czech Republic in June of 2020.  (Dkt. 156.)  Mr. Pacas was ultimately unable to travel in June of 2020 due to the Covid-19 pandemic.

6. This Court previously approved Mr. Pacas's request to travel to the Czech Republic in June of 2021, with a return date on or before July 15, 2021. (Dkt. 238.)  Mr. Pacas departed and returned on the approved dates as instructed without incident.

---

[1] Referenced exhibits are to the Declaration of Alexis Wiseley, filed concurrently herewith (the "Wiseley Declaration").

7. This Court previously approved Mr. Pacas's request to travel to the Czech Republic in December of 2021, with a return date on or before January 15, 2022. (Dkt. 308.) Mr. Pacas departed and returned on the approved dates as instructed without incident.

8. This Court previously approved Mr. Pacas's request to travel to countries within the European Union between July 21, 2022 and August 12, 2022. (Dkt. 487.) Mr. Pacas departed and returned on the approved dates as instructed without incident.

9. On May 23, 2022, the trial in this case began and, on June 10, 2022, the Court declared a mistrial. (Dkts. 443, 485.)

10. On June 10, 2022, the Court approved the Deferred Prosecution Agreement entered into between the government and Mr. Pacas. (Dkt. 477.) Pursuant to that agreement, the United States has agreed to dismiss the charges in the Indictment as to Mr. Pacas at the end of the deferral period. (*Id.* ¶ A.) However, Mr. Pacas remains subject to supervision by United States Pretrial Services during the deferral period. (*Id.* ¶ C.2.)

11. Mr. Pacas's Deferred Prosecution Hearing is set for June 12, 2023 at 10:30 AM in Courtroom 2D. Mr. Pacas is required to appear in person unless the government moves to dismiss prior to the hearing. (Dkt. 476.)

12. On September 20, 2022, Mr. Pacas's counsel conferred by email with Mr. Pacas's Pretrial Services Officer, Eva Arevalo, regarding Mr. Pacas's travel request. Ms. Arevalo stated that she has no objection to Mr. Pacas's request. (Wiseley Decl. ¶ 2.) A true and correct copy of the September 20, 2022 correspondence with Ms. Arevalo is attached as Exhibit B.

13. On September 21 and 26, 2022, Mr. Pacas's counsel conferred by email with Assistant United States Attorneys Sabrina Fève and Melanie Pierson, and Computer Crime and Intellectual Property Section Senior Counsel for the United States Department of Justice Candy Heath, to confirm that they had no objection to

1 | Mr. Pacas's travel request.  Assistant United States Attorney Fève confirmed that
2 | the government has no objection.  (Wiseley Decl. ¶ 3.)  A true and correct copy of
3 | the September 21 and 26, 2022 email correspondence is attached as Exhibit C.

Respectfully submitted,

Dated:  September 27, 2022

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Alexis A. Wiseley*
    Gary S. Lincenberg
    Nicole Rodriguez Van Dyk
    Darren L. Patrick
    Alexis A. Wiseley
    *Attorneys for Petr Pacas*